# *United States District Court*

<u>SOUTHERN</u> DISTRICT OF <u>FLORIDA</u>

UNITED STATES OF AMERICA

V.

ANTHONY TRENTACOSTA
a/k/a "Tony Pep"

**WARRANT FOR ARREST**

CASE NUMBER: **00-6273**

*SEP 1 9 2000*

**CR - HUCK**

MAGISTRATE JUDGE
BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>ANTHONY TRENTACOSTA a/k/a "Tony Pep"</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy

in violation of Title <u>18</u> United States Code, Section(s) <u>1962(d)</u>

<u>CARLOS JUENKE</u>
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ <u>Pre-Trial Detention</u>

<u>COURT ADMINISTRATOR\CLERK OF THE COURT</u>
Title of Issuing Officer

<u>September 19, 2000   Fort Lauderdale, Florida</u>
Date and Location

by <u>William P. Dimitrouleas, United States District Judge</u>
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |