NIGHT BOX
FILED

OCT 02 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:00-6273-CR-HUCK

United States of America

v.

ANTHONY TRENTACOSTA
_____/

NOTICE OF APPEAL FROM MAGISTRATE'S ORDER
DENYING GOVERNMENT'S MOTION FOR PRETRIAL DETENTION
AND EMERGENCY MOTION FOR STAY

Pursuant to the Local Magistrate's Rule 4 and 18 U.S.C. 3145, the United States of America hereby files its notice of appeal from the order of United States Magistrate Judge Joel M. Feldman of the Northern District of Georgia entered on September 29, 2000, which denied the government's request for pre-trial detention as to defendant Anthony Trentacosta.[1] This order has been stayed by Magistrate Judge Feldman until 5:00 P.M. on October 2, 2000. Based upon the facts set forth in the government's appeal, which is being filed simultaneously herewith, the government requests that this Court enter a stay of the aforesaid order pending disposition of the instant appeal.

---

[1] While Magistrate Judge Feldman's order was entered on September 29, 2000, the undersigned did not receive a copy of same until approximately 3:30 P.M. on October 2, 2000.

                                    Respectfully submitted,

                                    GUY A. LEWIS
                                    UNITED STATES ATTORNEY

                            BY      _____
                                    LAWRENCE D. LaVECCHIO
                                    Assistant United States Attorney
                                    Florida Bar No. 0305405
                                    500 E. Broward Blvd. 7th Floor
                                    Fort Lauderdale, Florida 33394
                                    Tel: (954) 356-7255
                                    Fax: (954) 356-7230

### Certificate of Service

A copy of the foregoing was delivered by United States mail to the following attorney for the defendant on this 2nd day of October 2000:

    Millie Geckler Dunn, Federal Defender's Program, Suite 200, 100 Peachtree St, N.W., Atlanta, Georgia 30303.

                                    _____
                                    LAWRENCE D. LaVECCHIO