

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6273-CR-HUCK

        Plaintiff,

vs.   **ORDER GRANTING MOTION FOR STAY OF BOND**

ANTHONY TRENTACOSTA,

        Defendants.
_____/

THIS MATTER having come before the Court upon the Government's <u>Appeal of Magistrate Judge's Ruling on Denying Motion for Pretrial Detention and Setting Conditions of Pretrial Release and Request for Stay of Magistrate's Order Pending Disposition of this Appeal</u>, filed October 02, 2000, the Court having reviewed said motion and the arguments presented therein and pursuant to Rule 4(a)(2) of the Magistrate Judge Rules of the Local Rules for the Southern District of Florida, it is

**ORDERED AND ADJUDGED** that the Government's Request for Stay of Magistrate Judge Feldman's Order Pending Disposition of the Instant Appeal is hereby **GRANTED**, it being further

**ORDERED AND ADJUDGED** that the Government shall file a copy of the transcript of the Detention Hearing held September 29, 2000, on or before Tuesday, October 10, 2000, and the Defendant shall file any response to the Government's Appeal on or before October 10, 2000.

**DONE AND ORDERED**, in Miami, Florida, this 3rd day of

October, 2000.

                                                          _____
                                                          PAUL C. HUCK
                                                          **UNITED STATES DISTRICT JUDGE**

cc:   Hon. Joel M. Feldman
      Jeffrey Sloman, AUSA
      Millie Geckler Dunn, AFPD