UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6273-CR-HUCK

NIGHT BOX FILED
OCT 11 2000
CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

United States of America

v.

ANTHONY TRENTACOSTA
_____/

### NOTICE OF FILING TRANSCRIPT OF PRETRIAL DETENTION HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and herewith files the transcript of the pretrial detention hearing which was held on September 29, 2000 before United States Magistrate Judge Joel M. Feldman of the Northern District of Georgia. This transcript is being filed in connection with the government's pending appeal of Magistrate Judge Feldman's order denying the government's request for pretrial detention of the defendant Anthony Trentacosta.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY _____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Blvd. 7th Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7230

REC'D by _____ D.C.
APPEAL
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI



## Certificate of Service

A copy of the foregoing was delivered by United States mail to the following attorney for the defendant on this 11th day of October 2000:

    Millie Geckler Dunn, Federal Defender's Program, Suite 200, 100 Peachtree St, N.W., Atlanta, Georgia 30303.

LAWRENCE D. LaVECCHIO