AO 442 (Rev. 12/85) Warrant for Arrest    AUSA Jeffrey H. Sloman    FBI S/A Kevin Rentzel (954)545-1966

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   508254

UNITED STATES OF AMERICA

V.

ANTHONY TRENTACOSTA
a/k/a "Tony Pep"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6273**

**CR - HUCK**

YOU ARE HEREBY COMMANDED to arrest __ANTHONY TRENTACOSTA a/k/a "Tony Pep"__
                                                                Name

MAGISTRATE JUDGE BROWN

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy

in violation of Title __18__ United States Code, Section(s) __1962(d)__

RECEIVED 2000 SEP 20 AM 9:26 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE

CARLOS JUENKE
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ **Pre-Trial Detention**

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000   Fort Lauderdale, Florida
Date and Location

by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Atlanta, GA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/19/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST | | |
| 9/26/00 | | Edward Purchase, SDUSM |