FILED by _____ D.C.

OCT 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6273-CR-HUCK

        Plaintiff,

vs.

NOTICE OF HEARING

ANTHONY TRENTACOSTA,

        Defendant.

_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a hearing on Government's Appeal of Magistrate's order Re: Bond on Wednesday, October 25, 2000, at 5:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: October 19, 2000.

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: Lawrence LaVecchio, AUSA
    Richard Houlihan, Esq.
    U.S. Marshals Service