CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIS.
S.D. OF FL.

HONORABLE
PAUL C. HUCK

================================================================

CASE NO. 00-6273-CR                DATE 10-25-00

CLERK   Valerie Thompkins          REPORTER LARRY HERR

USPO _____        INTERPRETER _____

   UNITED STATES OF AMERICA  vs.  ANTHONY TRENTACOSTA

AUSA Larry LaVecchio & Jeff Sloman  DEFENSE CSL. Richard Houlihan

Defendant(s) Present xx   Not Present____ In Custody _____

TYPE OF HEARING Government's Appeal of Magistrate Order filed 10-2

RESULT OF HEARING A De Novo Hearing was held and the court defer

ruling on the Motion.

================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____     Trial Date _____

Govt. Resp to P/T/Motions _____  Further S/C _____

Change of Plea _____