UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-CR-PCH

UNITED STATES OF AMERICA,

vs.

Anthony Acosta
      Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 95851-004

Language: English

The above-named Defendant appeared before **Magistrate Judge** STEPHEN T. BROWN, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**  Address: _____

Tel. No: _____

**Defense Counsel:** Name: Richard Houlihan
300 Aragon Ave. Ste 310
Coral Gables, FL 33134-5040

Tel. No. (305) 442-1522

**Bond Set/Continued:** $ PTD

Dated this 30th day of Oct., 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY STEPHANIE A. LEE
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00 D-109-80
DIGITAL START NO. _____