CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

===============================================================

CASE NO. 00-6273-CR            DATE 11-06-2000

CLERK  Valerie Thompkins       REPORTER LARRY HERR

USPO _____          INTERPRETER _____

     UNITED STATES OF AMERICA  vs. ANTHONY TRENTACOSTA et al.,

AUSA LAWRENCE LAVECCHIO        DEFENSE CSL. J.Sloman, F. Haddad

R. Houlihan, J. Weinkle, D. Spadero, M. Smith, T. Almon, A.Taquechel

Defendant(s) Present ____ Not Present xxx In Custody _____

TYPE OF HEARING STATUS CONFERENCE

RESULT OF HEARING Defendant Frederick Massaro, Motion for

continuance of trial and to extend time to file pretrial motions,

filed on 10-24-2000 is hereby granted.

new dates: Calendar Call 8-29-01 Trial 9-4-01 status 2-5-01.

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____        Trial Date _____

Govt. Resp to P/T/Motions _____  Further S/C _____

Change of Plea _____