00 NOV 16 PM 2:59

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY TRENTACOSTA,

        Defendant.

_____/

### GOVERNMENT'S SUPPLEMENTAL REPLY TO DEFENDANT TRENTACOSTA'S SUBMISSION FOR BOND

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and files this Supplemental Reply to defendant Anthony Trentacosta's Submission for Bond.

In his submission, the defendant raised, as point One of his asserted factors in favor of his release, the bond status of his co-defendants. After the government filed its Reply on the morning of November 9, 2000, the bond status of co-defendant Carlos Garcia changed. Later that same date, a detention hearing was held before Magistrate Judge Barry Garber, who ordered that Garcia be detained pending trial after finding that Garcia's release would pose a

danger to the community.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

By: _____
     JEFFREY H. SLOMAN
     Assistant United States Attorney
     Florida Bar No. 0378879
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida 33394
     Tel: (954) 356-7255
     Fax: (954) 356-7230

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to Richard K. Houlihan, Esquire, Suite 310, 300 Aragon Avenue, Coral Gables, Florida 33134 on this 13th day of November, 2000.

LAWRENCE D. LaVECCHIO
Assistant United States Attorney