UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTHONY TRENTACOSTA,
    Defendant.
_____/



## ORDER CLARIFYING CONDITIONS
## OF PRETRIAL RELEASE

**THIS CAUSE** is before the Court on the Government's Motion to Clarify the Court's Order on Appeal of Magistrate's Order Denying Motion for Pretrial Detention and Setting Conditions of Pretrial Release. On November 16, 2000 the Court entered an Order setting pretrial release of the defendant Anthony Trentacosta. The Court having reviewed said motion to clarify filed by the Government and the Defendant's Response to Governments Motion to Clarify therein and the Court being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Clarify pretrial release conditions is hereby **GRANTED.** As clarified, those conditions are:

1) $500,000 Corporate Surety Bond with Nebbia, to be approved by Magistrate Judge Stephen T. Brown.
2) House arrest with electronic monitoring.
3) Surrender any passport.
4) Abstain from alcohol.
5) Court order defendant to remain in his home at all times except to seek medical treatment in New York, consult with his attorney, and travel to the Southern District of Florida to answer said indictment with those activities to be monitored by Pretrial



Services.

6) Court order that the defendant maintain one land line telephone line at his residence, that all cellular telephones are prohibited on the premises.
7) The defendant is prohibited from utilizing any communication device except the land line telephone at his residence, including any pay telephones, cellular telephones or any other communication devices outside of his residence.
8) The government is permitted to electronically monitor and/or record all communications occurring over the sole telephone facility to which the defendant is permitted access, and the defendant is require to post a notice on that telephone facility that the communications occurring thereon are being monitored and/or recorded by the government.
9) No contact with any alleged victim or witness;
10) Any reasonable law enforcement search so as to insure his compliance with any and all bond conditions.
11) Any other reasonable condition as this Court deems appropriate.

**DONE AND ORDERED** in Miami, Florida 20 day of November 2000.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Honorable Stephen T. Brown
    all counsel of record