UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ANTHONY TRENTACOSTA,

                                         ORDER

            Defendant(s).

_____/

THIS CAUSE came before the Court upon the Defendant's Trentacosta's Motion for Reduction and Modification of Bond, Nebbia Proffer Local Rule 88.9 Certificate and Incorporated Memorandum of Law, filed December 08, 2000. Accordingly, it is

ORDERED AND ADJUDGED that the Government shall respond to Defendant's motion within 10 days from the date of this Order.

DONE AND ORDERED at Miami, Florida, this /2ᵈ day of December 2000.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA


cc:    Lawrence D. LaVecchio, AUSA
       Jeff Sloman, AUSA
       Richard Houlihan, Esq.

