UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6273-CR-HUCK

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY TRENTACOSTA,

        Defendant.

MIAMI, FLORIDA

OCTOBER 25, 2000

FILED by APPEAL D.C.
DEC 18 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

**TRANSCRIPT OF APPEAL OF MAGISTRATE'S ORDER
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

    **LAWRENCE LAVECCHIO, A.U.S.A.**
    **JEFFREY SLOMAN, A.U.S.A.**
    500 East Broward Blvd., 7th Floor
    Ft. Lauderdale, FL 33301   954/356-7255

FOR THE DEFENDANT:

    **RICHARD HOULIHAN, ESQ.**

REPORTED BY:

    **BARBARA MEDINA, RPR-CP**
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL   33132 - 305/523-5138
    E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**