UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK

United States of America

Vs.                                                        Motion for Approval
Of Discovery Costs

Anthony Trentacosta
_____/

        The Defendant, Anthony Trentacosta, through his undersigned court appointed attorney, hereby files this Motion for Approval of Discovery Costs. In support of this request, it is maintained that:

1) Pursuant to the Criminal Justice Act, undersigned counsel, Richard K. Houlihan, has been appointed to represent Anthony Trentacosta in this instant case.

2) The initial discovery responses from the Government reference CDs, video tapes and voluminous written documents that are available for copying through "Legal Imprints". The present estimate for current copying costs is $500; further discovery responses may be added as the case progresses.

3) Counsel needs this discovery in order to properly prepare a defense.

4) A proposed Order regarding this motion is attached for this Honorable Court's consideration, as well as a CJA voucher for the copying expense.

Wherefore, the Defendant requests that this Court approve the attached CJA voucher and enter an order authorizing the preparation of a set of discovery documents, CDs, and video tapes from International Legal Imprints for this cause.

Respectfully submitted,

Richard K. Houlihan
Attorney for Trentacosta
300 Aragon Ave. #310
Coral Gables, Fl. 33134
Fl. Bar # 238139
[305] 442 – 1522
Rkhoulihan@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion for costs was mailed this 20th day of December, 2000 to:
Assistant U.S. Attorney Larry LaVecchio, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33194.

Richard K. Houlihan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK

United States of America

Vs.                                                    ORDER APPROVING
                                                       DISCOVERY COSTS

Anthony Trentacosta
_____/

This cause having come on to be heard upon the Defendant, Anthony Trentacosta's Motion for Approval of Discovery Costs, and the Court, having reviewed the file and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for approval of discovery costs is granted and International Legal Imprints shall copy all the discovery documents, CDs, and videotapes for CJA counsel Richard Houlihan and deliver said copies to counsel. A separate CJA Voucher shall be entered by this Court authorizing payment to International Legal Imprints for said expense.

DONE AND ORDERED at Miami, Florida, this ____day of December, 2000.

_____
U.S.District Judge

CJA 21 (Rev. 10/96) **AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES**

| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER ____ | 2. MAG. JUDGE DOCKET NO. | VOUCHER NO. |
|---|---|---|---|
| 3. DISTRICT DOCKET NO. 0 0 - 0 6 2 7 3 | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) S.D. FL. | 6. LOC. CODE FL SMI | 7. CASE CODE |

7A. CHARGE/OFFENSE (U.S. or other code citation): 18 USC 1962

8. IN THE CASE OF: USA vs. Anthony Trentacosta

9. PERSON REPRESENTED (LAST NAME, FIRST NAME, M.I.): TRENTACOSTA, ANTHONY

10. PERSON REPRESENTED (STATUS):
1 ☒ DEFENDANT–ADULT   2 ☐ DEFENDANT–JUVENILE   3 ☐ APPELLANT   4 ☐ APPELLEE   5 ☐ OTHER

11. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY): TRIAL

12. TYPE OF SERVICES REQUESTED:
1 ☐ INVESTIGATOR   2 ☐ INTERPRETER   3 ☐ PSYCHOLOGIST   4 ☐ PSYCHIATRIST
5 ☐ POLYGRAPH   6 ☒ DOCUMENTS   7 ☐ FINGERPRINTS   8 ☐ ACCOUNTANT
9 ☐ CALR   10 ☐ CHEMIST   11 ☐ BALLISTICS   12 ☐ OTHER ____

13. SERVICES TO BE PROVIDED BY: International Legal Imprints, 150 SE 2nd Ave #800, Miami, FL 33131

14. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES: Copies of all discovery documents, CDs, video tapes

15. ATTORNEY'S STATEMENT
☒ Authorization to obtain the service
☐ Approval of services already obtained

Signature of Attorney: Richard Houlihan
Date: 12/20/00
Printed Name of Attorney: Richard Houlihan
Phone No.: 442-1522
2 ☒ PANEL ATTORNEY

16. ESTIMATED COMPENSATION: $500.00

17. COURT ORDER — (blank)

**CLAIM FOR SERVICE**

18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED — (blank)

A. TOTAL COMPENSATION $
B. TOTAL EXPENSES $
C. TOTAL AMOUNT CLAIMED $

19. CLAIMANT'S CERTIFICATION FOR PERIOD ___ TO ___
F ☐ FINAL PAYMENT   I ☐ INTERIM PAYMENT NO. ___   S ☐ SUPPLEMENTAL PAYMENT

20. CERTIFICATION OF ATTORNEY — (blank)

**APPROVED FOR PAYMENT**

21(a). Either the cost of these services does not exceed $300, or prior authorization was obtained. — (blank)

21(b). Prior authorization was not obtained, but in the interest of justice... — (blank)

22. AMOUNT APPROVED/CERT.
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $

23. Excess payment approved under 18 U.S.C. 3006A (e) (13) — (blank)

24. TOTAL APPROVED $

25. NAME OF PAYEE — (blank)
26. PAYEE'S ADDRESS — (blank)
27. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO. — (blank)
28. ATTORNEY'S NAME AND ADDRESS — (blank)