UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK



United States of America

Vs.   MOTION FOR EXTENSION
OF TIME FOR FILING MOTIONS

Anthony Trentacosta
_____/

The Defendant, Anthony Trentacosta, hereby respectfully moves this Honorable Court for an Extension of Time for Filing Motions to February 1, 2001. In support of this request, the Defendant maintains the following :

1) The current date, pursuant to an earlier Order from this Court, is Thursday, December 21, 2000.

2) The nature, amount of discovery, and complexity of the potential issues involved require additional time for counsel to properly prepare.

3) Counsel for Mr. Trentacosta has, at length, discussed this motion with Assistant United States Attorney Larry LaVecchio who will not object to February 1, 2001 as the defense requested motion cut-off date, subject to this Honorable Court's approval.

Wherefore, Anthony Trentacosta hereby requests that the time for filing defense motions be extended to February 1, 2001.

Respectfully submitted,

Richard K. Houlihan
Attorney for Trentacosta
300 Aragon Ave. #310
Coral Gables, Fl. 33134
Fl.Bar # 238139
[305] 442 – 1522
Rkhoulihan@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was mailed this 20th day of December, 2000 to Ass't U.S.Attorney Larry LaVecchio, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Fl. 33394.

Richard Houlihan