UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK



United States of America

Vs.                                                    ORDER APPROVING
                                                       DISCOVERY COSTS

Anthony Trentacosta
_____/

This cause having come on to be heard upon the Defendant, Anthony Trentacosta's Motion for Approval of Discovery Costs, and the Court, having reviewed the file and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for approval of discovery costs is granted and International Legal Imprints shall copy all the discovery documents, CDs, and videotapes for CJA counsel Richard Houlihan and deliver said copies to counsel. A separate CJA Voucher shall be entered by this Court authorizing payment to International Legal Imprints for said expense.

DONE AND ORDERED at Miami, Florida, this 20th day of December, 2000.

_____
U.S. District Judge