UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

```
FILED by ___ D.C.
JAN 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTACOSTA,

    Defendant(s).

_____/

### ORDER

THIS CAUSE has come before the Court upon the Defendant Trentacosta's, Motion for Reduction and Modification of Bond, **Nebbia** Proffer Local Rule 88.9 Certificate and Incorporated Memorandum of Law, filed December 08, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion for Reduction and Modification of Bond is **DENIED**. As for reason set forth on the record in open court during the hearing held January 03, 2001, on the above motion.

DONE AND ORDERED at Miami, Florida, this 3rd day of January 2001.

                                                        _____
                                                        PAUL C. HUCK
                                                        UNITED STATES DISTRICT JUDGE

cc:  Lawrence Lavecchio AUSA
     Jeffery Sloman, AUSA
     Richard Houlihan, Esq

