UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

ANTHONY TRENTACOSTA,
FREDERICK J. MASSARO,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CARLOS GARCIA,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,
          Defendants.
_____/

**ORDER**



FILED by _____ D.C.
JAN 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE having come on to be heard upon the motion's filed by the defendant's Anthony Trentacosta, Frederick Massaro and Ariel Hernandez for Extension of Time to File Pretrial Motions, (DE#140, #142, #144) and this Court having reviewed the motion's and being otherwise advised in the premises, it is:

ORDERED AND ADJUDGED that the Defendant's motion's are hereby **GRANTED**. The defendant's shall file any and all pre-trial motions in this matter on or before Thursday, February 1, 2001 which the Court has set as the cutoff date for filing of all pretrial motions in the above style case as to all defendants name in the side indictment. The Government's responses to said motions due not later than March 02, 2001. Defense replies are due not later than March 12, 2001. All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion.

DONE AND ORDERED, Miami, Florida, this 3rd day of January 2000.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Honorable Stephen T. Brown
      all counsel of record