UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:00-6273-CR-HUCK

United States of America

v.

ANTHONY TRENTACOSTA
_____/

JOINT STIPULATION OF SATISFACTION
OF NEBBIA REQUIREMENTS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, Anthony Trentacosta, by and through his undersigned counsel, and jointly file this Stipulation that the Nebbia conditions attached to the corporate surety bond in the amount of $500,000.00 are satisfied by the posting of bond in the following fashion:

1. A corporate surety bond in the amount of $500,000.0 is to be posted by Kevin's Bail Bonds, 540 S.E. 6th Street, Ft. Lauderdale, Florida.

2. The aforesaid bond is to be collateralized, and shall at all times remain collateralized, by the following real property unless and until discharged by the Court:

    a. 6915 Lancaster Circle, Cumming, Georgia, owned by Robin Sacks;

    b. 90-03 Liberty Avenue, Ozone Park, New York, owned by Vincent J. Ferrara;



1

  c. 6190 Polo Club Drive, Cumming, Georgia, owned by Denise Trezza; and

  d. 6390 Buckingham Place, Cumming, Georgia, owned by Robin Sacks and Denise Trezza.

 3. The premium amount on the aforesaid bond in the amount of $75,000.00 has been paid to Kevin's Bail Bonds in the following manner:

  a. A personal check in the amount of $50,000.00 drawn on the account of Robin Sacks, Prudential Securities Command Account number 4340007078288;

  b. A personal check in the amount of $15,000.00 drawn on the account of Vincent J. Ferrara, World Savings Bank account number 603881681; and

  c. A personal check in the amount of $10,000.00 drawn on the account of Denise Trezza, Bank of America account number 1712632.

 4. Kevin's Bail Bonds, by and through the person of Kevin McGoey, has verified that sufficient funds exist in each of the aforesaid accounts in order to affect the payment on each of the aforesaid checks. Furthermore, Kevin's Bail Bonds will not accept the assignment of any collateral or proceeds other than those listed above, as security or in payment of premiums due pursuant to the aforesaid bond. Additionally, none of the persons named above have been promised, or have agreed to accept, reimbursement from any person or entity in return for the pledging of collateral or

the payment of the premium set forth hereinabove.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

BY _____
     LAWRENCE D. LaVECCHIO
     Assistant United States Attorney
     Florida Bar No. 0305405
     500 E. Broward Blvd. 7th Floor
     Fort Lauderdale, Florida 33394
     Tel: (954) 356-7255
     Fax: (954) 356-7230


_____
RICHARD K. HOULIHAN
Counsel for the Defendant
Florida Bar No. 0238139
300 Aragon Ave., #310
Coral Gables, Florida 33134
Tel: (305) 442-1522