UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK



United States of America

Vs.

*Ex Parte /*
Motion for Approval
Of Investigative Fees and
Costs

Anthony Trentacosta
_____/

      The Defendant, Anthony Trentacosta, through his undersigned court appointed attorney, hereby files this Motion for Approval of Investigative Fees and costs.. In support of this request, it is maintained that:

1} Anthony Trentacosta, a Defendant in the pending instant Indictment, has judicially been found to be indigent.

2) Pursuant to the Criminal Justice Act, undersigned counsel, Richard K. Houlihan, has been appointed to represent Anthony Trentacosta.

3) In order to properly prepare this criminal case, the services of an experienced and "organized crime sensitive" investigator are critical to provide adequate legal representation.

4) Counsel requests that Fred Casey, a licensed private investigator, be authorized to work in conjunction with counsel in the preparation and defense of the pending Indictment. Such authorization includes Mr. Casey's work in conjunction with counsel, commencing on Wednesday, October 18, 2000

[case preparation specifically geared for the government's appeal of Magistrate Judge Feldman's [Northern District of Georgia] Order granting bond that was tried *de novo* before this Honorable Court on October 25, 2000.

## CASE BACKGROUND

A twenty-five (25) count Indictment was returned on September 19, 2000 in which nine individuals were initially charged with a racketeering conspiracy from October 1, 1994 thru September 19, 2000 – all in violation of Title 18, United States Code, Section 1962 (d). The pattern of the alleged racketeering activity, as defined in Title 18, United States Code, Sections 1961 (1) and 1961 (5) consisted of:

> "multiple acts or threats involving murder ... extortion ... extortionate extensions of credit ... financing extortionate extensions of credit ... collection of extensions of credit by extortionate means ... fraud ... bank fraud ... theft from interstate shipments ... interference with commerce by threats or violence ... obstruction of justice" [indictment, p. 7]

Mr. Anthony Trentacosta is alleged to "maintain authority and control over the enterprise. [indictment, p.9] as the leader of "the South Florida crew of the Gambino crime family" [indictment, p 6]

## SCOPE OF INVESTIGATION

1. Directly confront the government's case in chief which includes the Defendant's 'mob' ties, his involvement with various organized crime figures [e.g., John Gotti, per the videotape played at the de novo bond hearing], other involvement that includes friends or acquaintances of Mr. Trentacosta in New York, Atlanta, Jacksonville, and South Florida.

2. Assimilating - 17 CDs, each containing 200 –250 conversations; Approximately 1,300 pages of transcripts.

3. Complete investigations of informants [currently estimated at six].

4. Backgrounds on all currently indicted defendants.

5. Investigation into the purported homicide. [which for Mr. Trentacosta, while not capitally charged, effectively could double his sentencing guideline range. Such investigation would include the forensic evidence - all designed to demonstrate that the homicide was not a 'hit' but the independent actions of another.

6. Developing factual information on Mr. Trentacosta's non-involvement with organized crime and his non-involvement with this particular group of individuals.

7. Exploring various factual representations contained within the numerous applications for wiretapping for truthfulness and completeness.

## BACKGROUND OF FRED CASEY

Mr. Casey's professional background includes:

1. 20 years as a member of the New York City Police Department.

2. 14 years in the Detective Division of the N.Y.P.D.

3. 12 years in the District Attorney's Office Squad for New York County.

    (this squad's duties included racketeering/organized crime investigations; wiretapping, electronic surveillance [both applications for, and actual monitoring], preparing and presenting such information in trial)

4. Since retirement in April, 1977 – licensure as a private Investigator in the State of Florida.

5. Numerous federal investigations.

6. Numerous State of Florida investigations.

7. Acting as either the lead investigator, or as a team investigator on many capital defense investigations.

## EXPECTED FEES AND COSTS

As the sole investigator for Mr. Trentacosta, Mr. Casey's duties will entail the aforementioned investigation, estimated to be between 400 and 500 hours of work. At the court approved rate of $40. per hour, his estimated, reasonable fees are between $16,000 and $20,000. Any 'remarkable' cost, such as travel outside the Southern District, would be addressed by individual motion prior to any such excursion..

Wherefore, undersigned counsel respectfully requests approval for the necessary and reasonable investigative fees as estimated herein. All invoices to be at increments of $1,000 and subject to auditing. All rates are to be at the Eleventh Circuit approved rate for investigators.

                                                  Respectfully submitted,

                                                  Richard K. Houlihan  
                                                  Attorney for Trentacosta  
                                                  300 Aragon Ave.  #310  
                                                  Coral Gables, Fl.  33134  
                                                  Fl. Bar # 238139  
                                                  [305]  442 – 1522  
                                                  Rkhoulihan@aol.com

# AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

CJA 21 (Rev. 10/96)

| 1. JURISDICTION | | 2. MAG. JUDGE DOCKET NO. | VOUCHER NO. 073544 |
|---|---|---|---|
| 1 ☐ TRIAL | 2 ☐ DISTRICT | | |
| 3 ☐ APPEALS | 4 ☐ OTHER | | |

| 3. DISTRICT DOCKET NO. | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CASE CODE |
|---|---|---|---|---|
| 00-06273 | | S.D. FLA. | FLSWI | |

| 7A. CHARGE/OFFENSE (U.S. or other code citation) | 8. IN THE CASE OF |
|---|---|
| 18 U.S.C. 1962 | U.S.A. vs. TRENTACOSTA |

**9. PERSON REPRESENTED (LAST NAME, FIRST NAME, M.I.)**
TRENTACOSTA, ANTHONY

**11. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY)**
TRIAL

**10. PERSON REPRESENTED (STATUS)**
1 ☒ DEFENDANT–ADULT  3 ☐ APPELLANT  5 ☐ OTHER
2 ☐ DEFENDANT–JUVENILE  4 ☐ APPELLEE

**12. TYPE OF SERVICES REQUESTED**
1 ☒ INVESTIGATOR  5 ☐ POLYGRAPH  9 ☐ CALR
2 ☐ INTERPRETER  6 ☐ DOCUMENTS  10 ☐ CHEMIST
3 ☐ PSYCHOLOGIST  7 ☐ FINGERPRINTS  11 ☐ BALLISTICS
4 ☐ PSYCHIATRIST  8 ☐ ACCOUNTANT  12 ☐ OTHER

**13. SERVICES TO BE PROVIDED BY** (Name, organization, address, area code/telephone no.)
FRED CASEY, P.I.
6016 NW 77th Ave
TAMARAC, FL 33321
(954) 720-0688

**14. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES.** Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for Item 14.)
See Attached Motion

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
☒ Authorization to obtain the service or
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act.
(Note: Prior authorization should be obtained for services in excess of $300)

SIGNATURE OF ATTORNEY ▶ Richard R Houlihan  DATE ▶ 1/16/01
PRINTED NAME OF ATTORNEY ▶ RICHARD HOULIHAN  PHONE NO. ▶ (305) 442-1522
1 ☐ LEGAL ORG.  2 ☒ PANEL ATTORNEY  3 ☐ RETAINED ATTY.  4 ☐ PRO-SE

**16. ESTIMATED COMPENSATION** (Describe basis, i.e. hourly or daily rate or fixed fee)
$15,000 TO $19,500 (Hourly)

**17. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER   ▶ DATE

## CLAIM FOR SERVICE

**18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED** (Include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)

A. TOTAL COMPENSATION $
B. TOTAL EXPENSES $
C. TOTAL AMOUNT CLAIMED $

**19. CLAIMANT'S CERTIFICATION FOR PERIOD _____ TO _____**
F ☐ FINAL PAYMENT  I ☐ INTERIM PAYMENT NO. _____
S ☐ SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher

▶ SIGNATURE OF CLAIMANT   ▶ DATE

**20. CERTIFICATION OF ATTORNEY**
I hereby certify that these services were rendered.

▶ ATTORNEY'S SIGNATURE   ▶ DATE

## APPROVED FOR PAYMENT

**21(a).** Either the cost of these services does not exceed $300, or prior authorization was obtained.

▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER  ▶ DATE  ▶ JUDGE/MAG. JDG. CODE

**21(b).** Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.

▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER  ▶ DATE  ▶ JUDGE/MAG. JDG. CODE

**22. AMOUNT APPROVED/CERTIFIED**
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $

**23.** Excess payment approved under 18 U.S.C. 3006A (e) (13)

▶ SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE)  ▶ DATE

**24. TOTAL APPROVED** $

| 25. NAME OF PAYEE | 26. PAYEE'S ADDRESS (Include city, state & zip code) |
|---|---|
| | |

| 27. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO. | 28. ATTORNEY'S NAME AND ADDRESS (Include city, state & zip code) |
|---|---|
| | |