UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK
Magistrate Judge Brown

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ANTHONY TRENTACOSTA,

       Defendant(s).
_____/

### ORDER

**THIS CAUSE** was before the Court *sua sponte*.

It is hereby ordered and adjudged that U.S. Pretrial Services shall pay the cost incurred for the Defendant's electronic monitoring in this cause.

Done and Ordered at Miami, Florida this 22nd day of January, 2001.

                                            STEPHEN T. BROWN
                                            UNITED STATES MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Richard Houlihan, Esq.
    Lawrence LaVecchio, AUSA
    U.S. Pretrial Services