UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ANTHONY TRENTACOSTA, et al.,

    *Defendant.*
_____/

## SECOND UNOPPOSED MOTION BY ANTHONY TRENTACOSTA
## TO ENLARGE TIME TO FILE MOTIONS

THE DEFENDANT, Anthony Trentacosta, by and through his undersigned counsel, respectfully moves this Honorable Court for entry of an Order enlarging the time to file trial motions, and in support thereof would state:

1. Trial of this matter has been set for September 3, 2001. The Defendant's motions are due to be filed on February 1, 2000.

2. Because of the time required to review the extensive discovery and the investigative materials received to-date, as well as the complexity of the issues to be addressed, the Defendant has not been able to complete preparation of pre-trial motions.

3. The Defendant is requesting a 30 day extension to file motions.

4. The undersigned counsel for the Defendant has discussed this Motion with AUSA Jeffrey



Sloman and AUSA Lawrence LaVecchio, who have represented that the Government has no objection to the extension requested.

WHEREFORE the Defendant requests that this Court enter its Order enlarging the time for filing motions by 30 days so that motions will be due on March 5, 2001.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of February, 2001, to: UNITED STATES ATTORNEY'S OFFICE, Lawrence LaVecchio, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Fl. 33394.

Richard K. Houlihan, P.A.
300 Aragon Ave. Suite 310
Coral Gables, Florida 33134
Fl.Bar # 238139
[305] 442 - 1522
Rkhoulihan@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ANTHONY TRENTACOSTA, et al.,

    *Defendant,*

_____/

## ORDER ON
## DEFENDANT, ANTHONY TRENTACOSTA'S
## SECOND UNOPPOSED MOTION TO ENLARGE TIME TO FILE MOTIONS

THIS CAUSE came on to be heard on the Defendant Trentacosta's Motion to Enlarge Time to File Motions and the Court having been advised that the parties are in agreement and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that

1. Defendant, Anthony Trentacosta's Motion is hereby GRANTED.

2. The time for filing motions is hereby enlarged to March 5, 2001.

DONE AND ORDERED this _____ day of February, 2001 at Miami, Southern District of Florida.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE