# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA



HONORABLE
PAUL C. HUCK

================================================================

CASE NO. **00-6273-CR**                                    DATE **2-5-2001**

CLERK   **Valerie Thompkins**            REPORTER **LARRY HERR**

USPO  _____            INTERPRETER _____

UNITED STATES OF AMERICA  vs. **ANTHONY TRENTACOSTA et al.,**

AUSA **JEFFREY SLOMAN &**                DEFENSE CSL. **ALL COUNSEL OF**
     **LAWRENCE LAVECCHIO**                           **RECORD**

Defendant(s) Present____ Not Present **XX**  In Custody_____

TYPE OF HEARING **SPECIAL STATUS CONFERENCE**

RESULT OF HEARING **COURT GRANT'S DEFENDANT'S MOTION'S FOR EXTENSION OF TIME FILE ATTY RICHARD HOULIHAN TO FILE ORDER WITHIN 5 DAYS. JUDGE BROWN TO HEAR PENDING MOTION ON DEFENDANT CJA MOTION FEE'S. COUNSEL TO FILE A STATUS REPORT TO THE COURT WITHIN 10 DAYS RE: TRIAL DATE AND THERE AVAILABILITY.**

================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____     Trial Date  _____

Govt. Resp to P/T/Motions_____    Further S/C _____

Change of Plea  _____

