UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN



United States of America

Vs.                                              ORDER re
                                                 STATUS

Anthony Trentacosta, et al.
_____/

This cause having come on to be heard on Monday, February 5, 2001, for a status report. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for extension of time to file motions is *granted*. All defense motions shall be filed with the clerk no later than the close of business on Tuesday, March 6, 2001.

That the new status date is Tuesday, March 6, 2001 at 8:00 A.M. All counsel are to appear or to have a fully informed and prepared substitute.

DONE AND ORDERED at Miami, Florida, this 12 day of February, 2001.

Paul Huck
U.S. District Judge