UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

NIGHT BOX
FILED

FEB 1_ 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY TRENTACOSTA,

Defendant.
_____/

GOVERNMENT'S MOTION FOR ORDER DIRECTING
BELLSOUTH TELECOMMUNICATIONS INC. TO PROVIDE
TECHNICAL ASSISTANCE IN EFFECTUATING
DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorneys, and files this motion seeking a Court Order requiring BellSouth

Telecommunications Inc. to provide technical assistance to the Federal Bureau of Investigation

in order that the defendant's conditions of pre-trial release may be effectuated and, in support

thereof, asserts the following:

1. On November 21, 2000, this Court entered its order clarifying the defendant's

conditions of pretrial release. That order provided, inter alia, that "[t]he government is

permitted to electronically monitor and/or record all communications occurring over the sole

telephone facility to which the defendant is permitted access [at his residence]."



2. BellSouth Telecommunications Inc., the service provider at the defendant's residence, is now requiring an order of this Court as a condition of providing technical assistance to the Federal Bureau of Investigation in carrying out the aforesaid provision.

WHEREFORE, the government respectfully requests that the Court issue an order requiring the aforesaid service provider to provide the necessary technical assistance. A form of order is being submitted herewith.

The undersigned has consulted with Richard K. Houlihan, Esquire, counsel for the defendant, who advised that he has no objection to the Court granting the instant motion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
Assistant United States Attorney
Florida Bar No. 0378879
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7230

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by facsimile and by U.S. mail to Richard K. Houlihan, Esquire, Suite 310, 300 Aragon Avenue, Coral Gables, Florida 33134 on this 12th day of February 2001.

LAWRENCE D. LaVECCHIO
Assistant United States Attorney