UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ANTHONY TRENTACOSTA,**

Defendant.
_____/



## ORDER

On November 21, 2000, this Court entered its Order clarifying conditions of pre-trial release for the defendant Anthony Trentacosta. That Order provided, inter alia, that the government is permitted to electronically monitor and/or record all communications occurring over the sole telephone facility to which the defendant is permitted access at his residence located at 6190 Polo Club Drive, Cumming, Georgia, which he shares with his spouse Denise Trezza.

WHEREFORE, in order to effectuate this provision, it is hereby ORDERED and ADJUDGED that BellSouth Telecommunications Inc. shall furnish to the Federal Bureau of Investigation all information, facilities and technical assistance to accomplish the aforesaid interception of communications occurring on telephone number (770) 781-5262, subscribed to Denise Trezza at 6190 Polo Club Drive, Cumming, Georgia, including but not limited to the identification of the cable, pair and binding posts utilized by said telephone number, in order to allow for the interception of communications and pen register coverage on that telephone facility.

IT IS FURTHER ORDERED that BellSouth Telecommunications Inc. shall commence providing the aforesaid information, facilities and assistance as soon as practicable, and shall continue to provide the aforesaid information, facilities and assistance up through and including September 4, 2001.

IT IS FURTHER ORDERED that BellSouth Telecommunications Inc. shall be compensated by the Federal Bureau of Investigation for reasonable expenses incurred in providing the aforesaid information, facilities and assistance.

DONE AND ORDERED at Miami-Dade County, Florida this 13th day of February 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Lawrence D. LaVecchio, AUSA
    Richard Houlihan, Esquire