UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN



United States of America

Vs.                                                     ORDER re
                                                        STATUS

Anthony Trentacosta, et al.
_____/

This cause having come on to be heard on Tuesday, March 6, 2001,

for a status report. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for extension of time to file motions is *granted*.

All defense motions shall be filed with the clerk no later than the close of business
on Friday, March 30, 2001.

DONE AND ORDERED at Miami, Florida, this 6th day of March, 2001.

                                             Paul Huck
                                             U.S. District Judge