

FILED by _V__ D.C.

MAR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE _Paul C Huck_

====================================================

CASE NO. _00-6273-CR_    DATE _3-6-01_

CLERK _Valerie Thompkins_    REPORTER _Larry Herr_

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA    vs. _Anthony Trentacosta et Al_

AUSA _Laurence LaVecchio_    DEFENSE CSL. _Richard Houlihan_

Defendant(s) Present____ Not Present_X__ In Custody_____

TYPE OF HEARING _Special Status Conference_

RESULT OF HEARING _Defense Oral Tenus motion to Continue Trial is hereby Granted_

====================================================

### NEW DATES SET BY COURT

Defense P/T/Motions _Cut-off 3-30-01_    Trial Date _11-19-01_

Govt. Resp to P/T/Motions_____    Further ~~date~~ _Calendar Call 11-14-01_

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: _3-6-01_ thru _11-30-01_ to be excludable pursuant to the Speedy Trial Act.

