UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/ BROWN



United States of America

Vs.                                                        MOTION TO ADOPT

Anthony Trentacosta
_____/

      The Defendant, Anthony Trentacosta, hereby respectfully moves this Honorable Court to Adopt any and all motions, or parts thereof, filed by any co-counsel that are applicable to Mr. Trentacosta. In support of this request, the Defendant maintains the following:

1) Anthony Trentacosta is currently one of nine individuals indicted in the instant pending case.

2) In some situations, similar legal issues encompass multiple defendants.

3) In such situations, both for judicial efficiency (limit duplicitous pleadings) and economy (counsel is appointed pursuant to the Criminal Justice Act), adoption of relevant motions, or parts thereof, will result in streamlining all cogent legal issues without sacrificing undersigned counsel duties to his client.

      Wherefore, Anthony Trentacosta hereby requests that his motion to adopt all

NON-COMPLIANCE OF S.D. fla. L.R. _____



relevant motions, or parts thereof, filed by co-counsel, be granted.

Respectfully submitted,

*[signature]*

Richard K. Houlihan
Attorney for Trentacosta
300 Aragon Ave. #310
Coral Gables, Fl. 33134
Fl.Bar # 238139
[305] 442 – 1522
Rkhoulihan@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was delivered in court this 6th day of March, 2001, to Ass't U.S.Attorney Larry LaVecchio, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Fl. 33394.

*[signature]*

Richard Houlihan, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN

United States of America

Vs.                                                              ORDER re
                                                                 MOTION TO ADOPT

Anthony Trentacosta, et al.
_____/

This cause having come on to be heard on Tuesday, March 6, 2001, pursuant to Trentacosta's <u>Motion To Adopt.</u>. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion to adopt is *granted.*

DONE AND ORDERED at Miami, Florida, this ____ day of March, 2001.

                                                                 _____
                                                                 Paul Huck
                                                                 U.S. District Judge