UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN



FILED by _____ D.C.
MAR 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

United States of America

Vs.                                                    ORDER re
                                                       MOTION TO ADOPT

Anthony Trentacosta, et al.
_____/

This cause having come on to be heard on Tuesday, March 6, 2001, pursuant to Trentacosta's <u>Motion To Adopt</u>.. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion to adopt is ~~granted~~ DENIED without prejudice.

DONE AND ORDERED at Miami, Florida, this 6th day of March, 2001.

Paul Huck
U.S. District Judge