UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/ BROWN



United States of America

Vs.

           Second Motion
           for Approval
           Of Discovery Costs

Anthony Trentacosta
_____/

      The Defendant, Anthony Trentacosta, through his undersigned court appointed attorney, hereby files this Motion for Approval of Discovery Costs. In support of this request, it is maintained that:

1) Pursuant to the Criminal Justice Act, undersigned counsel, Richard K. Houlihan, has been apppointed to represent Anthony Trentacosta in this instant case.

2) Additional discovery responses from the Government reference audio tapes, voluminous trial testimony and <u>Jencks</u> material that is available for copying through "Legal Imprints". The present estimate for current copying costs is $ [to be determined]

3) Counsel needs this discovery in order to properly prepare a defense.

      Wherefore, the Defendant requests that this Court approve the attached CJA voucher and enter an order authorizing the preparation of a set of additional discovery

NON-COMPLIANCE OF S.D. fla. L.R. ___S.IA\ ちっぺ Aw.

documents, Jencks materials and audio tapes from International Legal Imprints for the defendant Trentacosta.

                                      Respectfully submitted,

                                      Richard K. Houlihan
                                      Attorney for Trentacosta
                                        300 Aragon Ave.  #310
                                      Coral Gables, Fl. 33134
                                      Fl. Bar # 238139
                                      [305] 442 – 1522
                                      Rkhoulihan@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion for costs was hand – delivered in Court to Assistant U.S. Attorney Larry LaVecchio, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33194 on this 6th day of March, 2001.