UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/ BROWN



United States of America

Vs.   MOTION FOR EXTENSION
      OF TIME FOR FILING MOTIONS

Anthony Trentacosta
_____/

The Defendant, Anthony Trentacosta, hereby respectfully moves this Honorable Court for an Extension of Time for Filing Motions to March 23, 2001. In support of this request, the Defendant maintains the following :

1) The current date, pursuant to an earlier Order from this Court, is Tuesday, March 6, 2001.

2) The nature, amount of discovery, and complexity of the potential issues involved require additional time for counsel to properly prepare.

3) Counsel for Mr. Trentacosta has, at length, discussed this motion with Assistant United States Attorney Larry LaVecchio who will not object to March 23, 2001 as the defense requested motion cut-off date, subject to this Honorable Court's approval.

Wherefore, Anthony Trentacosta hereby requests that the time for filing defense motions be extended to the close of business, [4:30 p.m.], March 23, 2001.

Respectfully submitted,

*[signature]*

Richard K. Houlihan
Attorney for Trentacosta
300 Aragon Ave. #310
Coral Gables, Fl. 33134
Fl.Bar # 238139
[305] 442 – 1522
Rkhoulihan@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was delivered in court this 6th day of March, 2001, to Ass't U.S.Attorney Larry LaVecchio, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Fl. 33394.

*[signature]*

Richard Houlihan, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN

United States of America

Vs.                                                                                   ORDER re
                                                                                      STATUS

Anthony Trentacosta, et al.
_____/

    This cause having come on to be heard on Tuesday, March 6, 2001, for a status report. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for extension of time to file motions is *granted*. All defense motions shall be filed with the clerk no later than the close of business on Friday, March 23, 2001.

    DONE AND ORDERED at Miami, Florida, this ____ day of March, 2001.

Paul Huck
U.S. District Judge