UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/ BROWN

01 MAR 30 PM 12: 46

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

United States of America

Vs.  MOTION TO ADOPT

Anthony Trentacosta
_____/

The Defendant, Anthony Trentacosta, hereby respectfully moves this Honorable Court to Adopt the following motions filed by jointly indicted defendants:

- Motion To Dismiss Indictment, Rico Conspiracy [Massaro];

- Memorandum In Support of Motion to Dismiss [Massaro];

- Motion for Rule 104(c) Hearing [Massaro];

- Motion to Exclude 404 ( b) Evidence ...Memorandum [Massaro];

- Request for Specific Brady Material and Memorandum [Massaro];

- Motion to Strike Government's Discovery Response [Hernandez];

- Motion to Suppress Evidence Derived from Illegal Electronic Surveillance [Massaro];

- Motion To Suppress Intercepted Wire Communications [Hernandez]

- Motion For Accelerated Disclosure of Brady, Jencks, Kyle, Agurs Related Materials [Massaro];

- Motion for a Pre-Trial James Hearing [Hernandez]

. In support of this request, the Defendant maintains the following:

1) Anthony Trentacosta is currently one of nine individuals indicted in the instant pending case.

2) In some situations, similar legal issues encompass multiple defendants.

3) In such situations, both for judicial efficiency (limit duplicitous pleadings) and economy (counsel is appointed pursuant to the Criminal Justice Act), adoption of relevant motions, or parts thereof, will result in streamlining all cogent legal issues without sacrificing undersigned counsel duties to his client.

Wherefore, Anthony Trentacosta hereby requests that his motion to adopt be granted.

Respectfully submitted,

Richard K. Houlihan
Attorney for Trentacosta
300 Aragon Ave. #310
Coral Gables, Fl. 33134
Fl.Bar # 238139
[305] 442 – 1522
Rkhoulihan@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this **30** day of **March**, 20**01** to: UNITED STATES ATTORNEY'S OFFICE, LARRY LaVECCIO, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Fl. 33394; and to:

Jeffrey Weinkle, Esq.
1035 NW 11th Ave
Miami, Fl. 33136
(Attorney for Hernandez)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Samuel D. Deluca, Esq.
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Avenue
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

Richard K. Houlihan, P.A.
300 Aragon Ave., #310
Coral Gables. Fl. 33134
Tel: 305- 442 - 1522
Rkhoulihan@aol.com