UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6273-CR-HUCK

       Plaintiff,

vs.   NOTICE OF HEARING

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,
FREDERICK J. MASSARO,
CARLOS GARCIA,
       Defendant.
_____/



FILED by ____ D.C.
APR 0 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a **special status conference hearing on THURSDAY, APRIL 19, 2001, at 9:00 a.m., before the Honorable PAUL C. HUCK,** United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: April 09, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

**cc: all counsel of record need to be present, are have someone stand in for them.**

