00-6273.oh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTACOSTA, et al.,

    Defendants.
_____/



## ORDER GRANTING MOTION TO ADOPT

This Cause is before the Court on Defendant Anthony Trentacosta's Motion to Adopt, filed March 30, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and Defendant Trentacosta is hereby deemed to have adopted the following Motions:

Filed on behalf of Frederick Massaro:

    A.    Motion to Dismiss Indictment, RICO Conspiracy;

    B.    Initial Motion to Dismiss Murder Related Counts;

    C.    Motion for Rule 104(c) Hearing Regarding Rule 404(b) Evidence, etc.;

    D.    Motion to Exclude 404(b) Evidence, etc.;

    E.    Request for Specific Brady Material, etc.;

    F.    Motion to Suppress Evidence Derived From Illegal Electronic Surveillance in State Proceedings, etc.;

    G.    Motion to Exclude 404(b) Evidence [403 and 404 Objection] etc.;

    H.    Motion for Accelerated Disclosure of Brady, Jencks, Kyle, Agurs Related Materials;

<u>Filed on behalf of Ariel Hernandez</u>

A.  Motion to Strike Government's Discovery Response;

B.  Motion to Suppress Intercepted Wire Communications;

C.  Motion for a Pre-Trial James Hearing.

**DONE AND ORDERED** this 16th day of April, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Paul C. Huck
Jeffrey H. Sloman, Esq. (AUSA)
Larry LaVecchio, Esq.
Richard Houlihan, Esq.
Samuel Deluca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadero, Esq.
Michael Smith, Esq.
Fred Haddad, Esq.
Alejandro Taquechel, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.