UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTACOSTA,

    Defendant.
_____/



FILED by _____ D.C.

JUN 2 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE is hereby set for status conference before the undersigned on **Tuesday, September 4, 2001, at 4:45 p.m. at 99 N.E. 4th Street, 10th Floor, Courtroom 6,** Miami, Florida. All counsel shall attend in person and be prepared to discuss the status of the case and pending motions.

DONE AND ORDERED in Chambers, Miami, Florida, this 22nd day of June, 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record.

