**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

Criminal Minutes
CID-58-1050

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 22 2:00 PM | ~~2:30~~ PM 2:45 p.m. | | USA v. ~~Trent Acosta~~ Anthony Trentacosta, et al<br>00-6273-CR-PCH<br>Exparte Motions for Fees/Costs<br>(30 mins) |

1) Richard Houlihan, Esq. for Deft Trentacosta

2) Richard Houlihan, Esq. for _____ Smith, Esq. for Deft Silverman

3) Jeffrey Weinkle, Esq. for Deft Ariel Hernandez.

Exparte hrg held. Court to hold conference with CJA Administrator, Lucy Lara, in re fees and costs.

FILED BY ___ D.C.
2001 JUN 22 PM 3:40
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA