UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL MINUTES FOR HON. PAUL C. HUCK

JUL 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Date: 7/27/01  Case No. 00-6273-CR
Clerk: Wilma Jackson  Reporter: Patricia Saunders
Probation Officer ___  Interpreter ___
U.S.A. vs. Anthony Trentacosta (Deft appeared by Phone)
Defendant:  PRESENT  NOT PRESENT  IN CUSTODY
U.S. Attorney: Jeffrey Sloman
Defense Counsel: Richard Houlihan

Reason for hearing: Re: Counsel

Result of hearing: Deft to retain counsel by next week

Misc. ___

Case continued to: ___  Time: ___  For: ___