UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

01 AUG 15 PM 4: 19

CLERK
S.D.C - MIAMI

UNITED STATES OF AMERICA,  CASE NO.: 00-6273-CR-HUCK
Plaintiff,

v.

ANTHONY TRENTACOSTA
Defendant.
_____/

## MOTION TO SUBSTITUTE AS COUNSEL OF RECORD

Undersigned Counsel respectfully moves this Honorable Court to permit Undersigned Counsel to substitute as attorney of record in this case for Defendant, **ANTHONY TRENTACOSTA**. Attorney Richard Houlihan has no objection to the substitution.

Respectfully submitted,

STEPHEN H. ROSEN



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to AUSA Jeffrey H. Sloman 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394 on this 15th day of August 2001.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Trentacosta