UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6273-CR-HUCK
　　Plaintiff,

v.

ANTHONY TRENTACOSTA
　　Defendant.
_____/



### NOTICE OF APPEARANCE

THE CLERK, of the above styled Court will please take notice that the undersigned attorney hereby enters his appearance as counsel for the defendant, in the above styled cause. The Clerk is requested that all future pleadings, notices, and correspondence be sent to undersigned counsel.

I HEREBY CERTIFY that a true copy of the foregoing was mailed/hand delivered to Assistant United State Attorney's Office, 99 NE 4th Street, Miami, FL 33132 on this 15th day of August, 2001.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
　　　　　　　　　　　　　1221 Brickell Avenue
　　　　　　　　　　　　　Suite 1020
　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　Florida Bar No. 154144
　　　　　　　　　　　　　(305) 358-6789

　　　　　　　　　　　　　STEPHEN H. ROSEN
　　　　　　　　　　　　　Counsel for Defendant Trentacosta

