**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,                         CASE NO.:00-6273-CR-HUCK
     Plaintiff,
vs.

ANTHONY TRENTACOSTA,

    Defendants.
_____/

FILED by _____ D.C.

AUG 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER

**THIS CAUSE** having come on to be heard on Defendant's Motion to Substitute as

Counsel of Record and the Court having heard argument of counsel, and being otherwise advised

in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that Stephen H. Rosen is hereby approved as permanent

counsel for Defendant, ANTHONY TRENTACOSTA .

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___15th___ day of _____

_August,_ 2001.

**PAUL HUCK U.S. DISTRICT JUDGE**

Copies furnished:

Jeffrey Sloman, AUSA
All counsel of Record

