UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6273-CR-HUCK

Plaintiff,

v.

ANTHONY TRENTACOSTA

Defendant.
_____/

UNOPPOSED
## EMERGENCY MOTION TO TRAVEL

**COMES NOW,** the defendant, ANTHONY TRENTACOSTA, by and through his undersigned attorney and respectfully moves this court for permission to travel outside the jurisdiction of the District of Atlanta, Georgia and states as follows:

1. Trentacosta requests permission to travel to Miami, Florida between August 16, 2001 to August 21, 2001 to meet with his new counsel.

2. Trentacosta will be staying at the Embassador Resort, 4000 S. Ocean Drive, Hollywood, FL 33019.

3. AUSA, Jeffrey Sloman has no objection.

WHEREFORE, the defendant, Anthony Trentacosta, respectfully requests this honorable court for permission to travel outside the jurisdiction to Miami from August 16, 2001 to August 21, 2001.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed to Assistant United State Attorney, Jeffrey Sloman, 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, FL 33394, on this 15th day of August, 2001.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Trentacosta