## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTHONY TRENTACOSTA,

    Defendants.

_____/

CASE NO.:00-6273-CR-HUCK

FILED by _____ D.C.

**AUG 15 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO TRAVEL

**THIS CAUSE** having come on to be heard on Defendant's Motion to Travel and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that the defendant will travel from August 16, 2001 to August 21, 2001 to meet with new counsel. The government having no objection to the Motion for Travel, said Motion is hereby ___GRANTED___.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _15th_ day of _____ _August_, 2001.

_____
**PAUL HUCK U.S. DISTRICT JUDGE**

Copies furnished:

Jeffrey Sloman, AUSA
Stephen H. Rosen, P.A.

