FILED by ___ D.C.
AUG 2 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CASE NO.:00-6273-CR-HUCK

ANTHONY TRENTACOSTA,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TRAVEL

**THIS CAUSE** having come on to be heard on Defendant's Motion to Extend Travel and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that the defendant will travel from Miami, Florida back to Atlanta, Georgia by car from August 22, 2001 to August 23, 2001. The government having no objection to the Motion for Extend Travel, said Motion is hereby _GRANTED_.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _21_ day of _August_ _____, 2001.

_____
PAUL HUCK U.S. DISTRICT JUDGE

Copies furnished:

Jeffrey Sloman, AUSA
Stephen H. Rosen, P.A.