SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



NIGHT BOX
FILED

AUG 28 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**ANTHONY TRENTACOSTA,**

    Defendant.

_____/

### GOVERNMENT'S MOTION FOR ORDER DIRECTING BELLSOUTH TELECOMMUNICATIONS INC. TO CONTINUE TO PROVIDE TECHNICAL ASSISTANCE IN EFFECTUATING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this motion seeking a Court Order requiring BellSouth Telecommunications Inc. to continue to provide technical assistance to the Federal Bureau of Investigation in order that the defendant's conditions of pre-trial release may continue to be effectuated and, in support thereof, asserts the following:

1. On November 21, 2000, this Court entered its order clarifying the defendant's conditions of pretrial release (DE 128). That order provided, <u>inter alia</u>, that "[t]he government is permitted to electronically monitor and/or record all communications occurring over the sole telephone facility to which the defendant is permitted access [at his residence]."

2. BellSouth Telecommunications Inc., the service provider at the defendant's residence, required an order of this Court as a condition of providing technical assistance to the Federal Bureau

of Investigation in carrying out the aforesaid provision. Consequently, on February 14, 2001, this Court entered an order directing BellSouth Telecommunications Inc. to provide that necessary technical assistance (DE 179).

3. The aforesaid order provided that BellSouth continue to provide such assistance through September 4, 2001, which was the date that trial was originally scheduled to commence in the instant case. Since the entry of the aforesaid order, trial in the instant case was continued until November 19, 2001. BellSouth Telecommunications Inc. requires an extension of the original order as a precondition for its providing the necessary technical assistance beyond September 4, 2001.

WHEREFORE, the government respectfully requests that the Court issue an order requiring the aforesaid service provider to continue to provide the necessary technical assistance in order for the government to be able to continue to carry out the conditions of the defendant's pretrial release previously imposed by the Court. A form of order is being submitted herewith.

The undersigned has consulted with Stephen H. Rosen, Esquire, who is currently counsel of record for the defendant, and who advised that he objects to the Court granting the instant motion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to Stephen H. Rosen, Esquire, Suite 1020, 1221 Brickell Avenue, Miami, Florida 33131 and to Richard K. Houlihan, Esquire, Suite 310, 300 Aragon Avenue, Coral Gables, Florida 33134 on this 28th day of August 2001.

LAWRENCE D. LaVECCHIO
Assistant United States Attorney