UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ANTHONY TRENTACOSTA**,

    Defendant.
_____/



FILED by ___ D.C.

AUG 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

<u>ORDER</u>

    On November 21, 2000, this Court entered its Order clarifying conditions of pre-trial release for the defendant Anthony Trentacosta. That Order provided, <u>inter alia</u>, that the government is permitted to electronically monitor and/or record all communications occurring over the sole telephone facility to which the defendant is permitted access at his residence located at 6190 Polo Club Drive, Cumming, Georgia, which he shares with his spouse Denise Trezza. On February 14, 2001, this Court entered its order directing BellSouth Telecommunications Inc. to provide technical assistance to the Federal Bureau of Investigation in order to fulfill the terms of this provision through September 4, 2001.

    It is hereby ORDERED and ADJUDGED that BellSouth Telecommunications Inc. shall continue to furnish to the Federal Bureau of Investigation all information, facilities and technical assistance to continue to accomplish the aforesaid interception of communications occurring on

telephone number (770) 781-5262, subscribed to Denise Trezza at 6190 Polo Club Drive, Cumming, Georgia, including but not limited to the identification of the cable, pair and binding posts utilized by said telephone number, in order to allow for the interception of communications and pen register coverage on that telephone facility.

IT IS FURTHER ORDERED that BellSouth Telecommunications Inc. shall continue to provide the aforesaid information, facilities and assistance up through and including November 19, 2001.

IT IS FURTHER ORDERED that BellSouth Telecommunications Inc. shall continue to be compensated by the Federal Bureau of Investigation for reasonable expenses incurred in providing the aforesaid information, facilities and assistance.

DONE AND ORDERED at Miami-Dade County, Florida this 29 day of Aug, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE


cc: Lawrence D. LaVecchio, AUSA
　　Richard Houlihan, Esquire
　　Stephen H. Rosen, Esquire