**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

                                  **CASE NO.: 00-6273-CR-HUCK**

**v.**

**ANTHONY TRENTACOSTA**
        **Defendant.**

_____/

**EMERGENCY MOTION FOR MODIFICATION OF BOND CONDITIONS**

    The Defendant **ANTHONY TRENTACOSTA**, through undersigned counsel respectfully moves this Honorable Court to Modify his conditions of release and as grounds states as follows:

    1.      Trentacosta is charged in one count of a twenty five count indictment with Racketeering (Rico) in violation of Title 18 U.S.C. 1961. Trentacosta was arrested on December 26, 2000 in Atlanta, Georgia , where he resides. Trial is set for November 19, 2001.

    2.      On November 20, 2001, this Honorable Court set conditions for his release, which included a corporate surety bond and electronic monitoring with house arrest; in addition, the following conditions of bond were imposed:

        a.      The defendant to maintain one land telephone line at residence. All cellular telephones are prohibited on the premises;

        b.      The defendant is prohibited from utilizing any communication device except the land line telephone at his residence , including any pay telephones, cellular telephones or any other communication devices outside of his residence;

        c.      The government is permitted to electronically monitor and/or record all communications occurring over the sole telephone facility to which the defendant is permitted access, and the defendant is required to post a notice on that telephone facility that the communications occurring thereon are being monitored and/or recorded by the government.

3.     Undersigned counsel filed his notice of appearance on August 15, 2001 with the understanding that there will be no continuance of the trial date. Counsel finds himself a year behind all other defense counsel and probably two to three years behind the government in his trial preparation.

4.     Undersigned counsel and his client will do everything in their power to investigate the charges, analyze the discovery and formulate defenses for trial. This cannot be accomplished, however without counsel's direct uncensored access to Trentacosta by phone, fax and internet. Further, due to the large amount of diskettes, Trentacosta needs a land telephone line for his computer. Trentacosta has the right under the Sixth Amendment of the United States Constitution to have uninhibited access to his counsel.

5.     AUSA Lawerence Levechio objects to any modification of Trentacosta's bond.

**WHEREFORE** it is respectfully requested that this Honorable Court modify Trentacosata's bond condition as follows:

1. Trentacosta to have two land telephone lines. One for pretrial services to monitor his electronic ankle bracelet and the second for normal telephone usage, fax and internet service for his computer. (Email) That second line not to be monitored by the government at any time.

2. Lift the restriction on home confinement to assist in the preparation of his defense with strict monitoring by pretrial services.

Respectfully submitted,

STEPHEN H. ROSEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed to Assistant United

State Attorney, Lawrence LaVecchio, 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, FL 33394,

on this **31st** day of **Aug** , 2001.

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant Trentacosta