# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

**SEP 0 4 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### HONORABLE
### PAUL C. HUCK

===============================================================

CASE NO. __00-6273-CR__                DATE __09-04-2001__

CLERK    __Valerie Thompkins__         REPORTER __LARRY HERR__

USPO    _____        INTERPRETER_____

UNITED STATES OF AMERICA    vs.    __ANTHONY TRENTACOSTA ET AL__

AUSA __LARRY LAVECCHIO__               DEFENSE CSL. __ALL COUNSEL OF RECORD__

Defendant(s) Present_____ Not Present __XX__ In Custody_____

TYPE OF HEARING __SPECIAL STATUS CONFERENCE__

RESULT OF HEARING __STATUS CONFERENCE HELD.__
_Defendant's Motion for Modification of Bond Conditions filed on 8-31-2001 is hereby Granted._

===============================================================

### NEW DATES SET BY COURT

Defense P/T/Motions _____     Trial Date _____

Govt. Resp to P/T/Motions _____ Further S/C _____

338