```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA,                    CASE NO. 00-6273-CR-HUCK

        Plaintiff,

vs.                                          NOTICE OF HEARING

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
ADAM SILVERMAN,
CHARLES MONICO,
ANTHONY BANKS,
FREDERICK MASSARO,
CARLOS GARCIA,
        Defendants.
_____/



SEP 04 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status hearing on Thursday, October 04, 2001, at 4:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: September 04, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: all counsel of record