NIGHT BOX FILED

SEP 06 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY TRENTACOSTA,

        Defendants.

_____/

### GOVERNMENT'S NOTICE OF FILING PROPOSED ORDER MODIFYING DEFENDANT TRENTACOSTA'S CONDITIONS OF PRE-TRIAL RELEASE

COMES NOW the United States of America, by and through the undersigned, and files with this Court a proposed order reflecting the Court's oral ruling rendered on September 4, 2001 regarding modification of the defendant Anthony Trentacosta's conditions of pre-trial release. On September 6, 2001, the undersigned spoke with Stephen H. Rosen, Esquire, counsel for the defendant Trentacosta, who advised that he is in agreement with the form and content of the order being submitted herewith.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        LAWRENCE D. LaVECCHIO
        Assistant United States Attorney
        Florida Bar No. 0305405
        500 E. Broward Blvd., Suite 700
        Fort Lauderdale, Florida 33394
        Tel: (954) 356-7255/356-7230 - fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to Stephen H. Rosen, Esquire, Suite 1020, 1221 Brickell Avenue, Miami, Florida 33131 on this 6th day of September 2001.

LAWRENCE D. LaVECCHIO
Assistant United States Attorney