UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

FILED by _____ D.C.
SEP 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**ANTHONY TRENTACOSTA,**

    Defendant.

_____/

ORDER MODIFYING THE DEFENDANT'S CONDITIONS OF
PRETRIAL RELEASE

THIS MATTER came to be heard upon the defendant Anthony Trentacosta's motion filed on August 31, 2001 seeking a modification of his conditions of pretrial release. After having heard argument of counsel on September 4, 2001, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the defendant's conditions of pretrial release are modified as follows:

1. The defendant may install, at his own expense, an additional telephone line at the residence which he shares with his wife, Denise Trezza, located at 6190 Polo Club Drive, Cumming, Georgia. This telephone line is to be utilized solely by the defendant Anthony

Trentacosta and his wife Denise Trezza for the sole purpose of communicating with Anthony Trentacosta's counsel of record, Stephen H. Rosen, Esquire, 1221 Brickell Avenue, Suite 1020, Miami, Florida 33131, telephone number (305) 358-6789. No persons other than the defendant Anthony Trentacosta or his wife Denise Trezza may utilize this telephone line. Electronic and wire communications occurring over this telephone line are specifically limited to communications between Anthony Trentacosta or Denise Trezza and members and employees of the Law Offices of Stephen H. Rosen, P.A. The defendant Anthony Trentacosta and his wife Denise Trezza are prohibited from utilizing this telephone line for any other purpose. To the extent that the defendant Anthony Trentacosta wishes to utilize said telephone line for the purpose of speaking to witnesses in the instant case, he is prohibited from doing so unless a member or employee of the Law offices of Stephen H. Rosen, P.A. is a party to the entire communication occurring between the defendant Anthony Trentacosta and any such witness. Furthermore, the only electronic communications (i.e., e-mail transmissions) permitted over said telephone line are those occurring between the defendant Anthony Trentacosta or his wife Denise Trezza and the members and employees of the Law Offices of Stephen H. Rosen, P.A. The defendant Anthony Trentacosta and his wife Denise Trezza are prohibited from engaging in any other electronic communications and/or internet usage except as is required specifically for the purpose of communicating with the Law Offices of Stephen H. Rosen, P.A.

    2. Immediately upon the identification of the telephone number assigned to the telephone line to be installed as described above, the defendant Trentacosta shall notify Pre-

Trial Services as to the telephone number.

3. In order to ensure the defendant's compliance with the conditions and terms set forth above in paragraph 1, Agents of the Federal Bureau of Investigation may affix pen register and/or trap and trace devices to the telephone line described above. Any cost associated with the installation and use of said devices shall be paid by the Federal Bureau of Investigation.

4. All other terms and conditions of pre-trial release set forth in this Court's prior order of November 21, 2000 shall remain in full force and effect, including, but not limited to, the provisions requiring that: (1) all telephone communications (other than communications between the defendant and his attorney as modified hereinabove) to which the defendant is a party are permitted solely over telephone number (770) 781-5262; (2) The defendant is prohibited from utilizing any other communication device; (3) The government is permitted to electronically monitor and/or record all communications occurring over telephone number (770) 781-5262; and (4) No other telephone lines or cellular telephones are permitted on the premises of the defendant's residence.

DONE AND ORDERED at Miami-Dade County, Florida this _10_ day of September 2000.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Lawrence D. LaVecchio, AUSA
    Stephen H. Rosen, Esquire
    Pre-Trial Services  ⇒ ELLA EVANS