UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

NIGHT BOX FILED
OCT 0 2 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY TRENTACOSTA,

        Defendant.
_____/

### GOVERNMENT'S MOTION FOR ORDER DIRECTING BELLSOUTH TELECOMMUNICATIONS INC. TO PROVIDE TECHNICAL ASSISTANCE IN EFFECTUATING DEFENDANT'S AMENDED CONDITIONS OF PRETRIAL RELEASE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and file this motion seeking a Court Order requiring BellSouth Telecommunications Inc. to provide technical assistance to the Federal Bureau of Investigation in order that the defendant's amended conditions of pre-trial release may be effectuated and, in support thereof, asserts the following:

1. On September 10, 2001, this Court entered its order modifying the defendant's conditions of pretrial release so as to allow the defendant to install an additional telephone line in his residence for the sole use and purpose of maintaining communication with his attorney. That order provided, inter alia, that "Agents of the Federal Bureau of Investigation may affix pen register and/or trap and



trace devices to the telephone line" in order to ensure the defendant's compliance with the conditions set forth in the Court's order.

2. BellSouth Telecommunications Inc., the service provider at the defendant's residence, is now requiring an order of this Court as a condition of providing technical assistance to the Federal Bureau of Investigation in carrying out the aforesaid provision.

WHEREFORE, the government respectfully requests that the Court issue an order requiring the aforesaid service provider to provide the necessary technical assistance. A form of order is being submitted herewith.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by facsimile and by U.S. mail to Stephen H. Rosen, Esquire, Suite 1020, 1221 Brickell Avenue, Miami, Florida 33131 on this 2nd day of October 2001.

LAWRENCE D. LaVECCHIO
Assistant United States Attorney