UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



FILED by_____ D.C.

OCT 0 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ANTHONY TRENTACOSTA,**

Defendant.
_____/

## ORDER

On September 10, 2001, this Court entered its Order modifying conditions of pre-trial release for the defendant Anthony Trentacosta. That Order provided, <u>inter alia</u>, that the government is permitted to affix pen register and/or trap and trace devices to an additional telephone facility to which the defendant is permitted access at his residence located at 6190 Polo Club Drive, Cumming, Georgia, which he shares with his spouse Denise Trezza, in order that the defendant may communicate with his counsel of record in the instant case.

WHEREFORE, in order to effectuate this provision, it is hereby ORDERED and ADJUDGED that BellSouth Telecommunications Inc. shall furnish to the Federal Bureau of Investigation all information, facilities and technical assistance to accomplish the installation of pen register and trap and trace devices on telephone number (770) 844-7562 appearing at 6190 Polo Club Drive, Cumming, Georgia, including but not limited to the identification of the cable, pair and binding posts utilized by said telephone number,



in order to allow for pen register and trap and trace coverage on that telephone facility.

IT IS FURTHER ORDERED that BellSouth Telecommunications Inc. shall commence providing the aforesaid information, facilities and assistance as soon as practicable, and shall continue to provide the aforesaid information, facilities and assistance up through and including November 19, 2001.

IT IS FURTHER ORDERED that BellSouth Telecommunications Inc. shall be compensated by the Federal Bureau of Investigation for reasonable expenses incurred in providing the aforesaid information, facilities and assistance.

DONE AND ORDERED at Miami-Dade County, Florida this ___3rd___ day of October 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Lawrence D. LaVecchio, AUSA
    Stephen H. Rosen, Esquire