## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                         CASE NO.:00-6273-CR-HUCK
    Plaintiff,

vs.

ANTHONY TRENTACOSTA,

    Defendants.
_____/

## OBJECTIONS TO THE INTRODUCTION OF
## TAPE RECORDED CONVERSATIONS

Pursuant to the order of the Court dated the 17th of October 2001, Defendant Trentacosta

hereby files his objections to the government's motion for introduction of tape recordings:

    1.    Trentacosta believes that the government cannot establish the required nexus

between himself and the enterprise to justify holding him accountable for the conduct

and statements of his co-defendants.  The predicate necessary for the admissibility of an out-

of-court statement by a co-conspirator is set out in *United States v. Garcia*, 13

F.3d 1464 (11th Cir. 1994):

> An out-of-court statement by a coconspirator is admissible under Rule
> 801(d)(2)(E) if the trial judge determines that the government has
> proven by a preponderance of the evidence that (1) a conspiracy
> existed, (2) the defendant and the declarant participated in the
> conspiracy, and (3) the statement was made during the course of and
> in furtherance of the conspiracy. *United States v. Turner*, 871 F.2d
> 1574, 1581 (11th Cir.), cert. denied, 493 U.S. 997, 110 S.Ct. 552, 107
> L.Ed.2d 548 (1989).

13 F.3d at 1473.

    Trentacosta submits that a pretrial hearing will show that the government cannot prove, by

a preponderance of the evidence, that he participated in the conspiracy.  Therefore, Trentacosta

requests this Court conduct a pretrial hearing, in the nature of that addressed in *United States v.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed to on this ᐱᐃ day of

_Cಠtೣber_ , 2001 to:

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

_____
STEPHEN H. ROSEN
Counsel for Defendant Trentacosta

AUSA, Lawrence LaVecchio
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394

Alejandro Taquchel, Esq. (Attorney for Carlos Garcia)
3750 W. 16th Avenue, Suite 238
Hialeah, FL 33012

Fred Haddad, Esq. (Attorney for Fredrick J. Massaro)
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
954-467-6767

Thomas Almon, Esq. (Attorney for Charles P. Monico)
321 N.E. 26th Street
Miami, FL 33137

Samuel D. Deluca, Esq. (Attorney for Francis Ruggiero)
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq. (Attorney for Ariel Hernandez)
1035 NW 11th Avenue
Miami, FL 33136

Donald Spadero, Esq. (Attorney for Julius B. Chiusano)
1000 S. Federal Highway, Suite 103
Ft. Lauderdale, FL 33316

Michael Smith, Esq. (Attorney for Adam T. Silverman)
633 SE 3rd Street, Suite 4F
Ft. Lauderdale, FL 33301