CRIMINAL MINUTES

FILED by _____ D.C.

OCT 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE *Paul C HUCK*

=====================================================

CASE NO. *00-6273-CR*     DATE *10/26/01*

CLERK   Valerie Thompkins     REPORTER *Kim Mecpen*

USPO _____     INTERPRETER _____

UNITED STATES OF AMERICA vs. *Anthony Trentacosta*
*et. Al*
_____

AUSA_____     DEFENSE CSL._____

_____

Defendant(s) Present_____ Not Present _X_ In Custody_____

TYPE OF HEARING  *Status Conference*

RESULT OF HEARING  *Hearing Held*

_____

_____

_____

_____

=====================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____   Trial Date _____

Govt. Resp to P/T/Motions_____   Further S/C _____