CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE

FILED by _____ D.C.
NOV 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

====================================================================

CASE NO. 00-6273-CR-Huck   DATE 11/14/01

CLERK Elvis Taveras   REPORTER Larry Herr

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. Anthony Trentecosta, Ariel Hernandez, Frederick Massaro.

AUSA Lawrence LaVecchio   DEFENSE CSL. Stephen Rosen, Jeffrey Winkle, Fred Haddad

Defendant(s) Present ___ Not Present ✓ In Custody ___

TYPE OF HEARING General Status Conference

RESULT OF HEARING Status Conference held. Trial to start Monday November 19, 2001.

====================================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: _____ thru _____ to be excludable pursuant to the Speedy Trial Act.