FILED by CT D.C.
NOV 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6273 / 01-6273-CR-Huck

### COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding    Date 11/19/01

Cont'd from ___/___/___

Counsel

Defendant 1. Anthony Trentecosta    5. Stephen Rosen, ESQ
2. Ariel Fernandez    6. Jeffrey Winkle, ESQ.
3. Frederick Massaro    7. Fred Haddad, ESQ.
4. _____    8. _____

Defense Counsel _____    AUSA Larry Lavachio

Deputy Clerk Elvis Taveras    Reporter Kimberly Masten

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY ✓   BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS ✓ JURY SELECTION CONTD.__ JURY IMPANELED ✓

JURY TRIAL BEGINS____ JURY TRIAL HELD____ CONTINUED TO 11/20/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY  Cts # _____

416