FILED by _CF_ D.C.
NOV 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6273 / 01-6273-CR-Huck

COURTROOM MINUTES

HONORABLE _Paul C. Huck_, Presiding  Date 11/20/01

Cont'd from 11/19/01

Defendant 1. Anthony Trentecasta   Counsel 1. Stephen Rosen, Esq.
2. Ariel Hernandez   2. Jeff Winkle
3. Frederick Massaro   3. Fred Haddad

Defense Counsel _Above_   AUSA _Larry LaVecchio_

Deputy Clerk _Elvis Taveras_   Reporter _Larry Herr_

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order  Grant __  Deny __  Adv. __

TRIAL: JURY ____  BENCH ____

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ✓  JURY TRIAL HELD ✓  CONTINUED TO 11/21/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____