UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DKTG
NOV 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 01-CR-6273

<u>COURTROOM MINUTES</u>

HONORABLE **Paul C. Huck**, Presiding   Date 11/26/01

Cont'd from 11/21/01

Defendant 1. Anthony Trentacasta   Counsel: Stephen Rosen
2. Ariel Hernandez                  Jeff Winkle
3. Frederick Massaro                Fred Haddad
4. _____

AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras   Reporter _____

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order   Grant __   Deny __   Adv. __

TRIAL:   JURY ✓   BENCH ___

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __   JURY IMPANELED __

JURY TRIAL BEGINS ___   JURY TRIAL HELD ✓   CONTINUED TO 11/27/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____