UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-Cr-HUCK
PRISONER NO. SID 02288617
FBI # 277779FA1

UNITED STATES OF AMERICA )
)
v. )
) PETITION FOR WRIT OF HABEAS
) CORPUS AD TESTIFICANDUM
ANTHONY TRENTACOSTA, et al. )
)

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for __trial__ on __Monday, November 26, 2001__ at __9:00 a.m.__ .

2. __William Dante__, a material witness for the United States in said case, in now confined in __Miami Dade County Jail__ at __Miami, Florida__ .

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said __William Dante__ and have subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of testimony to return the said witness to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said __William Dante__ into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY SLOMAN
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA SLOMAN)