UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.00-6273-Cr-Huck |
| ) | Prisoner No. SID 02288617 |
| ) | FBI # 277779FA1 |
| v. ) | |
| ) | **WRIT OF HABEAS CORPUS** |
| ANTHONY TRENTACOSTA, et al. ) | **AD TESTIFICANDUM** |
| ) | |

TO:   ANY UNITED STATES MARSHAL, and

   WARDEN, ___Miami Dade County Jail, Miami, Florida_____

It appearing from the petition of the United States of America that ___William Dante,___ Prisoner # _SID 02288617___, a material witness of the United States in the above entitled case, is confined in the _Miami Dade County Jail_____ at _Miami, Florida_____, and said case is set for ____trial___ at _Miami, Florida___ on _November 26, 2001_____, and that it is necessary for the said witness to be before this Court for the purpose of giving testimony in said ____trial_____;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said _William Dante_____ now in custody as aforesaid, under safe and secure conduct, before this Court at _Miami, Florida_____ by or before __9:00_____, A_.M., on _November 26, 2001_ for the purpose of testifying in the above case, and upon completion of testimony, that you return subject with all convenient

speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of __Miami Dade County Jail__

at __Miami, Florida__ to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said __William Dante__ for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at __Miami__, this __21st__ day of __November__, 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (AUSA Sloman )
    U.S. Marshal (3 certified copies)
    Chief Probation Officer

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date 11-23-01