FILED by _EF_ D.C.

NOV 27 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _OO-CR-6273_

COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding    Date _11/21/01_

Cont'd from _11/20/01_

Counsel

Defendant 1. _Anthony Trentacasta_      _Stephen Rosen_

2. _Ariel Hernandez_      _Jeff Winate_

3. _Frederick Massaro_      _Fred Haddad_

4. _____      _____

_____  AUSA _Larry LaVacchio_

Deputy Clerk _Elvis Taveras_  Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

_____

TRIAL:   JURY_____   BENCH_____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS_____   JURY TRIAL HELD / CONTINUED TO _11/26/01_

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS __

DISMISSED COUNTS_____

__ COURT MOT __  GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____