FILED by _BS_ D.C.

NOV 27 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _OO-CR-6273_

COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding   Date _11/26/01_

                                    Cont'd from _11/21/01_

                                    Counsel

Defendant 1._Anthony Trentacasta_   ._Stephen Rosen_

          2._Ariel Hernandez_       _Jeff Winkle_

          3._Frederick Massaro_     ._Fred Haddad_

          4._____        _____

                    _____ AUSA _Larry LaVacchio_

Deputy Clerk_Elvis Taveras_ Reporter _Larry Henr___

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

                         by_____

                 Oral Order  Grant__   Deny__   Adv.__
_____
              TRIAL:   JURY_____   BENCH_____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

JURY TRIAL BEGINS_____  JURY TRIAL HELD _/_ CONTINUED TO _11/27/01_

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____   TRIAL ENDS ____

DISMISSED COUNTS_____

          __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____