FILED by GT D.C.

NOV 27 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00 CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Hock, Presiding    Date 11/27/01

Cont'd from 11/26/01

Defendant 1. Anthony Trentacasta    Counsel: Stephen Rosen
2. Ariel Hernandez    Jeff Winkle
3. Frederick Massaro    Fred Haddad
4. _____

AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras    Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

---

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. ✓ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 11/28/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

425/WC