FILED by **ET** D.C.
NOV 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # **00-CR-6273**

COURTROOM MINUTES

HONORABLE **Paul C. Huck**, Presiding   Date **11/28/01**

Cont'd from **11/27/01**

Defendant 1. **Anthony Trentacasta**   Counsel **Stephen Rosen**
2. **Ariel Hernandez**   **Jeff Wincke**
3. **Frederick Massaro**   **Fred Haddad**
4. _____

AUSA **Larry LaVecchio**

Deputy Clerk **Elvis Taveras**   Reporter **Larry Herr**

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD **✓**   CONTINUED TO **11/29/01**

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____