FILED by ___ D.C.
NOV 29 2001
CLARENCE MADDOX
CLER. U.S DIST. CT.
S D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 02-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Hock, Presiding   Date 11/29/01

Cont'd from 11/28/01

Defendant 1. Anthony Trentacasta    Counsel Stephen Rosen
          2. Ariel Hernandez        Jeff Winkte
          3. Frederick Massaro      Fred Haddad
          4. ___

AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras   Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY____  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 11/30/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____