FILED by ___ D.C.

DEC 13 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding   Date 12/6/01

Cont'd from 11/30/01

Defendant 1. Anthony Trentacasta   Counsel: Stephen Rosen
2. Ariel Hernandez                  Jeff Winkle
3. Frederick Massaro                Fred Haddad
4. _____

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras   Reporter Jerry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

___

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD ✓ CONTINUED TO 12/7/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____