FILED by Ed D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Hock, Presiding   Date 12/7/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentacasta       Counsel: Stephen Rosen
          2. Ariel Hernandez                     Jeff Winkle
          3. Frederick Massaro                   Fred Haddad
          4. _____              _____

                                        AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras   Reporter Larry Herr

Calendar Call Held__  Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                         by_____

             Oral Order   Grant__   Deny__   Adv.__

_____
                TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 12/8/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

         __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

433