FILED by ___ D.C.

DEC 13 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding   Date 12/11/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentacasta   Counsel Stephen Rosen
2. Ariel Hernandez   Jeff Winkte
3. Frederick Massaro   Fred Haddad
4. ___

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras   Reporter ___

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion ___

by ___

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY___   BENCH___

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS___   JURY TRIAL HELD ✓  CONTINUED TO 12/10/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS ___

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # ___

JUDGMENT/VERDICT OF NOT GUILTY Cts # ___

Government rests. Defense rests.