FILED by EG D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding    Date 12/13/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentacasta    Counsel: Stephen Rosen
          2. Ariel Hernandez                  Jeff Weinkle
          3. Frederick Massaro                Fred Haddad
          4. _____

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras    Reporter Larry Herr

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY____  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD ✓  CONTINUED TO 12/11/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

Summation made.