UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-Cr-HUCK

FILED by ___ D.C.

DEC 14 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ANTHONY TRENTACOSTA,

   Defendant.
_____/

## FORM OF VERDICT

WE THE JURY, FIND UNANIMOUSLY AS FOLLOWS:

**COUNT 1 - 18 U.S.C. 1962(d) (Rico Conspiracy)**

____✓____ GUILTY          _____ NOT GUILTY

If you find the defendant guilty of Count 1, please answer the following question:

Did you find that the defendant agreed to the commission of murder in violation of Section 782.04 Florida Statutes?

_____ YES          ____✓____ NO

So say we all this _14_ day of December, 2001.

_____ 12-14-01
(Signature of Foreperson)

Rolando Delgado
(Printed Name of Foreperson)