FILED by D.C.
DEC 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-CR-6273

COURTROOM MINUTES

HONORABLE **Paul C. Hock**, Presiding    Date **12/14/01**

Cont'd from ___/___/___

Defendant 1. **Anthony Trentacasta**    Counsel: **Stephen Rosen**
2. **Ariel Hernandez**    **Jeff Winkle**
3. **Frederick Massaro**    **Fred Haddad**
4. _____

AUSA **Larry LaVacchio**

Deputy Clerk **Elvis Taveras**    Reporter **Jerry Kerr**

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

---

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ✓

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF ~~NOT~~ GUILTY Cts # **See Verdicts**

Sentencing set for 2/26/02 - 4:00
Dft. Trentacasta is remanded.

446