UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

v.

ANTHONY TRENTACOSTA

_____/

### ORDER DENYING MOTION
### FOR RELEASE PENDING SENTENCING

THIS CAUSE is before the Court on Defendant, Anthony Trentacosta's Motion for Release Pending Sentencing. The Court has reviewed the Defendant's Motion and the Government's Response opposing the Motion. Under 18 U.S.C. § 3143(a)(1), Defendant, having been convicted of a crime for which a term of imprisonment will be imposed, should be detained unless the Court finds by clear convincing evidence that Defendant is not likely to flee or pose a threat to the community if released. Defendant bears the burden of proof in these regards. The Court finds that the Defendant has not shown by clear and convincing evidence the Defendant is not a risk of flight or that Defendant does not present a danger to the community.[1] To the contrary, the record reflects just the opposite. Defendant is a professed, long-time member of the Gambino Crime Family, a powerful, notorious organized crime family. The Gambino Crime Family is well-known as being deeply involved in systematic criminal activity, much of which involves crimes of violence. At the bond hearing the Court heard evidence to indicate the Defendant's, and those with whom the

---

[1] Because the Court makes this finding, it is not now necessary to determine whether Defendant is also guilty of a crime of violence, requiring pre-sentencing detainment absent exceptional reasons making detention inappropriate. 18 U.S.C. § 3143(a)(2)



Defendant associates, propensity for violence which suggests to the Court that Defendant is a threat to the community. In addition, at that bond hearing the Government presented evidence that Defendant had previously indicated that if ever convicted, he would flee to a foreign country. Given his organized crime association, such flight may be possible even with stringent restrictions in place. Moreover, the evidence suggests that Defendant has no gainful employment or legitimate source of income, yet he appears to have financial resources which could be used to flee and possibly to used to support him outside the United States. Given the potential for, even by Defendant's calculations, at least 51 months in prison, and Defendant's age, there is the real potential of flight. In any event, Defendant has not established otherwise. Therefore, it is

ORDERED that Defendant, Anthony Trentacosta's Motion for Release Pending Sentencing is DENIED.

DONE AND ORDERED at Miami, Florida this 26th day of December, 2001.

Paul C. Huck
United States District Judge

Copies furnished to:
Lawrence D. LaVecchio, Esq.
Stephen H. Rosen, Esq.