UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273-CR-HUCK
Magistrate Judge Stephen T. Brown

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTECOSTA,
ARIEL HERNANDEZ,
FREDERICK MASSARO,

    Defendant.
_____/



FILED by _____ D.C.

JAN 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that in order to accommodate a request by the Probation Department, the sentencing as to the above defendants is reset for March 19, 2002 at 4:00 p.m. before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

DONE AND ORDERED in Chambers, Miami, Florida, this 17th day of January, 2002. Please call (305) 523-5525 to confirm receipt of this notice.

Elvis Taveras
Courtroom Deputy to Judge Huck

Copies furnished to:

Lawrence LaVecchio, Esq.
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394-3002



Stephen Howard Rosen
1221 Brickell Avenue
Suite 1020
Miami, FL 33131

Fred Haddad, Esq.
One Financial Plaza, Suite 2612
Fort Lauderdale, FL 33394

Jeffrey Weinkle, Esq.
1035 NW 11thn Avenue
Miami, FL 33136

Thomas Felasco, Probation

Pretrial