UNITED STATES DISTRICT COURT IN AND
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
APR 17 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,
    Plaintiff,

CASE # 00-6273-CR-HUCK

v.

ANTHONY TRENTACOSTA,
a/k/a/ "Tony Pep",
    Defendant.
_____/

## EMERGENCY MOTION TO CONTINUE SENTENCING

The Defendant, Anthony Trentacosta, through undersigned counsel, respectfully requests that this Honorable Court continue the sentencing in the above styled case and as grounds states as follows:

1. Trentacosta is scheduled for sentencing on April 23, 2002 at 4:00 p.m.

2. On Monday, April 15, 2002, undersigned counsel received a lengthy pleading from the government titled, Government's Objections to Pre-sentence Investigation Report and Motion for Upward Departure. Counsel needs additional time to respond to government's pleading.

3. Further, undersigned counsel will be out of town April 17, 2002 through April 22, 2002 for a hearing in the U.S. District Court in Baltimore, Maryland in the case of United States vs. Jeff Obregon, case number S-99-0391.

4. AUSA Lawrence LaVecchio objects to this Motion.

**WHEREFORE**, the defendant, Anthony Trentacosta, respectfully requests that this Honorable Court grant a continuance of the sentencing date in the above-referenced proceedings, based upon the reasons, grounds and arguments advanced herein. Further, that this sentencing be

continued for a period of thirty days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed to on this 17 day of April, 2002 to AUSA, Lawrence LaVecchio, 500 E. Broward Blvd., 7th Floor Ft. Lauderdale, FL 33394.

                                          LAW OFFICES OF STEPHEN H. ROSEN, P.A.
                                          1221 Brickell Avenue
                                          Suite 1020
                                          Miami, Florida 33131
                                          Florida Bar No. 154144
                                          (305) 358-6789

                                          _____
                                          STEPHEN H. ROSEN
                                          Counsel for Defendant Trentacosta