# COURTROOM DEPUTY MINUTES
## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
### BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

**18. Thursday**

**12:30 PM  TELEPHONE CONFERENCE**

00-6273-CR-PCH

FILED by _____ D.C.
APR 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

USA
   Jeffrey Sloman, 954.356.7255, xt. 3576
V.
ANTHONY TRENTECOSTA
   Steven Rosen, will be calling in.

**Only counsel.

Conference held off the record regarding motion to continue the sentencing