**COURTROOM DEPUTY MINUTES**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

4/29/02

FILED by _____ D.C.

APR 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| 29 | Monday |
|---|---|

4:15 PM    SENTENCING

00-CR-6273-HUCK
USA
    Jeffrey Sloman, 954.356.7255, 3576
V.
ANTHONY TRENTECOSTA (J)
    Stephen Rosen 358.6789

DURATION = 4:15 PM - 6:00 PM.

CR: LARRY HER

CRD: ELVIS TAVERAS

- SEE judgement for details

520

© 2002 Lotus Development Corp                    4/29/2002 at 6:00 PM                    Page 1