FILING FEE PAID $105
In Forma Pauperis 862116
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTHONY TRENTACOSTA,
    Defendants.
_____/

CASE NO. 00-6273-CR-HUCK

Florida Bar No. 154144

## NOTICE OF APPEAL

Notice is hereby given that ANTHONY TRENTACOSTA, defendant above named, hereby appeals to the United States Court of Appeals for 11th Circuit from the judgement and conviction entered in this action on the 29th day of April, 2002.

I HEREBY CERTIFY that a copy of the foregoing was hand delivered to Assistant United States Attorney, Lawerence LaVecchio, 500 East Broward Blvd. Suite 500, Ft. Lauderdale, Florida 33394 on this 29 day of April, 2002.

Respectfully submitted,

**LAW OFFICES OF STEPHEN H. ROSEN, P.A.**
1221 Brickell Avenue,
Suite 1020
Miami, Florida 33131
(305) 358-6789

STEPHEN H. ROSEN
Counsel for Defendant