AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Florida**

USA. v. Anthony Trentecosta

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6273-HUCK

FILED by ___ D.C.
MAY 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Paul Huck | Joseph Capone | Stephen Rosen |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 4/29/02 | Larry Herr | Elvis Taveras |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/29/02 | ✓ | ✓ | Cassette Tape tendered by Dfse. in support of position at sentencing |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

# ATTACHMENTS NOT SCANNED

☐ LEGAL SIZE DOCUMENTS

☐ LARGE EXHIBITS

☐ DOUBLE SIDED DOCUMENTS

☐ EXTRADITION DOCUMENTS

☐ BOUNDED AND/OR TABBED PURSUANT TO LOCAL RULE 5.1.A.2.(b)

☒ OTHER ___Cassette Tape___

PLEASE REFER TO COURT FILE