

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTACOSTA,
a/k/a "Tony Pep", et al.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR RELEASE PENDING APPEAL

THIS MATTER came before the Court upon Defendant, Anthony Trentacosta's Motion for Release Pending Appeal. The Court has considered the Motion, the Government's Response, the evidence presented at trial and the pre-trial proceedings relating to Defendant's prior requests to be released on bond pending trial.

18 U.S.C. Section 3143(b)(1) provides that a defendant, once convicted and sentenced to a term of imprisonment, shall be detained pending appeal unless the defendant establishes, by clear and convincing evidence:

1) that the defendant is not likely to flee and does not pose a danger to the community if released;

2) that the defendant's appeal is not for purposes of delay;

3) that the defendant's appeal raises a substantial question of law or fact likely to result in a reversal or an order for new trial of all counts on which imprisonment has been

imposed.

The Court finds that Defendant has not carried his burden on at least requirements 1 and 3 of Section 3143(b)(1).

In view of the Court's determination that Defendant has not met his burden under 18 U.S.C. Section 3143(b)(1), the Court need not, and therefore does not, rule on whether Defendant is required to be detained pursuant to 18 U.S.C. Section 3143(b)(2), specifically whether Defendant has been convicted of a crime of violence.  See 18 U.S.C. Section 3141(f)(1)(A).

ORDERED in Chambers, Miami, Florida, June 4, 2002.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished:
Lawrence D. LaVecchio, AUSA
Jeffrey H. Sloman, AUSA
Stephen H. Rosen, Esq.