```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      FORT LAUDERDALE DIVISION

 3                     CASE NO. 00-6273-CR-PCH

 4   ─────────────────────────────────────────
                                             │              FILED by_____D.C.
 5   UNITED STATES OF AMERICA,               │              APPEAL
                                             │   MIAMI, FLORIDA
 6              Plaintiff,                   │              JUN - 6 2002
                                             │   NOVEMBER 20, 2001
 7   v.                                      │              CLARENCE MADDOX
                                             │              U.S. DIST. CT.
 8   ANTHONY TRENTACOSTA,                    │
     FREDERICK J. MASSARO,                   │
 9   ARIEL HERNANDEZ,                        │

10              Defendants.                  │
                                             x     NO. 2 TRIAL DAY
11   ─────────────────────────────────────────

12              TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE PAUL C. HUCK,
13               UNITED STATES DISTRICT JUDGE
                         AND A JURY

14   APPEARANCES:

15
     FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
16                           JEFFREY H. SLOMAN, ESQ.
                             Assistant U.S. Attorneys
17                           500 East Broward Boulevard
                             Suite 700
18                           Ft. Lauderdale, FL  33394
                             954/356-7255

19
     FOR DEFENDANT TRENTACOSTA:
20
                             STEPHEN H. ROSEN, ESQ.
21                           999 Ponce de Leon Boulevard
                             Suite 550
22                           Coral Gables, FL  33134
                             305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                             FRED HADDAD, ESQ.
25                           One Financial Plaza
                             Ft. Lauderdale, FL  33394
```

535
H.H.