```
                    UNITED STATES DISTRICT COURT        FILED by _____ D.C
                    SOUTHERN DISTRICT OF FLORIDA        APPEAL
                      FORT LAUDERDALE DIVISION
                                                          JUN - 6 2002
                    CASE NO. 00-6273-CR-HUCK/BROWN
                                                        CLARENCE MADDOX
                                                        CLERK U.S. DIST. CT.
                                                        S.D. OF FLA. MIAMI
    _____
                                   |
    UNITED STATES OF AMERICA,      |      MIAMI, FLORIDA
                                   |
              Plaintiff,           |      NOVEMBER 27, 2001
                                   |
    v.                             |
                                   |
    ANTHONY TRENTACOSTA,           |
    FREDERICK J. MASSARO,          |
    ARIEL HERNANDEZ,               |
                                   |
              Defendants.          |
    _____x      TRIAL DAY 5


              TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
                       AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:       LAWRENCE D. LaVECCHIO, ESQ.
                          JEFFREY H. SLOMAN, ESQ.
                          Assistant U.S. Attorneys
                          500 East Broward Boulevard
                          Suite 700
                          Ft. Lauderdale, FL  33394
                          954/356-7255

FOR DEFENDANT TRENTACOSTA:

                          STEPHEN H. ROSEN, ESQ.
                          999 Ponce de Leon Boulevard
                          Suite 550
                          Coral Gables, FL  33134
                          305/448-9900

FOR DEFENDANT MASSARO:

                          FRED HADDAD, ESQ.
                          One Financial Plaza
                          Ft. Lauderdale, FL  33394
```