


FILED by _____ D.C.
APPEAL
JUN - 6 2002

```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION

                   CASE NO. 00-6273-CR-HUCK/BROWN


  UNITED STATES OF AMERICA,           |   MIAMI, FLORIDA
                                      |
                 Plaintiff,           |   NOVEMBER 29, 2001
                                      |
  v.                                  |
                                      |
  ANTHONY TRENTACOSTA,                |
  FREDERICK J. MASSARO,               |
  ARIEL HERNANDEZ,                    |
                                      |
                 Defendants.          |
  _____x    NO. 7 TRIAL DAY


              TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
                       AND A JURY

  APPEARANCES:

  FOR THE GOVERNMENT:        LAWRENCE D. LaVECCHIO, ESQ.
                             JEFFREY H. SLOMAN, ESQ.
                             Assistant U.S. Attorneys
                             500 East Broward Boulevard
                             Suite 700
                             Ft. Lauderdale, FL  33394
                             954/356-7255

  FOR DEFENDANT TRENTACOSTA:

                             STEPHEN H. ROSEN, ESQ.
                             999 Ponce de Leon Boulevard
                             Suite 550
                             Coral Gables, FL  33134
                             305/448-9900

  FOR DEFENDANT MASSARO:

                             FRED HADDAD, ESQ.
                             One Financial Plaza
                             Ft. Lauderdale, FL  33394
```

539
H.H.