```
 1              UNITED STATES DISTRICT COURT           FILED by
                SOUTHERN DISTRICT OF FLORIDA           APPEAL
 2                FORT LAUDERDALE DIVISION
                                                        JUN - 6 2002
 3           CASE NO. 00-6273-CR-HUCK/BROWN

 4        _____
                                          |
 5        UNITED STATES OF AMERICA,       |   MIAMI, FLORIDA
                                          |
 6                  Plaintiff,            |   NOVEMBER 30, 2001
                                          |
 7        v.                              |
                                          |
 8        ANTHONY TRENTACOSTA,            |
          FREDERICK J. MASSARO,           |
 9        ARIEL HERNANDEZ,                |
                                          |
10                  Defendants.           |
          _____x     NO. 8 TRIAL DAY
11
                   TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE PAUL C. HUCK,
                  UNITED STATES DISTRICT JUDGE
13                         AND A JURY

14        APPEARANCES:

15        FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
16                               JEFFREY H. SLOMAN, ESQ.
                                 Assistant U.S. Attorneys
17                               500 East Broward Boulevard
                                 Suite 700
18                               Ft. Lauderdale, FL  33394
                                 954/356-7255
19
          FOR DEFENDANT TRENTACOSTA:
20
                                 STEPHEN H. ROSEN, ESQ.
21                               999 Ponce de Leon Boulevard
                                 Suite 550
22                               Coral Gables, FL  33134
                                 305/448-9900
23
          FOR DEFENDANT MASSARO:
24
                                 FRED HADDAD, ESQ.
25                               One Financial Plaza
                                 Ft. Lauderdale, FL  33394
```

540