```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
                                MIAMI DIVISION

                       CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. ...
S.D. OF FLA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | DECEMBER 6, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | NO. 9 TRIAL DAY |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:  LAWRENCE D. LaVECCHIO, ESQ.
                     JEFFREY H. SLOMAN, ESQ.
                     Assistant U.S. Attorneys
                     500 East Broward Boulevard
                     Suite 700
                     Ft. Lauderdale, FL  33394
                     954/356-7255

FOR DEFENDANT TRENTACOSTA:

                     STEPHEN H. ROSEN, ESQ.
                     999 Ponce de Leon Boulevard
                     Suite 550
                     Coral Gables, FL  33134
                     305/448-9900

FOR DEFENDANT MASSARO:

                     FRED HADDAD, ESQ.
                     One Financial Plaza
                     Ft. Lauderdale, FL  33394

541
H.H