```
                    UNITED STATES DISTRICT COURT         FILED by _____ D.C
                    SOUTHERN DISTRICT OF FLORIDA         APPEAL
                       FORT LAUDERDALE DIVISION              JUN - 6 2002

                    CASE NO. 00-6273-CR-HUCK/BROWN       CLARENCE MADDOX
                                                         CLERK U.S. ....
                                                         S. D. ...
```

UNITED STATES OF AMERICA,             | MIAMI, FLORIDA

       Plaintiff,            | DECEMBER 7, 2001

v.

ANTHONY TRENTACOSTA,
FREDERICK J. MASSARO,
ARIEL HERNANDEZ,

       Defendants.
_____x  NO. 10 TRIAL DAY

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:  **LAWRENCE D. LaVECCHIO, ESQ.**
                    **JEFFREY H. SLOMAN, ESQ.**
                    Assistant U.S. Attorneys
                    500 East Broward Boulevard
                    Suite 700
                    Ft. Lauderdale, FL  33394
                    954/356-7255

FOR DEFENDANT TRENTACOSTA:

                    **STEPHEN H. ROSEN, ESQ.**
                    999 Ponce de Leon Boulevard
                    Suite 550
                    Coral Gables, FL  33134
                    305/448-9900

FOR DEFENDANT MASSARO:

                    **FRED HADDAD, ESQ.**
                    One Financial Plaza
                    Ft. Lauderdale, FL  33394