```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION

                    CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ APPEAL
JUN - 6 2002
CLARENCE MADDOX
U.S. DIST. CT.
S.D. FLA. MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | DECEMBER 10, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | TRIAL DAY 11 |

```
              TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE
                        AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:   **LAWRENCE D. LaVECCHIO, ESQ.**
                     **JEFFREY H. SLOMAN, ESQ.**
                     Assistant U.S. Attorneys
                     500 East Broward Boulevard
                     Suite 700
                     Ft. Lauderdale, FL  33394
                     954/356-7255

FOR DEFENDANT TRENTACOSTA:

                     **STEPHEN H. ROSEN, ESQ.**
                     999 Ponce de Leon Boulevard
                     Suite 550
                     Coral Gables, FL  33134
                     305/448-9900

FOR DEFENDANT MASSARO:

                     **FRED HADDAD, ESQ.**
                     One Financial Plaza
                     Ft. Lauderdale, FL  33394

543
H.H