```
                    UNITED STATES DISTRICT COURT       FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA        APPEAL
                       FORT LAUDERDALE DIVISION           JUN - 6 2002

               CASE NO. 00-6273-CR-HUCK/BROWN       CLARENCE MADDOX
                                                    CLERK U.S. DIST. CT.
                                                    S.D. OF FLA. MIAMI
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | DECEMBER 11, 2001 |
| v. | |
| ANTHONY TRENTACOSTA,<br>FREDERICK J. MASSARO,<br>ARIEL HERNANDEZ, | |
| Defendants. | **TRIAL DAY 12** |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:   **LAWRENCE D. LaVECCHIO, ESQ.**
                     **JEFFREY H. SLOMAN, ESQ.**
                     Assistant U.S. Attorneys
                     500 East Broward Boulevard
                     Suite 700
                     Ft. Lauderdale, FL  33394
                     954/356-7255

FOR DEFENDANT TRENTACOSTA:

                     **STEPHEN H. ROSEN, ESQ.**
                     999 Ponce de Leon Boulevard
                     Suite 550
                     Coral Gables, FL  33134
                     305/448-9900

FOR DEFENDANT MASSARO:

                     **FRED HADDAD, ESQ.**
                     One Financial Plaza
                     Ft. Lauderdale, FL  33394

544