```
                    UNITED STATES DISTRICT COURT          FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA              APPEAL
                      FORT LAUDERDALE DIVISION              JUN - 6 2002

                   CASE NO. 00-6373-CR-HUCK/BROWN        ...... MADDOX
                                                         .. S. DIST. CT.
                                                         .A. MIAMI
```

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | DECEMBER 13, 2001 |
| v. | |
| ANTHONY TRENTACOSTA,<br>FREDERICK J. MASSARO,<br>ARIEL HERNANDEZ, | |
| Defendants. | <u>TRIAL DAY 13</u> |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:    **LAWRENCE D. LaVECCHIO, ESQ.**
                       **JEFFREY H. SLOMAN, ESQ.**
                       Assistant U.S. Attorneys
                       500 East Broward Boulevard
                       Suite 700
                       Ft. Lauderdale, FL  33394
                       954/356-7255

FOR DEFENDANT TRENTACOSTA:

                       **STEPHEN H. ROSEN, ESQ.**
                       999 Ponce de Leon Boulevard
                       Suite 550
                       Coral Gables, FL  33134
                       305/448-9900

FOR DEFENDANT MASSARO:

                       **FRED HADDAD, ESQ.**
                       One Financial Plaza
                       Ft. Lauderdale, FL  33394

545
H.H