```
                    UNITED STATES DISTRICT COURT         FILED by _____ D.C
                    SOUTHERN DISTRICT OF FLORIDA         APPEAL
                       FORT LAUDERDALE DIVISION             JUN - 6 2002

                  CASE NO. 00-6273-CR-HUCK/BROWN        CLARENCE MADDOX
                                                         CLERK U.S. DIST. CT.
                                                           S.D. FLA. MIAMI
```

UNITED STATES OF AMERICA,            MIAMI, FLORIDA

    Plaintiff,           APRIL 29, 2002

V.

ANTHONY TRENTACOSTA,

    Defendant.
_____x

TRANSCRIPT OF SENTENCING PROCEEDING
ANTHONY TRENTACOSTA
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:  LAWRENCE D. LaVECCHIO, ESQ.
          JEFFREY H. SLOMAN, ESQ.
          Assistant U.S. Attorneys
          500 East Broward Boulevard, Suite 7
          Ft. Lauderdale, FL  33394
          954/356-7255

FOR DEFENDANT      STEPHEN H. ROSEN, ESQ.
 TRENTACOSTA:      999 Ponce de Leon Boulevard
          Suite 550
          Coral Gables, FL  33134
          305/448-9900

REPORTED BY:       LARRY HERR, RPR-CM-FCRR-AE
          *Official Federal Court Reporter*
          JLK Federal Justice Building
          99 Northeast 4th St., Suite 1067
          Miami, FL  33132 - 305/523-5528