

U. S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*

*Building 2000*
*3800 Camp Creek Parkway, S.W.*
*Atlanta, Georgia 30331-6226*

May 24, 2002

The Honorable Paul C. Huck
United States District Judge
United States District Court
301 N. Miami Avenue
Miami, Florida 33128



**RE:   TRENTACOSTA, Anthony**
      **Reg. No. 95851-004**
      **Docket No. 00-6273**

Dear Judge Huck:

    You recently sentenced the above-named inmate to a term of 100 months for RICO. At the time of imposition of sentence, you recommended Mr. Trentacosta begin service of his sentence at the Federal Correctional Institution (FCI), Edgefield, South Carolina.

    After reviewing all pertinent facts relating to the current offense we believe Mr. Trentacosta would be better placed in a facility providing a lesser degree of security than is currently available at FCI, Edgefield. While there is a satellite camp at FCI, Edgefield, it is used to house inmates with minimum security needs. Mr. Trentacosta's needs are greater than those offered at FCI, Edgefield's Satellite Camp. Therefore, we have designated FCI, Estill, South Carolina, as the institution for initial commitment.

    I regret we were unable to comply with your recommendation, but trust you understand our rationale. If you have questions regarding this matter or if we may be of further assistance, please contact me.

                                                    Sincerely,

                                                    R. E. Holt
                                                    Regional Director

cc:    G. Maldonado, Jr., Warden
        FCI, Estill

"Sensitive Limited Official Use Only"