UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

ANTHONY TRENTACOSTA,
    Defendant.
_____/

### ENTRY OF APPEARANCE

COME NOW EDWARD T. M. GARLAND and DONALD F. SAMUEL and enter their appearance as counsel of record for the Defendant, ANTHONY TRENTACOSTA in the above matter. Please serve copies of all pleadings, Court Orders, correspondence, etc. upon undersigned counsel.

    Respectfully submitted,

    GARLAND, SAMUEL & LOEB, P.C.

    By: *[signature]*
    EDWARD T. M. GARLAND
    Georgia Bar No. 724800

    By: *[signature]*
    DONALD F. SAMUEL
    Georgia Bar No. 624475

    Counsel for Defendant

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
(404) 365-5041

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavecchio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301, this ___ day of June, 2002.

GARLAND, SAMUEL & LOEB, P.C.

By: _____
DONALD F. Samuel
Georgia Bar No. 624475

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041