UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

NIGHT BOX FILED
JUN 13 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

vs.

ANTHONY TRENTACOSTA,
    Defendant.
_____/

## MOTION FOR ADJUDICATION OF INSOLVENCY FOR TRANSCRIPT

COMES NOW Mr. Trentacosta aforesaid by counsel undersigned requesting that this Court declare Mr. Trentacosta indigent and provide transcripts for Mr. Trentacosta pursuant to CJA and the form 24. In support Mr. Trentacosta states:

1. Mr. Trentacosta has been in custody since his sentencing date at the Federal Detention Center (FDC) in Miami, FL and has been sentenced to 100 months in detention plus three (3) years supervised release.

2. Undersigned counsel has been retained to pursue the appeal, but was not paid by any funds from Mr. Trentacosta himself.

3. Mr. Trentacosta has no property or bank accounts with sufficient funds or anything else with which to pay for transcripts and without CJA authorization he would be unable to prosecute any appeal.

Mr. Trentacosta would request the Court review the PSI which also notes his financial condition is now such that he cannot afford the transcripts. In fact, the PSI states that, due to his financial condition, he will only be able to pay any fine through the Inmate Financial Responsibility Program.



I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavecchio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301, this ___ day of June, 2002.

    Respectfully submitted,

    GARLAND, SAMUEL & LOEB, P.C.

    By: _____
    EDWARD T. M. GARLAND
    Georgia Bar No. 724800

    By: _____
    DONALD F. SAMUEL
    Georgia Bar No. 624475

    Counsel for Defendant

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041