UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6273-HUCK/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTECOSTA,

    Defendant.

_____/

FILED by ___ D.C.

JUN 2 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE OF POST-TRIAL MOTION

THIS MATTER came before the Court upon Defendant's Motion for Adjudication of Insolvency for Transcript filed on June 13, 2002. It is hereby ordered that the motion is REFERRED to Magistrate Judge William Turnoff for consideration and ruling.

DONE AND ORDERED in Chambers, Miami, Florida, this 21 day of June, 2002.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC:   Lawrence Lavecchio, AUSA
       Jeffrey Sloman, AUSA
       Donald Samuel, Esq.
       Jean Vera

