ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

ANTHONY TRENTACOSTA,
Defendant.
_____/

**NIGHT BOX FILED**
JUN 2 5 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF FILING

COMES NOW undersigned counsel for Defendant and files with the Court defendant's **AFFIDAVIT OF ANTHONY TRENTACOSTA IN SUPPORT OF MOTION FOR ADJUDICATION OF INSOLVENCY FOR TRANSCRIPT** in the above matter. A copy of same is attached hereto.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.

By: _Edward T. M. Garland_
EDWARD T. M. GARLAND
Georgia Bar No. 724800

By: _____
DONALD F. SAMUEL
Georgia Bar No. 624475

Counsel for Defendant

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavecchio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301, this 25 day of June, 2002.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.

By: *Edward T. M. Garland*
EDWARD T. M. GARLAND
Georgia Bar No. 724800

By: _____
DONALD F. SAMUEL
Georgia Bar No. 624475

Counsel for Defendant

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041