UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

ANTHONY TRENTACOSTA,
Defendant.
_____/



## AFFIDAVIT OF ANTHONY TRENTACOSTA IN SUPPORT OF MOTION FOR ADJUDICATION OF INSOLVENCY FOR TRANSCRIPT

PERSONALLY APPEARED before the undersigned, an officer duly authorized by law to administer oaths, ANTHONY TRENTACOSTA who after first being duly sworn, states:

1.

My name is ANTHONY TRENTACOSTA. I am over 21 years of age, am competent to make this Affidavit and make it based upon my own personal knowledge.

2.

I am currently incarcerated at the Federal Detention Center (FDC) in Miami, Florida. I have been in custody since my sentencing date and have been sentenced to 100 months in detention plus three (3) years supervised release.

3.

My wife, Denise Trentacosta, has retained counsel to pursue my appeal in the Eleventh Circuit Court of Appeals. She is not, however, able to pay the cost of the necessary transcripts, as she has exhausted her financial resources in paying for my representation at both the trial court level and the appellate level.

4.

I have been unemployed for many years and have no assets of my own to pay for the transcript of my trial, sentencing and any other relevant proceedings. Attached hereto is the relevant section of my Presentence Report showing my financial situation and lack of financial resources or ability to pay for the necessary transcripts. The information contained therein is true and correct.

FURTHER AFFIANT SAYETH NOT.

*Anthony Trentacosta*
ANTHONY TRENTACOSTA

Sworn to and subscribed
Before me this the 25th day of JUNE 2002

*Rebecca E. Lee*
Notary Public

OFFICIAL NOTARY SEAL
REBECCA E LEE
COMMISSION NUMBER
DD068064
MY COMMISSION EXPIRES
JAN. 31, 2006