*CRIMINAL MINUTES/CALENDAR*
*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

**MAGISTRATE JUDGE** _____ **WILLIAM C. TURNOFF** _____ **COURTROOM X**

Case No. __00-6273-CR-HUCK_____    Date __7/2/02_____

Clerk __P. MITCHELL_____    Time: __11:00AM_____

Court Reporter _____Tape No. _02 646-1583_

USPO _____    Interpreter _____

   **UNITED STATES OF AMERICA v.** __ANTHONY TRENTECOSTA (J)_____

AUSA _Larry Lavecchio_    Defense Counsel _Stephen H. Rosen_
_for Donald Samuel_

Defendant(s): Present__X__ Not Present _____ In Custody __X__

Reason for Hearing: __MOTION FOR INSOLVENCY TRANSCRIPT_____

Result of Hearing: _Govt. has no obj.; deft. sworn;_
_M/ Granted._

Case Continued to: _____ Time _____ For _____

Misc.: _____