UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

**ORDER**

ANTHONY TRENTACOSTA,

    Defendant.
_____/

This Cause came before the undersigned on the Defendant's Motion for Adjudication of Insolvency for Transcript (DE 550). After proceedings held, it is

    ORDERED AND ADJUDGED that the above motion is **GRANTED**.

    DONE AND ORDERED at Miami, Florida this _____ day of July, 2002.

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

c: Honorable Paul Huck
   Donald Samuel, Esq.
   Larry Lavecchio, AUSA