UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02-cr-6273

CASE NO: 02-60003-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ARIEL HERNANDEZ
FREDERICK J. MASSARO
ANTHONY TRENTECOSTA
    Defendants.

_____/

FILED by ET D.C.
JUL 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that a Hearing to determine restitution in this matter is set for **FRIDAY JULY 19, 2002 @ 8:45 A.M.** before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Lawrence Lavecchio, AUSA
       Jeffrey Sloman, AUSA- 954 356.7336
       Probation Department - 305.523.5496
       Jeffrey Weinkle, Esq. - 305.545.8514
       Fred Haddad, Esq.- 954.760.4421
       Stephen Rosen, Esq. - 305. 371.6966