UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ
FREDERICK J. MASSARO
ANTHONY TRENTECOSTA
    Defendants.

_____/



FILED by _____ D.C.
JUL 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that a Hearing to determine restitution in this matter is set for MONDAY JULY 22, 2002 @ 4:45 P.M. before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

_____
Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Lawrence Lavecchio, AUSA
        Jeffrey Sloman, AUSA- 954 356.7336
        Probation Department - 305.523.5496
        Jeffrey Weinkle, Esq. - 305.545.8514
        Fred Haddad, Esq.- 954.760.4421
        Stephen Rosen, Esq. - 305. 371.6966