**COURTROOM DEPUTY MINUTES**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

7/22/02

**22** Monday

4:45 PM   RESTITUTION DETERMINATION

00-6273-CR-HUCK
USA
   Lawrence LaVecchio, 954.356.7255
   Jeffrey Sloman, 954.356.7392
V.
ARIEL HERNANDEZ (J)36717-004
   Jeffrey Weinkle, Esq. 305.373.4445

FREDERICK J. MASSARO (J)02399-748
   Fred Haddad, Esq. 954.467.6767
   By phone: 954.494.1575-will call in

ANTHONY TRENTECOSTA (J) 95851-004
   Stephen Rosen, Esq. 305. 358.6789

FILED by ___ D.C.
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CR: Larry Herr

CRD: Elvis Tavares

Restitution hearing held. Restitution in the amount of $9,157.56 as to defendant Trentecosta and

Hearing as to deft. Massaro is continued till 7/26/02 - 9:00 A.M.