UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6273-HUCK/TURNOFF



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ and
ANTHONY TRENTECOSTA,

    Defendants.
_____/

## ORDER OF RESTITUTION

THIS MATTER came before the Court in order to determine the final restitution amount in this case. On July 22, 2002 this Court held a hearing and it found as follows: Defendant, Ariel Hernandez, is to pay restitution in the amount of $39,157.56, and Defendant, Anthony Trentecosta, is to pay restitution in the amount of $39,157.56 jointly and severely to the victims of their fraudulent activity as more fully set forth in the scheduled attached hereto as Exhibit "A".

The restitution is payable in accordance with a payment schedule and on terms to be determined by the United States Probation Officer, as more fully described by the Court in open court during the hearing on this matter. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office are responsible for the enforcement of this order. The restitution shall be made payable to the Clerk of the Court, United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788, attention: Financial Section, Room 150. Restitution will be forwarded by the Clerk



of the Court to the victims on the attached list in the indicated amounts. The Government shall within two weeks provide this Court with the correct addresses of all the victims.

DONE AND ORDERED in Chambers, Miami, Florida, this 25th day of July, 2002.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC.     Jeffrey Sloman, AUSA
        Lawrence Lavecchio, Esq.
        Jeffrey Weinkle, Esq.
        Stephen Rosen, Esq.
        Tom Felasco, USPO