**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

ANTHONY TRENTACOSTA,
    Defendant.

_____

### SUBSTITUTION OF COUNSEL

COME NOW EDWARD T. M. GARLAND and DONALD F. SAMUEL and enter their appearance as counsel of record for the Defendant, ANTHONY TRENTACOSTA on appeal in the 11th Circuit Court of Appeals, Case No. 02-12352A. Court Orders, correspondence, etc. upon undersigned counsel.

Stephen H. Rosen. Counsel for the Defendant in Case No. 00-6273-CR-HUCK, will not be representing Defendant on the appeal filed May 3, 2002.

This 26 day of July, 2002.

Respectfully submitted,

GARLAND, SAMUEL & LOEB

BY: _____
    Edward T. M. Garland
    Ga. State Bar No. 724800

By: _____
    Donald F. Samuel
    Ga. State Bar No. 624475

3151 Maple Drive, NE
Atlanta, Georgia  30305
404-262-2225

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to Lawrence D. LaVecchio, Esq., Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301.

This 26 day of July, 2002.

                                         GARLAND, SAMULE & LOEB

                                         By: _____
                                              Donald F. Samuel
                                              Ga. Bar No. 624475

3151 Maple Drive, NE
Atlanta, Georgia 30305
404-262-2225