1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
```

UNITED STATES OF AMERICA,                CASE NO. 00-6273-CR-HUCK

        Plaintiff,                    Miami, Florida
                                       November 19, 2001
  v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

        Defendants.
_____X

```
           Transcript of jury trial had
       before the Honorable Paul C. Huck,
          United States District Judge.
```

APPEARANCES:

FOR THE GOVERNMENT:          LAWRENCE LAVECCHIO, A.U.S.A.

                              JEFFREY SLOMAN, A.U.S.A.

FOR DEFENDANT TRENTACOSTA:   STEPHEN ROSEN, ESQ.

FOR DEFENDANT HERNANDEZ:     JEFFREY WEINKLE, ESQ.

FOR DEFENDANT MASSARO:       FRED HADDAD, ESQ.

KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631

Proceedings recorded by mechanical stenography, transcript produced by notereading.