```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION


UNITED STATES OF AMERICA,           CASE NO.   00-6273-CR-HUCK

          Plaintiff,                Miami, Florida
                                    November 26, 2001
     v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

          Defendants.
_____X


             Transcript of jury trial had
         before the Honorable Paul C. Huck,
             United States District Judge.

APPEARANCES:

FOR THE GOVERNMENT:    LAWRENCE LAVECCHIO, A.U.S.A.

                       JEFFREY SLOMAN, A.U.S.A.

FOR DEFENDANT TRENTACOSTA:    STEPHEN ROSEN, ESQ.

FOR DEFENDANT HERNANDEZ:    JEFFREY WEINKLE, ESQ.

FOR DEFENDANT MASSARO:      FRED HADDAD, ESQ.



KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631


Proceedings recorded by mechanical stenography, transcript
produced by notereading.
```

FILED by D.C.
AUG 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI