```
                                              FILED by_____D.C.
                                                  APPEAL
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA          AUG 2 8 2002
 2               MIAMI DIVISION
                                                  CLARENCE MADDOX
 3        CASE NO.:  00-CRIMINAL-6273-HUCK        CLERK U.S. DIST. CT.
                                                  S.D. OF FLA. - MIAMI
 4   THE UNITED STATES OF AMERICA,

 5              PLAINTIFF,
                                          MIAMI, FLORIDA
 6      VS.                               DECEMBER 14, 2001

 7   ANTHONY TRENTACOSTA, FREDERICK
     MASSARO AND ARIEL HERNANDEZ,
 8
                DEFENDANTS.
 9   _____

10
            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
11         BEFORE THE HONORABLE PAUL C. HUCK
              UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:
     FOR THE GOVERNMENT:    LAWRENCE LAVECCHIO, A.U.S.A.
14                          OFFICE OF THE UNITED STATES ATTORNEY
                            J.L.K. FEDERAL JUSTICE BUILDING
15                          99 N.E. FOURTH STREET
                            MIAMI, FL 33132 - 305-961-9000
16
     FOR THE DEFENDANT      RICHARD K. HOULIHAN, ESQ.
17   ANTHONY TRENTACOSTA:   310 ARAGON AVENUE, STE. 310
                            CORAL GABLES, FL 33134 - 305-442-1522
18
     FOR THE DEFENDANT      FRED HADDAD, ESQ.
19   FREDERICK MASSARO:     1 FINANCIAL PLAZA, STE 2612
                            FT LAUDERDALE, FL 33394 - 954-467-6767
20
     FOR THE DEFENDANT      RICHARD L. ROSENBAUM, ESQ.
21   ARIEL HERNANDEZ:       LAS OLAS CENTER, STE. 1700
                            350 E. LAS OLAS BOULEVARD
22                          FT LAUDERDALE, FL 33301 - 954-522-7007

23   REPORTED BY:           RANDALL J. BELSVIK, RPR
                            OFFICIAL FEDERAL COURT REPORTER
24                          J.L.K. FEDERAL JUSTICE BUILDING
                            99 N.E. FOURTH STREET, STE 1027
25                          MIAMI, FL  33132 - 305-523-5178
```