1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

                CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
SEP 2 7 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | OCTOBER 4, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | |

```
            TRANSCRIPT OF STATUS CONFERENCE
          BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:   LAWRENCE D. LaVECCHIO, ESQ.
                     JEFFREY H. SLOMAN, ESQ.
                     Assistant U.S. Attorneys
                     500 East Broward Boulevard, Suite 700
                     Ft. Lauderdale, FL  33394
                     954/356-7255

FOR DEFENDANT:       STEPHEN H. ROSEN, ESQ.
  TRENTACOSTA:       999 Ponce de Leon Boulevard
                     Suite 700
                     Coral Gables, FL 33134
                     305/448-9900

FOR DEFENDANT:       FRED HADDAD, ESQ.
  MASSARO:           One Financial Plaza
                     Ft. Lauderdale, FL  33394
                     954/467-6767