1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION
```

FILED by _____ D.C.
APPEAL
SEP 2 7 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

<u>CASE NO. 00-6273-CR-HUCK/BROWN</u>

```
--------------------------------|
                                |
UNITED STATES OF AMERICA,       |   MIAMI, FLORIDA
                                |
             Plaintiff,         |   NOVEMBER 14, 2001
                                |
v.                              |
                                |
ANTHONY TRENTACOSTA,            |
FREDERICK J. MASSARO,           |
ARIEL HERNANDEZ,                |
                                |
             Defendants.        |
--------------------------------x
```

```
              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE PAUL C. HUCK,
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | **LAWRENCE D. LaVECCHIO, ESQ.**<br>**JEFFREY H. SLOMAN, ESQ.**<br>Assistant U.S. Attorneys<br>500 East Broward Boulevard, Suite 700<br>Ft. Lauderdale, FL  33394<br>954/356-7255 |
| FOR DEFENDANT:<br>   TRENTACOSTA: | **STEPHEN H. ROSEN, ESQ.**<br>999 Ponce de Leon Boulevard<br>Suite 700<br>Coral Gables, FL 33134<br>305/448-9900 |
| FOR DEFENDANT:<br>   MASSARO: | **FRED HADDAD, ESQ.**<br>One Financial Plaza<br>Ft. Lauderdale, FL  33394<br>954/467-6767 |