UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by CT. REP. D.C.
SEP 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

            Case No. 00-06273-Cr-HUCK

  Plaintiff,

vs.           MIAMI, FLORIDA
            JUNE 22, 2001

ARIEL HERNANDEZ, et al.,

  Defendants.

TRANSCRIPT OF HEARING PROCEEDINGS
BEFORE THE HONORABLE STEPHEN T. BROWN,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    NO APPEARANCE BY GOVERNMENT COUNSEL

FOR THE DEFENDANT TRENTACOSTA:

    RICHARD K. HOULIHAN, ESQ.
    300 Aragon Avenue
    Miami, Florida

FOR THE DEFENDANT HERNANDEZ:

    JEFFREY D. WEINKLE, ESQ.
    1101 Brickell Avenue
    Miami, Florida

REPORTED BY:  JERALD M. MEYERS, RPR-CM
      Miami, FL  33128-7797

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION