1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                   CASE NO. 00-6273-CR-HUCK/BROWN
```

UNITED STATES OF AMERICA,           MIAMI, FLORIDA

        Plaintiff,              DECEMBER 14, 2001

v.

ANTHONY TRENTACOSTA,
FREDERICK J. MASSARO,
ARIEL HERNANDEZ,

        Defendants.
_____x        **TRIAL DAY 14**

```
            TRANSCRIPT OF TRIAL PROCEEDINGS
         BEFORE THE HONORABLE PAUL C. HUCK,
             UNITED STATES DISTRICT JUDGE
                     AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:    **LAWRENCE D. LaVECCHIO, ESQ.**
                       **JEFFREY H. SLOMAN, ESQ.**
                       Assistant U.S. Attorneys
                       500 East Broward Boulevard
                       Suite 700
                       Ft. Lauderdale, FL  33394
                       954/356-7255

FOR DEFENDANT TRENTACOSTA:

                       **STEPHEN H. ROSEN, ESQ.**
                       999 Ponce de Leon Boulevard
                       Suite 550
                       Coral Gables, FL  33134
                       305/448-9900

FOR DEFENDANT MASSARO:

                       **FRED HADDAD, ESQ.**
                       One Financial Plaza
                       Ft. Lauderdale, FL  33394

[FILED by APPEAL D.C. OCT 1 8 2002 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI]