ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

        Appellee,      :

                            :        Case No. 00-6273-CR-HUCK

v.                      :        Appeal No. 02-12352-A

                            :

ANTHONY TRENTACOSTA    :

                            :

        Appellant.      :

## MOTION TO ALLOW TRANSCRIPT TO BE UNSEALED
## FOR PURPOSE OF APPEAL

COMES NOW Counsel for the Appellant in the above matter and

respectfully requests the sealed document transcript (Docket No. 410, Entry

Date 11/14/01) to be unsealed for purposes of Defendant Trentacosta's

Appeal Brief due on or before November 6, 2002.  In support thereof,

Counsel shows the following:

1.

Undersigned counsel was not trial counsel in the above case, which

began on November 19, 2002; therefore, we request this court to unseal this



transcript in order to effectively prepare an appeal brief on behalf of

defendant Trentacosta.

2.

Undersigned counsel filed a motion with the trial court on June 13,

2002 that the transcripts be paid for by the court.  Attached is a copy of the

Order granting counsel's Motion, the Transcript Order Information form and

Form CJA 24.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.


By: _____
DONALD F. SAMUEL
Georgia Bar No. 624475

Counsel for Appellant

3151 Maple Drive, N.E.
Atlanta, GA  30305
(404) 262-2225
Fax: (404) 365-5041

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and

foregoing MOTION TO ALLOW TRANSCRIPT TO BE UNSEALED FOR

PURPOSE OF APPEAL upon the following by United States Mail-delivery:

Larry Lavecchio, Esq.
Office of the United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida  33301

This the 14 day of October, 2002.

Donald F. Samuel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/TURNOFF


UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                              **ORDER**

ANTHONY TRENTACOSTA,

      Defendant.

_____/


    This Cause came before the undersigned on the Defendant's

Motion for Adjudication of Insolvency for Transcript (DE 550).

After proceedings held, it is

    ORDERED AND ADJUDGED that the above motion is **GRANTED.**


    DONE AND ORDERED at Miami, Florida this _____ day of July,
2002.

                              _____
                              WILLIAM C. TURNOFF
                              United States Magistrate Judge

c: Honorable Paul Huck
   Donald Samuel, Esq.
   Larry Lavecchio, AUSA

## ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

### PART I.                     TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: _____ **United States** _____ vs _____ **Anthony Trentacosta** _____

District Court No.: ___ **00-6273-CR-HUCK** Date Notice of Appeal Filed: **5/3/02** ___ Court of Appeals No.: **02-12352-A**
                                                                                           (If Available)

CHOOSE ONE:   ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
                    ☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | **Doc.#410, Entry Date 11/14/01,** | | **Larry Herr** |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | | | |

**METHOD OF PAYMENT: Undersigned filed a motion in the trial court that the transcripts be paid for by the court**

☐   I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐   CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _____ **Donald F. Samuel** _____

Name of Firm: _____ **Garland, Samuel & Loeb, P.C.** _____

Street Address/P.O. Box: _____ **3151 Maple Drive, NE** _____

City/State/Zip Code: _____ **Atlanta, Georgia** _____ Phone No.: **(404) 262-225** _____

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: **10/14/02** _____ SIGNED: _____ Attorney for: **Appellant Trentacosta**

### PART II.                   COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____      Estimated no. of transcript pages: _____      Estimated filing date: _____

DATE: _____ SIGNED: _____ Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

### PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____      Signature of Court Reporter: _____

CJA-24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| S.D.Fl. | Anthony Trentacosta | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 00-6275-CR-PCH | 02-12353-A | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S.A. v. Trentacosta, et al. | ☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☒ Appeal | ☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

R.I.C.O.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Eleventh Circuit of Appeals

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

All motions hearings, voir dire, opening statements, trial proceedings, closing arguments, jury instructions, sentencing

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned _____ % of transcript with (Give case name and defendant) | |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript | |
| C. ☒ Prosecution Opening Statement ☒ Prosecution Argument ☒ Prosecution Rebuttal<br>☒ Defense Opening Statement ☒ Defense Argument ☒ Voir Dire ☒ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted. |
| _Signature of Attorney_       6-25-02    _Date_ | _Signature of Presiding Judicial Officer or By Order of the Court_ |
| Donald F. Samuel<br>_Printed Name_ | |
| Telephone (404) 262-2225 | _Date of Order_      _Nunc Pro Tunc Date_ |
| ☐ Panel Attorney ☒ Retained Attorney ☐ Pro-Se ☐ Legal Organization | |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS |
|---|---|
| ☐ Official ☐ Contract ☐ Transcriber ☐ Other | |

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of _____  Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION ... that the services were rendered and that the transcript was received.

APPROVED FOR PAYMENT — COURT USE ONLY