FILED by _____ D.C.

OCT 3 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: _10/31/2002_

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:  00-06273-cr   - PCH

U.S.C.A. No:   02-12352-A

Style:   ACOSTA V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

_6_ Volume(s) of pleadings

_28_ Volume(s) of Transcripts

_X_ Exhibits: _0_ boxes;   _2_ folders;

_3_ envelopes;   _3_ PSIs (sealed)

☑ other: _3 SEALED ENVELOPES CONTAINING 3 PSI_

☐ other: _____

☑ Other: _2 ACCORDIAN FOLDERS OF DE# 103 AND EXHIBITS_

☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hil_
    Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ **301 N. Miami Avenue**
Miami, Fl 33128-7788
305-523-5080

☐ **299 E. Broward Boulevard**
Ft. Lauderdale, Fl 33301
954-769-5413

☐ **701 Clematis Street**
West Palm Beach, Fl 33401
561-803-3408

593
H.H.

STB      CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL

USA v. Trentacosta, et al                    Filed: 09/19/00
Dkt# in other court: None

Case Assigned to:  Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)          Donald F. Samuel
aka                              FTS 365-5041
Tony Pep                         [COR LD NTC ret]
    defendant                    Edward T. M. Garland
  [term  04/30/02]               FTS 365-5041
                                 [COR LD NTC ret]
                                 Garland Samuel & Loeb
                                 3151 Maple Drive NE
                                 Atlanta, GA 30305
                                 404-262-2225

                                 Richard Kevin Houlihan
                                  [term  08/15/01]
                                 FTS 442-7194
                                 305-442-1522
                                 Suite 310
                                 [COR LD NTC cja]
                                 310 Aragon Avenue
                                 Coral Gables, FL 33134

                                 Stephen Howard Rosen
                                  [term  04/30/02]
                                 FTS 371-6966
                                 [COR LD NTC ret]
                                 Stephen H. Rosen
                                 1221 Brickell Avenue
                                 Suite 1020
                                 Miami, FL 33131
                                 305-358-6789

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_
Deputy Clerk
Date _10/31/02_

Pending Counts:                  Disposition

18:1962-5800.F RECEIVED INCOME   Imprisonment for a term of 100
DERIVED FROM RICO                months, supervised release
(1)                              for a term of 3 years,
                                 Assessment of $100.00, Fine of
                                 $2,500.00, Restitution to be
                                 determined at a date within 90
                                 days
                                 (1)

Docket as of October 31, 2002 10:12 am          Page 1

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE


========================

Case Assigned to:  Judge Paul C. Huck

FREDERICK J. MASSARO (2)              Christopher Alan Grillo
      defendant                       [term  04/25/02]
   [term  04/25/02]                   [COR LD NTC cja]
                                      Christopher Grillo
                                      1 E Broward Boulevard
                                      Suite 700
                                      Fort Lauderdale, FL 33301
                                      954-524-1125

                                      Fred Haddad
                                       [term  03/08/01]
                                      FTS 760-4421
                                      954-467-6767
                                      [COR LD NTC ret]
                                      Fred Haddad
                                      1 Financial Plaza
                                      Suite 2612
                                      Fort Lauderdale, FL 33394
                                      954-467-6767

                                      Benedict Paul Kuehne
                                      FTS 789-5987
                                      [COR LD NTC ret]
                                      Sale & Kuehne
                                      NationsBank Tower
                                      100 SE 2nd Street
                                      Suite 3550
                                      Miami, FL 33131-2154
                                      305-789-5989

Proceedings include all events.                                      STB
0:00cr6273-ALL USA v. Trentacosta, et al              CLOSED APPEAL

Pending Counts:                          Disposition

18:1962-5800.F RECEIVED INCOME          Imprisonment for term of life
DERIVED FROM RICO                       as to Counts 1 and 18; 360
(1)                                     months as to each of Counts 2 -
                                        16; 240 months as to each    of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (1)

18:1344A.F BANK FRAUD                   Imprisonment for term of life
(2 - 16)                                as to Counts 1 and 18; 360
                                        months as to each of Counts 2 -
                                        16; 240 months as to each    of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (2 - 16)

18:1959-7482.F RACKETEERING -           Imprisonment for term of life
THREATS                                 as to Counts 1 and 18; 360
(17 - 18)                               months as to each of Counts 2 -
                                        16; 240 months as to each    of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (17 - 18)

18:1959-7482.F RACKETEERING -           Imprisonment for term of life
THREATS                                 as to Counts 1 and 18; 360
(20)                                    months as to each of Counts 2 -
                                        16; 240 months as to each    of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (20)

18:513B.F POSSESSION OF                 Imprisonment for term of life
COUNTERFEITING INSTRUMENTS              as to Counts 1 and 18; 360
(21)                                    months as to each of Counts 2 -
                                        16; 240 months as to each    of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (21)

Proceedings include all events.                                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT<br>BY EXTORTION<br>(22) | Imprisonment for term of life<br>as to Counts 1 and 18; 360<br>months as to each of Counts 2 -<br>16; 240 months as to each   of<br>Counts 22 and 23; 120 months as<br>to each of Counts 17,    20,<br>21, and 24, all to run<br>Concurrently.<br>(22) |
| 18:894.F COLLECTION OF CREDIT<br>BY EXTORTION<br>(23) | Imprisonment for term of life<br>as to Counts 1 and 18; 360<br>months as to each of Counts 2 -<br>16; 240 months as to each    of<br>Counts 22 and 23; 120 months as<br>to each of Counts 17,    20,<br>21, and 24, all to run<br>Concurrently.<br>(23) |
| 18:659.F INTERSTATE/FOREIGN<br>SHIPMENT CARRIERS: Possession<br>of stolen goods<br>(24) | Imprisonment for term of life<br>as to Counts 1 and 18; 360<br>months as to each of Counts 2 -<br>16; 240 months as to each    of<br>Counts 22 and 23; 120 months as<br>to each of Counts 17,    20,<br>21, and 24, all to run<br>Concurrently.<br>(24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING<br>FIREARMS: Felon in possession<br>of a  firearm<br>(25) | Acquitted by Jury<br>(25) |

Offense Level (disposition): 4


Complaints:

   NONE


========================

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:          Samuel R. De Luca
12/24/37  Prisoner #: 61919-           [term  01/29/02]
004 Address: 7356 Gray Avenue,       FTS 653-6979
Miami, Florida 33141                   [COR LD NTC ret]
aka                                  De Luca and Tate
Little Frankie                       3451 Kennedy Boulevard
       defendant                     Jersey City, NJ 07307
  [term  01/29/02]                   201-653-7200


Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 18 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:892.F EXTENSIONS OF CREDIT        Dismissed.
BY EXTORTION                           (22)
(22)

18:894.F COLLECTION OF CREDIT        Dismissed.
BY EXTORTION                           (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


=======================



Docket as of October 31, 2002 10:12 am              Page 5

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ARIEL HERNANDEZ (4)                    Jeffrey David Weinkle
      defendant                          [term  04/25/02]
   [term  04/25/02]                    FTS 545-8514
                                       305-373-4445
                                       [COR LD NTC cja]
                                       1035 NW 11th Avenue
                                       Miami, FL 33136

                                       William Donald Matthewman
                                         [term  04/25/02]
                                       FTS 416-0171
                                       [COR LD NTC cja]
                                       Seiden Alder & Matthewman
                                       2300 Glades Road
                                       Suite 340-W
                                       Boca Raton, FL 33431
                                       561-416-0170

                                       Richard L. Rosenbaum
                                       FTS 522-7003
                                       954-522-7007
                                       Suite 1700
                                       [COR LD NTC cja]
                                       Las Olas Center
                                       350 E Las Olas Boulevard
                                       Fort Lauderdale, FL 33301

Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME         Imprisonment for a term of Life
DERIVED FROM RICO                      as to Counts 1-18, 360
(1)                                    months as to Counts 2-16, 120
                                       months as to Counts 17 and 21
                                       to run Concurrently. Supervised
                                       Release for 5 years as to
                                       Counts 1, 2-16, 18, and 3 years
                                       as to Counts 17 and 21 to
                                       run Concurrently. Assessment $1,
                                       900.00 Fine $10,000.00
                                       (1)

18:1344A.F BANK FRAUD                  Imprisonment for a term of Life
(2 - 16)                               as to Counts 1-18, 360
                                       months as to Counts 2-16, 120
                                       months as to Counts 17 and 21
                                       to run Concurrently. Supervised
                                       Release for 5 years as to
                                       Counts 1, 2-16, 18, and 3 years
                                       as to Counts 17 and 21 to
                                       run Concurrently. Assessment $1,
                                       900.00 Fine $10,000.00        (2

Docket as of October 31, 2002 10:12 am                Page 6

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al              CLOSED APPEAL

                                          - 16)

18:1959-7482.F RACKETEERING -      Imprisonment for a term of Life
THREATS                            as to Counts 1-18, 360
(17 - 18)                          months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00
                                   (17 - 18)

18:513B.F POSSESSION OF            Imprisonment for a term of Life
COUNTERFEITING INSTRUMENTS         as to Counts 1-18, 360
(21)                               months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00
                                   (21)

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


========================

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)              Donald Richard Spadaro
      defendant                         [term  01/29/02]
  [term  01/29/02]                      FTS 522-6888
                                        954-763-5504
                                        Suite 103
                                        [COR LD NTC ret]
                                        1000 S Federal Highway
                                        Fort Lauderdale, FL 33316


Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME         Imprisonment for 24 months to
DERIVED FROM RICO                      run concurrently with the
(1)                                    sentence imposed by Judge Seitz
                                       under case number
                                       00-6309-CR-PAS. Supervised
                                       Release of 3 years to run
                                       concurrent with the sentence
                                       imposed under 00-6309-CR-PAS.
                                       Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1344A.F BANK FRAUD                  Dismissed.
(2 - 16)                               (2 - 16)

18:513B.F POSSESSION OF                Dismissed.
COUNTERFEITING INSTRUMENTS             (21)
(21)


Offense Level (disposition): 4



Complaints:

    NONE


=======================

Proceedings include all events.                                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:          Michael Gary Smith
7/6/67; Prisoner # 02405-748;            [term  02/20/02]
    defendant                           FTS 767-8343
 [term  02/20/02]                       954-303-7843
                                        [COR LD NTC cja]
                                        Michael Gary Smith
                                        110 SE 6th Street
                                        Suite 1970
                                        Fort Lauderdale, FL 33301
                                        954-761-7201

Pending Counts:                              Disposition

18:373-0300.F MANSLAUGHTER           Imprisonment for 42 months;
(19)                                 Supervised Release for 3 years;
                                     Assessment $100.00
                                     (19)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME       Dismissed.
DERIVED FROM RICO                    (1)
(1)

18:894.F COLLECTION OF CREDIT        Dismissed.
BY EXTORTION                         (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================


Docket as of October 31, 2002 10:12 am              Page 9

Proceedings include all events.                                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CARLOS GARCIA (7) , DOB:            Albert Zachary Levin
11/14/66 PRISONER #61939-004          [term  02/27/02]
      defendant                     FTS 372-0052
   [term  02/27/02]                  [COR LD NTC cja]
                                    Albert Z. Levin
                                    888 Brickell Avenue
                                    6th Floor
                                    Miami, FL 33131
                                    305-379-7101


Pending Counts:                          Disposition

18:1959-7482.F RACKETEERING -       Imprisonment for 25 months;
THREATS                             Supervised Release for 3 years;
(20)                                Assessment $100.00
                                       (20)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME      Dismissed.
DERIVED FROM RICO                   (1)
(1)

18:894.F COLLECTION OF CREDIT       Dismissed.
BY EXTORTION                        (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


    ==========================


Docket as of October 31, 2002 10:12 am                    Page 10

Proceedings include all events.                                                     STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CHARLES PATRICK MONICO (8) ,          Susan W. Vandusen
DOB:  12/8/56  Prisoner #:              [term  01/29/02]
02406-748                             305-540-0050
     defendant                        [COR LD NTC cja]
  [term  01/29/02]                    1899 S Bayshore Drive
                                      Miami, FL 33133

                                      Thomas Franklin Almon, Jr.
                                        [term  01/29/02]
                                      FTS 573-6251
                                      305-576-8568
                                      [COR LD NTC cja]
                                      321 NE 26th Street
                                      Miami, FL 33137


Pending Counts:                            Disposition

18:1962-5800.F RECEIVED INCOME        Imprisonment for TIME SERVED.
DERIVED FROM RICO                     Supervised Release for 3
(1)                                   years. Assessment $100.00
                                      (1)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:373-0300.F MANSLAUGHTER            Dismissed.
(19)                                  (19)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include all events.                                        STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

Case Assigned to: Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,          Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner                [term  01/29/02]
#02407-748; English                  FTS 445-0543
    defendant                        305-567-0100
  [term  01/29/02]                   Suite 440
                                     [COR LD NTC cja]
                                     782 NW 42nd Avenue
                                     Miami, FL 33126


Pending Counts:                            Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 21 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:373-0300.F MANSLAUGHTER           Dismissed.
(19)                                 (19)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

   Jeffrey Henry Sloman, AUSA
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   Lawrence D. LaVecchio
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

```
PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
299 E Broward Boulevard
Suite 301
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500
```

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

9/19/00   1     MOTION by USA  as to Anthony Trentacosta, Frederick J.
                Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                Patrick Monico, Anthony Raymond Banks to seal indictment (dd)
                [Entry date 09/21/00]

9/19/00   2     ORDER as to Anthony Trentacosta, Frederick J. Massaro,
                Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
                Anthony Raymond Banks  granting [1-1] motion to seal
                indictment as to Anthony Trentacosta (1) , Frederick J.
                Massaro (2), Francis Ruggiero (3), Ariel Hernandez (4),
                Julius Bruce Chiusano (5), Adam Todd Silverman (6), Carlos
                Garcia (7), Charles Patrick Monico (8), Anthony Raymond
                Banks (9). Sealed until first defendant is arrested. (
                Signed by Judge William P. Dimitrouleas on 9/19/00) CCAP
                [EOD Date: 9/21/00] CCAP⬚ (dd) [Entry date 09/21/00]

9/19/00   ③     SEALED INDICTMENT as to  Anthony Trentacosta (1) count(s)
                1, Frederick J. Massaro (2) count(s) 1, 2-16, 17-18, 20,
                21, 22, 23, 24, 25, Francis Ruggiero (3) count(s) 1, 22,
                23, Ariel Hernandez (4) count(s) 1, 2-16, 17-18, 21, Julius
                Bruce Chiusano (5) count(s) 1, 2-16, 21, Adam Todd
                Silverman (6) count(s) 1, 19, 23, Carlos Garcia (7)
                count(s) 1, 20, 23, Charles Patrick Monico (8) count(s) 1,
                19, Anthony Raymond Banks (9) count(s) 1, 19 (Criminal
                Category 4) (dd) [Entry date 09/21/00]
                                    Begin Vol. 1
9/19/00   4     ARREST WARRANT issued as to Anthony Raymond Banks .
                Warrant  issued by Judge William P. Dimitrouleas   Bail
                fixed at PTD Requested (dd) [Entry date 09/21/00]

9/19/00   5     ARREST WARRANT issued as to Charles Patrick Monico .
                Warrant  issued by Judge William P. Dimitrouleas   Bail
                fixed at PTD Requested (dd) [Entry date 09/21/00]

9/19/00   6     ARREST WARRANT issued as to Carlos Garcia .    Warrant
                issued by Judge William P. Dimitrouleas   Bail fixed at PTD
                Requested (dd) [Entry date 09/21/00]

9/19/00   7     ARREST WARRANT issued as to Adam Todd Silverman . Warrant
                issued by Judge William P. Dimitrouleas   Bail fixed at PTD
                Requested (dd) [Entry date 09/21/00]

9/19/00   8     ARREST WARRANT issued as to Julius Bruce Chiusano .
                Warrant  issued by Judge William P. Dimitrouleas   Bail
                fixed at $250,000 CSB (dd) [Entry date 09/21/00]

9/19/00   ⑨     ARREST WARRANT issued as to Ariel Hernandez .     Warrant
                issued by Judge William P. Dimitrouleas   Bail fixed at PTD
                Requested (dd) [Entry date 09/21/00]

Proceedings include all events.                                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

9/19/00   10      ARREST WARRANT issued as to Francis Ruggiero .    Warrant
                  issued by Judge William P. Dimitrouleas    Bail fixed at
                  $250,000 CSB (dd) [Entry date 09/21/00]

9/19/00   11      ARREST WARRANT issued as to Frederick J. Massaro . Warrant
                  issued by Judge William P. Dimitrouleas    Bail fixed at
                  PTD Requested (dd) [Entry date 09/21/00]

9/19/00   12      ARREST WARRANT issued as to Anthony Trentacosta . Warrant
                  issued by Judge William P. Dimitrouleas    Bail fixed at PTD
                  requested (dd) [Entry date 09/21/00]

                  *Vol. 1 Contd.*

9/19/00   --      Magistrate identification:  Magistrate Judge Stephen T.
                  Brown (dd) [Entry date 09/21/00]

9/26/00   --      ARREST of Anthony Raymond Banks (wc) [Entry date 09/29/00]

9/26/00   --      ARREST of Charles Patrick Monico (wc) [Entry date 09/29/00]

9/26/00   --      ARREST of Frederick J. Massaro (td) [Entry date 10/06/00]

9/26/00   --      ARREST of Julius Bruce Chiusano (td) [Entry date 10/06/00]

9/27/00   13      ORDER unsealing as to Anthony Trentacosta, Frederick J.
                  Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                  Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                  Patrick Monico, Anthony Raymond Banks  ( Signed by
                  Magistrate Barry S. Seltzer on 9/27/00) CCAP [EOD Date:
                  9/29/00] (sp) [Entry date 09/29/00]

9/27/00   14      Minutes of Initial Appearancew held on 9/27/00  before
                  Magistrate Barry S. Seltzer as to Frederick J. Massaro ;
                  Court finds good cause to set PTD on 6th day (10/5/00)
                  Court Reporter Name or Tape #: 00-073-2860-3324 (wc)
                  [Entry date 09/29/00]

9/27/00   15      Minutes of Initial Appearance held on 9/27/00  before
                  Magistrate Barry S. Seltzer as to Julius Bruce Chiusano ;
                  If defendant can find family and friends with property and
                  good ties to the community, the Court may reduce bond to a
                  combination bond. Court Reporter Name or Tape #:
                  00-073-2860-3617/074-1-230 (wc) [Entry date 09/29/00]

9/27/00   --      ARREST of Adam Todd Silverman (hd) [Entry date 09/29/00]

9/27/00   26      ORDER on Initial Appearance as to Julius Bruce Chiusano
                  Bond set to $100,000 w/Nebbia for Julius Bruce Chiusano.
                  Arraignment set for 10:00 10/5/00 for Julius Bruce Chiusano
                  ; Report re counsel set for 10:00 10/5/00 for Julius Bruce
                  Chiusano ;   before Duty Magistrate, ,  ( Signed by
                  Magistrate Barry S. Seltzer  on 9/27/00)  Tape # 00-073
                  CCAP (sp) [Entry date 10/02/00]

Proceedings include all events.                                         STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL

9/27/00   26    Temporary Appearance for Julius Bruce Chiusano by Attorney
                Donald Richard Spadaro (sp) [Entry date 10/02/00]

9/27/00   (27)  ORDER on Initial Appearance as to Frederick J. Massaro;
                Fred Haddad made temporary appearance as counsel; Bond set
                to temporary pretrial detention for Frederick J. Massaro.
                Arraignment set for 10:00 10/5/00 for Frederick J. Massaro ;
                 Report re counsel set for 10:00 10/5/00 for Frederick J.
                Massaro ; Detention hearing set for 10:00 10/5/00 for
                Frederick J. Massaro ;   before Duty Magistrate, ,  (
                Signed by Magistrate Barry S. Seltzer  on 9/27/00) Tape #
                00-073 CCAP (sp) [Entry date 10/02/00]
                                        *Vol. 1 cont'd.*

9/28/00   16    REPORT Commencing Criminal Action as to Francis Ruggiero
                DOB: 12/24/37  Prisoner # 61919-004 (wc)
                [Entry date 09/29/00]

9/28/00   17    REPORT Commencing Criminal Action as to Charles Patrick
                Monico  DOB: 12/8/56  Prisoner # 02406-748 (wc)
                [Entry date 09/29/00]

9/28/00   18    ORDER on Initial Appearance as to Francis Ruggiero Bond set
                to $250,000 CSB w/Nebbia.   Bond Hearing set for 10/2/00.
                Arraignment set for 10/11/00; Report re counsel set for
                10:00 10/2/00;  before Duty Magistrate, ,  ( Signed by
                Magistrate Judge Robert L. Dube  on 9/27/00)  Tape #
                00H-42-0175 CCAP (wc) [Entry date 09/29/00]

9/28/00   19    ORDER on Initial Appearance as to Charles Patrick Monico
                Arraignment set for 10:00 10/11/00;  Detention hearing set
                for 10:00 10/2/00;   before Duty Magistrate, ,  (
                Signed by Magistrate Judge Robert L. Dube  on 9/27/00)
                Tape # 00H-42-1 CCAP (wc) [Entry date 09/29/00]

9/28/00   20    ORDER on Initial Appearance as to Anthony Raymond Banks
                Arraignment set for 10:00 10/11/00; Detention hearing set
                for 10:00 10/2/00; before Duty Magistrate, ,  ( Signed
                by Magistrate Judge Robert L. Dube on 9/27/00) Tape #
                00H-42-1 CCAP (wc) [Entry date 09/29/00]

9/28/00   (21)  MOTION by USA  as to Ariel Hernandez for writ of habeas
                corpus (wc) [Entry date 09/29/00]

9/28/00   (22)  WRIT of Habeas Corpus ad Prosequendum issued as to Ariel
                Hernandez  for 9/29/00 granting [21-1] motion for writ of
                habeas corpus ( Signed by Magistrate Barry S. Seltzer on
                9/26/00) CCAP [EOD Date: 9/29/00] (wc) [Entry date 09/29/00]

9/28/00   23    REPORT Commencing Criminal Action as to Adam Todd Silverman
                DOB: 7/6/67  Prisoner # 02405-748 (hd) [Entry date 09/29/00]

Proceedings include all events.                                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                            CLOSED APPEAL

9/28/00    24    ORDER on Initial Appearance as to Adam Todd Silverman.
                 Arraignment set for 10/11/00 for Adam Todd Silverman ;
                 Detention hearing set 10:00 10/2/00 for Adam Todd Silverman
                 ;  before Duty Magistrate, , ( Signed by Magistrate
                 Judge Robert L. Dube  on 9/28/00)  Tape #00H-42-1385  CCAP
                 (hd) [Entry date 09/29/00]

9/28/00    25    REPORT Commencing Criminal Action as to Anthony Raymond
                 Banks  DOB: 11/29/72  Prisoner # 02407-748  English (sp)
                 [Entry date 10/02/00] Vol. 1 cont'd.

9/29/00    28    ORDER on Initial Appearance as to Ariel Hernandez
                 Arraignment set for 10:00 10/6/00 for Ariel Hernandez ;
                 Detention hearing set for 10:00 10/6/00 for Ariel Hernandez
                  before Duty Magistrate, , ( Signed by Magistrate Barry
                 S. Seltzer  on 9/29/00)  CCAP (td) [Entry date 10/02/00]
                 [Edit date 10/02/00]

9/29/00    --    Indictment unsealed as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks (mg)
                 [Entry date 10/06/00]

10/2/00    29    APPEAL of Magistrate Decision to District Court by USA to
                 Anthony Trentacosta  re: motion for pretrial detention and
                 setting conditions of pretrial release (td)
                 [Entry date 10/03/00]

10/2/00    29    MOTION by USA  as to Anthony Trentacosta to stay
                 Magistrate's Order pending disposition of this appeal (td)
                 [Entry date 10/03/00]

10/2/00    30    NOTICE OF APPEAL of Magistrate Decision to District Court
                 by USA as to Anthony Trentacosta re: denying Government's
                 motion for pretrial detention and emergency motion for stay
                 (td) [Entry date 10/03/00]

10/2/00    32    Minutes of nebbia hearing held on 10/2/00  before
                 Magistrate Barry S. Seltzer as to Julius Bruce Chiusano ;
                 Court Reporter Name or Tape #: 00-076-1490-1600 (td)
                 [Entry date 10/04/00]

10/2/00    --    Nebbia Hearing as to Julius Bruce Chiusano  held (td)
                 [Entry date 10/04/00]

10/2/00    33    REPORT Commencing Criminal Action as to Ariel Hernandez no
                 other information provided (td) [Entry date 10/04/00]

10/2/00    34    NEBBIA PROFFER by Julius Bruce Chiusano (td)
                 [Entry date 10/04/00]

Proceedings include all events.                                                     STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

10/2/00   40        CSB BOND entered by Julius Bruce Chiusano  in  Amount $
                    100,000.00 (Surety Information: American Bankers Insurance
                    , Luis o. Tousent , 1611 NW 14th Avenue)   Approved by
                    Magistrate Barry S. Seltzer .  Surrender passports/travel
                    documents;  Report to PTS as follows: as directed  Random
                    urine testing;   Full-time employment;  Avoid
                    victims/witnesses;  No firearms/weapons;  Additional
                    conditions: reside at current address, no illegal drugs or
                    excessive alcohol, Travel limited to Dade, Broward and West
                    Palm Beach Counties (td) [Entry date 10/06/00]
                    [Edit date 10/06/00]   Vol. 1 cont'd.

10/2/00   41        ARRAIGNMENT INFORMATION SHEET for Anthony Raymond Banks (9)
                    count(s) 1, 19   NOT GUILTY PLEA ENTERED as to all counts.
                    Court accepts plea. (td) [Entry date 10/06/00]

10/2/00   42        STANDING DISCOVERY ORDER as to Anthony Raymond Banks   all
                    motions concerning matters not covered by this order must
                    be filed within 28 days of this order ( Signed by
                    Magistrate Barry L. Garber on 10/2/00)   Tape # 00C-67-730
                    CCAP (td) [Entry date 10/06/00]

10/2/00   43        ORDER denying request for pretrial detention and setting a
                    bond as to Anthony Raymond Banks   Bond set to $250,000.00
                    w/nebbia for Anthony Raymond Banks. ( Signed by Magistrate
                    Barry L. Garber on 10/2/00) CCAP [EOD Date: 10/6/00] CCAP
                    (td) [Entry date 10/06/00]

10/2/00   44        ORDER as to Francis Ruggiero, Adam Todd Silverman, Charles
                    Patrick Monico granting [31-1] motion to continue Pretrial
                    detention hearing as to Adam Todd Silverman (6)   reset
                    Arraignment for 3:30 10/5/00 for Francis Ruggiero, for Adam
                    Todd Silverman, for Charles Patrick Monico  before Duty
                    Magistrate,   reset Detention Hearing for 3:30 10/5/00 for
                    Francis Ruggiero, for Adam Todd Silverman, for Charles
                    Patrick Monico,  resetting Report re counsel for  3:30
                    10/5/00 for Francis Ruggiero, for Adam Todd Silverman, for
                    Charles Patrick Monico ( Signed by Magistrate Barry L.
                    Garber on 10/2/00) CCAP [EOD Date: 10/6/00] CCAP (td)
                    [Entry date 10/06/00]

10/2/00   (63)      CJA 20 as to Ariel Hernandez : Appointment of Attorney
                    Jeffrey David Weinkle ( Signed by Magistrate Barry S.
                    Seltzer  on 9/29/00) (tb) [Entry date 10/11/00]

10/3/00   31        MOTION by Adam Todd Silverman to continue Pretrial
                    detention hearing (wc) [Entry date 10/04/00]

10/3/00   (35)      ORDER as to Anthony Trentacosta  granting [29-1] motion to
                    stay Magistrate's Order pending disposition of this appeal
                    ( Signed by Judge Paul C. Huck on 10/3/00) CCAP [EOD Date:
                    10/4/00] CCAP (td) [Entry date 10/04/00]

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

10/4/00  36      arrest WARRANT Returned Executed as to Frederick J.
                 Massaro on 9/26/00 (td) [Entry date 10/06/00]

10/4/00  37      arrest WARRANT Returned Executed as to Julius Bruce
                 Chiusano on 9/26/00 (td) [Entry date 10/06/00]

10/4/00  38      arrest WARRANT Returned Executed as to Anthony Raymond
                 Banks on 9/26/00 (td) [Entry date 10/06/00]
                         Vol. 1 contd.
10/4/00  39      arrest WARRANT Returned Executed as to Charles Patrick
                 Monico on 9/26/00 (td) [Entry date 10/06/00]

10/6/00  45      ORDER as to Julius Bruce Chiusano releasing Julius Bruce
                 Chiusano on a $100,000.00 CSB ( Signed by Magistrate
                 Barry L. Garber on 10/5/00) CCAP [EOD Date: 10/10/00] CCAP
                 (td) [Entry date 10/10/00]

10/6/00  46      ARRAIGNMENT INFORMATION SHEET for Charles Patrick Monico
                 (8) count(s) 1, 19   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (td) [Entry date 10/10/00]

10/6/00  47      ARRAIGNMENT INFORMATION SHEET for Francis Ruggiero (3)
                 count(s) 1, 22, 23   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (td) [Entry date 10/10/00]

10/6/00  48      ARRAIGNMENT INFORMATION SHEET for Julius Bruce Chiusano (5)
                 count(s) 1, 2-16, 21   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (td) [Entry date 10/10/00]

10/6/00  49      ARRAIGNMENT INFORMATION SHEET for Adam Todd Silverman (6)
                 count(s) 1, 19, 23   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (td) [Entry date 10/10/00]  '

10/6/00  50      STANDING DISCOVERY ORDER as to Charles Patrick Monico,
                 Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                 Adam Todd Silverman   all motions concerning matters not
                 covered by this order must be filed within 28 days of this
                 order ( Signed by Magistrate Barry L. Garber on 10/5/00)
                 Tape # 00C-68-2180  CCAP (td) [Entry date 10/10/00]

10/6/00  51      ORDER on Hearing to Report Re Counsel as to Frederick J.
                 Massaro hearing reset to 10:00 10/16/00 before Duty
                 Magistrate ( Signed by Magistrate Barry L. Garber on
                 10/5/00)  Tape # 00C-68-2180  CCAP (td)
                 [Entry date 10/10/00]

10/6/00  52      ORDER as to Frederick J. Massaro  resetting Report re
                 counsel for 10:00 10/16/00 for Frederick J. Massaro
                 before Duty Magistrate,  reset Arraignment for 10:00
                 10/16/00  ( Signed by Magistrate Barry L. Garber on
                 10/5/00) CCAP [EOD Date: 10/10/00] CCAP (td)
                 [Entry date 10/10/00]

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

10/6/00  (53)    ORDER OF DETENTION as to Frederick J. Massaro defendant
                 danger to the community( Signed by Magistrate Barry L.
                 Garber on 10/5/00)  Tape # 00C-69-1 & 68-2180  CCAP (td)
                 [Entry date 10/10/00]

10/6/00   54     ORDER on Hearing to Report Re Counsel as to Francis
                 Ruggiero  Counsel by  Samuel R. DeLuca  before Duty
                 Magistrate   ( Signed by Magistrate Barry L. Garber on
                 10/5/00)  Tape # 00C-68-2180 CCAP (td) [Entry date 10/10/00]

                        *Vol. I cont'd.*

10/6/00   55     NOTICE of Temporary Appearance for Francis Ruggiero by
                 Attorney Samuel R. DeLuca, Esq. (td) [Entry date 10/10/00]

10/6/00  (56)    ORDER OF DETENTION as to Ariel Hernandez defendant danger
                 to the community ( Signed by Magistrate Barry L. Garber on
                 10/5/00)  Tape # 00C-69-1 & 68-2180  CCAP (td)
                 [Entry date 10/10/00]

10/6/00   57     ORDER as to Francis Ruggiero denying request for pretrial
                 detention and setting bond in the amount of $150,000.00 CSB
                 w/nebbia ( Signed by Magistrate Barry L. Garber on 10/5/00)
                 CCAP [EOD Date: 10/10/00] CCAP (td) [Entry date 10/10/00]

10/6/00  (58)    ARRAIGNMENT INFORMATION SHEET for Ariel Hernandez (4)
                 count(s) 1, 2-16, 17-18, 21   NOT GUILTY PLEA ENTERED as to
                 all counts. Court accepts plea. (td) [Entry date 10/10/00]

10/6/00   59     NOTICE of Appearance for Julius Bruce Chiusano by Attorney
                 Donald R. Spadaro, Esq. (td) [Entry date 10/10/00]

10/6/00   60     ORDER on Hearing to Report Re Counsel as to Julius Bruce
                 Chiusano  Counsel by  Donald Spadaro  ( Signed by
                 Magistrate Barry L. Garber on 10/5/00)  Tape # 00C-68-2180
                 CCAP (td) [Entry date 10/10/00]

10/6/00   61     ORDER as to Charles Patrick Monico denying Government's
                 request for pretrial detention and setting a bond in the
                 amount of $250,000.00 CSB w/nebbia ( Signed by Magistrate
                 Barry L. Garber on 10/5/00) CCAP [EOD Date: 10/10/00] CCAP
                 (td) [Entry date 10/10/00]

10/6/00   62     ORDER as to Adam Todd Silverman denying Government's
                 request for pretrial detention and setting bond in the
                 amount of $150,000.00 CSB w/nebbia ( Signed by Magistrate
                 Barry L. Garber on 10/5/00) CCAP [EOD Date: 10/10/00] CCAP
                 (td) [Entry date 10/10/00]

10/6/00  (64)    ORDER OF DETENTION as to Ariel Hernandez ( Signed by
                 Magistrate Barry L. Garber on 10/06/00)  CCAP (tb)
                 [Entry date 10/11/00]

10/6/00  (65)    ORDER OF DETENTION as to Frederick J. Massaro ( Signed by
                 Magistrate Barry L. Garber on 10/06/00)  Tape #  CCAP (tb)
                 [Entry date 10/11/00]

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

10/10/00 66    CORPORATE SURETY BOND entered by Francis Ruggiero  in
               Amount $ 50,000 (Surety Information: Bankers Insurance
               Company), setting Special Conditions:  Surrender
               passports;  Report to PTS as follows: 2 x's by phone, 2x's
               by person;  Additional conditions: travel restricted to
               Southern District of Florida and New Jersey    Approved by
               Magistrate Barry L. Garber . (tdj) [Entry date 10/12/00]

10/10/00 67    CORPORATE SURETY BOND entered by Francis Ruggiero  in
               Amount $ 100,000 (Surety Information: Ranger Insurance
               Company ), setting Special Conditions:  Surrender
               passports;  Report to PTS as follows: 2 x's by phone, 2x's
               in person  Additional conditions: travel restricted to
               Southern District of Florida and New Jersey    Approved by
               Magistrate Barry L. Garber . (tdj) [Entry date 10/12/00]

10/10/00 68    NOTICE of stipulation in fulfillment of Nebbia requirement
               by Francis Ruggiero (tdj) [Entry date 10/12/00]

10/10/00 68    ORDER requesting that Court accept stipulation in
               fulfillment of Nebbia requirement of $150,000 corporate
               surety bond to be posted with Clerk of Court as to Francis
               Ruggiero ( Signed by Magistrate Barry L. Garber on
               10/10/00) CCAP [EOD Date: 10/12/00] CCAP (tdj)
               [Entry date 10/12/00]

10/10/00 69    REPORT Commencing Criminal Action as to Carlos Garcia  DOB:
               11/14/66  Prisoner # 61939004 (tdj) [Entry date 10/12/00]

10/10/00 70    ORDER on Initial Appearance as to Carlos Garcia Arraignment
               set for 10:00 10/24/00 for Carlos Garcia ; Report re
               counsel set for 10:00 10/16/00 for Carlos Garcia ;
               Detention hearing set for 10:00 10/16/00 for Carlos Garcia ;
               before Duty Magistrate, , ( Signed by Magistrate
               Peter R. Palermo  on 10/10/00)  CCAP (tdj)
               [Entry date 10/12/00]

10/10/00 71    NOTICE of Temporary Appearance for Carlos Garcia by
               Attorney Arturo Taquechel (tdj) [Entry date 10/12/00]

10/11/00 72    NOTICE of filing transcript of pretrial detention hearing
               by USA as to Anthony Trentacosta (sn) [Entry date 10/13/00]

10/11/00 73    TRANSCRIPT filed as to Anthony Trentacosta of Detention
               Hearing held 9/29/00 before Judge Joel M. Feldman Pages:
               1-133 (USDC, Northern District of Georgia, Atlanta
               Division, Docket # 1:00-M-1214) (sn) [Entry date 10/13/00]

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

10/12/00 (74)    ORDER SETTING CRIMINAL TRIAL as to Francis Ruggiero, Ariel
                 Hernandez, Julius Bruce Chiusano, Adam Todd Silverman,
                 Charles Patrick Monico, Anthony Raymond Banks  Set Jury
                 trial for 9:00 12/11/00 for Francis Ruggiero, for Ariel
                 Hernandez, for Julius Bruce Chiusano, for Adam Todd
                 Silverman, for Charles Patrick Monico, for Anthony Raymond
                 Banks  before Judge Paul C. Huck,  Sete calendar call
                 for 8:30 11/29/00 for Francis Ruggiero, for Ariel
                 Hernandez, for Julius Bruce Chiusano, for Adam Todd
                 Silverman, for Charles Patrick Monico, for Anthony Raymond
                 Banks  before Judge Paul C. Huck ( Signed by Judge Paul
                 C. Huck on 10/12/00) CCAP [EOD Date: 10/17/00] CCAP※ (ra)
                 [Entry date 10/17/00]    *Vol. 1 cont'd.*

10/12/00 (75)    ORDER OF REFERENCE referring all pretrial Motion(s) to
                 Magistrate Stephen T. Brown as to Francis Ruggiero, Ariel
                 Hernandez, Julius Bruce Chiusano, Adam Todd Silverman,
                 Charles Patrick Monico, Anthony Raymond Banks :  ( Signed by
                 Judge Paul C. Huck on 10/12/00) CCAP [EOD Date: 10/17/00]
                 CCAP (ra) [Entry date 10/17/00]  [Edit date 08/02/01]

10/17/00 76      CJA 20 as to Adam Todd Silverman : Appointment of Attorney
                 Michael G. Smith ( Signed by Magistrate Judge Robert L.
                 Dube  on 10/17/00) (tb) [Entry date 10/19/00]

10/17/00 77      CJA 20 as to Charles Patrick Monico : Appointment of
                 Attorney Thomas Franklin Almon Jr. ( Signed by Magistrate
                 Barry L. Garber  on 10/16/00) (tb) [Entry date 10/19/00]

10/17/00 (78)    ARREST WARRANT Returned Executed as to Ariel Hernandez on
                 9/29/00 (tb) [Entry date 10/19/00]

10/17/00 79      ARREST WARRANT Returned Executed as to Adam Todd Silverman
                 on 9/27/00 (tb) [Entry date 10/19/00]

10/17/00 80      ARREST WARRANT Returned Executed as to Francis Ruggiero on
                 9/27/00 (tb) [Entry date 10/19/00]

10/17/00 (81)    ARREST WARRANT Returned Executed as to Anthony Trentacosta
                 on 9/26/00 (tb) [Entry date 10/19/00]

10/17/00 (82)    NOTICE of Appearance for Frederick J. Massaro by Attorney
                 Fred Haddad (tb) [Entry date 10/19/00]

10/17/00 (83)    STANDING DISCOVERY ORDER as to Frederick J. Massaro   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Judge William C. Turnoff on 10/16/00)  Tape #
                 CCAP (tb) [Entry date 10/19/00]

10/17/00 (84)    ARRAIGNMENT INFORMATION SHEET for Frederick J. Massaro (2)
                 count(s) 1, 2-16, 17-18, 20, 21, 22, 23, 24, 25   NOT
                 GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                 (tb) [Entry date 10/19/00]

Docket as of October 31, 2002 10:12 am              Page 22

Proceedings include all events.                                                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

10/17/00 89      ORDER as to Carlos Garcia     Bond set to 250,000 with
                 Nebbia for Carlos Garcia. ( Signed by Magistrate Judge
                 William C. Turnoff on 10/16/00) CCAP [EOD Date: 10/19/00]
                 CCAP (tb) [Entry date 10/19/00]

10/17/00 90      ORDER on Hearing to Report Re Counsel as to Carlos Garcia
                 Counsel by reset to 10:00 10/19/00 for Carlos Garcia before
                 Duty Magistrate    ( Signed by Magistrate Judge William C.
                 Turnoff on 10/16/00)  Tape # 00G81-925  CCAP (tb)
                 [Entry date 10/19/00]  *Vol. 1 contd.*

10/18/00 (85)    ORDER on Initial Appearance as to Anthony Trentacosta
                 Arraignment set for 10:00 10/27/00    before Duty
                 Magistrate,; Detention deferred for ruling by Judge Huck.
                 Defendant remains detained in light of Judge Huck's Order
                 staying bond ,  ( Signed by Magistrate Judge William C.
                 Turnoff on 10/17/00) Tape # CCAP (wc) [Entry date 10/19/00]

10/18/00 (86)    ORDER REFERRING CASE  Magistrate Judge Stephen T. Brown for
                 all pre-trial motions, except motions for continuance of
                 trial. Parties shall respond to all pre-trial motions
                 within 10 days of their date of filing.( Signed by Judge
                 Paul C. Huck on 10/17/00) CCAP [EOD 10/19/00] (wc)
                 [Entry date 10/19/00]

10/18/00 (87)    ORDER as to Frederick J. Massaro  set Jury trial for 9:00
                 12/11/00 before Judge Paul C. Huck,  set calendar call
                 for 8:30 11/29/00 before Judge Paul C. Huck ( Signed by
                 Judge Paul C. Huck on 10/17/00) CCAP [EOD Date: 10/19/00]
                 CCAP (wc) [Entry date 10/19/00]

10/18/00 88      CJA 20 as to Anthony Raymond Banks : Appointment of
                 Attorney Manuel Gonzalez, Jr. ( Signed by Magistrate Judge
                 Robert L. Dube on 10/18/00; nunc pro tunc date: 9/27/00) (wc)
                 [Entry date 10/19/00]

10/18/00 (91)    RESPONSE to Standing Discovery Order by USA  as to Anthony
                 Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel
                 Hernandez, Julius Bruce Chiusano, Adam Todd Silverman,
                 Carlos Garcia, Charles Patrick Monico, Anthony Raymond
                 Banks (tdj) [Entry date 10/20/00]

10/19/00 (92)    NOTICE of Hearing as to Anthony Trentacosta :  Hearing on
                 Government's Appeal of Magistrate's Order re: bond set for
                 10/25/00 at 5:30pm before Judge Paul C. Huck (wc)
                 [Entry date 10/20/00]

10/20/00 (93)    SUPPLEMENTAL MEMORANDUM of law in support of its appeal of
                 Magistrate's Order denying motion for pretrial detention by
                 USA as to Anthony Trentacosta (tb) [Entry date 10/23/00]

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

10/20/00 94        ORDER on Hearing to Report Re Counsel as to Carlos Garcia
                   Counsel by Albert Zachary Levin Arraignment set for 10:00
                   10/20/00 for Carlos Garcia    before Duty Magistrate    (
                   Signed by Magistrate Judge William C. Turnoff on 10/19/00)
                   Tape # 00G-84-2906. CCAP (ls) [Entry date 10/23/00]

                   *Vol. 1 contd.*

10/20/00 95        ORDER as to Anthony Trentacosta   set Jury trial for 9:00
                   12/11/00 for Anthony Trentacosta   before Judge Paul C.
                   Huck, and  set calendar call for 8:30 11/29/00 for
                   Anthony Trentacosta    before Judge Paul C. Huck ( Signed
                   by Judge Paul C. Huck on 10/19/00) CCAP [EOD Date:
                   10/23/00] CCAP  (ls) [Entry date 10/23/00]

10/20/00 96        ORDER REFERRING ALL PRETRIAL MOTIONS Magistrate Judge
                   Stephen T. Brown (Signed by Judge Paul C. Huck on 10/19/00)
                   CCAP [EOD 10/23/00] (ls) [Entry date 10/23/00]

10/20/00 103       Rule 40 Documents as to Anthony Trentacosta received from
                   Northern District of Georgia (wc) [Entry date 10/25/00]
                   *See Accordian Folder #1*

10/23/00 97         arrest WARRANT Returned Executed as to Carlos Garcia on
                   10/10/00 (td) [Entry date 10/24/00]

10/23/00 98        ARRAIGNMENT INFORMATION SHEET for Carlos Garcia (7)
                   count(s) 1, 20, 23   NOT GUILTY PLEA ENTERED as to all
                   counts. Court accepts plea. (td) [Entry date 10/24/00]

10/23/00 99        STANDING DISCOVERY ORDER as to Carlos Garcia    all motions
                   concerning matters not covered by this order must be filed
                   within 28 days of this order ( Signed by Magistrate Judge
                   William C. Turnoff on 10/20/00)   Tape #  CCAP (td)
                   [Entry date 10/24/00]

10/24/00 100       ORDER as to Carlos Garcia  set Jury trial for 9:00
                   12/11/00 before Judge Paul C. Huck,  set calendar call
                   for 8:30 11/29/00 before Judge Paul C. Huck ( Signed by
                   Judge Paul C. Huck on 10/23/00) CCAP [EOD Date: 10/25/00]
                   CCAP  (wc) [Entry date 10/25/00]

10/24/00 101       ORDER REFERRING CASE  Magistrate Judge Stephen T. Brown as
                   to all pretrial motions, except motions for continuance.
                   Parties shall file their responses to all pre-trial motions
                   within 10 days of their dates of filing ( Signed by Judge
                   Paul C. Huck on 10/23/00) CCAP [EOD 10/25/00] (wc)
                   [Entry date 10/25/00]

10/24/00 102       MOTION by Frederick J. Massaro to continue status
                   conference and trial date, and to extend time pretrial
                   motions unopposed by the Government (td)
                   [Entry date 10/25/00]

Proceedings include all events.                                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

10/25/00 104  ORDER granting motion authorizing Jeffrey H. Sloman and
              Lawrence D. LaVecchio to bring audio equipment in to the
              Courthouse on 10/25/00 through the duration of the
              scheduled hearing as to Anthony Trentacosta, Frederick J.
              Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
              Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
              Patrick Monico, Anthony Raymond Banks ( Signed by Judge
              Paul C. Huck on 10/24/00) CCAP [EOD Date: 10/26/00] CCAP
              (td) [Entry date 10/26/00].

                                   *Vol. 1 Cont'd.*

10/25/00 105  NOTICE of Hearing as to Anthony Trentacosta, Frederick J.
              Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
              Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
              Patrick Monico, Anthony Raymond Banks : set status
              conference for 8:30 11/6/00 for Anthony Trentacosta, for
              Frederick J. Massaro, for Francis Ruggiero, for Ariel
              Hernandez, for Julius Bruce Chiusano, for Adam Todd
              Silverman, for Carlos Garcia, for Charles Patrick Monico,
              for Anthony Raymond Banks  before Judge Paul C. Huck (td)
              [Entry date 10/26/00]

10/25/00 106  Minutes of Government's Appeal of Magistrate Order filed
              10/2 held on 10/25/00 before Judge Paul C. Huck as to
              Anthony Trentacosta; A De Novo Hearing was held and the
              court defer ruling on the motion. Reporter Name or Tape #:
              Larry Herr (wc) [Entry date 10/27/00]

10/30/00 107  ARRAIGNMENT INFORMATION SHEET for Anthony Trentacosta (1)
              count(s) 1   NOT GUILTY PLEA ENTERED as to all counts.
              Court accepts plea. (td) [Entry date 11/01/00]

10/30/00 108  STANDING DISCOVERY ORDER as to Anthony Trentacosta   all
              motions concerning matters not covered by this order must
              be filed within 28 days of this order ( Signed by
              Magistrate Stephen T. Brown on 10/30/00) Tape # 00D-109-86
               CCAP (td) [Entry date 11/01/00]

10/30/00 109  MOTION by Charles Patrick Monico for approval of discovery
              costs (td) [Entry date 11/01/00]

11/2/00 110   CJA 20 as to Anthony Trentacosta : Appointment of Attorney
              Richard Kevin Houlihan ( Signed by Magistrate Judge William
              C. Turnoff  on 10/17/00) (td) [Entry date 11/03/00]

11/2/00 111   CJA 20 as to Carlos Garcia : Appointment of Attorney Albert
              Z. Levin ( Signed by Magistrate Judge William C. Turnoff
              on 10/19/00) (td) [Entry date 11/03/00]

11/3/00 112   Notice of compliance with defense submission for bond  by
              Anthony Trentacosta with (tb) [Entry date 11/06/00]

11/6/00 113   TRANSCRIPT filed as to Frederick J. Massaro of Pretrial
              Detention Hearing held 10/5/00 before Judge Barry L. Garber
              Pages: 1-74 (sn) [Entry date 11/07/00] *Vol. 6*

Proceedings include all events.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

11/6/00 (114)    Minutes of status conference held on 11/6/00  before Judge
                 Paul C. Huck as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks ;  Court Reporter
                 Name or Tape #: Larry Herr (td) [Entry date 11/07/00]

11/6/00  --      Status conference as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks  held (td)
                 [Entry date 11/07/00] *Vol. 1 contd.*

11/7/00 (115)    ORDER as to Anthony Trentacosta, Frederick J. Massaro,
                 Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                 Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
                 Anthony Raymond Banks  granting [102-1] motion to continue
                 status conference and trial date as to Frederick J. Massaro
                 (2), granting [102-2] motion to extend time pretrial
                 motions as to Frederick J. Massaro (2)  reset Jury trial
                 for 9/4/01 for Anthony Trentacosta, for Frederick J.
                 Massaro, for Francis Ruggiero, for Ariel Hernandez, for
                 Julius Bruce Chiusano, for Adam Todd Silverman, for Carlos
                 Garcia, for Charles Patrick Monico, for Anthony Raymond
                 Banks  before Judge Paul C. Huck,  reset calendar call
                 for 8:30 8/29/01 for Anthony Trentacosta, for Frederick J.
                 Massaro, for Francis Ruggiero, for Ariel Hernandez, for
                 Julius Bruce Chiusano, for Adam Todd Silverman, for Carlos
                 Garcia, for Charles Patrick Monico, for Anthony Raymond
                 Banks, to Continue in Interest of Justice ( Signed by
                 Judge Paul C. Huck on 11/7/00) CCAP [EOD Date: 11/8/00]
                 CCAP⚹ (td) [Entry date 11/08/00]

11/8/00 (116)    REPLY by USA  as to Anthony Trentacosta to submission for
                 bond (td) [Entry date 11/09/00]

11/9/00  117     NOTICE of Change of Address of attorney by Carlos Garcia (td)
                 [Entry date 11/13/00]

11/9/00  118     ORDER OF DETENTION as to Carlos Garcia due to danger to the
                 community ( Signed by Magistrate Barry L. Garber on
                 11/9/00)  Tape # 00C-82-2061, 83-2678-end & 84-  CCAP (td)
                 [Entry date 11/13/00]

11/13/00 119     MOTION by Adam Todd Silverman for disclosure of expert
                 witness summaries (td) [Entry date 11/14/00]

11/13/00 120     TRANSCRIPT filed as to Adam Todd Silverman of Pretrial
                 Detention Hearing held 10/5/00 before Judge Barry L. Garber
                 Pages: 1-65 (sn) [Entry date 11/16/00]

11/15/00 121     MOTION by Adam Todd Silverman to modify or reduce Bond (td)
                 [Entry date 11/16/00]

Proceedings include all events.                                                STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

11/16/00 (122)    SUPPLEMENTAL REPLY as to Anthony Trentacosta to submission
                  for bond (td) [Entry date 11/17/00]

11/16/00 (123)    ORDER as to Anthony Trentacosta  denying [30-1] Magistrate
                  appeal as to Anthony Trentacosta (1) and affirming
                  Magistrate Judge's Order and modified to include the
                  additional  bond conditions (see Order for further details)
                  ( Signed by Judge Paul C. Huck on 11/16/00) CCAP [EOD Date:
                  11/20/00] CCAP※ (td) [Entry date 11/20/00]
                                          Vol. 1 contd.

11/17/00 124      Minutes of motion hearing held on 11/17/00  before
                  Magistrate Barry L. Garber as to Adam Todd Silverman ;
                  Court Reporter Name or Tape #: OOC-86-500 (td)
                  [Entry date 11/20/00]

11/17/00 --       Motion hearing  as to Adam Todd Silverman re: [121-1]
                  motion to modify or reduce Bond  before Magistrate Barry
                  L. Garber (td) [Entry date 11/20/00]

11/17/00 125      ORDER as to Adam Todd Silverman  granting [121-1] motion to
                  modify or reduce Bond insofar as the Court shall reduce the
                  bond to $100,000.00 w/nebbia ( Signed by Magistrate Barry L.
                  Garber on 11/17/00) CCAP [EOD Date: 11/20/00] CCAP※ (td)
                  [Entry date 11/20/00] [Edit date 08/02/01]

11/17/00 126      ORDER OF DETENTION due to risk of flight as to Carlos
                  Garcia ( Signed by Magistrate Barry L. Garber on 11/17/00)
                  CCAP (td) [Entry date 11/20/00]

11/20/00 (127)    RESPONSE by Anthony Trentacosta to motion to clarify (td)
                  [Entry date 11/21/00]

11/21/00 (128)    ORDER  clarifying conditions of pretrial release as to
                  Anthony Trentacosta ( Signed by Judge Paul C. Huck on
                  11/20/00) CCAP [EOD Date: 11/22/00] CCAP※ (td)
                  [Entry date 11/22/00]

11/21/00 (129)    MOTION by USA  as to Anthony Trentacosta for clarification
                  of [123-1] order (td) [Entry date 11/22/00]

11/22/00 130      MOTION by Charles Patrick Monico for Hearing on bond (td)
                  [Entry date 11/24/00]

11/27/00 131      CJA 24 as to Adam Todd Silverman Authorization to Pay
                  Amount: $ 93.00 for Transcript Voucher # FLST2000539 (
                  Signed by Judge Paul C. Huck) CCAP [EOD Date: 11/28/00] (wc)
                  [Entry date 11/28/00]

12/1/00  132      Minutes of motion hearing held on 12/1/00  before
                  Magistrate Barry L. Garber as to Charles Patrick Monico ;
                  Court Reporter Name or Tape #: 00C-87-801 (td)
                  [Entry date 12/04/00]

Docket as of October 31, 2002 10:12 am                    Page 27

Proceedings include all events.                                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

| Date | Doc # | Description |
|------|-------|-------------|
| 12/5/00 | 133 | ORDER OF DETENTION as to Charles Patrick Monico. Defendant deemed a risk of flight ( Signed by Magistrate Barry L. Garber on 12/4/00) CCAP (wc) [Entry date 12/06/00] |

*Vol. 1 cont'd.*

| Date | Doc # | Description |
|------|-------|-------------|
| 12/8/00 | 134 | MOTION with Memorandum in Support by Anthony Trentacosta to Reduce and Modify Bond (wc) [Entry date 12/11/00] |
| 12/8/00 | 134 | NEBBIA PROFFER by Anthony Trentacosta and Local Rule 88.9 Certificate (wc) [Entry date 12/11/00] |

*End Vol. 1*

| Date | Doc # | Description |
|------|-------|-------------|
| 12/12/00 | 135 | ORDER as to Anthony Trentacosta requiring Government to respond to motion for reduction and modification of bond within 10 days from the date of this Order ( Signed by Judge Paul C. Huck on 12/12/00) CCAP [EOD Date: 12/13/00] CCAP (td) [Entry date 12/13/00] |

*Begin Vol. 2*

| Date | Doc # | Description |
|------|-------|-------------|
| 12/13/00 | 136 | MOTION by Ariel Hernandez to modify [133-1] order (td) [Entry date 12/14/00] |
| 12/14/00 | 137 | ORDER as to Ariel Hernandez granting [136-1] motion to modify [133-1] order as to Ariel Hernandez (4) ( Signed by Magistrate Barry L. Garber on 12/14/00) CCAP [EOD Date: 12/18/00] CCAP (td) [Entry date 12/18/00] |
| 12/18/00 | 138 | TRANSCRIPT filed as to Anthony Trentacosta of Appeal of Magistrate's Order held 10/25/00 before Judge Donald L. Graham  Pages: 1-82 (gp) [Entry date 12/18/00] |

*Vol. 9*

| Date | Doc # | Description |
|------|-------|-------------|
| 12/18/00 | 139 | ORDER granting defendant permission to travel as to Julius Bruce Chiusano ( Signed by Magistrate Barry L. Garber on 12/18/00) CCAP [EOD Date: 12/19/00] CCAP (td) [Entry date 12/19/00] |
| 12/19/00 | 140 | MOTION by Frederick J. Massaro to extend time to file pretrial motions (td) [Entry date 12/20/00] |
| 12/19/00 | 141 | MOTION with Memorandum in Support by Ariel Hernandez for appointment of additional attorney with experience in capital litigation to assist assigned counsel (td) [Entry date 12/20/00] |
| 12/19/00 | 142 | MOTION by Ariel Hernandez to extend time to file pretrial motions (td) [Entry date 12/20/00] |
| 12/20/00 | 143 | MOTION by Anthony Trentacosta for approval of discovery costs (tb) [Entry date 12/21/00] |
| 12/20/00 | 144 | MOTION by Anthony Trentacosta to extend time for filing motions (tb) [Entry date 12/21/00] |
| 12/21/00 | 145 | ORDER as to Anthony Trentacosta granting [143-1] motion for approval of discovery costs as to Anthony Trentacosta (1) ( Signed by Judge Paul C. Huck on 12/20/00) CCAP [EOD Date: 12/21/00] CCAP (tb) [Entry date 12/21/00] |

12/28/00 (146)  ORDER as to Ariel Hernandez  granting [141-1] motion for
appointment of additional attorney with experience in
capital litigation to assist assigned counsel; Court finds
that appointment of Counsel "learned in the law applicable
to capital cases" to assist assigned counsel is required
pursuant to 18 U.S.C. 3005 and 21 U.S.C. 848(q)(4) and (7),
and hereby appoints: William Matthewman, Esq. (Signed by
Magistrate Stephen T. Brown on 12/28/00) CCAP [EOD Date:
12/29/00] CCAP⚒ (ls) [Entry date 12/29/00]

*Vol. 2 contd.*

1/2/01    --    Change of Plea Hearing as to Charles Patrick Monico  held
(td) [Entry date 11/05/01]

1/5/01   (147)  ORDER as to Anthony Trentacosta  denying [134-1] motion to
Reduce and Modify Bond as to Anthony Trentacosta (1) (
Signed by Judge Paul C. Huck on 1/3/01) CCAP [EOD Date:
1/8/01] CCAP⚒ (td) [Entry date 01/08/01]

1/5/01   (148)  ORDER as to Anthony Trentacosta, Frederick J. Massaro, Ariel
Hernandez  granting [144-1] motion to extend time for filing
motions as to Anthony Trentacosta (1), granting [142-1]
motion to extend time to file pretrial motions as to Ariel
Hernandez (4), granting [140-1] motion to extend time to
file pretrial motions as to Frederick J. Massaro (2), the
defendants shall file any and all pre-trial motions in this
matter on or before 2/1/01, the responses to said motions
shall be due no later than 3/2/01 and the replies are due no
later than 3/12/01 ( Signed by Judge Paul C. Huck on 1/4/01)
CCAP [EOD Date: 1/8/01] CCAP⚒ (td) [Entry date 01/08/01]
[Edit date 08/02/01]

1/8/01   (149)  JOINT STIPULATION  re: satisfaction of nebbia requirements
by USA as to Anthony Trentacosta (td) [Entry date 01/09/01]
[Edit date 01/09/01]

1/9/01   (150)  CSB BOND entered by Anthony Trentacosta  in  Amount
$500,000.00 (Surety Information: Allegheny Casual Co. ,
Howard R. Elliott , 1674 NW 17th Avenue Miami FL) Approved
by Magistrate Stephen T. Brown .  Surrender passports/travel
documents;  Avoid victims/witnesses; Additional conditions:
defendant maintain one land line telephone line at his
residence, cellular phones are prohibited (attached Order
for further details) (td) [Entry date 01/10/01]
[Edit date 08/02/01]

1/17/01  (151)  MOTION by Anthony Trentacosta for approval of
investigative fees and costs (tb) [Entry date 01/18/01]

1/23/01   152   ORDER as to Julius Bruce Chiusano to Travel to New London,
Connecticut and Tampa, Florida ( Signed by Judge Paul C.
Huck on 1/23/01) CCAP [EOD Date: 1/24/01] CCAP⚒ (lk)
[Entry date 01/24/01]



1/23/01   153      MOTION by Julius Bruce Chiusano to Travel (td)
                   [Entry date 01/24/01]

1/23/01   (154)    ORDER as to Anthony Trentacosta re: U.S. Pretrial Services
                   paying the cost incurred for the defendant's electronic
                   monitoring in this cause( Signed by Magistrate Stephen T.
                   Brown on 1/22/01) CCAP [EOD Date: 1/24/01] CCAP※ (td)
                   [Entry date 01/24/01]  Vol. 2 contd.

1/30/01   (155)    MOTION with Memorandum in Support by Frederick J. Massaro
                   for Rule 104(c) Hearing re: Rule 404(b) evidence (td)
                   [Entry date 01/31/01]

1/30/01   (156)    MOTION with Memorandum in Support by Frederick J. Massaro
                   for specific Brady Material, and for immediate
                   disclosure of potential death case (td)
                   [Entry date 01/31/01]

1/30/01   (157)    MOTION by Frederick J. Massaro to quash search warrants,
                   and to suppress evidence, wiretaps derivative, with
                   authority (td) [Entry date 01/31/01]

1/30/01   (158)    MOTION by Frederick J. Massaro for 30 day extension to
                   file further motions (td) [Entry date 01/31/01]

1/30/01   (159)    MOTION with Memorandum in Support by Frederick J. Massaro
                   to suppress evidence derived from illegal electronic
                   surveillance in State proceedings, and  for evidentiary
                   Hearing (td) [Entry date 01/31/01]

1/30/01   (160)    MOTION with Memorandum in Support by Frederick J. Massaro
                   to exclude 404(b) evidence (403 and 404 objections) (td)
                   [Entry date 01/31/01]

1/31/01   (161)    MOTION by Frederick J. Massaro to dismiss indictment ,
                   Rico conspiracy (tb) [Entry date 02/01/01]

1/31/01   (162)    MEMORANDUM by Frederick J. Massaro  in support of [161-1]
                   motion to dismiss indictment , Rico conspiracy (tb)
                   [Entry date 02/01/01]

1/31/01   (163)    MOTION by Frederick J. Massaro to dismiss murder related
                   counts (tb) [Entry date 02/01/01]

1/31/01   (164)    MOTION by Frederick J. Massaro for accelerated disclosure
                   of Brady, Jenks, Kyle, Agurs related materials (tb)
                   [Entry date 02/01/01]

1/31/01   (165)    MOTION by Frederick J. Massaro to extend time to file
                   death related motions until such time as notice thereof is
                   given (tb) [Entry date 02/01/01]

1/31/01   (166)    SECOND UNOPPOSED MOTION by Ariel Hernandez to extend time
                   to file motions (ra) [Entry date 02/01/01]

Proceedings include all events.
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

2/1/01   (167)   SECOND UNOPPOSED MOTION by Anthony Trentacosta to extend
                 time to file motions (wc) [Entry date 02/02/01]

2/6/01   (168)   Minutes of special status conference held on 2/5/01 before
                 Judge Paul C. Huck as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks ;  Court Reporter
                 Name or Tape #: Larry Herr (td) [Entry date 02/07/01]

                 *Vol. 2 cont'd.*

2/6/01   --      Status conference as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks  held (td)
                 [Entry date 02/07/01]

2/9/01   169     MOTION by Julius Bruce Chiusano to Modify Conditions of
                 Release (td) [Entry date 02/12/01]

2/9/01   170     MOTION by Julius Bruce Chiusano to Travel (td)
                 [Entry date 02/12/01]

2/9/01   (171)   UNOPPOSED MOTION by Ariel Hernandez to extend time to file
                 ex-parte report (td) [Entry date 02/12/01]

2/9/01   172     ORDER as to Julius Bruce Chiusano  granting [170-1] motion
                 to Travel as to Julius Bruce Chiusano (5), [153-1] motion
                 to Travel as to Julius Bruce Chiusano (5) ( Signed by Judge
                 Paul C. Huck on 2/9/01) CCAP [EOD Date: 2/12/01] CCAP (td)
                 [Entry date 02/12/01]

2/9/01   173     ORDER as to Julius Bruce Chiusano  granting [169-1] motion
                 to Modify Conditions of Release as to Julius Bruce Chiusano
                 (5) ( Signed by Judge Paul C. Huck on 2/9/01) CCAP [EOD
                 Date: 2/12/01] CCAP (td) [Entry date 02/12/01]

2/12/01  174     SEALED DOCUMENT (sp) [Entry date 02/13/01]

2/12/01  175     SEALED DOCUMENT with attached exhibits (sp)
                 [Entry date 02/13/01]

2/12/01  (176)  ORDER as to Anthony Trentacosta, Frederick J. Massaro,
Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
Anthony Raymond Banks  granting [171-1] motion to extend
time to file ex-parte report as to Ariel Hernandez (4),
granting [167-1] motion to extend time to file motions as
to Anthony Trentacosta (1), granting [166-1] motion to
extend time to file motions as to Ariel Hernandez (4),
granting [165-1] motion to extend time to file death
related motions until such time as notice thereof is given
as to Frederick J. Massaro (2), granting [158-1] motion for
30 day extension to file further motions as to Frederick J.
Massaro (2)  reset motion filing deadline for 3/6/01 for
Anthony Trentacosta, for Frederick J. Massaro, for Francis
Ruggiero, for Ariel Hernandez, for Julius Bruce Chiusano,
for Adam Todd Silverman, for Carlos Garcia, for Charles
Patrick Monico, for Anthony Raymond Banks,  set status
conference for 8:00 3/6/01 for Anthony Trentacosta, for
Frederick J. Massaro, for Francis Ruggiero, for Ariel
Hernandez, for Julius Bruce Chiusano, for Adam Todd
Silverman, for Carlos Garcia, for Charles Patrick Monico,
for Anthony Raymond Banks  before Judge Paul C. Huck (
Signed by Judge Paul C. Huck on 2/12/01) CCAP [EOD Date:
2/13/01] CCAP (sk) [Entry date 02/13/01]

*Vol. 2 contd.*

2/12/01  (177)  ORDER as to Ariel Hernandez  granting [171-1] motion to
extend time to file ex-parte report enlarged to the close
of business on 2/12/01 (Signed by Judge Paul C. Huck on
2/9/01) CCAP [EOD Date: 2/13/01] CCAP (gz)
[Entry date 02/13/01]

2/12/01  (178)  MOTION by USA  as to Anthony Trentacosta for order
directing BellSouth Telecommunications Inc. to provide
Technical assistance in effectuating conditions of pretrial
release (lk) [Entry date 02/13/01]

2/13/01  (179)  ORDER as to Anthony Trentacosta  granting [178-1] motion
for order directing BellSouth Telecommunications Inc. to
provide Technical assistance in effectuating conditions of
pretrial release as to Anthony Trentacosta (1) ( Signed by
Judge Paul C. Huck on 2/13/01) CCAP [EOD Date: 2/14/01]
CCAP (td) [Entry date 02/14/01]

2/20/01  180  SEALED DOCUMENT (sp) [Entry date 02/21/01]

2/21/01  (181)  MOTION by Frederick J. Massaro for appointment of learned
counsel (td) [Entry date 02/22/01]

3/2/01  182  MOTION by Adam Todd Silverman to extend time to file
pretrial motions (td) [Entry date 03/02/01]

0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL

3/2/01   183   MOTION by Ariel Hernandez to sever the trial of all
               co-defendants , or in the alternative in limine to
               preclude introduction of statements made by co-defendants
               after Ariel Hernandez  was no longer a member of the
               conspiracy (td) [Entry date 03/05/01]
                              Vol. 2 contd.

3/2/01   184   MOTION with Memorandum in Support by Ariel Hernandez for
               pre-trial James Hearing , or in the alternative to adhere
               to the preferred Order of proof (td) [Entry date 03/05/01]

3/2/01   186   MOTION with Memorandum in Support by Ariel Hernandez for
               disclosure of Rule 404 evidence (td) [Entry date 03/05/01]

3/2/01   187   MOTION with Memorandum in Support by Ariel Hernandez for
               discovery, and suppression  of co-conspirator's
               statements (td) [Entry date 03/05/01]

3/2/01   188   MOTION by Ariel Hernandez to sever counts 17 and 18 , and
               to strike allegations of the murder of Jeannette Smith (td)
               [Entry date 03/05/01]

3/2/01   189   MOTION by Ariel Hernandez to expand time to file
               additional motions (td) [Entry date 03/05/01]

3/2/01   190   REQUEST by Ariel Hernandez for disclosure of expert
               testimony (td) [Entry date 03/05/01]

3/2/01   191   MOTION with Memorandum in Support by Ariel Hernandez for
               Brady Material and for immediate disclosure (td)
               [Entry date 03/05/01]

3/2/01   192   MOTION by Ariel Hernandez to suppress confessions,
               admissions and statements (td) [Entry date 03/05/01]

3/2/01   193   EX-PARTE MOTION by Ariel Hernandez for approval of
               investigative fees and costs (td) [Entry date 03/05/01]
               [Edit date 03/05/01]

3/2/01   185   MOTION by Ariel Hernandez to Adopt all Motions of Other
               Defendant (td) [Entry date 03/05/01]

3/2/01   195   MOTION by Frederick J. Massaro for leave to adopt
               pertinent motions of co-defendants (td)
               [Entry date 03/05/01]   Begin Vol. 3

3/2/01   196   MOTION with Memorandum in Support by Frederick J. Massaro
               for individual voir dire (td) [Entry date 03/05/01]

3/5/01   194   SEALED DOCUMENT (sp) [Entry date 03/05/01]

3/5/01   197   MOTION by Julius Bruce Chiusano for severance of counts
               17-20 (td) [Entry date 03/06/01]

Case 0:00-cr-06273-PCH   Document 593   Entered on FLSD Docket 10/31/2002   Page 35 of 80
Proceedings include all events.
0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL

3/5/01    198    MOTION by Julius Bruce Chiusano to Adopt Motion of Other
                 Defendant [161-1] motion to dismiss indictment , Rico
                 conspiracy (td) [Entry date 03/06/01]

3/5/01    199    MEMORANDUM by Julius Bruce Chiusano  in support of [198-1]
                 motion to Adopt Motion of Other Defendant [161-1] motion to
                 dismiss indictment , Rico conspiracy (td)
                 [Entry date 03/06/01]   Vol. 3 contd.

3/5/01    200    ORDER as to Anthony Trentacosta, Frederick J. Massaro,
                 Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                 Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
                 Anthony Raymond Banks  granting [182-1] motion to extend
                 time to file pretrial motions as to Adam Todd Silverman (6)
                  reset motion filing deadline for 3/30/01 for Anthony
                 Trentacosta, for Frederick J. Massaro, for Francis
                 Ruggiero, for Ariel Hernandez, for Julius Bruce Chiusano,
                 for Adam Todd Silverman, for Carlos Garcia, for Charles
                 Patrick Monico, for Anthony Raymond Banks ( Signed by
                 Judge Paul C. Huck on 3/6/01) CCAP [EOD Date: 3/6/01] CCAP※
                 (td) [Entry date 03/06/01]

3/5/01    201    MOTION with Memorandum in Support by Frederick J. Massaro
                 for leave to Adopt Motion of Other Defendant [197-1] motion
                 for severance of counts 17-20 (td) [Entry date 03/06/01]
                 [Edit date 03/06/01]

3/6/01    202    ORDER granting oral motion to continue trial as to Anthony
                 Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel
                 Hernandez, Julius Bruce Chiusano, Adam Todd Silverman,
                 Carlos Garcia, Charles Patrick Monico, Anthony Raymond
                 Banks  reset Jury trial for 11/19/01 for Anthony
                 Trentacosta, for Frederick J. Massaro, for Francis
                 Ruggiero, for Ariel Hernandez, for Julius Bruce Chiusano,
                 for Adam Todd Silverman, for Carlos Garcia, for Charles
                 Patrick Monico, for Anthony Raymond Banks  before Judge
                 Paul C. Huck,  reset calendar call for 8:30 11/14/01 for
                 Anthony Trentacosta, for Frederick J. Massaro, for Francis
                 Ruggiero, for Ariel Hernandez, for Julius Bruce Chiusano,
                 for Adam Todd Silverman, for Carlos Garcia, for Charles
                 Patrick Monico, for Anthony Raymond Banks, to Continue in
                 Interest of Justice ( Signed by Judge Paul C. Huck on
                 3/6/01) CCAP [EOD Date: 3/7/01] CCAP※ (td)
                 [Entry date 03/07/01]

3/6/01    203    Minutes of status conference held on 3/6/01  before Judge
                 Paul C. Huck as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks ;  Court Reporter
                 Name or Tape #: Larry Herr (td) [Entry date 03/07/01]

3/6/01    --       Status conference as to Anthony Trentacosta, Frederick J.
                   Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                   Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                   Patrick Monico, Anthony Raymond Banks  held (td)
                   [Entry date 03/07/01] Vol. 3 contd.

3/6/01    (204)    MOTION by Anthony Trentacosta to Adopt Motion of Other
                   Defendants (td) [Entry date 03/07/01]

3/6/01    (205)    ORDER as to Anthony Trentacosta  denying [204-1] motion to
                   Adopt Motion of Other Defendants ( Signed by Judge Paul C.
                   Huck on 3/6/01) CCAP [EOD Date: 3/7/01] CCAP※ (td)
                   [Entry date 03/07/01]

3/6/01    (206)    SECOND MOTION by Anthony Trentacosta for approval of
                   discovery costs (td) [Entry date 03/07/01]

3/6/01    (207)    MOTION by Anthony Trentacosta to extend time for filing
                   motions (td) [Entry date 03/07/01]

3/7/01    (208)    ORDER as to Frederick J. Massaro  granting [201-1] motion
                   for leave to Adopt Motion of Other Defendant [197-1] motion
                   for severance of counts 17-20 as to Frederick J. Massaro
                   (2) ( Signed by Magistrate Stephen T. Brown on 3/6/01) CCAP
                   [EOD Date: 3/8/01] CCAP※ (td) [Entry date 03/08/01]

3/7/01    --       Motion(s) joined by Frederick J. Massaro : joinder in
                   [197-1] motion for severance of counts 17-20 (td)
                   [Entry date 03/08/01]

3/7/01    209      ORDER as to Julius Bruce Chiusano  granting [198-1] motion
                   to Adopt Motion of Other Defendant [161-1] motion to
                   dismiss indictment , Rico conspiracy ( Signed by Magistrate
                   Stephen T. Brown on 3/6/01) CCAP [EOD Date: 3/8/01] CCAP※
                   (td) [Entry date 03/08/01]

3/7/01    --       Motion(s) joined by Julius Bruce Chiusano : joinder in
                   [161-1] motion to dismiss indictment , Rico conspiracy (td)
                   [Entry date 03/08/01]

3/7/01    (210)    ORDER as to Ariel Hernandez  granting [185-1] motion to
                   Adopt all Motions of Other Defendant  ( Signed by
                   Magistrate Stephen T. Brown on 3/6/01) CCAP [EOD Date:
                   3/8/01] CCAP※ (td) [Entry date 03/08/01]

3/8/01    (211)    ORDER as to Ariel Hernandez  denying [190-1] request for
                   disclosure of expert testimony as to Ariel Hernandez (4) . (
                   Signed by Magistrate Stephen T. Brown on 3/6/01) CCAP [EOD
                   Date: 3/8/01] CCAP※ (lk) [Entry date 03/08/01]

3/8/01    212      SEALED DOCUMENT (sp) [Entry date 03/08/01]

0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL

| 3/8/01 | (213) | ORDER as to Frederick J. Massaro granting [195-1] motion for leave to adopt pertinent motions of co-defendants (Signed by Magistrate Stephen T. Brown on 3/7/01) CCAP [EOD Date: 3/9/01] CCAP※ (wc) [Entry date 03/09/01] |
|---|---|---|
| 3/8/01 | -- | Motion(s) joined by Frederick J. Massaro : joinder in [197-1] motion for severance of counts 17-20 (wc) [Entry date 03/09/01] Vol. 3 contd. |
| 3/8/01 | (216) | ORDER as to Frederick J. Massaro granting [181-1] motion for appointment of learned counsel as to Frederick J. Massaro (2) appointing Christopher Grillo as Attorney (Terminated: attorney Fred Haddad for Frederick J. Massaro Added: Christopher Alan Grillo) (Signed by Magistrate Stephen T. Brown on 3/7/01) CCAP [EOD Date: 3/12/01] CCAP※ (dg) [Entry date 03/12/01] |
| 3/9/01 | 214 | MOTION by Adam Todd Silverman for Investigative Costs (wc) [Entry date 03/09/01] [Edit date 08/02/01] |
| 3/9/01 | 215 | MOTION by Adam Todd Silverman for authorization to expend funds to obtain essential discovery material (wc) [Entry date 03/09/01] |
| 3/12/01 | 217 | SEALED DOCUMENT (sp) [Entry date 03/13/01] |
| 3/15/01 | 218 | MOTION by Julius Bruce Chiusano to Travel (td) [Entry date 03/16/01] |
| 3/16/01 | (219) | ORDER directing conduct a discovery conference as to Frederick J. Massaro (see Order for further details) ( Signed by Judge Paul C. Huck on 3/15/01) CCAP [EOD Date: 3/19/01] CCAP※ (td) [Entry date 03/19/01] |
| 3/16/01 | 222 | SEALED DOCUMENT (sp) [Entry date 03/20/01] |
| 3/19/01 | (220) | Minutes of motion hearing held on 3/12/01 before Magistrate Stephen T. Brown as to Frederick J. Massaro ; Court Reporter Name or Tape #: 01D-23-2620 (td) [Entry date 03/20/01] |
| 3/19/01 | (221) | MOTION by Ariel Hernandez to strike Government's discovery response for failure to provide true and accurate copies of intercepted wire communications, and for production of line sheets (td) [Entry date 03/20/01] |
| 3/21/01 | 223 | ORDER as to Julius Bruce Chiusano granting [218-1] motion to Travel as to Julius Bruce Chiusano (5) ( Signed by Judge Paul C. Huck on 3/19/01) CCAP [EOD Date: 3/22/01] CCAP※ (td) [Entry date 03/22/01] |
| 3/26/01 | (224) | NOTICE of Appearance for Frederick J. Massaro by Attorney Chris Grillo, P.A. (td) [Entry date 03/27/01] [Edit date 08/02/01] |

Docket as of October 31, 2002 10:12 am                          Page 36

3/28/01  (225)  MOTION by Frederick J. Massaro for leave to Adopt Motion
                of Other Defendant [221-1] motion to strike Government's
                discovery response for failure to provide true and accurate
                copies of intercepted wire communications, [221-2] motion
                for production of line sheets, [191-1] motion for Brady and
                for immediate disclosure, [190-1] motion for disclosure of
                expert testimony, [189-1] motion to expand time to file
                additional motions, [188-1] motion to sever counts 17 and
                18, [187-1] motion for discovery, [187-2] motion of
                co-conspirator's statements, [186-1] motion for disclosure
                of Rule 404 evidence, [184-1] motion for pre-trial James
                Hearing, [184-2] motion to adhere to the preferred Order of
                proof (ra) [Entry date 03/30/01].

                                         Vol. 3 contd.

3/30/01  (226)  MOTION by Ariel Hernandez to extend time to file motions (td)
                [Entry date 04/02/01]

3/30/01  (227)  MOTION by Anthony Trentacosta to sever his trial (td)
                [Entry date 04/02/01]

3/30/01  (228)  MOTION by Anthony Trentacosta to suppress wiretap
                evidence (td) [Entry date 04/02/01]

3/30/01  229    MOTION by Adam Todd Silverman to suppress statements (td)
                [Entry date 04/02/01]

3/30/01  (230)  SUPPLEMENT by Ariel Hernandez to: [226-1] motion to extend
                time to file motions (td) [Entry date 04/02/01]

3/30/01  (231)  MOTION with Memorandum in Support by Ariel Hernandez to
                suppress intercepted wire communications (td)
                [Entry date 04/02/01]

3/30/01  232    MOTION by Julius Bruce Chiusano to Adopt Motion of Other
                Defendant [188-2] motion to strike allegations of the
                murder of Jeannette Smith, [187-1] motion for discovery,
                [187-2] motion suppression of co-conspirator's statements,
                [184-1] motion for pre-trial James Hearing, [184-2] motion
                to adhere to the preferred Order of proof (td)
                [Entry date 04/03/01]



3/30/01  (233)     SECOND MOTION by Ariel Hernandez to Adopt Motion of Other
                   Defendant [228-1] motion to suppress wiretap evidence,
                   [227-1] motion to sever his trial, [197-1] motion for
                   severance of counts 17-20, [164-1] motion for accelerated
                   disclosure of Brady, Jenks, Kyle, Agurs related materials,
                   [163-1] motion to dismiss murder related counts, [161-1]
                   motion to dismiss indictment , Rico conspiracy, [160-1]
                   motion to exclude 404(b) evidence (403 and 404 objections),
                   [159-1] motion to suppress evidence derived from illegal
                   electronic surveillance in State proceedings, [159-2]
                   motion for evidentiary Hearing, [157-1] motion to quash
                   search warrants, [157-2] motion to suppress evidence,
                   wiretaps derivative, with authority, [156-1] motion for
                   specific Brady Material, [156-2] motion for immediate
                   disclosure of potential death case, [155-1] motion for Rule
                   104(c) Hearing re: Rule 404(b) evidence (sk)
                   [Entry date 04/04/01] Vol. 3 contd.

3/30/01  234       MOTION by Adam Todd Silverman to Adopt Motion of Other
                   Defendant [221-1] motion to strike Government's discovery
                   response for failure to provide true and accurate copies of
                   intercepted wire communications, [221-2] motion  for
                   production of line sheets, [197-1] motion for severance of
                   counts 17-20, [196-1] motion for individual voir dire,
                   [187-1] motion for discovery, [187-2] motion suppression
                   of co-conspirator's statements, [186-1] motion for
                   disclosure of Rule 404 evidence, [184-1] motion for
                   pre-trial James Hearing, [184-2] motion to adhere to the
                   preferred Order of proof, [183-1] motion to sever the trial
                   of all co-defendants, [183-2] motion in limine to preclude
                   introduction of statements made by co-defendants after
                   Ariel Hernandez was no longer a member of the conspiracy,
                   [164-1] motion for accelerated disclosure of Brady, Jenks,
                   Kyle, Agurs related materials, [163-1] motion to dismiss
                   murder related counts, [161-1] motion to dismiss indictment
                   , Rico conspiracy, [160-1] motion to exclude 404(b)
                   evidence (403 and 404 objections), [159-1] motion to
                   suppress evidence derived from illegal electronic
                   surveillance in State proceedings, [159-2] motion for
                   evidentiary Hearing, [157-1] motion to quash search
                   warrants, [156-1] motion for specific Brady Material,
                   [156-2] motion for immediate disclosure of potential death
                   case (sk) [Entry date 04/04/01]

4/3/01    (235)    MOTION by Anthony Trentacosta to Adopt Motion of Other
                   Defendant [231-1] motion to suppress intercepted wire
                   communications, [221-1] motion to strike Government's
                   discovery response for failure to provide true and accurate
                   copies of intercepted wire communications, [184-1] motion
                   for pre-trial James Hearing, [164-1] motion for accelerated
                   disclosure of Brady, Jenks, Kyle, Agurs related materials,
                   [161-1] motion to dismiss indictment , Rico conspiracy,
                   [160-1] motion to exclude 404(b) evidence (403 and 404
                   objections), [159-1] motion to suppress evidence derived
                   from illegal electronic surveillance in State proceedings,
                   [156-1] motion for specific Brady Material, [155-1] motion
                   for Rule 104(c) Hearing re: Rule 404(b) evidence (ra)
                   [Entry date 04/04/01] **Vol. 3 contd.**

4/5/01    236      MOTION by Frederick J. Massaro to Adopt Motion of Other
                   Defendants, re: [228-1] motion to suppress wiretap
                   evidence, [231-1] motion to suppress intercepted wire
                   communications (sn) [Entry date 04/06/01]

4/9/01    (237)    NOTICE of Hearing as to Anthony Trentacosta, Frederick J.
                   Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                   Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                   Patrick Monico, Anthony Raymond Banks :  set status
                   conference for 9:00 4/19/01 for Anthony Trentacosta, for
                   Frederick J. Massaro, for Francis Ruggiero, for Ariel
                   Hernandez, for Julius Bruce Chiusano, for Adam Todd
                   Silverman, for Carlos Garcia, for Charles Patrick Monico,
                   for Anthony Raymond Banks   before Judge Paul C. Huck (td)
                   [Entry date 04/10/01]

4/10/01   238      ORDER as to Julius Bruce Chiusano  granting [218-1] motion
                   to Travel ( Signed by Judge Paul C. Huck on 4/10/01) CCAP
                   [EOD Date: 4/11/01] CCAP (td) [Entry date 04/11/01]

4/10/01   239      MOTION by Julius Bruce Chiusano to Travel (td)
                   [Entry date 04/11/01]

4/11/01   240      MOTION by Adam Todd Silverman to Adopt Motion of Other
                   Defendant [231-1] motion to suppress intercepted wire
                   communications, [228-1] motion to suppress wiretap
                   evidence (sn) [Entry date 04/12/01]

4/12/01   248      ORDER as to Julius Bruce Chiusano  granting [232-1] motion
                   to Adopt Motion of Other Defendant [188-2] motion to strike
                   allegations of the murder of Jeannette Smith, [187-1]
                   motion for discovery, [187-2] motion suppression  of
                   co-conspirator's statements, [184-1] motion for pre-trial
                   James Hearing, [184-2] motion to adhere to the preferred
                   Order of proof ( Signed by Magistrate Stephen T. Brown on
                   4/16/01) CCAP [EOD Date: 4/19/01] CCAP (ra)
                   [Entry date 04/19/01]

Vol. 3 contd.

4/16/01  (241)        ORDER as to Ariel Hernandez  granting [233-1] motion to
                      Adopt Motion of Other Defendant [228-1] motion to suppress
                      wiretap evidence, [227-1] motion to sever his trial,
                      [197-1] motion for severance of counts 17-20, [164-1]
                      motion for accelerated disclosure of Brady, Jenks, Kyle,
                      Agurs related materials, [163-1] motion to dismiss murder
                      related counts, [161-1] motion to dismiss indictment , Rico
                      conspiracy, [160-1] motion to exclude 404(b) evidence (403
                      and 404 objections), [159-1] motion to suppress evidence
                      derived from illegal electronic surveillance in State
                      proceedings, [159-2] motion for evidentiary Hearing,
                      [157-1] motion to quash search warrants, [157-2] motion to
                      suppress evidence, wiretaps derivative, with authority,
                      [156-1] motion for specific Brady Material, [156-2] motion
                      for immediate disclosure of potential death case, [155-1]
                      motion for Rule 104(c) Hearing re: Rule 404(b) evidence as
                      to Ariel Hernandez (4) ( Signed by Magistrate Stephen T.
                      Brown on 4/16/01) CCAP [EOD Date: 4/17/01] CCAP (td)
                      [Entry date 04/17/01]



4/16/01 (242)    ORDER directing the Governtment to respond to pending
                 motions as to Frederick J. Massaro Response to motion
                 reset to 5/1/01 for Frederick J. Massaro for [236-1] motion
                 to Adopt Motion of Other Defendants, re: [228-1] motion to
                 suppress wiretap evidence, [231-1] motion to suppress
                 intercepted wire communications, reset to 5/1/01 for
                 Frederick J. Massaro for [225-1] motion  for leave to Adopt
                 Motion of Other Defendant [221-1] motion to strike
                 Government's discovery response for failure to provide true
                 and accurate copies of intercepted wire communications,
                 [221-2] motion for production of line sheets, [191-1]
                 motion for Brady and for immediate disclosure, [190-1]
                 motion for disclosure of expert testimony, [189-1] motion
                 to expand time to file additional motions, [188-1] motion
                 to sever counts 17 and 18, [187-1] motion for discovery,
                 [187-2] motion of co-conspirator's statements, [186-1]
                 motion for disclosure of Rule 404 evidence, [184-1] motion
                 for pre-trial James Hearing, [184-2] motion to adhere to
                 the preferred Order of proof, reset to 5/1/01 for Frederick
                 J. Massaro for [196-1] motion for individual voir dire,
                 reset to 5/1/01 for Frederick J. Massaro for [164-1] motion
                 for accelerated disclosure of Brady, Jenks, Kyle, Agurs
                 related materials, reset to 5/1/01 for Frederick J. Massaro
                 for [163-1] motion to dismiss murder related counts, reset
                 to 5/1/01 for Frederick J. Massaro for [161-1] motion to
                 dismiss indictment , Rico conspiracy, reset to 5/1/01 for
                 Frederick J. Massaro for [160-1] motion to exclude 404(b)
                 evidence (403 and 404 objections), reset to 5/1/01 for
                 Frederick J. Massaro for [159-1] motion to suppress
                 evidence derived from illegal electronic surveillance in
                 State proceedings, reset to 5/1/01 for Frederick J. Massaro
                 for [159-2] motion for evidentiary Hearing, reset to 5/1/01
                 for Frederick J. Massaro for [157-1] motion to quash search
                 warrants, reset to 5/1/01 for Frederick J. Massaro for
                 [157-2] motion to suppress evidence, wiretaps derivative,
                 with authority, reset to 5/1/01 for Frederick J. Massaro
                 for [156-1] motion for specific Brady Material, reset to
                 5/1/01 for Frederick J. Massaro for [156-2] motion for
                 immediate disclosure of potential death case, reset to
                 5/1/01 for Frederick J. Massaro for [155-1] motion for Rule
                 104(c) Hearing re: Rule 404(b) evidence ( Signed by
                 Magistrate Stephen T. Brown on 4/16/01) CCAP [EOD Date:
                 4/17/01] CCAP* (td) [Entry date 04/17/01]

                                     Vol. 3 cont'd.

4/16/01 (243)    ORDER as to Frederick J. Massaro  striking [236-1] motion
                 to Adopt Motion of Other Defendants, re: [228-1] motion to
                 suppress wiretap evidence, [231-1] motion to suppress
                 intercepted wire communications as to Frederick J. Massaro
                 (2) ( Signed by Magistrate Stephen T. Brown on 4/16/01)
                 CCAP [EOD Date: 4/17/01] CCAP* (td) [Entry date 04/17/01]

4/16/01   244    ORDER as to Adam Todd Silverman  striking [240-1] motion to
                 Adopt Motion of Other Defendant [231-1] motion to suppress
                 intercepted wire communications, [228-1] motion to suppress
                 wiretap evidence as to Adam Todd Silverman (6) ( Signed by
                 Magistrate Stephen T. Brown on 4/16/01) CCAP [EOD Date:
                 4/17/01] CCAP  (td) [Entry date 04/17/01]

4/16/01   245    ORDER as to Adam Todd Silverman  granting [234-1] motion to
                 Adopt Motion of Other Defendant [221-1] motion to strike
                 Government's discovery response for failure to provide true
                 and accurate copies of intercepted wire communications,
                 [221-2] motion  for production of line sheets, [197-1]
                 motion for severance of counts 17-20, [196-1] motion for
                 individual voir dire, [187-1] motion for discovery, [187-2]
                 motion suppression of co-conspirator's statements, [186-1]
                 motion for disclosure of Rule 404 evidence, [184-1] motion
                 for pre-trial James Hearing, [184-2] motion to adhere to
                 the preferred Order of proof, [183-1] motion to sever the
                 trial of all co-defendants, [183-2] motion in limine to
                 preclude introduction of statements made by co-defendants
                 after Ariel Hernandez  was no longer a member of the
                 conspiracy, [164-1] motion for accelerated disclosure of
                 Brady, Jenks, Kyle, Agurs related materials, [163-1] motion
                 to dismiss murder related counts, [161-1] motion to dismiss
                 indictment , Rico conspiracy, [160-1] motion to exclude
                 404(b) evidence (403 and 404 objections), [159-1] motion to
                 suppress evidence derived from illegal electronic
                 surveillance in State proceedings, [159-2] motion for
                 evidentiary Hearing, [157-1] motion to quash search
                 warrants, [156-1] motion for specific Brady Material,
                 [156-2] motion for immediate disclosure of potential death
                 case as to Adam Todd Silverman (6) ( Signed by Judge Paul
                 C. Huck on 4/16/01) CCAP [EOD Date: 4/18/01] CCAP  (ra)
                 [Entry date 04/18/01] *Vol. 3 contd.*

4/16/01   (246)  ORDER as to Anthony Trentacosta  granting [235-1] motion to
                 Adopt Motion of Other Defendant [231-1] motion to suppress
                 intercepted wire communications, [221-1] motion to strike
                 Government's discovery response for failure to provide true
                 and accurate copies of intercepted wire communications,
                 [184-1] motion for pre-trial James Hearing, [164-1] motion
                 for accelerated disclosure of Brady, Jenks, Kyle, Agurs
                 related materials, [161-1] motion to dismiss indictment ,
                 Rico conspiracy, [160-1] motion to exclude 404(b) evidence
                 (403 and 404 objections), [159-1] motion to suppress
                 evidence derived from illegal electronic surveillance in
                 State proceedings, [156-1] motion for specific Brady
                 Material, [155-1] motion for Rule 104(c) Hearing re: Rule
                 404(b) evidence as to Anthony Trentacosta (1) ( Signed by
                 Magistrate Stephen T. Brown on 4/16/01) CCAP [EOD Date:
                 4/19/01] CCAP  (ra) [Entry date 04/19/01]

4/16/01   (247)   ORDER as to Frederick J. Massaro  granting [232-1] motion
                  to Adopt Motion of Other Defendant [188-2] motion to strike
                  allegations of the murder of Jeannette Smith, [187-1]
                  motion for discovery, [187-2] motion suppression  of
                  co-conspirator's statements, [184-1] motion for pre-trial
                  James Hearing, [184-2] motion to adhere to the preferred
                  Order of proof as to Julius Bruce Chiusano (5)  ( Signed by
                  Magistrate Stephen T. Brown on 4/16/01) CCAP [EOD Date:
                  4/19/01] CCAP (ra) [Entry date 04/19/01]

*Vol. 3 contd.*

4/19/01   (249)   NOTICE of Pendency of Motion by Ariel Hernandez re: [186-1]
                  motion for disclosure of Rule 404 evidence, [184-1] motion
                  for pre-trial James Hearing, [184-2] motion to adhere to the
                  preferred Order of proof, [183-1] motion to sever the trial
                  of all co-defendants, [183-2] motion in limine to preclude
                  introduction of statements made by co-defendants after Ariel
                  Hernandez  was no longer a member of the conspiracy, [191-1]
                  motion for Brady Material and for immediate disclosure,
                  [189-1] motion to expand time to file additional motions,
                  [188-1] motion to sever counts 17 and 18, [188-2] motion to
                  strike allegations of the murder of Jeannette Smith, [187-1]
                  motion for discovery, [192-1] motion to suppress
                  confessions, admissions and statements (td)
                  [Entry date 04/20/01] [Edit date 04/20/01]

4/20/01   (251)   NOTICE of Hearing as to Anthony Trentacosta, Frederick J.
                  Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                  Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                  Patrick Monico, Anthony Raymond Banks :  set status
                  conference for 4:00 6/21/01 for Anthony Trentacosta, for
                  Frederick J. Massaro, for Francis Ruggiero, for Ariel
                  Hernandez, for Julius Bruce Chiusano, for Adam Todd
                  Silverman, for Carlos Garcia, for Charles Patrick Monico,
                  for Anthony Raymond Banks   before Judge Paul C. Huck (td)
                  [Entry date 04/23/01]

4/23/01   (252)   ORDER granting Government's Oral motion for extension of
                  time to respond to all defendants pending motions as to
                  Anthony Trentacosta, Frederick J. Massaro, Francis
                  Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd
                  Silverman, Carlos Garcia, Charles Patrick Monico, Anthony
                  Raymond Banks ( Signed by Judge Paul C. Huck on 4/23/01)
                  CCAP [EOD Date: 4/24/01] CCAP (td) [Entry date 04/24/01]

4/24/01   (253)   MOTION by USA  as to Frederick J. Massaro, Ariel Hernandez
                  for additional time within which to advise the Court as to
                  its intention to seek the death penalty (td)
                  [Entry date 04/25/01]

4/24/01   (254)   ORDER affirming Magistrate's report and recommendation as
                  to Frederick J. Massaro re: ex-parte motions for costs
                  (report and recommendation not docketed) ( Signed by Judge
                  Paul C. Huck on 4/23/01) CCAP [EOD Date: 4/25/01] CCAP (td)
                  [Entry date 04/25/01]

4/25/01  (255)  CJA 30 as to Frederick J. Massaro : Appointment of Attorney
                Christopher Grillo ( Signed by Magistrate Stephen T. Brown
                on 3/7/01, nunc pro tunc date 4/24/01) (wc)
                [Entry date 04/25/01]

4/26/01  (256)  FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by
                USA as to Anthony Trentacosta, Frederick J. Massaro,
                Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
                Anthony Raymond Banks (sn) [Entry date 04/27/01]
                        *Vol. 3 contd.*

4/26/01  (257)  ORDER as to Frederick J. Massaro, Ariel Hernandez granting
                [253-1] motion for additional time within which to advise
                the Court as to its intention to seek the death penalty The
                Government has until 5/12/01 to advise the Court (Signed by
                Judge Paul C. Huck on 4/25/01) CCAP [EOD Date: 4/27/01]
                CCAP✗ (sn) [Entry date 04/27/01]

5/10/01  (259)  CJA 30 as to Ariel Hernandez : Appointment of Attorney
                William D. Matthewman ( Signed by Magistrate Stephen T.
                Brown  on nunc pro tunc 4/19/01) (td) [Entry date 05/22/01]
                [Edit date 05/22/01]

5/10/01  (260)  CJA 30 as to Ariel Hernandez : Appointment of Attorney
                Jeffrey D. Weinkle ( Signed by Magistrate Stephen T. Brown
                on nunc pro tunc 4/19/01) (td) [Entry date 05/22/01]
                [Edit date 05/22/01]

5/15/01  258   Report to the Court as to its intention not to seek the
               death penalty  by USA as to Frederick J. Massaro, Ariel
               Hernandez (td) [Entry date 05/16/01]
               [Edit date 08/02/01]

5/21/01  261   MOTION by Julius Bruce Chiusano for permission to Travel (td)
               [Entry date 05/22/01]

5/22/01  262   ORDER as to Julius Bruce Chiusano  granting [261-1] motion
               for permission to Travel ( Signed by Judge Paul C. Huck on
               5/22/01) CCAP [EOD Date: 5/23/01] CCAP✗ (td)
               [Entry date 05/23/01]

5/30/01  (263)  RESPONSE by USA  as to Ariel Hernandez re [184-1] motion
                for pre-trial James Hearing, [184-2] motion to adhere to
                the preferred Order of proof (td) [Entry date 05/31/01]

5/30/01  (264)  RESPONSE by USA  as to Ariel Hernandez re [221-1] motion to
                strike Government's discovery response for failure to
                provide true and accurate copies of intercepted wire
                communications, [221-2] motion  for production of line
                sheets (td) [Entry date 05/31/01]

5/30/01  (265)    RESPONSE by USA  as to Frederick J. Massaro re [163-1]
                  motion to dismiss murder related counts, [161-1] motion to
                  dismiss indictment , Rico conspiracy (td)
                  [Entry date 05/31/01]  Vol. 3 contd.

5/30/01  (266)    RESPONSE by USA  as to Anthony Trentacosta, Ariel
                  Hernandez, Julius Bruce Chiusano re [183-1] motion to sever
                  the trial of all co-defendants, [197-1] motion for
                  severance of counts 17-20, [227-1] motion to sever his
                  trial (td) [Entry date 05/31/01]

5/31/01  267      NOTICE of Unavailabilty by Anthony Raymond Banks  for dates
                  of: 7/27/01 through 8/6/01 (td) [Entry date 06/01/01]

6/6/01   268      MOTION by Julius Bruce Chiusano to Travel (lk)
                  [Entry date 06/07/01]

6/7/01   269      ORDER as to Julius Bruce Chiusano  granting [268-1] motion
                  to Travel as to Julius Bruce Chiusano (5) ( Signed by Judge
                  Paul C. Huck on 6/6/01) CCAP [EOD Date: 6/8/01] CCAP (ls)
                  [Entry date 06/08/01]

6/8/01   270      SEALED DOCUMENT (sp) [Entry date 06/11/01]

6/8/01   271      SEALED DOCUMENT with attachments (sp) [Entry date 06/11/01]

6/8/01   (272)    RESPONSE by USA  as to Anthony Trentacosta, Frederick J.
                  Massaro, Ariel Hernandez re [231-1] motion to suppress
                  intercepted wire communications, [228-1] motion to suppress
                  wiretap evidence, [159-1] motion to suppress evidence
                  derived from illegal electronic surveillance in State
                  proceedings (tdj) [Entry date 06/11/01]

6/8/01   (273)    RESPONSE by USA  as to Frederick J. Massaro re [160-1]
                  motion to exclude 404(b) evidence (403 and 404 objections)
                  (tdj) [Entry date 06/11/01]

6/8/01   (274)    RESPONSE by USA  as to Ariel Hernandez re [187-1] motion
                  for discovery, [187-2] motion suppression  of
                  co-conspirator's statements (tdj) [Entry date 06/11/01]

6/14/01  (275)    RESPONSE by USA  as to Ariel Hernandez re [192-1] motion to
                  suppress confessions, admissions and statements (td)
                  [Entry date 06/15/01]

6/14/01  276      RESPONSE by USA  as to Adam Todd Silverman re [229-1]
                  motion to suppress statements (td) [Entry date 06/15/01]

6/15/01  (277)    NOTICE of the existence of sufficient DNA material which is
                  available for testing by Anthony Trentacosta, Frederick J.
                  Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                  Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                  Patrick Monico, Anthony Raymond Banks (td)
                  [Entry date 06/18/01]

Proceedings include all events.                                                STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
Case 0:00-cr-06273-PCH   Document 593   Entered on FLSD Docket 10/31/2002   Page 47 of 80

6/15/01 (278)    RESPONSE by USA as to Anthony Trentacosta, Ariel Hernandez
                 re [191-1] motion for Brady Material and for immediate
                 disclosure, [235-1] motion to Adopt Motion of Other
                 Defendant [231-1] motion to suppress intercepted wire
                 communications, [221-1] motion to strike Government's
                 discovery response for failure to provide true and accurate
                 copies of intercepted wire communications, [184-1] motion
                 for pre-trial James Hearing, [164-1] motion for accelerated
                 disclosure of Brady, Jenks, Kyle, Agurs related materials,
                 [161-1] motion to dismiss indictment , Rico conspiracy,
                 [160-1] motion to exclude 404(b) evidence (403 and 404
                 objections), [159-1] motion to suppress evidence derived
                 from illegal electronic surveillance in State proceedings,
                 [156-1] motion for specific Brady Material, [155-1] motion
                 for Rule 104(c) Hearing re: Rule 404(b) evidence (td)
                 [Entry date 06/18/01]   Vol. 3 cont'd.

6/18/01 (279)    MOTION by Ariel Hernandez for instruction from Court to
                 counsel appointed as "learned counsel" under 18 USC 3005 (td)
                 [Entry date 06/19/01]

6/19/01 (280)    NOTICE of correction by Frederick J. Massaro as to
                 Frederick J. Massaro (lk) [Entry date 06/20/01]   End Vol. 3

6/21/01 (281)    RENEWED EX-PARTE MOTION by Anthony Trentacosta, Ariel
                 Hernandez for investigative fees and costs (td)
                 [Entry date 06/22/01] [Edit date 06/22/01]

6/22/01 (282)    ORDER RE: STATUS CONFERENCE, as to Anthony Trentacosta
                 Status conference set for 4:45 9/4/01 before Judge Paul C.
                 Huck Signed by Judge Paul C. Huck on 6/22/01) CCAP [EOD
                 Date: 6/25/01] CCAP (td) [Entry date 06/25/01]
                                    Begin Vol. 4

6/22/01 (283)    Minutes of motion hearing held on 6/22/01 before
                 Magistrate Stephen T. Brown as to Anthony Trentacosta,
                 Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez,
                 Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia,
                 Charles Patrick Monico, Anthony Raymond Banks ; Tape#
                 01D-58-1050 (td) [Entry date 06/25/01]

6/25/01 (284)    MOTION by Frederick J. Massaro for instructions from Court
                 to Counsel appointed as "learned counsel" under 18 USC
                 3005) (td) [Entry date 06/26/01]

6/26/01 (285)    ORDER as to Ariel Hernandez granting [279-1] motion for
                 instruction from Court to counsel appointed as "learned
                 counsel" under 18 USC 3005 ( Signed by Judge Paul C. Huck
                 on 6/26/01) [EOD Date: 6/27/01] CCAP (td)
                 [Entry date 06/27/01]

Proceedings include all events. STB
0:00cr6273-ALL USA v. Trentacosta, et al CLOSED APPEAL

Case 0:00-cr-06273-PCH Document 593 Entered on FLSD Docket 10/31/2002 Page 48 of 80

6/26/01  (286)  ORDER as to Frederick J. Massaro granting [284-1] motion
for instructions from Court to Counsel appointed as
"learned counsel" under 18 USC 3005) as to Frederick J.
Massaro (2) ( Signed by Judge Paul C. Huck on 6/26/01) [EOD
Date: 6/27/01] CCAP※ (td) [Entry date 06/27/01]

6/27/01  (287)  NOTICE of Unavailabilty by USA as to Anthony Trentacosta,
Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez,
Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia,
Charles Patrick Monico, Anthony Raymond Banks for dates
of: 7/18/01 through 8/15/01 (td) [Entry date 06/28/01]

*Vol. 4 contd.*

6/29/01  --  Omnibus Hearing re rate of pay for counsel as to Ariel
Hernandez held (sk) [Entry date 07/05/01]

7/3/01  (288)  Minutes of rate of pay to counsel held on 6/29/01 before
Magistrate Stephen T. Brown as to Ariel Hernandez ; Court
Reporter Name or Tape #: 01D-64-1880 (sk)
[Entry date 07/05/01]

7/3/01  (289)  ORDER as to Ariel Hernandez, Anthony Trentacosta granting
[281-1] motion for investigative fees and costs as to
Anthony Trentacosta (1), Ariel Hernandez (4) ( Signed by
Magistrate Stephen T. Brown on 6/28/01) [EOD Date: 7/5/01]
CCAP※ (sk) [Entry date 07/05/01]

7/9/01  (290)  NOTICE of motions which are ripe for disposition by USA as
to Anthony Trentacosta, Frederick J. Massaro, Francis
Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd
Silverman, Carlos Garcia, Charles Patrick Monico, Anthony
Raymond Banks (td) [Entry date 07/10/01]
[Edit date 08/02/01]

7/12/01  291  MOTION by Julius Bruce Chiusano for permission to Travel (td)
[Entry date 07/13/01]

7/12/01  292  ORDER as to Julius Bruce Chiusano granting [291-1] motion
for permission to Travel ( Signed by Judge Paul C. Huck on
7/12/01) [EOD Date: 7/16/01] CCAP※ (td)
[Entry date 07/16/01]

7/16/01  293  EMERGENCY MOTION by Anthony Raymond Banks for Release from
Custody to attend mother's funeral and burial (td)
[Entry date 07/17/01]

7/16/01  294  ORDER as to Anthony Raymond Banks granting [293-1] motion
for Release from Custody to attend mother's funeral and
burial as to Anthony Raymond Banks (9) ( Signed by Judge
Paul C. Huck on 7/16/01) [EOD Date: 7/17/01] CCAP※ (td)
[Entry date 07/17/01]



7/16/01  295      PSB BOND entered by Anthony Raymond Banks in Amount $
                  200,000.00 setting Special Conditions: Home confinement
                  program: will include electronic monitoring, paid for by
                  PTS, May travel to and from: funeral service for mother,
                  Comply with additional conditions: surrender to Federal
                  Detention Center Miami by 5:00 on 7/20/01 Approved by
                  Judge Paul C. Huck . (td) [Entry date 07/17/01]

7/17/01  296      ORDER as to Anthony Raymond Banks vacating [294-1] order
                  as to Anthony Raymond Banks (9) ( Signed by Judge Paul C.
                  Huck on 7/17/01) [EOD Date: 7/18/01] CCAP (dg)
                  [Entry date 07/18/01]  *Vol. 4 contd.*

7/23/01  297      ORDER as to Ariel Hernandez denying [186-1] motion for
                  disclosure of Rule 404 evidence as to Ariel Hernandez (4) (
                  Signed by Magistrate Stephen T. Brown on 7/20/01) [EOD
                  Date: 7/24/01] CCAP (td) [Entry date 07/24/01]

7/30/01  298      ORDER as to Ariel Hernandez granting [184-1] motion for
                  pre-trial James Hearing setting evidentiary hearing for
                  10:00 9/5/01 before Magistrate Stephen T. Brown ( Signed
                  by Magistrate Stephen T. Brown on 7/27/01) [EOD Date:
                  7/31/01] CCAP (td) [Entry date 07/31/01]

7/31/01  299      Minutes of report re counsel held on 7/27/01 before Judge
                  Paul C. Huck as to Anthony Trentacosta ;  Court Reporter
                  Name or Tape #: Patricia Saunders (td) [Entry date 08/01/01]

8/6/01   300      ORDER requring supplemental responses as to Frederick J.
                  Massaro Response to motion reset to 8/15/01 for Frederick
                  J. Massaro for [156-1] motion for specific Brady Material,
                  reset to 8/15/01 for Frederick J. Massaro for [156-2]
                  motion for immediate disclosure of potential death case,
                  reset to 8/15/01 for Frederick J. Massaro for [164-1]
                  motion for accelerated disclosure of Brady, Jenks, Kyle,
                  Agurs related materials, reset to 8/15/01 for Frederick J.
                  Massaro for [191-1] motion for Brady Material and for
                  immediate disclosure ( Signed by Magistrate Stephen T.
                  Brown on 8/201) [EOD Date: 8/7/01] CCAP (td)
                  [Entry date 08/07/01]

8/6/01   301      ORDER for supplemental pleadings as to Frederick J. Massaro
                  (see Order for further details)( Signed by Magistrate
                  Stephen T. Brown on 8/2/01) [EOD Date: 8/7/01] CCAP (td)
                  [Entry date 08/07/01]

8/7/01   302      REPORT AND RECOMMENDATIONS of Magistrate Judge Stephen T.
                  Brown as to Francis Ruggiero recommending that [161-1]
                  motion to dismiss indictment , Rico conspiracy as to
                  Frederick J. Massaro (2), [163-1] motion to dismiss murder
                  related counts as to Frederick J. Massaro (2) be denied.
                  Motion no longer referred.  Signed on: 8/6/01 Objections to
                  R and R due by 8/17/01  CCAP (td) [Entry date 08/08/01]
                  [Edit date 08/13/01]


8/7/01    303    MOTION by Julius Bruce Chiusano to Travel (td)
                 [Entry date 08/08/01]

8/7/01    (304)  ORDER as to Ariel Hernandez  denying [221-1] motion to
                 strike Government's discovery response for failure to
                 provide true and accurate copies of intercepted wire
                 communications as to Ariel Hernandez (4), denying [221-2]
                 motion  for production of line sheets as to Ariel Hernandez
                 (4) ( Signed by Magistrate Stephen T. Brown on 8/6/01) [EOD
                 Date: 8/8/01] CCAP※ (td) [Entry date 08/08/01]
                                   *Vol. 4 cont'd.*

8/8/01    305    ORDER as to Julius Bruce Chiusano denying [197-1] motion
                 for severance of counts 17-20 (Signed by Magistrate Stephen
                 T. Brown on 8/7/01) [EOD Date: 8/9/01] CCAP※ (sn)
                 [Entry date 08/09/01]

8/8/01    (306)  ORDER as to Anthony Trentacosta denying [227-1] motion to
                 sever his trial (Signed by Magistrate Stephen T. Brown on
                 8/7/01) [EOD Date: 8/9/01] CCAP※ (sn) [Entry date 08/09/01]

8/8/01    (307)  ORDER as to Ariel Hernandez denying [183-1] motion to sever
                 the trial of all co-defendants; denying [183-2] motion in
                 limine to preclude introduction of statements made by
                 co-defendants after Ariel Hernandez was no longer a member
                 of the conspiracy (Signed by Magistrate Stephen T. Brown on
                 8/8/01) [EOD Date: 8/9/01] CCAP※ (sn) [Entry date 08/09/01]

8/8/01    (308)  ORDER as to Ariel Hernandez denying [188-1] motion to sever
                 counts 17 and 18, denying [188-2] motion to strike
                 allegations of the murder of Jeannette Smith (Signed by
                 Magistrate Stephen T. Brown on 8/8/01) [EOD Date: 8/9/01]
                 CCAP※ (sn) [Entry date 08/09/01]

8/10/01   (309)  ORDER sua sponte setting suppression hearing as to Ariel
                 Hernandez Motion hearing before Magistrate Stephen T.
                 Brown set for 10:00 9/4/01 for [231-1] motion to suppress
                 intercepted wire communications ( Signed by Magistrate
                 Stephen T. Brown on 8/9/01) [EOD Date: 8/13/01] CCAP※ (td)
                 [Entry date 08/13/01]

8/10/01   310    ORDER setting evidentiary hearing as to Adam Todd Silverman
                 Motion hearing before Magistrate Stephen T. Brown set for
                 10:00 8/27/01 for [229-1] motion to suppress statements (
                 Signed by Magistrate Stephen T. Brown on 8/8/01) [EOD Date:
                 8/13/01] CCAP※ (td) [Entry date 08/13/01]

8/10/01   311    ORDER as to Julius Bruce Chiusano  denying [303-1] motion
                 to Travel as to Julius Bruce Chiusano (5) ( Signed by Judge
                 Paul C. Huck on 8/10/01) [EOD Date: 8/13/01] CCAP※ (td)
                 [Entry date 08/13/01]

8/10/01   (312)  OBJECTION by Frederick J. Massaro  to [302-1] report and
                 recommendations (td) [Entry date 08/13/01]

Docket as of October 31, 2002 10:12 am                    Page 49



8/14/01   313        PETITION for review by Adam Todd Silverman of [302-1]
                     report and recommendations (td) [Entry date 08/15/01]

8/14/01   314        REQUEST by USA  as to Frederick J. Massaro to extend time
                     to respond to Courts Order to respond (td)
                     [Entry date 08/15/01] [Edit date 08/15/01]

8/15/01   315        MOTION by Anthony Trentacosta to substitute Stephen H.
                     Rosen as Attorney (td) [Entry date 08/16/01]

8/15/01   316        NOTICE of Appearance for Anthony Trentacosta by Attorney
                     Stephen Howard Rosen (td) [Entry date 08/16/01]

                                    Vol. 4 contd.

8/15/01   317        ORDER as to Anthony Trentacosta  granting [315-1] motion to
                     substitute Stephen H. Rosen as Attorney (Terminated:
                     attorney Richard Kevin Houlihan ( Signed by Judge Paul C.
                     Huck on 8/15/01) [EOD Date: 8/16/01] CCAP (td)
                     [Entry date 08/16/01]

8/15/01   318        UNOPPOSED EMERGENCY MOTION by Anthony Trentacosta to
                     Travel (td) [Entry date 08/16/01]

8/15/01   319        ORDER as to Anthony Trentacosta  granting [318-1] motion to
                     Travel  ( Signed by Judge Paul C. Huck on 8/15/01) [EOD
                     Date: 8/16/01] CCAP (td) [Entry date 08/16/01]

8/16/01   320        ORDER as to Frederick J. Massaro  granting [314-1] motion
                     to extend time to respond to Courts Order to respond on or
                     before 8/24/01 ( Signed by Judge Paul C. Huck on 8/15/01)
                     [EOD Date: 8/17/01] CCAP (td) [Entry date 08/17/01]

8/21/01   321        MOTION by Ariel Hernandez for to permit filing of motion
                     out of time and second request for immediate disclosure of
                     specific brady material (td) [Entry date 08/22/01]

8/21/01   322        ORDER as to Ariel Hernandez  denying [187-1] motion for
                     discovery ( Signed by Magistrate Stephen T. Brown on
                     8/21/01) [EOD Date: 8/22/01] CCAP (td)
                     [Entry date 08/22/01]

8/21/01   323        ORDER as to Ariel Hernandez  granting [321-1] motion for to
                     permit filing of motion out of time and  deferring second
                     request for immediate disclosure of specific brady material
                     as to Ariel Hernandez (4) ( Signed by Judge Paul C. Huck on
                     8/21/01) [EOD Date: 8/22/01] CCAP (td)
                     [Entry date 08/22/01]

8/21/01   324        ORDER granting defendant's motion to extend travel as to
                     Anthony Trentacosta ( Signed by Judge Paul C. Huck on
                     8/21/01) [EOD Date: 8/22/01] CCAP (td)
                     [Entry date 08/22/01]

8/22/01   325   NOTICE of Hearing as to Julius Bruce Chiusano :  set
                Change of Plea Hearing for 5:00 9/4/01 for Julius Bruce
                Chiusano before Judge Paul C. Huck (td)
                [Entry date 08/23/01]

8/23/01   326   RESPONSE by USA  as to Frederick J. Massaro, Ariel
                Hernandez re [164-1] motion for accelerated disclosure of
                Brady, Jenks, Kyle, Agurs related materials (td)
                [Entry date 08/24/01] **Vol. 4 contd.**

8/23/01   327   OPPOSITION by USA as to Anthony Trentacosta to [315-1]
                motion to substitute Stephen H. Rosen as Attorney (td)
                [Entry date 08/24/01]

8/23/01   328   SUPPLEMENTAL RESPONSE by USA  as to Frederick J. Massaro re
                [156-1] motion for specific Brady Material, [156-2] motion
                for immediate disclosure of potential death case (td)
                [Entry date 08/27/01]

8/24/01   329   MOTION by Julius Bruce Chiusano to Travel (td)
                [Entry date 08/27/01]

8/24/01   330   ORDER as to Julius Bruce Chiusano  denying [329-1] motion
                to Travel  ( Signed by Judge Paul C. Huck on 8/24/01) [EOD
                Date: 8/27/01] CCAP  (td) [Entry date 08/27/01]

8/28/01   331   MOTION by Anthony Trentacosta for Order directing
                Bellsouth Telecommunications Inc. to continue to provide
                technical assistance in effectuating defendant's conditions
                of pretrial release (td) [Entry date 08/29/01]

8/29/01   332   ORDER as to Ariel Hernandez  granting in part as to
                paragraph 12  to the extent it has not already done so,
                denying in respect to all other request  [191-1] motion for
                Brady Material and for immediate disclosure as to Ariel
                Hernandez (4) ( Signed by Magistrate Judge Stephen T. Brown
                on 8/28/01) [EOD Date: 8/30/01] CCAP  (td)
                [Entry date 08/30/01] [Edit date 08/30/01]

8/29/01   333   ORDER as to Frederick J. Massaro  granting in part, denying
                in part [156-1] motion for specific Brady Material as to
                Frederick J. Massaro (2), granting in part, denying in part
                [156-2] motion for immediate disclosure of potential death
                case as to Frederick J. Massaro (2) (see Order for further
                details)  ( Signed by Magistrate Stephen T. Brown on
                8/28/01) [EOD Date: 8/30/01] CCAP  (td)
                [Entry date 08/30/01]

8/29/01   334   ORDER as to Frederick J. Massaro  denying [164-1] motion
                for accelerated disclosure of Brady, Jenks, Kyle, Agurs
                related materials  ( Signed by Magistrate Stephen T. Brown
                on 8/27/01) [EOD Date: 8/30/01] CCAP  (td)
                [Entry date 08/30/01]



8/30/01  ㉟  ORDER as to Anthony Trentacosta granting [331-1] motion
             for Order directing Bellsouth Telecommunications Inc. to
             continue to provide technical assistance in effectuating
             defendant's conditions of pretrial release ( Signed by
             Judge Paul C. Huck on 8/29/01) [EOD Date: 8/31/01] CCAP⚡ (td)
             [Entry date 08/31/01]  *Vol. 4 contd.*

8/30/01  ㉝⑥  REPORT AND RECOMMENDATIONS of Magistrate Stephen T. Brown
             as to Ariel Hernandez recommending that [231-1] motion to
             suppress intercepted wire communications as to Ariel
             Hernandez (4) be denied. Motion no longer referred. Signed
             on: 8/29/01 Objections to R and R due by 9/10/01 CCAP (td)
             [Entry date 08/31/01]

8/31/01  ㉗  MOTION by Anthony Trentacosta for modification of Bond (td)
             [Entry date 09/04/01]

9/4/01   ㉘  Minutes of Status Conference held on 09/04/01 before Judge
             Paul C. Huck as to Anthony Trentacosta; Court Reporter Name
             or Tape #: Larry Herr (ra) [Entry date 09/05/01]

9/4/01   --  Status conference as to Anthony Trentacosta held (ra)
             [Entry date 09/05/01]

9/4/01   339 Plea Agreement as to Julius Bruce Chiusano (ra)
             [Entry date 09/05/01]

9/4/01   340 NOTICE of Hearing as to Julius Bruce Chiusano : Setting
             Sentencing for 4:45 11/14/01 for Julius Bruce Chiusano
             before Judge Paul C. Huck (ra) [Entry date 09/05/01]

9/4/01   ㉋①  NOTICE of Hearing as to Anthony Trentacosta, Frederick J.
             Massaro, Francis Ruggiero, Ariel Hernandez, Adam Todd
             Silverman, Carlos Garcia, Charles Patrick Monico, Anthony
             Raymond Banks : Set special status conference for 4:30
             10/4/01 for Anthony Trentacosta, for Francis Ruggiero, for
             Ariel Hernandez, for Julius Bruce Chiusano, for Adam Todd
             Silverman, for Carlos Garcia, for Anthony Raymond Banks
             before Judge Paul C. Huck (ra) [Entry date 09/05/01]

9/4/01   --  Motion hearing as to Adam Todd Silverman, Ariel Hernandez
             re: [231-1] motion to suppress intercepted wire
             communications Motion hearing held, [229-1] motion to
             suppress statements Motion hearing held before Magistrate
             Stephen T. Brown (sn) [Entry date 09/06/01]

9/4/01   343 Minutes of change of plea hearing held on 9/4/01 before
             Judge Paul C. Huck as to Julius Bruce Chiusano; Court
             Reporter Name or Tape #: Larry Herr (sn)
             [Entry date 09/06/01]

9/4/01   --  PLEA entered by Julius Bruce Chiusano . Court accepts plea.
             GUILTY: Julius Bruce Chiusano (5) count(s) 1 (sn)
             [Entry date 09/06/01]



9/4/01    --    Change of Plea Hearing as to Julius Bruce Chiusano held (sn)
                [Entry date 09/06/01]

9/4/01    --    Motion hearing as to Ariel Hernandez, Adam Todd Silverman
                re: [231-1] motion to suppress intercepted wire
                communications, [229-1] motion to suppress statements
                before Magistrate Stephen T. Brown (td)
                [Entry date 10/02/01]    Vol. 4 cont'd.

9/5/01    342   Minutes of motion to suppress hearing held on 9/4/01 before
                Magistrate Stephen T. Brown as to Adam Todd Silverman,
                Ariel Hernandez; matter continued to Tuesday, 9/11/01 at
                10:00 a.m. (sn) [Entry date 09/06/01]

9/5/01    344   RESPONSE by USA  as to Frederick J. Massaro, Adam Todd
                Silverman re [163-1] motion to dismiss murder related
                counts, [161-1] motion to dismiss indictment , Rico
                conspiracy (td) [Entry date 09/06/01]

9/6/01    345   REPORT AND RECOMMENDATIONS  of Magistrate Stephen T. Brown
                as to Anthony Trentacosta recommending that [228-1] motion
                to suppress wiretap evidence as to Anthony Trentacosta (1)
                be denied. Motion no longer referred.  Signed on: 9/5/01
                Objections to R and R due by 9/17/01  CCAP (td)
                [Entry date 09/07/01]

9/6/01    346   NOTICE of filing proposed Order modifying defendant
                Trentacosta's conditions of pre-trial release by USA as to
                Anthony Trentacosta (td) [Entry date 09/07/01]

9/10/01   347   ORDER as to Anthony Trentacosta  granting [337-1] motion
                for modification of Bond as to Anthony Trentacosta (1) (
                Signed by Judge Paul C. Huck on 9/10/01) [EOD Date:
                9/11/01] CCAP (td) [Entry date 09/11/01]

9/10/01   348   RESPONSE by USA  as to Ariel Hernandez re [191-1] motion
                for Brady Material and for immediate disclosure (td)
                [Entry date 09/13/01]

9/11/01   349   REPORT AND RECOMMENDATIONS  of Magistrate Stephen T. Brown
                as to Frederick J. Massaro recommending that [159-1] motion
                to suppress evidence derived from illegal electronic
                surveillance in State proceedings as to Frederick J.
                Massaro (2), [159-2] motion for evidentiary Hearing as to
                Frederick J. Massaro (2) be denied. Motion no longer
                referred.  Signed on: 9/10/01 Objections to R and R due by
                9/21/01  CCAP (td) [Entry date 09/13/01]

9/11/01   --    Motion hearing  as to Ariel Hernandez re: [231-1] motion to
                suppress intercepted wire communications  before
                Magistrate Stephen T. Brown (td) [Entry date 10/02/01]

9/14/01   350   REPORT AND RECOMMENDATIONS of Magistrate Stephen T. Brown as to Adam Todd Silverman recommending that [187-2] motion suppression of co-conspirator's statements as to Ariel Hernandez (4) be denied. Motion no longer referred. Signed on: 9/13/01 Objections to R and R due by 9/24/01 CCAP (td) [Entry date 09/17/01] **Vol. 4 contd.**

9/18/01   351   NOTICE OF OBJECTION by Frederick J. Massaro to [349-1] report and recommendations (td) [Entry date 09/19/01]

9/19/01   352   ORDER as to Frederick J. Massaro, Adam Todd Silverman [302-1] report and recommendations denying [161-1] motion to dismiss indictment, Rico conspiracy as to Frederick J. Massaro (2), denying [163-1] motion to dismiss murder related counts as to Frederick J. Massaro (2) (Signed by Judge Paul C. Huck on 9/19/01) [EOD Date: CCAP (sn) [Entry date 09/20/01]

9/20/01   353   RESPONSE by USA as to Frederick J. Massaro to Objections to [349-1] report and recommendations (wc) [Entry date 09/21/01]

9/24/01   354   REPLY by USA as to Ariel Hernandez to response to defendants' second request for immediate disclosure of Brady material (td) [Entry date 09/25/01]

9/26/01   355   ORDER as to Ariel Hernandez granting in part, denying in part [321-1] motion for to permit filing of motion out of time and second request for immediate disclosure of specific brady material (see Order for further details) ( Signed by Judge Paul C. Huck on 9/25/01) [EOD Date: 9/27/01] CCAP (td) [Entry date 09/27/01]

9/26/01   360   Exhibit list by USA as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks (td) [Entry date 10/02/01]

9/27/01   356   ORDER as to Frederick J. Massaro denying [159-1] motion to suppress evidence derived from illegal electronic surveillance in State proceedings (2) ( Signed by Judge Paul C. Huck on 9/27/01) [EOD Date: 9/28/01] CCAP (td) [Entry date 09/28/01] [Edit date 09/28/01]

10/1/01   357   Minutes of motion hearing held on 9/4/01 before Magistrate Stephen T. Brown as to Ariel Hernandez, Adam Todd Silverman ; (td) [Entry date 10/02/01]

10/1/01   358   Minutes of motion hearing held on 9/11/01 before Magistrate Stephen T. Brown as to Ariel Hernandez ; Court Reporter Name or Tape #: Paul Haferling (td) [Entry date 10/02/01]



| 10/1/01 | 359 | Minutes of motion hearing held on 9/26/01 before Magistrate Stephen T. Brown as to Ariel Hernandez ; Court Reporter Name or Tape #: Paul Haferling (td) [Entry date 10/02/01] Vol. 4 contd. |
| 10/1/01 | 361 | Exhibit list by USA as to Ariel Hernandez, Adam Todd Silverman (td) [Entry date 10/02/01] |
| 10/2/01 | 362 | MOTION by USA  as to Anthony Trentacosta for Order directing Bellsouth Telecommunications Icn. to provide technical assistance in effectuating defendant's amended conditions of pretrial release (td) [Entry date 10/03/01] |
| 10/3/01 | 363 | ORDER as to Anthony Trentacosta  granting [362-1] motion for Order directing Bellsouth Telecommunications Icn. to provide technical assistance in effectuating defendant's amended conditions of pretrial release ( Signed by Judge Paul C. Huck on 10/03/01) [EOD Date: 10/4/01] CCAP☼ (td) [Entry date 10/04/01] |
| 10/4/01 | 364 | Minutes of status conference held on 10/4/01 before Judge Paul C. Huck as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks ; Court Reporter Name or Tape #: Larry Herr (td) [Entry date 10/05/01] |
| 10/4/01 | -- | Status conference as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks  held (td) [Entry date 10/05/01] |
| 10/4/01 | 365 | MOTION by Ariel Hernandez to appoint defense expert area of expertise: medical examiner (td) [Entry date 10/05/01] |
| 10/5/01 | 366 | ORDER as to Ariel Hernandez  granting [365-1] motion to appoint defense expert area of expertise: medical examiner ( Signed by Magistrate Stephen T. Brown on 10/5/01) [EOD Date: 10/9/01] CCAP☼ (td) [Entry date 10/09/01] |
| 10/5/01 | 367 | ORDER adopting as to Ariel Hernandez [336-1] report and recommendations  denying [231-1] motion to suppress intercepted wire communications  ( Signed by Judge Paul C. Huck on 10/5/01) [EOD Date: 10/9/01] CCAP (td) [Entry date 10/09/01] |
| 10/5/01 | 368 | ORDER adopting as to Adam Todd Silverman [350-1] report and recommendations  denying [229-1] motion to suppress statements  ( Signed by Judge Paul C. Huck on 10/5/01) [EOD Date: 10/9/01] CCAP (td) [Entry date 10/09/01] |
| 10/10/01 | 369 | MOTION by USA  as to Anthony Trentacosta to resolve all tape recording related issues (tb) [Entry date 10/12/01] |

10/11/01  370    NOTICE of Hearing as to Francis Ruggiero, Carlos Garcia,
                 Charles Patrick Monico, Anthony Raymond Banks set Change
                 of Plea Hearing for 4:30 11/1/01 before Judge Paul C. Huck
                 (sn) [Entry date 10/12/01]

Vol. 4 contd.

10/15/01  371    EX-PARTE MOTION by Ariel Hernandez to appoint defense
                 expert, area of expertise: psycologist-human sexuality (td)
                 [Entry date 10/16/01] [Edit date 10/16/01]

10/15/01  380    MOTION by USA as to Ariel Hernandez for writ of habeas
                 corpus ad prosequendum (sn) [Entry date 10/23/01]

10/17/01  372    ORDER as to Anthony Trentacosta, Frederick J. Massaro,
                 Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                 Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
                 Anthony Raymond Banks Motion hearing before Judge Paul C.
                 Huck set for 3:00 10/26/01 for [369-1] motion to resolve
                 all tape recording related issues granting [369-1] motion
                 to resolve all tape recording related issues; all
                 objections are to be hand delivered to Chambers by 10/24/01
                 no later than 4:00 p.m. (Signed by Judge Paul C. Huck on
                 10/17/01) [EOD Date: 10/18/01] CCAP⬚ (sn)
                 [Entry date 10/18/01]

10/18/01  373    NOTICE of Conflict by Frederick J. Massaro for dates of:
                 3/29/01 through 4/8/01 (sn) [Entry date 10/19/01]

10/19/01  379    MOTION by Frederick J. Massaro to reset hearing , and to
                 have only voi dire the first week of trial (tb)
                 [Entry date 10/23/01]

10/19/01  374    OBJECTION by Anthony Trentacosta  to [306-1] order (td)
                 [Entry date 10/24/01]

10/22/01  375    MOTION by USA  as to Anthony Trentacosta, Frederick J.
                 Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                 Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                 Patrick Monico, Anthony Raymond Banks to bring electronic
                 equipment into the courtroom (sn) [Entry date 10/23/01]

10/22/01  376    MOTION by Ariel Hernandez to immediately transfer
                 defendant from Broward County Jail to Federal Detention
                 Center-Miami, grant defendant immediate access to
                 computer equipment for review of wiretap intercepts (sn)
                 [Entry date 10/23/01]

10/22/01  377    ORDER as to Anthony Trentacosta, Frederick J. Massaro,
                 Francis Ariel Hernandez, Julius Bruce Chiusano, Adam Todd
                 Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks
                 granting [375-1] motion to bring electronic into the
                 courtroom as to Anthony Trentacosta (1), Frederick J.
                 Massaro (2), Francis Ruggiero (3), Ariel Hernandez (4),
                 Julius Bruce Chiusano (5), Adam Todd Silverman (6), Carlos
                 Garcia (7), Charles Patrick Monico (8), Anthony Raymond
                 Banks (9) (Signed by Judge Paul C. Huck on 10/19/01 [EOD
                 Date: 10/23/01] CCAP※ (sn) [Entry date 10/23/01]
                 [Edit date 10/23/01]      Vol. 4 contd.

10/22/01  378    ORDER/NOTICE to U.S. Marshal to allow U.S. Attorney's
                 Office to bring in audio and visual equipment into the
                 courtroom as to Anthony Trentacosta, Frederick J. Massaro,
                 Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano,
                 Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico,
                 Anthony Raymond Banks (Signed by Judge Paul C. Huck on
                 10/19/01) [EOD Date: 10/23/01] CCAP※ (sn)
                 [Entry date 10/23/01]

10/22/01  381    WRIT of Habeas Corpus ad Prosequendum issued as to Ariel
                 Hernandez for 11/19/01, granting [380-1] motion for writ of
                 habeas corpus ad prosequendum (Signed by Magistrate Judge
                 Lurana S. Snow on 10/22/01) [EOD Date: 10/23/01] (sn)
                 [Entry date 10/23/01]

10/22/01  382    NOTICE of Change of Address of attorney by Adam Todd
                 Silverman (tb) [Entry date 10/23/01]

10/23/01  383    CORRECTED OBJECTIONS by Anthony Trentacosta to [306-1]
                 order (td) [Entry date 10/24/01]

10/23/01  384    ORDER as to Frederick J. Massaro  denying [379-1] motion to
                 reset hearing, denying [379-2] motion to have only voir
                 dire the first week of trial ( Signed by Judge Paul C. Huck
                 on 10/23/01) [EOD Date: 10/24/01] CCAP※ (td)
                 [Entry date 10/24/01]

10/23/01  385    ORDER as to Ariel Hernandez  denying [376-1] motion to
                 immediately transfer defendant from Broward County Jail to
                 Federal Detention Center-Miami denying [376-2] motion grant
                 defendant immediate access to computer equipment for review
                 of wiretap intercepts, denying motion to continue trial  (
                 Signed by Judge Paul C. Huck on 10/23/01) [EOD Date:
                 10/24/01] CCAP※ (td) [Entry date 10/24/01]

10/23/01  386    ORDER as to Ariel Hernandez  denying [371-1] motion to
                 appoint defense expert, area of expertise:
                 psychologist-human sexuality ( Signed by Judge Paul C. Huck
                 on 10/23/01) [EOD Date: 10/24/01] CCAP※ (td)
                 [Entry date 10/24/01]

10/23/01 (387)    NOTICE of filing of pages 3 & 4 of motion to immediately transfer defendant from Broward County Jail to FDC Miami or in the alternative to continue trial of this cause by Ariel Hernandez (td) [Entry date 10/24/01]

*Vol. 4 contd.*

10/23/01 (388)    EXHIBITS by Ariel Hernandez to: [376-1] motion to immediately transfer defendant from Broward County Jail to Federal Detention Center-Miami, [376-2] motion grant defendant immediate access to computer equipment for review of wiretap intercepts (td) [Entry date 10/24/01]

10/23/01 (389)    RESPONSE by USA as to Frederick J. Massaro re [379-1] motion to reset hearing (td) [Entry date 10/25/01]

10/25/01 (390)    OBJECTIONS/RESPONSE by USA as to Anthony Trentacosta in opposition to [369-1] motion to resolve all tape recording related issues (sk) [Entry date 10/26/01]

10/25/01 391    TRANSCRIPT filed as to Ariel Hernandez, Adam Todd Silverman of Testimony of Frank Ilarraza held 9/4/01 before Judge Stephen T. Brown Pages: 1-18. (gp) [Entry date 10/26/01]

*Vol. 11*

10/25/01 392    TRANSCRIPT filed as to Ariel Hernandez, Adam Todd Silverman of Testimony of Frank Illaraza held 9/4/01 before Judge Stephen T. Brown Pages: 1-89. (gp) [Entry date 10/26/01]

*Vol. 12*

10/26/01 --    Status conference as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks held (td) [Entry date 10/30/01]

10/29/01 (393)    Minutes of status conference held on 10/26/01 before Judge Paul C. Huck as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks ; Court Reporter Name or Tape #: Kim Mesfun (td) [Entry date 10/30/01]

10/30/01 (394)    REPORT AND RECOMMENDATIONS of Magistrate Stephen T. Brown as to Ariel Hernandez recommending that [192-1] motion to suppress confessions, admissions and statements as to Ariel Hernandez (4) be DENIED. Motion no longer referred. Signed on: 10/25/01 Objections to R and R due by 11/9/01 CCAP (sk) [Entry date 10/31/01]

*End Vol. 4*

11/1/01 395    NOTICE of Hearing as to Adam Todd Silverman : setting Change of Plea Hearing for 12:30 11/9/01 for Adam Todd Silverman before Judge Paul C. Huck (lk) [Entry date 11/02/01]

*Begin Vol. 5*

11/1/01 396    Plea Agreement as to Charles Patrick Monico (sn) [Entry date 11/02/01]

Proceedings include all events
0:00cr6273-ALL   USA v. Trentacosta, et al
Case 0:00-cr-06273-PCH   Document 593   Entered on FLSD Docket 10/31/2002   Page 60 of 80
CLOSED   APPEAL

| 11/1/01 | 397 | Plea Agreement as to Anthony Raymond Banks (sn) [Entry date 11/02/01] |
|---------|-----|--------------------------------------------------------------------|
| 11/1/01 | 398 | Plea Agreement as to Carlos Garcia (sn) [Entry date 11/02/01] |

*Vol. 5 contd.*

| 11/1/01 | 399 | Plea Agreement as to Francis Ruggiero (sn) [Entry date 11/02/01] |
|---------|-----|------------------------------------------------------------------|
| 11/2/01 | 400 | Minutes of change of plea held on 11/1/01 before Judge Paul C. Huck as to Francis Ruggiero ; GUILTY: Francis Ruggiero (3) count(s) 1  Court Reporter Name or Tape #: Larry Herr (td) [Entry date 11/05/01] |
| 11/2/01 | -- | Change of Plea Hearing as to Francis Ruggiero  held (td) [Entry date 11/05/01] |
| 11/2/01 | 401 | NOTICE of Hearing as to Francis Ruggiero :  setting Sentencing for 3:30 1/25/02 for Francis Ruggiero  before Judge Paul C. Huck (td) [Entry date 11/05/01] |
| 11/2/01 | 402 | Minutes of change of plea held on 11/1/01 before Judge Paul C. Huck as to Carlos Garcia ; GUILTY: Carlos Garcia (7) count(s) 20  Court Reporter Name or Tape #: Larry Herr (td) [Entry date 11/05/01] |
| 11/2/01 | -- | Change of Plea Hearing as to Carlos Garcia  held (td) [Entry date 11/05/01] |
| 11/2/01 | 403 | NOTICE of Hearing as to Carlos Garcia :  setting Sentencing for 3:30 1/25/02 for Carlos Garcia  before Judge Paul C. Huck (td) [Entry date 11/05/01] |
| 11/2/01 | 404 | Minutes of change of plea held on 11/1/01 before Judge Paul C. Huck as to Anthony Raymond Banks ; GUILTY: Anthony Raymond Banks (9) count(s) 1  Court Reporter Name or Tape #: Larry Herr (td) [Entry date 11/05/01] |
| 11/2/01 | -- | Change of Plea Hearing as to Anthony Raymond Banks  held (td) [Entry date 11/05/01] |
| 11/2/01 | 405 | NOTICE of Hearing as to Anthony Raymond Banks :  setting Sentencing for 3:30 1/25/02 for Anthony Raymond Banks before Judge Paul C. Huck (td) [Entry date 11/05/01] |
| 11/2/01 | 406 | Minutes of change of plea held on 11/1/01 before Judge Paul C. Huck as to Charles Patrick Monico ; GUILTY: Charles Patrick Monico (8) count(s) 1  Court Reporter Name or Tape #: Larry Herr (td) [Entry date 11/05/01] |
| 11/2/01 | 407 | NOTICE of Hearing as to Charles Patrick Monico :  setting Sentencing for 3:30 1/25/02 for Charles Patrick Monico before Judge Paul C. Huck (td) [Entry date 11/05/01] |

| 11/6/01 | 408 | TRANSCRIPT filed as to Ariel Hernandez, Adam Todd Silverman of Motino to Suppress held 9/4/01 before Judge Stephen T. Brown  Pages: 1-171  (gp) [Entry date 11/07/01] *Vol. 13* |
|---|---|---|
| 11/9/01 | 409 | Plea Agreement as to Adam Todd Silverman (td) [Entry date 11/13/01] |
| 11/9/01 | -- | Change of Plea Hearing as to Adam Todd Silverman  held (td) [Entry date 11/14/01] *Vol. 5 cont'd.* |
| 11/13/01 | 410 | SEALED DOCUMENT (sp) [Entry date 11/14/01] |
| 11/13/01 | 411 | Minutes of change of plea held on 1/25/02 before Judge Paul C. Huck as to Adam Todd Silverman ; GUILTY: Adam Todd Silverman (6) count(s) 19 (td) [Entry date 11/14/01] |
| 11/13/01 | 412 | NOTICE of Hearing as to Adam Todd Silverman : setting Sentencing for 3:30 1/25/02 for Adam Todd Silverman before Judge Paul C. Huck (td) [Entry date 11/14/01] |
| 11/14/01 | (413) | Minutes of status conference held on 11/14/01 before Judge Paul C. Huck as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez ; Court Reporter Name or Tape #: Larry Herr (td) [Entry date 11/16/01] |
| 11/15/01 | -- | Status conference as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  held (td) [Entry date 11/16/01] |
| 11/15/01 | -- | MOTION in open court by USA as to Julius Bruce Chiusano to continue sentencing (td) [Entry date 11/16/01] |
| 11/15/01 | 414 | ORDER as to Julius Bruce Chiusano  granting [0-0] oral motion to continue sentencing  resetting Sentencing for 3:30 1/25/02 before Judge Paul C. Huck ( Signed by Judge Paul C. Huck on 11/14/01) [EOD Date: 11/16/01] CCAP (td) [Entry date 11/16/01] [Edit date 12/05/01] |
| 11/15/01 | (415) | MEMORANDUM of law by USA as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico, Anthony Raymond Banks re: the use of expert testimony on organized crime (td) [Entry date 11/16/01] |
| 11/19/01 | (416) | Minutes of day 1 of  jury trial held on 11/19/01 before Judge Paul C. Huck as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez ; Court Reporter Name or Tape #: Kim Mesfun (td) [Entry date 11/20/01] |
| 11/19/01 | -- | Voir dire begun as to Anthony Trentacosta (1) count(s) 1, Frederick J. Massaro (2) count(s) 1, 2-16, 17-18, 20, 21, 22, 23, 24, 25, Ariel Hernandez (4) count(s) 1, 2-16, 17-18, 21 (td) [Entry date 11/20/01] |

11/20/01 (417)      Minutes of jury trial held on 11/20/01  before Judge Paul
                    C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez ;  Court Reporter Name or Tape #: Larry
                    Herr (td) [Entry date 11/26/01]

11/20/01 --         Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez  held (td) [Entry date 11/26/01]

                    Vol. 5 contd.

11/21/01 (423)      Minutes of Jury Trial held on 11/21/01  before Judge Paul
                    C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez ;  Court Reporter Name or Tape #: Larry
                    Herr (wc) [Entry date 11/28/01]

11/21/01 --         Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez  held (wc) [Entry date 11/28/01]

11/23/01 (419)      PETITION by USA  for Writ of Habeas Corpus ad testificandum
                    as to Anthony Trentacosta (lk) [Entry date 11/28/01]

11/23/01 (420)      WRIT of Habeas Corpus ad Testificandum issued for William
                    Dante for 11/26/01 in caseas to Anthony Trentacosta    (
                    Signed by Judge Paul C. Huck on 11/21/01) [EOD Date:
                    11/28/01] (lk) [Entry date 11/28/01]

11/26/01 (418)      Minutes of jury trial held on 11/26/01  before Judge Paul
                    C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez (td) [Entry date 11/27/01]

11/26/01 --         Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez  held (td) [Entry date 11/27/01]

11/26/01 --         Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez  held (wc) [Entry date 11/28/01]

11/27/01 (421)      OBJECTIONS by Ariel Hernandez to Prosecution Redactions of
                    Ariel Hernandez statements (wc) [Entry date 11/28/01]

11/27/01 422        OBJECTIONS by Julius Bruce Chiusano  to Presentence
                    Investigation Report (wc) [Entry date 11/28/01]

11/27/01 (424)      Minutes of Jury Trial held on 11/26/01  before Judge Paul
                    C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez ;  Court Reporter Name or Tape #: Larry
                    Herr (wc) [Entry date 11/28/01]

11/27/01 --         Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez  held (wc) [Entry date 11/28/01]

11/27/01 (425)      Minutes of Jury Trial held on 11/27/01  before Judge Paul
                    C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                    Ariel Hernandez ;  Court Reporter Name or Tape #: Larry
                    Herr (wc) [Entry date 11/28/01]



11/28/01 --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (wc) [Entry date 11/28/01]

11/28/01 426   Minutes of Jury Trial held on 11/28/01  before Judge Paul
               C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez ;  Court Reporter Name or Tape #: Larry
               Herr (wc) [Entry date 11/28/01]

11/29/01 427   Minutes of jury trial held on 11/29/01  before Judge Paul
               C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez ;  continued to 11/29/01  Court Reporter
               Name or Tape #: Larry Herr (nt) [Entry date 12/03/01]

11/29/01 --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (nt) [Entry date 12/03/01]

12/5/01  428   NOTICE of Hearing as to Francis Ruggiero, Charles Patrick
               Monico, Anthony Raymond Banks, Carlos Garcia, Adam Todd
               Silverman, Julius Bruce Chiusano :  setting Sentencing for
               3:30 1/29/02 for Francis Ruggiero, for Charles Patrick
               Monico, for Anthony Raymond Banks, for Carlos Garcia, for
               Adam Todd Silverman, for Julius Bruce Chiusano    before
               Judge Paul C. Huck (nt) [Entry date 12/06/01]

12/7/01  --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (nt) [Entry date 12/14/01]

12/10/01 429   MOTION by Ariel Hernandez to rename Count 17 (nt)
               [Entry date 12/11/01]

12/10/01 430   Requested Jury Instructions by Ariel Hernandez (nt)
               [Entry date 12/11/01]

12/10/01 --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (nt) [Entry date 12/14/01]

12/11/01 431   REQUEST FOR JUDICIAL NOTICE by USA as to Anthony
               Trentacosta (nt) [Entry date 12/12/01]

12/11/01 --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (nt) [Entry date 12/14/01]

12/11/01 --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (nt) [Entry date 12/14/01]

12/13/01 432   Minutes of Jury Trial cont. from 11/30/01 held on 12/06/01
               before Judge Paul C. Huck as to Anthony Trentacosta, Ariel
               Hernandez, Frederick J. Massaro ;  continuing Jury trial
               for 12/07/01 before Judge Paul C. Huck Court Reporter Name
               or Tape #: Larry Herr (nt) [Entry date 12/14/01]

12/13/01 --    Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
               Ariel Hernandez  held (nt) [Entry date 12/14/01]



12/13/01 (433)   Minutes of Jury Trial held on 12/07/01  before Judge Paul
                 C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                 Ariel Hernandez ;  continuing Jury trial for 12/08/01
                 before Judge Paul C. Huck Court Reporter Name or Tape #:
                 Larry Herr (nt) [Entry date 12/14/01]

12/13/01 (434)   Minutes of Jury Trial held on 12/10/01  before Judge Paul
                 C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                 Ariel Hernandez ;  continuing Jury trial for 12/11/01
                 before Judge Paul C. Huck Court Reporter Name or Tape #:
                 Larry Herr (nt) [Entry date 12/14/01]

                 *Vol. 5 contd.*

12/13/01 (435)   Minutes of Jury Trial held on 12/11/01  before Judge Paul
                 C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                 Ariel Hernandez ;  continuing Jury trial for 12/10/01
                 before Judge Paul C. Huck (nt) [Entry date 12/14/01]

12/13/01 (436)   Minutes of Jury Trial held on 12/13/01  before Judge Paul
                 C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                 Ariel Hernandez ;  continuing Jury trial for 12/11/01
                 before Judge Paul C. Huck Summation made. Court Reporter
                 Name or Tape #: Larry Herr (nt) [Entry date 12/14/01]

12/13/01 --      Deadline updated as to Anthony Trentacosta, Frederick J.
                 Massaro, Ariel Hernandez, continuing Jury trial for
                 12/11/01 for Anthony Trentacosta, for Frederick J. Massaro,
                 for Ariel Hernandez before Judge Paul C. Huck (nt)
                 [Entry date 12/14/01]

12/14/01 (437)   Court's Jury instructions as to Anthony Trentacosta,
                 Frederick J. Massaro, Ariel Hernandez (sk)
                 [Entry date 12/17/01] [Edit date 12/17/01]

12/14/01 (438)   NOTICE of Hearing as to Frederick J. Massaro :  setting
                 Sentencing for 4:00 2/26/02 for Frederick J. Massaro before
                 Judge Paul C. Huck (nt) [Entry date 12/17/01]

12/14/01 (439)   NOTICE of Hearing as to Ariel Hernandez :  setting
                 Sentencing for 4:00 2/26/02 for Ariel Hernandez  before
                 Judge Paul C. Huck (nt) [Entry date 12/17/01]

12/14/01 (440)   NOTICE of Hearing as to Anthony Trentacosta :  setting
                 Sentencing for 4:00 2/26/02 for Anthony Trentacosta
                 before Judge Paul C. Huck (nt) [Entry date 12/17/01]

12/14/01 (441)   JURY VERDICT as to Anthony Trentacosta Guilty: Anthony
                 Trentacosta (1) count(s) 1 (nt) [Entry date 12/17/01]

12/14/01 (442)   JURY VERDICT as to Ariel Hernandez Guilty: Ariel Hernandez
                 (4) count(s) 1, 2-16, 17-18, 21 (nt) [Entry date 12/17/01]

12/14/01 (443)   JURY VERDICT as to Frederick J. Massaro Guilty: Frederick
                 J. Massaro (2) count(s) 1, 2-16, 17-18, 20, 21, 22, 23,
                 24, Not Guilty: Frederick J. Massaro (2) count(s) 25 (nt)

[Entry date 12/17/01]

12/14/01 (444)    STIPULATION re: Other Convictions by USA as to Frederick J.
                  Massaro (nt) [Entry date 12/17/01]

12/14/01 (445)    Deliberation Questions and Requests and Court's answers as
                  to Anthony Trentacosta, Ariel Hernandez, Frederick J.
                  Massaro (nt) [Entry date 12/17/01] .

_Vol. 5 contd._

12/14/01 --       Jury trial as to Anthony Trentacosta, Frederick J. Massaro,
                  Ariel Hernandez  held (nt) [Entry date 12/17/01]

12/14/01 (446)    Minutes of Jury Trial held on 12/14/01  before Judge Paul
                  C. Huck as to Anthony Trentacosta, Frederick J. Massaro,
                  Ariel Hernandez ;   Trial Ends; Court Reporter Name or Tape
                  #: Larry Herr (nt)  [Entry date 12/17/01]

12/14/01 (447)    Final Exhibit list as to Anthony Trentacosta, Frederick J.
                  Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce
                  Chiusano, Adam Todd Silverman, Carlos Garcia, Charles
                  Patrick Monico, Anthony Raymond Banks (nt)
                  [Entry date 12/18/01]

12/19/01 (448)    MOTION by Anthony Trentacosta for Release pending
                  sentence (nt) [Entry date 12/20/01]

12/20/01 (449)    RENEWED MOTION by Frederick J. Massaro for Judgment of
                  Acquittal, alternative for new trial (nt)
                  [Entry date 12/21/01]

12/20/01 (450)    RESPONSE by USA  as to Anthony Trentacosta re [448-1]
                  motion for Release pending sentence (nt)
                  [Entry date 12/21/01]

12/26/01 (451)    MOTION by Ariel Hernandez to Adopt Motion of Other
                  Defendant [449-1] motion for Judgment of Acquittal, [449-2]
                  motion for new trial (sk) [Entry date 12/27/01]

12/26/01 (452)    CJA 24 as to Ariel Hernandez  Authorization to Pay  Amount:
                  $ 293.70 for Transcript  Voucher # FLST20012266 ( Signed by
                  Magistrate Stephen T. Brown on 11/13/01) [EOD Date:
                  12/27/01] (sk) [Entry date 12/27/01]

12/27/01 (453)    ORDER as to Anthony Trentacosta  denying [448-1] motion for
                  Release pending sentence ( Signed by Judge Paul C. Huck on
                  12/26/01) [EOD Date: 12/28/01] CCAP (wc)
                  [Entry date 12/28/01]

12/28/01 (454)    ORDER as to Ariel Hernandez  granting [451-1] motion to
                  Adopt Motion of Other Defendant [449-1] motion for Judgment
                  of Acquittal, [449-2] motion for new trial as to Ariel
                  Hernandez (4) ( Signed by Judge Paul C. Huck on 12/27/01)
                  [EOD Date: 12/31/01] CCAP (wc) [Entry date 12/31/01]

Case 0:00-cr-06273-PCH   Document 593   Entered on FLSD Docket 10/31/2002   Page 66 of 80
Proceedings - 00-6273-Cr-All   Document
0:00cr6273-ALL USA v. Trentacosta, et al                                    STB

                                                                    CLOSED APPEAL

12/28/01  --     Motion(s) joined by Ariel Hernandez : joinder in [449-1]
                 motion for Judgment of Acquittal, joinder in [449-2] motion
                 for new trial (wc) [Entry date 12/31/01]

1/4/02   455     MOTION by Anthony Trentacosta for Judgment of Acquittal (nt)
                 [Entry date 01/07/02]   Vol. 5 contd.

1/15/02  456     RESPONSE IN OPPOSITION by USA  as to Anthony Trentacosta,
                 Frederick J. Massaro, Ariel Hernandez re [455-1] motion for
                 Judgment of Acquittal, [449-1] motion for Judgment of
                 Acquittal, motion for new trial (wc) [Entry date 01/16/02]

1/17/02  457     RESPONSE by USA as to Julius Bruce Chiusano to [422-1]
                 objection to PSI (nt) [Entry date 01/18/02]

1/17/02  458     Scheduling NOTICE of Hearing as to Anthony Trentacosta,
                 Frederick J. Massaro, Ariel Hernandez :  Resetting
                 Sentencing for 4:00 3/19/02 for Anthony Trentacosta, for
                 Frederick J. Massaro, for Ariel Hernandez before Judge Paul
                 C. Huck (gp) [Entry date 01/18/02]

1/18/02  459     POSITION of Defendant with Respect to Sentencing Factors by
                 Carlos Garcia (nt) [Entry date 01/22/02]

1/22/02  460     MOTION by USA  as to Francis Ruggiero for downward
                 departure from the defendant's determined guidelines
                 sentence range (ct) [Entry date 01/23/02]

1/23/02  461     REPLY by Anthony Trentacosta  to response to [455-1] motion
                 for Judgment of Acquittal (nt) [Entry date 01/24/02]

1/28/02  462     UNOPPOSED MOTION by Adam Todd Silverman to continue
                 sentencing, and to extend time for filing objections to
                 the PSI (nt) [Entry date 01/30/02]

1/28/02  463     MOTION by Carlos Garcia to continue sentencing (nt)
                 [Entry date 01/30/02]

1/28/02  --      Sentencing  held Francis Ruggiero (3) count(s) 1 (nt)
                 [Entry date 01/30/02]

1/29/02  464     ORDER as to Adam Todd Silverman, Carlos Garcia  granting
                 [463-1] motion to continue sentencing as to Carlos Garcia
                 (7), granting [462-1] motion to continue sentencing as to
                 Adam Todd Silverman (6), granting [462-2] motion to extend
                 time for filing objections to the PSI as to Adam Todd
                 Silverman (6) until 02/08/02.  setting Sentencing for 4:00
                 2/19/02 for Adam Todd Silverman, for Carlos Garcia before
                 Judge Paul C. Huck ( Signed by Judge Paul C. Huck on
                 01/29/02) [EOD 1/30/02] CCAP (nt) [Entry date 01/30/02]

1/29/02  465     Minutes of Sentencing held on 01/28/02  before Judge Paul
                 C. Huck as to Francis Ruggiero ;  Court Reporter Name or
                 Tape #: Larry Herr (nt) [Entry date 01/30/02]

Case 0:00-cr-06273-PCH   Document 593   Entered on FLSD Docket 10/31/2002   Page 67 of 80
Proceedings Include All Events)
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

1/29/02   466   JUDGMENT as to  Francis Ruggiero (3) count(s) 1.
                Imprisonment for 18 months. Supervised Release for 3 years.
                Assessment $100.00 , Francis Ruggiero (3) count(s) 22, 23 .
                Dismissed. ( Signed by Judge Paul C. Huck on 01/25/02)
                [EOD Date: 1/30/02]  CCAP (nt) [Entry date 01/30/02]

1/29/02   467   Minutes of Sentencing held on 01/29/02  before Judge Paul
                C. Huck as to Julius Bruce Chiusano ;  Court Reporter Name
                or Tape #: Larry Herr (nt) [Entry date 01/30/02]

1/29/02   --    Sentencing  held Julius Bruce Chiusano (5) count(s) 1 (nt)
                [Entry date 01/30/02]

1/29/02   468   JUDGMENT as to  Julius Bruce Chiusano (5) count(s) 1.
                Imprisonment for 24 months to run concurrently with the
                sentence imposed by Judge Seitz under case number
                00-6309-CR-PAS. Supervised Release of 3 years to run
                concurrent with the sentence imposed under 00-6309-CR-PAS.
                Assessment $100.00 , Julius Bruce Chiusano (5) count(s)
                2-16, 21 .  Dismissed. ( Signed by Judge Paul C. Huck on
                01/29/02) [EOD Date: 1/30/02]  CCAP (nt)
                [Entry date 01/30/02]

1/29/02   469   Minutes of Sentencing held on 01/29/02  before Judge Paul
                C. Huck as to Anthony Raymond Banks ;  Court Reporter Name
                or Tape #: Larry Herr (nt) [Entry date 01/30/02]

1/29/02   --    Sentencing  held Anthony Raymond Banks (9) count(s) 1 (nt)
                [Entry date 01/30/02]

1/29/02   470   JUDGMENT as to  Anthony Raymond Banks (9) count(s) 1.
                Imprisonment for 21 months. Supervised Release for 3 years.
                Assessment $100.00 , Anthony Raymond Banks (9) count(s) 19.
                Dismissed. ( Signed by Judge Paul C. Huck on 01/29/02)
                [EOD Date: 1/30/02]  CCAP (nt) [Entry date 01/30/02]

1/29/02   471   Minutes of Sentencing held on 01/29/02  before Judge Paul
                C. Huck as to Charles Patrick Monico ;  Court Reporter Name
                or Tape #: Larry Herr (nt) [Entry date 01/30/02]

1/29/02   --    Sentencing  held Charles Patrick Monico (8) count(s) 1 (nt)
                [Entry date 01/30/02]

1/29/02   472   JUDGMENT as to  Charles Patrick Monico (8) count(s) 1.
                Imprisonment for TIME SERVED. Supervised Release for 3
                years. Assessment $100.00 , Charles Patrick Monico (8)
                count(s) 19. Dismissed. ( Signed by Judge Paul C. Huck on
                01/29/02) [EOD Date: 1/30/02]  CCAP (nt)
                [Entry date 01/30/02]

1/29/02   473   NOTICE of Filing Items in Support of Sentencing by Carlos
                Garcia (nt) [Entry date 01/30/02]

| 1/30/02 | 474 | Judgment Returned Executed as to Charles Patrick Monico on 01/30/02 (nt) [Entry date 01/31/02] |
|---------|-----|---|

1/31/02   475   AMENDED JUDGMENT as to Julius Bruce Chiusano (5) count(s) 1. Imprisonment for 24 months to run concurrently with the sentence imposed by Judge Seitz under case number 00-6309-CR-PAS. Supervised Release of 3 years to run concurrent with the sentence imposed under 00-6309-CR-PAS. Assessment $100.00 ( Signed by Judge Paul C. Huck on 01/31/02) [EOD Date: 2/1/02]   CCAP (nt) [Entry date 02/01/02]   Vol. 5 contd.

1/31/02   (476)   ORDER as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  denying [455-1] motion for Judgment of Acquittal as to Anthony Trentacosta (1), denying [449-1] motion for Judgment of Acquittal as to Frederick J. Massaro (2), denying [449-2] motion for new trial as to Frederick J. Massaro (2) ( Signed by Judge Paul C. Huck on 01/31/02) [EOD Date: 2/4/02] CCAP (ra) [Entry date 02/04/02]

2/8/02   477   OBJECTION by Adam Todd Silverman  to Presentence Investigation Report (nt) [Entry date 02/11/02]

2/8/02   478   Judgment Returned Executed as to Charles Patrick Monico on 02/07/02 (nt) [Entry date 02/11/02]

2/12/02   479   Judgment Returned Executed as to Julius Bruce Chiusano on 02/06/02 at BOP FCI Miami (nt) [Entry date 02/13/02]

2/12/02   480   Judgment Returned Executed as to Julius Bruce Chiusano on 02/06/02 at BOP FCI Miami (nt) [Entry date 02/13/02]

2/12/02   481   MOTION by Julius Bruce Chiusano to Exonerate Bond (nt) [Entry date 02/13/02]

2/13/02   482   ORDER as to Julius Bruce Chiusano  granting [481-1] motion to Exonerate Bond as to Julius Bruce Chiusano (5) ( Signed by Judge Paul C. Huck on 02/13/02) [EOD Date: 2/14/02] CCAP (nt) [Entry date 02/14/02]

2/19/02   483   MOTION by USA  as to Carlos Garcia to Reduce Sentence pursuant to U.S.S.G. Section 5K1.1 (nt) [Entry date 02/20/02]

2/19/02   484   MOTION by USA  as to Adam Todd Silverman to Reduce Sentence pursuant to U.S.S.G. Section 5K1.1 (nt) [Entry date 02/20/02]

2/19/02   --   Sentencing held  before Judge Paul C. Huck  Adam Todd Silverman (6) count(s) 19 (nt) [Entry date 02/21/02]

2/20/02   485   Minutes of Sentencing held on 02/19/02  before Judge Paul C. Huck as to Adam Todd Silverman ;  Court Reporter Name or Tape #: Paul Hafferling (nt) [Entry date 02/21/02]

Case 0:00-cr-06273-PCH Document 593 Entered on FLSD Docket 10/31/2002 Page 69 of 80
Proceedings Pretrial - all events
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

| 2/20/02 | 486 | JUDGMENT as to Adam Todd Silverman (6) count(s) 19. Imprisonment for 42 months; Supervised Release for 3 years; Assessment $100.00 , Adam Todd Silverman (6) count(s) 1, 23 are Dismissed. ( Signed by Judge Paul C. Huck on 02/20/02) [EOD Date: 2/21/02] CCAP (nt) [Entry date 02/21/02] |
| 2/22/02 | 487 | Judgment Returned Executed as to Anthony Raymond Banks on 02/19/02 at FDC Miami (nt) [Entry date 02/25/02] |
| 2/26/02 | -- | Sentencing held before Judge Paul C. Huck  Carlos Garcia (7) count(s) 20 (nt) [Entry date 02/28/02] |

Vol. 5 contd.

| 2/27/02 | 488 | Minutes of Sentencing held on 02/26/02 before Judge Paul C. Huck as to Carlos Garcia ; Court Reporter Name or Tape #: Larry Herr (nt) [Entry date 02/28/02] |
| 2/27/02 | 489 | JUDGMENT as to  Carlos Garcia (7) count(s) 20. Imprisonment for 25 months; Supervised Release for 3 years; Assessment $100.00 , Carlos Garcia (7) Count(s) 1, 23 are Dismissed. ( Signed by Judge Paul C. Huck on 02/26/02) [EOD Date: 2/28/02] CCAP (nt) [Entry date 02/28/02] |
| 3/5/02 | (490) | UNOPPOSED MOTION by Frederick J. Massaro to continue sentencing hearing (nt) [Entry date 03/06/02] |
| 3/18/02 | 491 | MOTION by Francis Ruggiero to extend the self surrender date (nt) [Entry date 03/19/02] |
| 3/18/02 | 492 | ORDER as to Francis Ruggiero  granting [491-1] motion to extend the self surrender date as to Francis Ruggiero (3) for a period of 45 days until such time as the Bureau of Prisons has designated the defendant to an appropriate facility. (See Order for further details.) ( Signed by Judge Paul C. Huck on 03/18/02) [EOD Date: 3/19/02] CCAP (nt) [Entry date 03/19/02] |
| 3/18/02 | (493) | ORDER as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  granting [490-1] motion to continue sentencing hearing as to Frederick J. Massaro (2)  setting Sentencing for 4:00 4/23/02 for Anthony Trentacosta, for Frederick J. Massaro, for Ariel Hernandez  before Judge Paul C. Huck ( Signed by Judge Paul C. Huck on 03/18/02) [EOD Date: 3/20/02] CCAP (nt) [Entry date 03/20/02] |
| 3/19/02 | 494 | Judgment Returned Executed as to Julius Bruce Chiusano on 2/6/02 at FCI Miami FL (nt) [Entry date 03/20/02] |
| 3/25/02 | 495 | Letter re designation as to Adam Todd Silverman (sk) [Entry date 03/26/02] |
| 3/26/02 | (496) | INITIAL MOTION by Frederick J. Massaro for downward departure (nt) [Entry date 03/27/02] |

Proceedings include all events.                                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

3/26/02  497    INITIAL OBJECTION by Frederick J. Massaro  to Presentence
                Investigation Report (nt) [Entry date 03/27/02]

3/27/02  498    MOTION by Frederick J. Massaro  for additional  20 days to
                file further objections and motions (cj)
                [Entry date 03/28/02]    Vol. 5 contd.

4/1/02   499    NOTICE of designation to Federal Correctional Institution,
                Jesup, Georgia by USA (BOP) as to Carlos Garcia (cj)
                [Entry date 04/02/02]

4/2/02   500    ORDER as to Frederick J. Massaro  granting [498-1] motion
                for additional  20 days to file further objections and
                motions as to Frederick J. Massaro (2) ( Signed by Judge
                Paul C. Huck on 4/2/02) [EOD Date: 4/3/02] CCAP (sk)
                [Entry date 04/03/02]

4/10/02  501    OBJECTION by USA  to Presentence Investigation Report  as
                to Anthony Trentacosta (nt) [Entry date 04/11/02]

4/10/02  501    MOTION by USA  as to Anthony Trentacosta for upward
                departure (nt) [Entry date 04/11/02]

4/12/02  502    SUPPLEMENTAL MOTION by Frederick J. Massaro for downward
                departure, and classification to a medical facility (nt)
                [Entry date 04/15/02]

4/16/02  503    RESPONSE to [497-1]  Objections to Presentence
                Investigation Report by Frederick J. Massaro as to
                Frederick J. Massaro (nt) [Entry date 04/17/02]

4/16/02  503    RESPONSE by USA  as to Frederick J. Massaro re [502-1]
                motion for downward departure, [496-1] motion for downward
                departure (nt) [Entry date 04/17/02]

4/17/02  504    EMERGENCY MOTION by Anthony Trentacosta to continue
                sentencing (nt) [Entry date 04/18/02]

4/18/02  505    Minutes of Telephone Conference held on 04/18/02  before
                Judge Paul C. Huck as to Anthony Trentacosta ; Conference
                held off record re: motion to continue sentencing (nt)
                [Entry date 04/19/02]

4/18/02  --     Telephone conference as to Anthony Trentacosta  held before
                Judge Paul C. Huck (nt) [Entry date 04/19/02]

4/18/02  506    RESPONSE to [501-1]  Objections to Presentence
                Investigation Report by USA as to Anthony Trentacosta (nt)
                [Entry date 04/19/02]

4/22/02  507    OBJECTION by Ariel Hernandez  to Presentence Investigation
                Report (ct) [Entry date 04/23/02]  End Vol. 5

4/22/02  (508)  MOTION by Ariel Hernandez for leave to file objections to
                Pre-Sentence Report out of time (ct) [Entry date 04/23/02]

4/22/02  (509)  RESPONSE to [507-1] Objections to Presentence
                Investigation Report by USA as to Ariel Hernandez (gp)
                [Entry date 04/23/02]  *Begin Vol. 6*

4/22/02  (511)  ORDER as to Ariel Hernandez  granting [508-1] motion for
                leave to file objections to Pre-Sentence Report out of time
                as to Ariel Hernandez (4) ( Signed by Judge Paul C. Huck on
                4/22/02) [EOD Date: 4/24/02] CCAP⚡ (sp)
                [Entry date 04/24/02]

4/23/02  (510)  Minutes of Sentencing hearing held on 4/23/02  before Judge
                Paul C. Huck as to Frederick J. Massaro, Ariel Hernandez ;
                Both defendants sentenced.  See Judgments for details.
                Court Reporter Name or Tape #: Larry Herr (wc)
                [Entry date 04/24/02]

4/23/02  --     Sentencing held  before Judge Paul C. Huck  Frederick J.
                Massaro (2) count(s) 1, 2-16, 17-18, 20, 21, 22, 23, 24 (nt)
                [Entry date 04/26/02]

4/24/02  (512)  EXPERT report by Frederick J. Massaro (nt)
                [Entry date 04/25/02]

4/24/02  --     Sentencing held  before Judge Paul C. Huck  Ariel
                Hernandez (4) count(s) 1, 2-16, 17-18, 21 (nt)
                [Entry date 04/26/02]

4/24/02  (516)  NOTICE OF APPEAL by Frederick J. Massaro re: [514-1]
                judgment order  EOD Date: 4/26/02; Frederick J. Massaro (2)
                count(s) 1, 2-16, 17-18, 20, 21, 22, 23, 24;  Filing Fee: $
                105.00 Receipt #: 861714 Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (hh) [Entry date 04/26/02]

4/25/02  513    Judgment Returned Executed as to Francis Ruggiero on
                03/25/02 at FCC Coleman - Low (nt) [Entry date 04/26/02]

4/25/02  (514)  JUDGMENT as to  Frederick J. Massaro (2) count(s) 1, 2 -16
                , 17 -18 , 20 , 21 , 22 , 23 , 24 .  Imprisonment for term
                of life as to Counts 1 and 18; 360 months as to each of
                Counts 2 - 16; 240 months as to each of Counts 22 and 23;
                120 months as to each of Counts 17, 20, 21, and 24, all to
                run Concurrently. Supervised Release for 5 years as to each
                of Counts 1,2-16, and 18. 3 years as to each of Counts 17
                and 20 through 24, all to run Concurrently. Assessment
                $2,300.00 Fine $10,000.00 ( Signed by Judge Paul C. Huck on
                04/24/02) [EOD Date: 4/26/02]  CCAP (nt)
                [Entry date 04/26/02]

4/25/02    515    JUDGMENT as to  Ariel Hernandez (4) count(s) 1, 2 -16 , 17
                  -18 , 21 .  Imprisonment for a term of Life as to Counts
                  1-18, 360 months as to Counts 2-16, 120 months as to Counts
                  17 and 21 to run Concurrently. Supervised Release for 5
                  years as to Counts 1, 2-16, 18, and 3 years as to Counts 17
                  and 21 to run Concurrently. Assessment $1,900.00 Fine
                  $10,000.00  ( Signed by Judge Paul C. Huck on 04/23/02)
                  [EOD Date: 4/26/02]  CCAP (nt) [Entry date 04/26/02]

                  *Vol. 6 contd.*

4/26/02    --     Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Frederick J. Massaro [516-1]
                  appeal (hh) [Entry date 04/26/02]

4/26/02    517    ORDER Granting Ore Tenus Motion for Appointment of
                  Appellate Counsel as to Ariel Hernandez ( Signed by Judge
                  Paul C. Huck on 4/26/02) [EOD Date: 4/29/02] CCAP (nc)
                  [Entry date 04/29/02]

4/29/02    518    REPLY to [501-1]  Objections to Presentence Investigation
                  Report by Anthony Trentacosta (nt) [Entry date 04/30/02]

4/30/02    519    NOTICE OF APPEAL by Ariel Hernandez re: [515-1] judgment
                  order  EOD Date: 4/26/02; Ariel Hernandez (4) count(s) 1,
                  2-16, 17-18, 21;  Filing Fee: $ (FEE NOT REQUIRED CJA)
                  Copies to USCA, AUSA, USM, USPO and Counsel of Record. (hh)
                  [Entry date 04/30/02]

4/30/02    --     Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Ariel Hernandez [519-1] appeal
                  (hh) [Entry date 04/30/02]

4/30/02    520    Minutes of sentencing held on 4/29/02  before Judge Paul C.
                  Huck as to Anthony Trentacosta ;  Court Reporter Name or
                  Tape #: Larry Her (cj) [Entry date 05/01/02]
                  [Edit date 05/01/02]

4/30/02    --     Sentencing  held  before Judge Paul C. Huck  Anthony
                  Trentacosta (1) count(s) 1 (cj) [Entry date 05/01/02]

4/30/02    521    JUDGMENT as to  Anthony Trentacosta (1) count(s) 1.
                  Imprisonment for a term of 100 months, supervised release
                  for a term of 3 years, Assessment of $100.00, Fine of
                  $2,500.00, Restitution to be determined at a date within 90
                  days , Anthony Trentacosta (1) count(s) 1.  Imprisonment
                  for a term of 100 months, supervised release for a term of
                  3 years, Assessment of $100.00, Fine of $2,500.00,
                  Restitution to be determined at a date within 90 days (
                  Signed by Judge Paul C. Huck on 4/30/02) [EOD Date: 5/1/02]
                   CCAP (cj) [Entry date 05/01/02]

5/3/02     522    NOTICE OF APPEAL by Anthony Trentacosta re: [521-1]
                  judgment order  EOD Date: 5/01/02; Anthony Trentacosta (1)
                  count(s) 1;  Filing Fee: $ 105.00 Receipt #: 862116 Copies
                  to USCA, AUSA, USM, USPO and Counsel of Record. (hh)

[Entry date 05/03/02]

5/3/02    --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Anthony Trentacosta [522-1]
                appeal (hh) [Entry date 05/03/02]

5/6/02    --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA on 4/29/02 as to Frederick J. Massaro  Re:
                [516-1] appeal USCA Number: 02-12352-A (hh)
                [Entry date 05/06/02] Vol. 6 contd.

5/10/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA on 5/03/02 as to Ariel Hernandez Re: [519-1]
                appeal USCA Number: 02-12352-A (hh) [Entry date 05/13/02]

5/13/02  (523)  Exhibit and Witness List by Anthony Trentacosta as to
                Anthony Trentacosta (Cassette Tape Attached) (nt)
                [Entry date 05/13/02]

5/14/02  (524)  MOTION by Frederick J. Massaro for adjudication of
                insolvency for transcript (cj) [Entry date 05/15/02]

5/15/02  (525)  TRANSCRIPT INFORMATION FORM as to Ariel Hernandez  re:
                [519-1] appeal  received on 5/16/02 from Court Reporter.
                (Returned to Court Reporter Coordinator) (nc)
                [Entry date 05/16/02]

5/21/02  (526)  ORDER OF REFERENCE OF POST TRIAL MOTION; referring
                Motion(s) to Magistrate Judge William C. Turnoff as to
                Frederick J. Massaro : [524-1] motion for adjudication of
                insolvency for transcript as to Frederick J. Massaro (2) (
                Signed by Judge Paul C. Huck on 5/16/02) [EOD Date:
                5/22/02] CCAP (ct) [Entry date 05/22/02]

5/23/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA on 5/06/02 as to Anthony Trentacosta  Re: [522-1]
                appeal USCA Number: 02-12352-A (hh) [Entry date 05/23/02]

5/24/02  (529)  MOTION by Anthony Trentacosta for release on bond pending
                appeal (sp) [Entry date 05/30/02]

5/28/02  (527)  RESPONSE by USA  as to Anthony Trentacosta re motion  for
                release pending appeal  (specified document(s) not found on
                Court's Docket as of this docket entry) (sk)
                [Entry date 05/29/02]

5/29/02  (528)  AMENDED TRANSCRIPT INFORMATION FORM as to Ariel Hernandez
                re: [519-1] appeal  received on 5/30/02 from Court
                Reporter. (Returned to Court Reporter Coordinator) (nc)
                [Entry date 05/30/02]

5/31/02   530   TRANSCRIPT filed as to Ariel Hernandez  of suppression
                hearing held 9/11/01  before Judge Magistrate Stephen T.
                Brown  Pages: 1-39  re: [519-1] appeal. . (ga) Vol. 4

Proceedings include all events.
0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL

[Entry date 06/03/02] [Edit date 06/03/02]

---

| 5/31/02 | 531 | TRANSCRIPT filed as to Ariel Hernandez of suppression hearing held 9/26/01 before Judge Magistrate Stephen T. Brown Pages: 1-50 re: [519-1] appeal . (ga) [Entry date 06/03/02] [Edit date 06/03/02] *Vol. 15* |
|---|---|---|

---

| 5/31/02 | (532) | Transcript Information Form as to Ariel Hernandez for Transcript of: suppression hearing held 9/11/01 & 9/26/01 filed re: [519-1] appeal  by Ariel Hernandez (ga) [Entry date 06/03/02] *Vol. 6  cont'd.* |
|---|---|---|

---

| 5/31/02 | (533) | ORDER as to Frederick J. Massaro  granting [524-1] motion for adjudication of insolvency for transcript as to Frederick J. Massaro (2) ( Signed by Magistrate Judge William C. Turnoff on 5/31/02) [EOD Date: 6/3/02] CCAP✗ (ct) [Entry date 06/03/02] |
|---|---|---|

---

| 6/4/02 | (534) | ORDER as to Anthony Trentacosta  denying [529-1] motion for release on bond pending appeal as to Anthony Trentacosta (1) ( Signed by Judge Paul C. Huck on 06/04/02) [EOD Date: 6/5/02] CCAP✗ (nt)  [Entry date 06/05/02] |
|---|---|---|

---

| 6/6/02 | 535 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held November 20, 2001  before Judge Paul C. Huck  Pages: 1-178. re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (hh) [Entry date 06/06/02] *Vol. 19* |
|---|---|---|

---

| 6/6/02 | 536 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held November 21, 2001  before Judge Paul C. Huck  Volume #: Trial Day 3 Pages: 1-228  re: [522-1] appeal, [519-1] appeal, [516-1] appeal  (hh) [Entry date 06/06/02] *Vol. 20* |
|---|---|---|

---

| 6/6/02 | 537 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  of Trial Proceedings held November 27, 2001  before Judge Paul C. Huck  Volume #: Trial Day 5 Pages: 1-229  re: [522-1] appeal, [519-1] appeal, [516-1] appeal  (hh) [Entry date 06/06/02] *Vol. 22* |
|---|---|---|

---

| 6/6/02 | 538 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  of Trial Proceedings held November 28, 2001  before Judge Paul C. Huck  Volume #: Trial Day 6 Pages: 1-232  re: [522-1] appeal, [519-1] appeal, [516-1] appeal  (hh) [Entry date 06/06/02] *Vol. 23* |
|---|---|---|

---

| 6/6/02 | 539 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  of Trial Proceedings held November 29, 2001  before Judge Paul C. Huck  Volume #: Trial Day 7 Pages: 1-192  re: [522-1] appeal, [519-1] appeal, [516-1] appeal  (hh) [Entry date 06/06/02] *Vol. 24* |
|---|---|---|

---

Case 0:00-cr-06273-PCH   Document 593   Entered on FLSD Docket 10/31/2002   Page 75 of 80
Proceedings include all events.
0:00cr6273-ALL USA v. Trentacosta, et al                           CLOSED APPEAL

| 6/6/02 | 540 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held November 30, 2001 before Judge Paul C. Huck Volume #: Trial Day 8 Pages: 1-181 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] *Vol. 25* |
|---|---|---|
| 6/6/02 | 541 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held December 6, 2001 before Judge Paul C. Huck Volume #: Trial Day 9 Pages: 1-225 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] *Vol. 26* |
| 6/6/02 | 542 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held December 7, 2001 before Judge Paul C. Huck Volume #: Trial Day 10 Pages: 1-222 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] *Vol. 27* |
| 6/6/02 | 543 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held December 10, 2001 before Judge Paul C. Huck Volume #: Trial Day 11 Pages: 1-171 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] *Vol. 28* |
| 6/6/02 | 544 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held December 11, 2001 before Judge Paul C. Huck Volume #: Trial Day 12 Pages: 1-243 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] *Vol. 29* |
| 6/6/02 | 545 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Trial Proceedings held December 13, 2001 before Judge Paul C. Huck Volume #: Trial Day 13 Pages: 1-227 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] *Vol. 30* |
| 6/6/02 | 546 | TRANSCRIPT filed as to Frederick J. Massaro, Ariel Hernandez of Sentencing Proceedings held April 23, 2002 before Judge Paul C. Huck Pages: 1-69 re: [519-1] appeal, [516-1] appeal (hh) [Entry date 06/06/02] [Edit date 06/06/02] *Vol. 33* |
| 6/6/02 | 547 | TRANSCRIPT filed as to Anthony Trentacosta of Sentencing Proceeding held April 29, 2002 before Judge Paul C. Huck Pages: 1-66 re: [522-1] appeal (hh) [Entry date 06/06/02] *Vol. 34* |
| 6/7/02 | 548 | NOTICE of letter to Judge Huck by R.E. Holt Regional Director of U.S. Department of Justice as to Anthony Trentacosta (cj) [Entry date 06/10/02] *Vol. 6 contd.* |
| 6/13/02 | 549 | NOTICE of Appearance for Anthony Trentacosta by Attorney Edward T. M. Garland and Donal F. Samuel (gp) [Entry date 06/14/02] |

6/13/02   (550)   MOTION by Anthony Trentacosta for Adjudication of
                  Insolvency for Transcript (gp) [Entry date 06/14/02]

6/21/02   (551)   ORDER OF REFERENCE referring Motion(s) to Magistrate Judge
                  William C. Turnoff as to Anthony Trentacosta : [550-1]
                  motion for Adjudication of Insolvency for Transcript
                  referred to Magistrate Judge William C. Turnoff as to
                  Anthony Trentacosta (1) ( Signed by Judge Paul C. Huck on
                  06/21/02) [EOD Date: 6/24/02] CCAP (nt)
                  [Entry date 06/24/02]   *Vol. 6 cont'd.*

6/25/02   (552)   NOTICE of Filing Affidavit of Anthony Trentacosta by
                  Anthony Trentacosta (nt) [Entry date 06/26/02]

6/25/02   (553)   AFFIDAVIT of Anthony Trentacosta Re: [550-1] motion for
                  Adjudication of Insolvency for Transcript (nt)
                  [Entry date 06/26/02]

6/27/02   (554)   TRANSCRIPT INFORMATION FORM as to Anthony Trentacosta re:
                  [522-1] appeal received on 06/28/02 from Court Reporter.
                  (Returned to Court Reporter Coordinator) (ga)
                  [Entry date 06/28/02]

7/2/02    --      Motion hearing as to Anthony Trentacosta re: [550-1] motion
                  for Adjudication of Insolvency for Transcript before
                  Magistrate Judge William C. Turnoff (ct)
                  [Entry date 07/08/02]

7/3/02    556     Transmittal Letter sent to District of New Jersey in case
                  as to Charles Patrick Monico . Documents Sent: Rule 20
                  Documents (nt) [Entry date 07/05/02]

7/5/02    555     TRANSFER OF JURISDICTION of Probation/Supervised Release as
                  to Charles Patrick Monico . Transmitted Transfer of
                  Jurisdiction form, with certified copies of indictment,
                  judgment and docket sheet to District of New Jersey.
                  Effective Date: 05/06/02 ( Signed by Judge Paul C. Huck on
                  04/04/02) [EOD Date: 7/5/02] (nt) [Entry date 07/05/02]

7/5/02    (557)   Minutes of Motion Haring held on 7/2/02 before Magistrate
                  Judge William C. Turnoff as to Anthony Trentacosta ; Court
                  Reporter Name or Tape #: 02G-46-1383 (ct)
                  [Entry date 07/08/02]

7/8/02    (558)   ORDER as to Anthony Trentacosta granting [550-1] motion
                  for Adjudication of Insolvency for Transcript as to Anthony
                  Trentacosta (1) ( Signed by Magistrate Judge William C.
                  Turnoff on 7/5/02) [EOD Date: 7/9/02] CCAP (cj)
                  [Entry date 07/09/02]

7/12/02  (559)   NOTICE of Hearing as to Anthony Trentacosta, Frederick J.
                 Massaro, Ariel Hernandez :  set hearing to determine
                 restitution in the matter for 8:45 7/19/02 for Anthony
                 Trentacosta, for Frederick J. Massaro, for Ariel Hernandez
                 before Judge Paul C. Huck (cj) [Entry date 07/12/02]

                                    *Vol. 6 contd.*

7/12/02  (560)   NOTICE of Appearance for Frederick J. Massaro by Attorney
                 Benedict Paul Kuehne (nt) [Entry date 07/15/02]

7/12/02  (561)   TRANSCRIPT INFORMATION FORM as to Frederick J. Massaro  re:
                 [516-1] appeal  received on 07/15/02 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (ga)
                 [Entry date 07/15/02]

7/12/02  (562)   PETITION/MOTION by USA  as to Ariel Hernandez for writ of
                 habeas corpus ad prosequndum (cj) [Entry date 07/15/02]

7/15/02  (563)   UNOPPOSED MOTION by Frederick J. Massaro to continue
                 restitution hearing (nt) [Entry date 07/16/02]

7/16/02  (564)   NOTICE of Hearing as to Ariel Hernandez, Anthony
                 Trentacosta, Frederick J. Massaro :  set restitution
                 Hearing for 4:45 7/22/02 for Ariel Hernandez, for Anthony
                 Trentacosta, for Frederick J. Massaro  before Judge Paul
                 C. Huck (sk) [Entry date 07/17/02]

7/16/02  (565)   WRIT of Habeas Corpus ad Prosequendum issued as to Ariel
                 Hernandez  for 7/19/02 granting [562-1] motion for writ of
                 habeas corpus ad prosequendum as to Ariel Hernandez (4)   (
                 Signed by Judge Paul C. Huck on 7/16/02) [EOD Date:
                 7/17/02] (sk) [Entry date 07/17/02]

7/22/02  (566)   MOTION by Ariel Hernandez for Jeffrey Weinkle to withdraw
                 as appellate counsel (nt) [Entry date 07/23/02]

7/22/02  (567)   NOTICE of Hearing as to Ariel Hernandez : Motion hearing
                 before Judge Paul C. Huck set for 4:45 7/22/02 for Ariel
                 Hernandez for [566-1] motion for Jeffrey Weinkle to
                 withdraw as appellate counsel (nt) [Entry date 07/23/02]

7/22/02   568    ACKNOWLEDGMENT of receipt as to Charles Patrick Monico  of:
                 Rule 20 Documents  by: District of New Jersey ; Date:
                 07/17/02 ; Other Court Case # 02-344-CR-JAG (nt)
                 [Entry date 07/23/02]

7/22/02    --    Restitution Determination Hearing as to Ariel Hernandez,
                 Frederick J. Massaro, Anthony Trentacosta held before Judge
                 Paul C. Huck (nt) [Entry date 07/24/02]

7/23/02  (569)   Minutes of Restitution Determination held on 07/22/02
                 before Judge Paul C. Huck as to Ariel Hernandez, Frederick
                 J. Massaro, Anthony Trentacosta ;  continuing Restitution
                 Determination for 07/26/02 at 9:00 before Judge Paul C.
                 Huck Court Reporter Name or Tape #: Larry Herr (nt)

[Entry date 07/24/02]

7/23/02 (570)  ORDER as to Ariel Hernandez granting [566-1] motion for
Jeffrey Weinkle to withdraw as appellate counsel ( Signed
by Judge Paul C. Huck on 07/22/02) [EOD Date: 7/24/02]
CCAP (nt) [Entry date 07/24/02]

*Vol. 6 contd.*

7/23/02 (571)  ORDER as to Ariel Hernandez granting ore tenus motion for
appointment of appeallate counsel appointing Richard
Rosenbaum as new appellate counsel pursuant to the CJA. (
Signed by Judge Paul C. Huck on 07/23/02) [EOD Date:
7/24/02] CCAP (nt) [Entry date 07/24/02]

7/25/02 (572)  ORDER of restitution Ariel Hernandez is to pay restitution
in the amount of $39,157.56 and Anthony Trentecosta is to
pay restitution in the amount of $39,157.56 (see order for
details) as to Anthony Trentacosta, Ariel Hernandez (
Signed by Judge Paul C. Huck on 7/25/02) [EOD Date:
7/26/02] CCAP (cj) [Entry date 07/26/02]

7/26/02 (573)  Minutes of Restitution Determination held on 07/26/02
before Judge Paul C. Huck as to Frederick J. Massaro; Order
to follow; [563-1] motion to continue restitution hearing
as to Frederick J. Massaro (2) Court Reporter Name or Tape
#: Paul Haferling (nt) [Entry date 07/29/02]

7/26/02 --  Restitution Determination Hearing as to Frederick J.
Massaro held before Judge Paul C. Huck (nt)
[Entry date 07/29/02]

7/26/02 (574)  ORDER of Restitution as to Frederick J. Massaro in the
amount of $39,157.66, jointly and severly to victims of
fraudulent activity. Restitution is denied as to ABC
Distributing. (See Order for further details.) ( Signed by
Judge Paul C. Huck on 07/26/02) [EOD Date: 7/30/02] CCAP
(nt) [Entry date 07/30/02]

7/29/02 (575)  SUBSTITUTION OF COUNSEL for Anthony Trentacosta by
Attorneys Edward T.M. Garland and Donald F. Samuel. Stephen
H. Rosen will not be representing defendant on the appeal
filed May 3, 2002 (ga) [Entry date 07/31/02]

8/9/02 (576)  MOTION by Ariel Hernandez to provide Court appointed
counsel with disks of transcripts ordered (nt)
[Entry date 08/12/02]

8/12/02 (577)  TRANSCRIPT INFORMATION FORM as to Ariel Hernandez re:
[519-1] appeal received on 8/12/02 from Court Reporter.
(Returned to Court Reporter Coordinator) (nc)
[Entry date 08/13/02]

| 8/12/02 | 588 | Acknowledgement of Transcript Information Forms to Frederick J. Massaro re: [516-1] appeal by Frederick J. Massaro Transcript of: Jury Trial 12/14/01 Transcript due on: 9/9/02 for Frederick J. Massaro ; Court Reporter name: Randall Belsvik (nc) [Entry date 10/10/02] Vol. 6 cont'd |
|---|---|---|
| 8/13/02 | 578 | ORDER as to Ariel Hernandez denying [576-1] motion to provide Court appointed counsel with disks of transcripts ordered as to Ariel Hernandez (4) ( Signed by Judge Paul C. Huck on 08/13/02) [EOD Date: 8/14/02] CCAP (nt) [Entry date 08/14/02] |
| 8/19/02 | 579 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Jury Trial held 11/19/01 before Judge Paul C. Huck Pages: 1-283 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (hh) [Entry date 08/19/02] Vol. 18 |
| 8/19/02 | 580 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of Jury Trial held 11/26/01 before Judge Paul C. Huck Pages: 1-188 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (hh) [Entry date 08/19/02] Vol. 21 |
| 8/28/02 | 581 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of jury trial held 12/14/01 before Judge Paul C. Huck Pages: 1-20 re: [522-1] appeal, [519-1] appeal, [516-1] appeal (ga) Vol. 31 [Entry date 08/29/02] |
| 8/28/02 | 582 | Transcript Information Form as to Frederick J. Massaro for Transcript of: trial held 12/14/01 filed see DE#581 re: [516-1] appeal by Frederick J. Massaro (ga) [Entry date 09/03/02] |
| 9/4/02 | 583 | Judgment Returned Executed as to Anthony Trentacosta on 08/28/02 at FCI Estill, Estill SC (nt) [Entry date 09/05/02] |
| 9/27/02 | 584 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 10/04/01 before Judge Paul C. Huck Pages: 1-14 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 09/27/02] Vol. 16 |
| 9/27/02 | 585 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 11/14/01 before Judge Paul C. Huck Pages: 1-57 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 09/27/02] Vol. 17 |
| 9/27/02 | 586 | TRANSCRIPT filed as to Anthony Trentacosta, Ariel Hernandez of hearing proceedings held 6/22/01 before Judge Magistrate Stephen T. Brown Pages: 1-30 re: [522-1] appeal, [519-1] appeal (ga) Vol. 10 [Entry date 09/30/02] |

9/27/02  587   Transcript Information Form as to Anthony Trentacosta,
               Ariel Hernandez for Transcript of: hearing proceedings held
               6/22/01 filed re: [519-1] appeal  by Ariel Hernandez (ga)
               [Entry date 09/30/02]   Vol. 6 contd.

10/18/02 589   TRANSCRIPT filed as to Anthony Trentacosta, Frederick J.
               Massaro, Ariel Hernandez  of trial proceedings held
               12/14/01  before Judge Paul C. Huck  Volume #: DAY 14
               Pages: 1-8 re: [522-1] appeal, [519-1] appeal, [516-1]
               appeal . (ga) [Entry date 10/18/02]  Vol. 32

10/22/02 590   MOTION by Anthony Trentacosta to allow transcript to be
               Unsealed for purpose of appeal (nt) [Entry date 10/23/02]

10/22/02 592   TRANSCRIPT INFORMATION FORM as to Anthony Trentacosta  re:
               [522-1] appeal  received on 10/23/02 from Court Reporter.
               (Returned to Court Reporter Coordinator) (ga)
               [Entry date 10/28/02]

10/24/02 591   MOTION by Anthony Trentacosta to allow transcripts to be
               unsealed for purpose of appeal DE# 410 (hh)
               [Entry date 10/24/02]   End Vol. 6