Duplicate of DE# 586

**FILED by \_\_\_ D.C.**
CT. REP.

**OCT 3 1 2002**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*MIAMI DIVISION*

**UNITED STATES OF AMERICA,**

                        Case No. 00-06273-Cr-HUCK

    Plaintiff,

vs.                      MIAMI, *FLORIDA*
                        JUNE 22, 2001

**ARIEL HERNANDEZ, et al.,**

    Defendants.

---

**TRANSCRIPT OF HEARING PROCEEDINGS**
**BEFORE THE HONORABLE STEPHEN T. BROWN,**
**UNITED STATES MAGISTRATE JUDGE**

**APPEARANCES:**

**FOR THE GOVERNMENT:**

        **NO APPEARANCE BY GOVERNMENT COUNSEL**

**FOR THE DEFENDANT TRENTACOSTA:**

        **RICHARD K. HOULIHAN, ESQ.**
        300 Aragon Avenue
        Miami, Florida

**FOR THE DEFENDANT HERNANDEZ:**

        **JEFFREY D. WEINKLE, ESQ.**
        1101 Brickell Avenue
        Miami, Florida

REPORTED BY:    **JERALD M. MEYERS, RPR-CM**
                      Miami, FL  33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**