IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

Appellee,

v.

Case No. 00-6273-CR-HUCK
Appeal No. 02-12352-A

ANTHONY TRENTACOSTA

Appellant.

### ORDER

This cause came before the undersigned on the Defendant Trentacosta's Motion to Allow Transcript to be Unsealed for Purpose of Appeal. It is hereby

ORDER AND ADJUDGED that the above motion is Granted.

DONE AND ORDERED at Miami, Florida, this _31_ day of _October_, 2002.

_____
United States District Judge