```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       FORT LAUDERDALE DIVISION

 3                  CASE NO. 00-6273-CR-HUCK/BROWN

 4      _____
                                           |
 5      UNITED STATES OF AMERICA,          |   MIAMI, FLORIDA
                                           |
 6                  Plaintiff,             |   NOVEMBER 9, 2001
                                           |
 7      v.                                 |
                                           |
 8      ANTHONY TRENTACOSTA,               |
        et al.,                            |
 9                                         |
                    Defendants.            |
10      _____x

11
                TRANSCRIPT OF EX PARTE, IN CAMERA HEARING
12                 BEFORE THE HONORABLE PAUL C. HUCK,
                      UNITED STATES DISTRICT JUDGE
13

14      APPEARANCES:

15      FOR THE GOVERNMENT:      LAWRENCE LaVECCHIO, ESQ.
                                 JEFFREY SLOMAN, ESQ.
16                               Assistant U. S. Attorneys

17
        REPORTED BY:             LARRY HERR, RPR-CM-FCRR-AE
18                               Official Federal Court Reporter
                                 JLK Federal Justice Building
19                               99 Northeast 4th St., Suite 1067
                                 Miami, FL  33132 - 305/523-5528
20

21

22

23

24

25
```

FILED NOV 0 4 2002 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

REC'D by ____ D.C. APPEAL  NOV - 5 2002  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

596/9a