**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :
:
    Appellee,  :
:    Case No. 00-6273-CR-HUCK
v.  :    Appeal No. 02-12352-A
:
ANTHONY TRENTACOSTA  :
:
    Appellant.  :

## MOTION TO ALLOW TRANSCRIPTS TO BE UNSEALED FOR PURPOSE OF APPEAL

COMES NOW Counsel for the Appellant in the above matter and respectfully requests sealed document transcripts (Docket Nos. 174, Entry Date 2/13/01; 175, Entry Date 2/13/01 with attached exhibits; 180, Entry Date 2/21/01; 194, Entry Date 3/5/01; 212, Entry Date 3/8/01; 217, Entry Date 3/13/01; 222, Entry Date 3/20/01; 270, Entry Date 6/11/01; 271, Entry Date 6/11/01) to be unsealed for purposes of Defendant Trentacosta's Appeal Brief. In support thereof, Counsel shows the following:

1.

Undersigned counsel was not trial counsel in the above case, which began on November 19, 2001; therefore, we request this court to unseal these

transcripts in order to effectively prepare and file an appeal brief on behalf of defendant Trentacosta.

2.

Undersigned counsel filed a motion with the district court on June 13, 2002 that the transcripts be paid for by the court. Attached is a copy of the Order granting counsel's Motion for Adjudication of Insolvency for Transcripts (DE 550).

3.

Undersigned counsel filed a motion with the United States Court of Appeals for the Eleventh Circuit on October 17, 2002 asking the Court to stay the briefing schedule pending the receipt of additional transcripts. Said motion was granted by United States Circuit Court Judge Gerald Bard Tjoflat on October 28, 2002.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.

By: _____
DONALD F. SAMUEL
Georgia Bar No. 624475
Counsel for Appellant

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                  **ORDER**

ANTHONY TRENTACOSTA,

    Defendant.
_____/

    This Cause came before the undersigned on the Defendant's Motion for Adjudication of Insolvency for Transcript (DE 550). After proceedings held, it is

    ORDERED AND ADJUDGED that the above motion is **GRANTED**.

    DONE AND ORDERED at Miami, Florida this _5_ day of July, 2002.

                                          WILLIAM C. TURNOFF
                                          United States Magistrate Judge

c: Honorable Paul Huck
   Donald Samuel, Esq.
   Larry Lavecchio, AUSA

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| S.D.Fl. | Anthony Trentacosta | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 00-6275-CR-PCH | 02-12353-A | |

| 7. CASE MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S.A. v. Trentacosta, et al. | ☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>X Appeal | X Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
R.I.C.O.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Eleventh Circuit of Appeals

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
All motions hearings, voir dire, opening statements, trial proceedings, closing arguments, jury instructions, sentencing

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
A. Apportioned ___ % of transcript with (Give case name and defendant)
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript
C. X Prosecution Opening Statement  X Prosecution Argument  X Prosecution Rebuttal
   X Defense Opening Statement  X Defense Argument  X Voir Dire  X Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney [signed]   Date 6-25-02
Donald F. Samuel
Printed Name
Telephone (404) 262-2225
☐ Panel Attorney  XX Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order   Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature   Date

## ATTORNEY CERTIFICATION

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing MOTION TO ALLOW TRANSCRIPTS TO BE UNSEALED FOR PURPOSE OF APPEAL upon the following by United States Mail-delivery:

Larry Lavecchio, Esq.
Office of the United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33301

This the 14th day of November, 2002.

Donald F. Samuel