IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
NOV 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,        :
                                 :
    Appellee,                    :
                                 :    Case No. 00-6273-CR-HUCK
v.                               :    Appeal No. 02-12352-A
                                 :
ANTHONY TRENTACOSTA              :
                                 :
    Appellant.                   :

REC'D by ___ D.C.
APPEAL
NOV 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

This cause came before the undersigned on Defendant Trentacosta's Motion to Allow Transcripts to be Unsealed for Purpose of Appeal. It is hereby

ORDER AND ADJUDGED that the above motion is Granted.

DONE AND ORDERED at Miami, Florida, this 21st day of November, 2002.

_____
United States District Judge

- See attachment.

600
H.H.



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Appellee, :<br>:<br>v. :<br>:<br>ANTHONY TRENTACOSTA :<br>:<br>Appellant. : | Case No. 00-6273-CR-HUCK<br>Appeal No. 02-12352-A |

## MOTION TO ALLOW TRANSCRIPTS TO BE UNSEALED
## FOR PURPOSE OF APPEAL

COMES NOW Counsel for the Appellant in the above matter and respectfully requests sealed document transcripts (Docket Nos. 174, Entry Date 2/13/01; 175, Entry Date 2/13/01 with attached exhibits; 180, Entry Date 2/21/01; 194, Entry Date 3/5/01; 212, Entry Date 3/8/01; 217, Entry Date 3/13/01; 222, Entry Date 3/20/01; 270, Entry Date 6/11/01; 271, Entry Date 6/11/01) to be unsealed for purposes of Defendant Trentacosta's Appeal Brief. In support thereof, Counsel shows the following:

1.

Undersigned counsel was not trial counsel in the above case, which began on November 19, 2001; therefore, we request this court to unseal these

transcripts in order to effectively prepare and file an appeal brief on behalf of defendant Trentacosta.

2.

Undersigned counsel filed a motion with the district court on June 13, 2002 that the transcripts be paid for by the court. Attached is a copy of the Order granting counsel's Motion for Adjudication of Insolvency for Transcripts (DE 550).

3.

Undersigned counsel filed a motion with the United States Court of Appeals for the Eleventh Circuit on October 17, 2002 asking the Court to stay the briefing schedule pending the receipt of additional transcripts. Said motion was granted by United States Circuit Court Judge Gerald Bard Tjoflat on October 28, 2002.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.

By: _____
DONALD F. SAMUEL
Georgia Bar No. 624475
Counsel for Appellant

3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041