```
                                                FILED by _____ D.C.
                                                APPEAL
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA        NOV 2 7 2002
 2             FORT LAUDERDALE DIVISION
                                                CLARENCE MADDOX
 3          CASE NO. 00-6273-CR-HUCK/BROWN      CLER., U.S. DIST. CT.
                                                S.D. OF FLA.  MIAMI

 4   _____
                                   |
 5   UNITED STATES OF AMERICA,     |   MIAMI, FLORIDA
                                   |
 6              Plaintiff,         |   NOVEMBER 6, 2000
     v.                            |
 7                                 |
     ANTHONY TRENTACOSTA, et al.   |
 8                                 |
                Defendants.        |
 9   _____x

10
                  TRANSCRIPT OF STATUS CONFERENCE
11             BEFORE THE HONORABLE PAUL C. HUCK,
                  UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
14                            Assistant U.S. Attorneys
                              500 East Broward Boulevard, Suite 700
15                            Ft. Lauderdale, FL  33394
                              954/356-7255
16
     FOR DEFENDANT:           RICHARD HOULIHAN, ESQ.
17     TRENTACOSTA:

18

19   FOR DEFENDANT:           FRED HADDAD, ESQ.
       MASSARO:               One Financial Plaza
20                            Ft. Lauderdale, FL  33394
                              954/467-6767
21

22   FOR DEFENDANT            JEFFREY D. WEINKLE, ESQ.
       HERNANDEZ:             One Southeast 2nd Street, Suite 3550
23                            Miami, FL  33131 - 305/373-4445

24

25
```

```
 1
    FOR DEFENDANT
 2    MONACO:            THOMAS ALMON, ESQ.

 3
    FOR DEFENDANT
 4    GARCIA:            ALBERT LEVIN, ESQ.

 5
    FOR DEFENDANT
 6    SILVERMAN:         MIKE SMITH, ESQ.

 7

 8
    REPORTED BY:         LARRY HERR, RPR-CM-FCRR-AE
 9                       Official Federal Court Reporter
                         JLK Federal Justice Building
10                       99 Northeast 4th St., Suite 1067
                         Miami, FL  33132 - 305/523-5528
11
```