```
 1                UNITED STATES DISTRICT COURT        FILED by_____ D.C.
                  SOUTHERN DISTRICT OF FLORIDA        APPEAL
 2                   FORT LAUDERDALE DIVISION         NOV 27 2002

 3              CASE NO. 00-6273-CR-HUCK/BROWN        CLARENCE MADDOX
                                                      CLERK U.S. DIST. CT.
                                                      S.D. OF FLA. - MIAMI
 4      _____
                                              |
 5      UNITED STATES OF AMERICA,             |    MIAMI, FLORIDA
                                              |
 6                   Plaintiff,               |    MARCH 6, 2001
        v.                                    |
 7                                            |
        ANTHONY TRENTACOSTA, et al.           |
 8                                            |
                     Defendants.              |
 9      _____x


10
                     TRANSCRIPT OF STATUS CONFERENCE
11                BEFORE THE HONORABLE PAUL C. HUCK,
                     UNITED STATES DISTRICT JUDGE
12
        APPEARANCES:
13
        FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
14                               Assistant U.S. Attorneys
                                 500 East Broward Boulevard, Suite 700
15                               Ft. Lauderdale, FL  33394
                                 954/356-7255
16
        FOR DEFENDANT:           RICHARD HOULIHAN, ESQ.
17        TRENTACOSTA:

18

19      FOR DEFENDANT:           FRED HADDAD, ESQ.
          MASSARO:               One Financial Plaza
20                               Ft. Lauderdale, FL  33394
                                 954/467-6767
21

22      FOR DEFENDANT            JEFFREY D. WEINKLE, ESQ.
          HERNANDEZ:             One Southeast 2nd Street, Suite 3550
23                               Miami, FL  33131 - 305/373-4445

24

25                                                          602/ga
```

```
 1
    FOR DEFENDANT
 2    RUGGIERO:              THOMAS ALMON, ESQ.

 3
    FOR DEFENDANT
 4    SILVERMAN:             MICHAEL SMITH, ESQ.

 5

 6
    REPORTED BY:             LARRY HERR, RPR-CM-FCRR-AE
 7                           Official Federal Court Reporter
                             JLK Federal Justice Building
 8                           99 Northeast 4th St., Suite 1067
                             Miami, FL  33132 - 305/523-5528
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```