```
 1                UNITED STATES DISTRICT COURT        FILED by _____ D.C.
                  SOUTHERN DISTRICT OF FLORIDA        APPEAL
 2                   FORT LAUDERDALE DIVISION
                                                         NOV 2 7 2002
 3              CASE NO. 00-6273-CR-HUCK/BROWN
                                                      CLARENCE MADDOX
 4    _____                CLERK, U.S. DIST. CT.
                                      |                S.D. OF FLA. - MIAMI
 5    UNITED STATES OF AMERICA,       |     MIAMI, FLORIDA
                                      |
 6              Plaintiff,            |     SEPTEMBER 4, 2001
      v.                              |
 7                                    |
      ANTHONY TRENTACOSTA, et al.     |
 8                                    |
                Defendants.           |
 9    _____x

10
                  TRANSCRIPT OF STATUS CONFERENCE
11             BEFORE THE HONORABLE PAUL C. HUCK,
                  UNITED STATES DISTRICT JUDGE
12
      APPEARANCES:
13
      FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
14                             Assistant U.S. Attorneys
                               500 East Broward Boulevard, Suite 700
15                             Ft. Lauderdale, FL  33394
                               954/356-7255
16
      FOR DEFENDANT:           STEPHEN H. ROSEN, ESQ.
17      TRENTACOSTA:           999 Ponce de Leon Boulevard
                               Suite 700
18                             Coral Gables, FL  33134
                               305/448-9900
19

20
      FOR DEFENDANT:           FRED HADDAD, ESQ.
21      MASSARO:               One Financial Plaza
                               Ft. Lauderdale, FL  33394
22                             954/467-6767

23

24

25
```

```
 1   FOR DEFENDANT             JEFFREY D. WEINKLE, ESQ.
       HERNANDEZ:              One Southeast 2nd Street, Suite 3550
 2                             Miami, FL  33131 - 305/373-4445

 3

 4   FOR DEFENDANT
       RUGGIERO:               SAM DELUCA, ESQ.

 5

 6   FOR DEFENDANT
       SILVERMAN:              MICHAEL SMITH, ESQ.

 7   FOR DEFENDANT
       CHIUSANO:               DONALD SPADARO, ESQ.

 8

 9
     REPORTED BY:              LARRY HERR, RPR-CM-FCRR-AE
10                             Official Federal Court Reporter
                               JLK Federal Justice Building
11                             99 Northeast 4th St., Suite 1067
                               Miami, FL  33132 - 305/523-5528
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```