```
                    UNITED STATES DISTRICT COURT        FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA        APPEAL
                       FORT LAUDERDALE DIVISION         NOV 2 7 2002

                    CASE NO. 00-6273-CR-HUCK/BROWN      CLARENCE MADDOX
                                                        CLERK, U.S. DIST. CT.
                                                        S.D. OF FLA. - MIAMI
```

```
_____
                                   |
UNITED STATES OF AMERICA,          |      MIAMI, FLORIDA
                                   |
            Plaintiff,             |      OCTOBER 4, 2001
  v.                               |
                                   |
ANTHONY TRENTACOSTA,               |
FREDERICK J. MASSARO,              |
ARIEL HERNANDEZ,                   |
                                   |
            Defendants.            |
_____x
```

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                        JEFFREY H. SLOMAN, ESQ.
                        Assistant U.S. Attorneys
                        500 East Broward Boulevard, Suite 700
                        Ft. Lauderdale, FL  33394
                        954/356-7255

FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
   TRENTACOSTA:         999 Ponce de Leon Boulevard
                        Suite 700
                        Coral Gables, FL 33134
                        305/448-9900


FOR DEFENDANT:          FRED HADDAD, ESQ.
   MASSARO:             One Financial Plaza
                        Ft. Lauderdale, FL  33394
                        954/467-6767

```
 1
 2
 3   FOR DEFENDANT           JEFFREY D. WEINKLE, ESQ.
       HERNANDEZ:            One Southeast 2nd Street, Suite 3550
                             Miami, FL  33131 - 305/373-4445
 4
 5   REPORTED BY:            LARRY HERR, RPR-CM-FCRR-AE
                             Official Federal Court Reporter
 6                           JLK Federal Justice Building
                             99 Northeast 4th St., Suite 1067
                             Miami, FL  33132 - 305/523-5528
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```