UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEALS
DEC 0 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:   12/5/2002

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

IN RE:   District Court No:   00-06273-cr   - PCH

U.S.C.A. No:   02-12352-A

Style:   ACOSTA V. USA

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    0   Volume(s) of pleadings

    5   Volume(s) of Transcripts

    X   Exhibits:     0   boxes;        0   folders;

                      0   envelopes;    0   PSIs (sealed)

                      ☐ other: _____

                      ☐ other: _____

☐ Other: _____

☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By:  /s/ Hope Hill
     Deputy Clerk

Attachment                                          S/F A-15
c: court file                                       Rev. 10/94

☒ 301 N. Miami Avenue      ☐ 299 E. Broward Boulevard   ☐ 701 Clematis Street
  Miami, Fl 33128-7788       Ft. Lauderdale, Fl 33301      West Palm Beach, Fl 33401
  305-523-5080                954-769-5413                  561-803-3408

606
H.H.

```
                                                    STB     CLOSED
                                                    APPEAL
              U.S. District Court
       Southern District of Florida (FtLauderdale)

       CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL
```

USA v. Trentacosta, et al                                  Filed: 09/19/00
Dkt# in other court: None

Case Assigned to:  Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)              Donald F. Samuel
aka                                  FTS 365-5041
Tony Pep                             [COR LD NTC ret]
     defendant                       Edward T. M. Garland
   [term  04/30/02]                  FTS 365-5041
                                     [COR LD NTC ret]
                                     Garland Samuel & Loeb
                                     3151 Maple Drive NE
                                     Atlanta, GA 30305
                                     404-262-2225

                                     Richard Kevin Houlihan
                                       [term  08/15/01]
                                     FTS 442-7194
                                     305-442-1522
                                     Suite 310
                                     [COR LD NTC cja]
                                     310 Aragon Avenue
                                     Coral Gables, FL 33134

                                     Stephen Howard Rosen
                                       [term  04/30/02]
                                     FTS 371-6966
                                     [COR LD NTC ret]
                                     Stephen H. Rosen
                                     1221 Brickell Avenue
                                     Suite 1020
                                     Miami, FL 33131
                                     305-358-6789

Pending Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for a term of 100
DERIVED FROM RICO                    months, supervised release
(1)                                  for a term of 3 years,
                                     Assessment of $100.00, Fine of
                                     $2,500.00, Restitution to be
                                     determined at a date within 90
                                     days
                                     (1)

Docket as of December 5, 2002 10:21 am                     Page 1

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By /s/ Hope Hill
                    Deputy Clerk
Date 11/5/02

```
Proceedings include events between 11/4/02 and 11/27/02.             STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE



==========================

Case Assigned to:   Judge Paul C. Huck

FREDERICK J. MASSARO (2)             Christopher Alan Grillo
      defendant                        [term  04/25/02]
  [term  04/25/02]                   [COR LD NTC cja]
                                     Christopher Grillo
                                     1 E Broward Boulevard
                                     Suite 700
                                     Fort Lauderdale, FL 33301
                                     954-524-1125

                                     Fred Haddad
                                       [term  03/08/01]
                                     FTS 760-4421
                                     954-467-6767
                                     [COR LD NTC ret]
                                     Fred Haddad
                                     1 Financial Plaza
                                     Suite 2612
                                     Fort Lauderdale, FL 33394
                                     954-467-6767

                                     Benedict Paul Kuehne
                                     FTS 789-5987
                                     [COR LD NTC ret]
                                     Sale & Kuehne
                                     NationsBank Tower
                                     100 SE 2nd Street
                                     Suite 3550
                                     Miami, FL 33131-2154
                                     305-789-5989
```

Proceedings include events between 11/4/02 and 11/27/02.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO (1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (1) |
| 18:1344A.F BANK FRAUD (2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS (20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (21) |

Proceedings include events between 11/4/02 and 11/27/02.                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                                 CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include events between 11/4/02 and 11/27/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:        Samuel R. De Luca
12/24/37  Prisoner #: 61919-         [term  01/29/02]
004 Address: 7356 Gray Avenue,     FTS 653-6979
Miami, Florida 33141               [COR LD NTC ret]
aka                                De Luca and Tate
Little Frankie                     3451 Kennedy Boulevard
     defendant                     Jersey City, NJ 07307
  [term  01/29/02]                 201-653-7200
```

Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for 18 months.
DERIVED FROM RICO                   Supervised Release for 3 years.
(1)                                 Assessment $100.00
                                    (1)

Offense Level (opening): 4


Terminated Counts:                           Disposition

18:892.F EXTENSIONS OF CREDIT       Dismissed.
BY EXTORTION                        (22)
(22)

18:894.F COLLECTION OF CREDIT       Dismissed.
BY EXTORTION                        (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>    defendant<br>  [term   04/25/02] | Jeffrey David Weinkle<br>  [term   04/25/02]<br>FTS 545-8514<br>305-373-4445<br>[COR LD NTC cja]<br>1035 NW 11th Avenue<br>Miami, FL 33136<br><br>William Donald Matthewman<br>  [term   04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00          (2 |

Proceedings include events between 11/4/02 and 11/27/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

|  |  |
|---|---|
|  | - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

=========================

```
Proceedings include events between 11/4/02 and 11/27/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL
Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)         Donald Richard Spadaro
     defendant                      [term  01/29/02]
  [term  01/29/02]                  FTS 522-6888
                                    954-763-5504
                                    Suite 103
                                    [COR LD NTC ret]
                                    1000 S Federal Highway
                                    Fort Lauderdale, FL 33316


Pending Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 24 months to
DERIVED FROM RICO                    run concurrently with the
 (1)                                 sentence imposed by Judge Seitz
                                     under case number
                                     00-6309-CR-PAS. Supervised
                                     Release of 3 years to run
                                     concurrent with the sentence
                                     imposed under 00-6309-CR-PAS.
                                     Assessment $100.00
                                      (1)


Offense Level (opening): 4


Terminated Counts:                   Disposition

18:1344A.F BANK FRAUD                Dismissed.
 (2 - 16)                             (2 - 16)

18:513B.F POSSESSION OF              Dismissed.
COUNTERFEITING INSTRUMENTS            (21)
 (21)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 11/4/02 and 11/27/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
Case Assigned to:  Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:     Michael Gary Smith
7/6/67; Prisoner # 02405-748;        [term  02/20/02]
     defendant                     FTS 767-8343
 [term  02/20/02]                  954-303-7843
                                    [COR LD NTC cja]
                                   Michael Gary Smith
                                   110 SE 6th Street
                                   Suite 1970
                                   Fort Lauderdale, FL 33301
                                   954-761-7201


Pending Counts:                     Disposition

18:373-0300.F MANSLAUGHTER          Imprisonment for 42 months;
 (19)                               Supervised Release for 3 years;
                                    Assessment $100.00
                                     (19)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:1962-5800.F RECEIVED INCOME      Dismissed.
DERIVED FROM RICO                    (1)
 (1)

18:894.F COLLECTION OF CREDIT       Dismissed.
BY EXTORTION                         (23)
 (23)


Offense Level (disposition): 4



Complaints:

     NONE


========================
```

```
Proceedings include events between 11/4/02 and 11/27/02.         STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
CARLOS GARCIA (7) , DOB:           Albert Zachary Levin
11/14/66 PRISONER #61939-004          [term  02/27/02]
    defendant                       FTS 372-0052
  [term  02/27/02]                  [COR LD NTC cja]
                                    Albert Z. Levin
                                    888 Brickell Avenue
                                    6th Floor
                                    Miami, FL 33131
                                    305-379-7101
```

Pending Counts:                              Disposition

18:1959-7482.F RACKETEERING -      Imprisonment for 25 months;
THREATS                            Supervised Release for 3 years;
(20)                               Assessment $100.00
                                   (20)

Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME     Dismissed.
DERIVED FROM RICO                  (1)
(1)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include events between 11/4/02 and 11/27/02.          STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Case Assigned to: Judge Paul C. Huck
```

| | |
|---|---|
| CHARLES PATRICK MONICO (8) ,<br>DOB: 12/8/56  Prisoner #:<br>02406-748<br>    defendant<br> [term  01/29/02] | Susan W. Vandusen<br>  [term  01/29/02]<br>305-540-0050<br>[COR LD NTC cja]<br>1899 S Bayshore Drive<br>Miami, FL 33133<br><br>Thomas Franklin Almon, Jr.<br>  [term  01/29/02]<br>FTS 573-6251<br>305-576-8568<br>[COR LD NTC cja]<br>321 NE 26th Street<br>Miami, FL 33137 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME<br>DERIVED FROM RICO<br>(1) | Imprisonment for TIME SERVED.<br>Supervised Release for 3<br>years. Assessment $100.00<br>(1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:373-0300.F MANSLAUGHTER<br>(19) | Dismissed.<br>(19) |

Offense Level (disposition): 4


Complaints:

    NONE


========================

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

ANTHONY RAYMOND BANKS (9) ,          Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner              [term  01/29/02]
#02407-748; English                  FTS 445-0543
    defendant                        305-567-0100
 [term  01/29/02]                    Suite 440
                                     [COR LD NTC cja]
                                     782 NW 42nd Avenue
                                     Miami, FL 33126

Pending Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 21 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                     (1)

Offense Level (opening): 4

Terminated Counts:                   Disposition

18:373-0300.F MANSLAUGHTER           Dismissed.
(19)                                 (19)

Offense Level (disposition): 4


Complaints:

    NONE


U. S. Attorneys:

   Jeffrey Henry Sloman, AUSA
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   Lawrence D. LaVecchio
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

Docket as of December 5, 2002 10:21 am                    Page 12

```
Proceedings include events between 11/4/02 and 11/27/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

     PTS Officer
     305-808-6500
     [COR LD NTC]
     Pretrial Services Office
     330 Biscayne Boulevard
     Miami, FL 33132

     Probation Officer
     FTS 523-5497
     305-523-5300
     [COR LD NTC]
     United States Probation Office
     300 NE 1st Avenue
     Room 315
     Miami, FL 33132-2126
     305-523-5300
```

```
Proceedings include events between 11/4/02 and 11/27/02.                    STB
0:00cr6273-ALL  USA v. Trentacosta, et al                           CLOSED APPEAL
```
*Begin 1st Supplementals*

| Date | Doc# | Description |
|---|---|---|
| 11/4/02 | 596 | TRANSCRIPT filed as to Anthony Trentacosta of ex parte, in camera hearing held 11/9/01 before Judge Paul C. Huck Pages: 1-95 re: [522-1] appeal . (ga) [Entry date 11/05/02]  *1st Supplement Vol. 5* |
| 11/13/02 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR/ROA on 11/04/02; U.S.C.A. # 02-12352-A (hh) [Entry date 11/13/02] |
| 11/21/02 | 598 | Transcript Information Form as to Anthony Trentacosta for Transcript of: hearing held 6/22/01 (SEE DE#594 & 586) filed re: [522-1] appeal by Anthony Trentacosta (ga) [Entry date 11/25/02] |
| 11/21/02 | 599 | TRANSCRIPT INFORMATION FORM as to Anthony Trentacosta re: [522-1] appeal received on 11/25/02 from Court Reporter. (Returned to Court Reporter Coordinator) (ga) [Entry date 11/25/02] |
| 11/21/02 | 600 | ORDER as to Anthony Trentacosta granting [597-1] motion to allow transcripts (DE 270 & 271 only) to be Unsealed for purpose of appeal as to Anthony Trentacosta (1) ( Signed by Judge Paul C. Huck on 11/21/02) [EOD Date: 11/25/02] CCAP (hh) [Entry date 11/25/02] [Edit date 12/02/02] |
| 11/22/02 | 597 | MOTION by Anthony Trentacosta to allow transcripts to be Unsealed for purpose of appeal (nt) [Entry date 11/25/02] |
| 11/27/02 | 601 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico of status conference held 11/6/00 before Judge Paul C. Huck Pages: 1-28 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 1* |
| 11/27/02 | 602 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Carlos Garcia of status conference held 3/6/01 before Judge Paul C. Huck Pages: 1-17 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 2* |
| 11/27/02 | 603 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman of status conference held 9/4/01 before Judge Paul C. Huck Pages: 1-15 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 3* |
| 11/27/02 | 604 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 10/04/01 before Judge Paul C. Huck Pages: 1-16 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 4* |