```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
```

FILED by _____ D.C.
CT. REP.
DEC 0 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,          CASE NO. 00-6273-CR-HUCK

    Plaintiff,                    Miami, Florida
                                   October 26, 2001
  v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

    Defendants.
_____X

REC'D by _____ D.C.
APPEAL
DEC - 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Transcript of status conference had
before the Honorable Paul C. Huck
United States District Judge.

APPEARANCES:

FOR THE GOVERNMENT:   LAWRENCE LAVECCHIO, A.U.S.A.

FOR ANTHONY TRENTACOSTA:   STEPHEN ROSEN, ESQ.

FOR ARIEL HERNANDEZ:   JEFFREY WEINKLE, ESQ.

FOR FREDERICK J. MASSARO:   FRED HADDAD, ESQ.


KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305) 523-5631

Proceedings recorded by mechanical stenography, transcript produced by notereading.