```
FILED by _____ D.C.
        APPEALS
       DEC 1 0 2002
     CLARENCE MADDOX
     CLERK U.S. DIST. CT.
     S.D. OF FLA. · MIAMI
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**  
Clerk of Court

Appeals Section

Date: 12/10/2002

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

**2nd Supplement**

IN RE:  District Court No: 00-06273-cr  - PCH

U.S.C.A. No: 02-12352-A

Style: ACOSTA V. USA

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 1 Volume(s) of Transcripts
- X Exhibits:   0 boxes;   0 folders;
-               0 envelopes;   0 PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☐ Other: _____
- ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hill_  
Deputy Clerk

Attachment  
c: court file

S/F A-15  
Rev. 10/94

☒ 301 N. Miami Avenue       ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street  
Miami, Fl 33128-7788           Ft. Lauderdale, Fl 33301        West Palm Beach, Fl 33401  
305-523-5080                   954-769-5413                    561-803-3408

609  
H.H.

```
                                            STB      CLOSED
                                            APPEAL
         U.S. District Court
   Southern District of Florida (FtLauderdale)

   CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL
```

USA v. Trentacosta, et al                              Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)            Donald F. Samuel
aka                                FTS 365-5041
Tony Pep                           [COR LD NTC ret]
     defendant                     Edward T. M. Garland
  [term  04/30/02]                 FTS 365-5041
                                   [COR LD NTC ret]
                                   Garland Samuel & Loeb
                                   3151 Maple Drive NE
                                   Atlanta, GA 30305
                                   404-262-2225

                                   Richard Kevin Houlihan
                                     [term  08/15/01]
                                   FTS 442-7194
                                   305-442-1522
                                   Suite 310
                                   [COR LD NTC cja]
                                   310 Aragon Avenue
                                   Coral Gables, FL 33134

                                   Stephen Howard Rosen
                                     [term  04/30/02]
                                   FTS 371-6966
                                   [COR LD NTC ret]
                                   Stephen H. Rosen
                                   1221 Brickell Avenue
                                   Suite 1020
                                   Miami, FL 33131
                                   305-358-6789

Pending Counts:                    Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for a term of 100
DERIVED FROM RICO                  months, supervised release
(1)                                for a term of 3 years,
                                   Assessment of $100.00, Fine of
                                   $2,500.00, Restitution to be
                                   determined at a date within 90
                                   days
                                   (1)

Docket as of December 10, 2002 2:57 pm             Page

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_ Deputy Clerk
Date 12/10/02

```
Proceedings include events between 12/6/02 and 12/6/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

Offense Level (opening): 4

Terminated Counts:

    NONE



Complaints:

    NONE



==========================

Case Assigned to:   Judge Paul C. Huck

FREDERICK J. MASSARO (2)              Christopher Alan Grillo
     defendant                          [term   04/25/02]
  [term   04/25/02]                   [COR LD NTC cja]
                                      Christopher Grillo
                                      1 E Broward Boulevard
                                      Suite 700
                                      Fort Lauderdale, FL 33301
                                      954-524-1125

                                      Fred Haddad
                                        [term   03/08/01]
                                      FTS 760-4421
                                      954-467-6767
                                      [COR LD NTC ret]
                                      Fred Haddad
                                      1 Financial Plaza
                                      Suite 2612
                                      Fort Lauderdale, FL 33394
                                      954-467-6767

                                      Benedict Paul Kuehne
                                      FTS 789-5987
                                      [COR LD NTC ret]
                                      Sale & Kuehne
                                      NationsBank Tower
                                      100 SE 2nd Street
                                      Suite 3550
                                      Miami, FL 33131-2154
                                      305-789-5989
```

Proceedings include events between 12/6/02 and 12/6/02.                         STB
0:00cr6273-ALL USA v. Trentacosta, et al                                CLOSED APPEAL

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO (1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (1) |
| 18:1344A.F BANK FRAUD (2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS (20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (21) |

Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

Terminated Counts:                              Disposition

| | |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4


Complaints:

    NONE


==========================

```
Proceedings include events between 12/6/02 and 12/6/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:        Samuel R. De Luca
12/24/37  Prisoner #: 61919-         [term  01/29/02]
004 Address: 7356 Gray Avenue,     FTS 653-6979
Miami, Florida 33141               [COR LD NTC ret]
aka                                De Luca and Tate
Little Frankie                     3451 Kennedy Boulevard
      defendant                    Jersey City, NJ 07307
  [term  01/29/02]                 201-653-7200


Pending Counts:                            Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for 18 months.
DERIVED FROM RICO                  Supervised Release for 3 years.
(1)                                Assessment $100.00
                                   (1)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:892.F EXTENSIONS OF CREDIT      Dismissed.
BY EXTORTION                       (22)
(22)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


=======================
```

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Case Assigned to: Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>    defendant<br>[term   04/25/02] | Jeffrey David Weinkle<br>  [term  04/25/02]<br>FTS 545-8514<br>305-373-4445<br>[COR LD NTC cja]<br>1035 NW 11th Avenue<br>Miami, FL 33136<br><br>William Donald Matthewman<br>  [term  04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00          (2 |

Proceedings include events between 12/6/02 and 12/6/02.                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                                 CLOSED APPEAL

|  |  |
|---|---|
|  | - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE


=========================

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)          Donald Richard Spadaro
     defendant                       [term  01/29/02]
  [term  01/29/02]                   FTS 522-6888
                                     954-763-5504
                                     Suite 103
                                     [COR LD NTC ret]
                                     1000 S Federal Highway
                                     Fort Lauderdale, FL 33316


Pending Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for 24 months to
DERIVED FROM RICO                   run concurrently with the
(1)                                 sentence imposed by Judge Seitz
                                    under case number
                                    00-6309-CR-PAS. Supervised
                                    Release of 3 years to run
                                    concurrent with the sentence
                                    imposed under 00-6309-CR-PAS.
                                    Assessment $100.00
                                    (1)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:1344A.F BANK FRAUD               Dismissed.
(2 - 16)                            (2 - 16)

18:513B.F POSSESSION OF             Dismissed.
COUNTERFEITING INSTRUMENTS          (21)
(21)


Offense Level (disposition): 4




Complaints:

    NONE


=======================
```

Docket as of December 10, 2002 2:57 pm                      Page 8

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:     Michael Gary Smith
7/6/67; Prisoner # 02405-748;        [term  02/20/02]
      defendant                    FTS 767-8343
  [term  02/20/02]                 954-303-7843
                                   [COR LD NTC cja]
                                   Michael Gary Smith
                                   110 SE 6th Street
                                   Suite 1970
                                   Fort Lauderdale, FL 33301
                                   954-761-7201


Pending Counts:                    Disposition

18:373-0300.F MANSLAUGHTER         Imprisonment for 42 months;
(19)                               Supervised Release for 3 years;
                                   Assessment $100.00
                                   (19)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:1962-5800.F RECEIVED INCOME     Dismissed.
DERIVED FROM RICO                  (1)
(1)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.          STB
0:00cr6273-ALL USA v. Trentacosta, et al                  CLOSED APPEAL

Case Assigned to: Judge Paul C. Huck

CARLOS GARCIA (7) , DOB:          Albert Zachary Levin
11/14/66 PRISONER #61939-004        [term  02/27/02]
      defendant                   FTS 372-0052
    [term  02/27/02]               [COR LD NTC cja]
                                  Albert Z. Levin
                                  888 Brickell Avenue
                                  6th Floor
                                  Miami, FL 33131
                                  305-379-7101


Pending Counts:                   Disposition

18:1959-7482.F RACKETEERING -     Imprisonment for 25 months;
THREATS                           Supervised Release for 3 years;
(20)                              Assessment $100.00
                                  (20)


Offense Level (opening): 4


Terminated Counts:                Disposition

18:1962-5800.F RECEIVED INCOME    Dismissed.
DERIVED FROM RICO                 (1)
(1)

18:894.F COLLECTION OF CREDIT     Dismissed.
BY EXTORTION                      (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CHARLES PATRICK MONICO (8) ,       Susan W. Vandusen
 DOB: 12/8/56  Prisoner #:          [term  01/29/02]
 02406-748                         305-540-0050
     defendant                     [COR LD NTC cja]
  [term  01/29/02]                 1899 S Bayshore Drive
                                   Miami, FL 33133

                                   Thomas Franklin Almon, Jr.
                                    [term  01/29/02]
                                   FTS 573-6251
                                   305-576-8568
                                   [COR LD NTC cja]
                                   321 NE 26th Street
                                   Miami, FL 33137


Pending Counts:                    Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for TIME SERVED.
DERIVED FROM RICO                  Supervised Release for 3
(1)                                years. Assessment $100.00
                                   (1)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:373-0300.F MANSLAUGHTER         Dismissed.
(19)                               (19)


Offense Level (disposition): 4



Complaints:

    NONE


=========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

Case Assigned to: Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,           Manuel Gonzalez, Jr.
  DOB: 11/29/72; Prisoner               [term  01/29/02]
  #02407-748; English                   FTS 445-0543
     defendant                          305-567-0100
  [term  01/29/02]                      Suite 440
                                        [COR LD NTC cja]
                                        782 NW 42nd Avenue
                                        Miami, FL 33126


Pending Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME        Imprisonment for 21 months.
DERIVED FROM RICO                     Supervised Release for 3 years.
  (1)                                 Assessment $100.00
                                        (1)


Offense Level (opening): 4


Terminated Counts:                    Disposition

18:373-0300.F MANSLAUGHTER            Dismissed.
  (19)                                  (19)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

  Jeffrey Henry Sloman, AUSA
  FTS 356-7230
  954-356-7255
  [COR LD NTC]
  Lawrence D. LaVecchio
  FTS 356-7230
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255
```

```
Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                           CLOSED APPEAL
```

```
PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

```
Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

| | | |
|---|---|---|
| 12/6/02 | 608 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 10/26/01 before Judge Paul C. Huck Pages: 1-44 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 12/09/02] *2nd Supplemental Vol. 1* |