```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                   FORT LAUDERDALE DIVISION

 3              CASE NO. 00-6273-CR-HUCK/BROWN

 4   _____
                                     |
 5   UNITED STATES OF AMERICA,       |    MIAMI, FLORIDA
                                     |
 6                 Plaintiff,        |    FEBRUARY 5, 2001
     V.                              |
 7                                   |
     ANTHONY TRENTACOSTA,            |
 8   et al.,                         |
                                     |
 9                 Defendants.       |
     _____x
10

11           TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE PAUL C. HUCK,
12              UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                             JEFFREY H. SLOMAN, ESQ.
15                           Assistant U.S. Attorneys
                             500 East Broward Boulevard, Suite 700
16                           Ft. Lauderdale, FL  33394
                             954/356-7255
17
     FOR DEFENDANT           RICHARD HOULIHAN, ESQ.
18     TRENTACOSTA:          300 Aragon Avenue Suite 310
                             Coral Gables, FL  33134
19                           305/442-1522

20   FOR DEFENDANT HERNANDEZ:

21                           JEFFREY D. WEINKLE, ESQ.
                             One Southeast 2nd Street
22                           Suite 3550
                             Miami, FL  33131
23                           305/373-4445

24   FOR DEFENDANT MONICO:   THOMAS F. ALMON, JR.
                             321 Northeast 26th Street
25                           Miami, FL 33137 - 305/576-8568.
```

FILED by _____ D.C. APPEAL
JAN 3 0 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI