```
FILED by _____ D.C.
APPEALS

FEB 1 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI
```

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:    2/14/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**3rd Supplement**

IN RE:    District Court No:    00-06273-cr    - PCH

U.S.C.A. No:    02-12352-A

Style:    ACOSTA V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

        0  Volume(s) of pleadings

        1  Volume(s) of Transcripts

    X  Exhibits:    0  boxes;        0  folders;

            0  envelopes;        0  PSIs (sealed)

            ☐ other: _____

            ☐ other: _____

    ☐ Other: _____

    ☐ Other: _____

Sincerely,

Clarence Maddox,  Clerk of Court

By: _____
    Deputy Clerk

Attachment                                S/F A-15
c: court file                             Rev. 10/94

| ☒ 301 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |

611
H.H.

```
                                                    STB     CLOSED
                                                    APPEAL
```

                        U.S. District Court
            Southern District of Florida (FtLauderdale)

        CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL

USA v. Trentacosta, et al                        Filed: 09/19/00
Dkt# in other court: None

Case Assigned to:  Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)          Donald F. Samuel
aka                              FTS 365-5041
Tony Pep                         [COR LD NTC ret]
        defendant               Edward T. M. Garland
  [term  04/30/02]              FTS 365-5041
                                 [COR LD NTC ret]
                                 Garland Samuel & Loeb
                                 3151 Maple Drive NE
                                 Atlanta, GA 30305
                                 404-262-2225

                                 Richard Kevin Houlihan
                                   [term  08/15/01]
                                 FTS 442-7194
                                 305-442-1522
                                 Suite 310
                                 [COR LD NTC cja]
                                 310 Aragon Avenue
                                 Coral Gables, FL 33134

                                 Stephen Howard Rosen
                                   [term  04/30/02]
                                 FTS 371-6966
                                 [COR LD NTC ret]
                                 Stephen H. Rosen
                                 1221 Brickell Avenue
                                 Suite 1020
                                 Miami, FL 33131
                                 305-358-6789


Pending Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for a term of 100
DERIVED FROM RICO                  months, supervised release
(1)                                for a term of 3 years,
                                   Assessment of $100.00, Fine of
                                   $2,500.00, Restitution to be
                                   determined at a date within 90
                                   days
                                   (1)

Docket as of February 14, 2003 10:29 am          Page 1
```

Certified to be a true and
correct copy of the document on fil
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____
                        Deputy Cler
Date  2/14/03

```
Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE



========================

Case Assigned to:  Judge Paul C. Huck

```
FREDERICK J. MASSARO (2)            Christopher Alan Grillo
      defendant                       [term  04/25/02]
  [term  04/25/02]                   [COR LD NTC cja]
                                     Christopher Grillo
                                     1 E Broward Boulevard
                                     Suite 700
                                     Fort Lauderdale, FL 33301
                                     954-524-1125

                                     Fred Haddad
                                       [term  03/08/01]
                                     FTS 760-4421
                                     954-467-6767
                                     [COR LD NTC ret]
                                     Fred Haddad
                                     1 Financial Plaza
                                     Suite 2612
                                     Fort Lauderdale, FL 33394
                                     954-467-6767

                                     Benedict Paul Kuehne
                                     FTS 789-5987
                                     [COR LD NTC ret]
                                     Sale & Kuehne
                                     NationsBank Tower
                                     100 SE 2nd Street
                                     Suite 3550
                                     Miami, FL 33131-2154
                                     305-789-5989
```

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL


Pending Counts:                          Disposition

18:1962-5800.F RECEIVED INCOME    Imprisonment for term of life
DERIVED FROM RICO                 as to Counts 1 and 18; 360
(1)                               months as to each of Counts 2 -
                                  16; 240 months as to each    of
                                  Counts 22 and 23; 120 months as
                                  to each of Counts 17,    20,
                                  21, and 24, all to run
                                  Concurrently.
                                  (1)

18:1344A.F BANK FRAUD             Imprisonment for term of life
(2 - 16)                          as to Counts 1 and 18; 360
                                  months as to each of Counts 2 -
                                  16; 240 months as to each    of
                                  Counts 22 and 23; 120 months as
                                  to each of Counts 17,    20,
                                  21, and 24, all to run
                                  Concurrently.
                                  (2 - 16)

18:1959-7482.F RACKETEERING -     Imprisonment for term of life
THREATS                           as to Counts 1 and 18; 360
(17 - 18)                         months as to each of Counts 2 -
                                  16; 240 months as to each    of
                                  Counts 22 and 23; 120 months as
                                  to each of Counts 17,    20,
                                  21, and 24, all to run
                                  Concurrently.
                                  (17 - 18)

18:1959-7482.F RACKETEERING -     Imprisonment for term of life
THREATS                           as to Counts 1 and 18; 360
(20)                              months as to each of Counts 2 -
                                  16; 240 months as to each    of
                                  Counts 22 and 23; 120 months as
                                  to each of Counts 17,    20,
                                  21, and 24, all to run
                                  Concurrently.
                                  (20)

18:513B.F POSSESSION OF           Imprisonment for term of life
COUNTERFEITING INSTRUMENTS        as to Counts 1 and 18; 360
(21)                              months as to each of Counts 2 -
                                  16; 240 months as to each    of
                                  Counts 22 and 23; 120 months as
                                  to each of Counts 17,    20,
                                  21, and 24, all to run
                                  Concurrently.
                                  (21)

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17,     20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17,     20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17,     20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4


| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4



Complaints:

    NONE


==========================

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:          Samuel R. De Luca
12/24/37  Prisoner #: 61919-          [term  01/29/02]
004 Address: 7356 Gray Avenue,       FTS 653-6979
Miami, Florida 33141                 [COR LD NTC ret]
aka                                  De Luca and Tate
Little Frankie                       3451 Kennedy Boulevard
     defendant                       Jersey City, NJ 07307
  [term  01/29/02]                   201-653-7200


Pending Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 18 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:892.F EXTENSIONS OF CREDIT        Dismissed.
BY EXTORTION                         (22)
(22)

18:894.F COLLECTION OF CREDIT        Dismissed.
BY EXTORTION                         (23)
(23)


Offense Level (disposition): 4



Complaints:

   NONE


=========================


Docket as of February 14, 2003 10:29 am                    Page 5

Proceedings include events between 1/30/03 and 1/30/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ARIEL HERNANDEZ (4)              Jeffrey David Weinkle
      defendant                   [term  04/25/02]
 [term  04/25/02]                FTS 545-8514
                                 305-373-4445
                                 [COR LD NTC cja]
                                 1035 NW 11th Avenue
                                 Miami, FL 33136

                                 William Donald Matthewman
                                  [term  04/25/02]
                                 FTS 416-0171
                                 [COR LD NTC cja]
                                 Seiden Alder & Matthewman
                                 2300 Glades Road
                                 Suite 340-W
                                 Boca Raton, FL 33431
                                 561-416-0170

                                 Richard L. Rosenbaum
                                 FTS 522-7003
                                 954-522-7007
                                 Suite 1700
                                 [COR LD NTC cja]
                                 Las Olas Center
                                 350 E Las Olas Boulevard
                                 Fort Lauderdale, FL 33301


Pending Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME   Imprisonment for a term of Life
DERIVED FROM RICO                as to Counts 1-18, 360
(1)                              months as to Counts 2-16, 120
                                 months as to Counts 17 and 21
                                 to run Concurrently. Supervised
                                 Release for 5 years as to
                                 Counts 1, 2-16, 18, and 3 years
                                 as to Counts 17 and 21 to
                                 run Concurrently. Assessment $1,
                                 900.00 Fine $10,000.00
                                 (1)

18:1344A.F BANK FRAUD            Imprisonment for a term of Life
(2 - 16)                         as to Counts 1-18, 360
                                 months as to Counts 2-16, 120
                                 months as to Counts 17 and 21
                                 to run Concurrently. Supervised
                                 Release for 5 years as to
                                 Counts 1, 2-16, 18, and 3 years
                                 as to Counts 17 and 21 to
                                 run Concurrently. Assessment $1,
                                 900.00 Fine $10,000.00        (2

Proceedings include events between 1/30/03 and 1/30/03.                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL

                                        - 16)

18:1959-7482.F RACKETEERING -        Imprisonment for a term of Life
THREATS                              as to Counts 1-18, 360
(17 - 18)                            months as to Counts 2-16, 120
                                     months as to Counts 17 and 21
                                     to run Concurrently. Supervised
                                     Release for 5 years as to
                                     Counts 1, 2-16, 18, and 3 years
                                     as to Counts 17 and 21 to
                                     run Concurrently. Assessment $1,
                                     900.00 Fine $10,000.00
                                     (17 - 18)

18:513B.F POSSESSION OF              Imprisonment for a term of Life
COUNTERFEITING INSTRUMENTS           as to Counts 1-18, 360
(21)                                 months as to Counts 2-16, 120
                                     months as to Counts 17 and 21
                                     to run Concurrently. Supervised
                                     Release for 5 years as to
                                     Counts 1, 2-16, 18, and 3 years
                                     as to Counts 17 and 21 to
                                     run Concurrently. Assessment $1,
                                     900.00 Fine $10,000.00
                                     (21)

Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE


========================

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)              Donald Richard Spadaro
       defendant                        [term  01/29/02]
  [term  01/29/02]                      FTS 522-6888
                                        954-763-5504
                                        Suite 103
                                        [COR LD NTC ret]
                                        1000 S Federal Highway
                                        Fort Lauderdale, FL 33316


Pending Counts:                             Disposition

18:1962-5800.F RECEIVED INCOME         Imprisonment for 24 months to
DERIVED FROM RICO                      run concurrently with the
(1)                                    sentence imposed by Judge Seitz
                                       under case number
                                       00-6309-CR-PAS. Supervised
                                       Release of 3 years to run
                                       concurrent with the sentence
                                       imposed under 00-6309-CR-PAS.
                                       Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:                          Disposition

18:1344A.F BANK FRAUD                  Dismissed.
(2 - 16)                               (2 - 16)

18:513B.F POSSESSION OF                Dismissed.
COUNTERFEITING INSTRUMENTS             (21)
(21)


Offense Level (disposition): 4




Complaints:

    NONE


=========================

Docket as of February 14, 2003 10:29 am                    Page 8

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:   Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:        Michael Gary Smith
7/6/67; Prisoner # 02405-748;          [term  02/20/02]
     defendant                        FTS 767-8343
 [term  02/20/02]                     954-303-7843
                                      [COR LD NTC cja]
                                      Michael Gary Smith
                                      110 SE 6th Street
                                      Suite 1970
                                      Fort Lauderdale, FL 33301
                                      954-761-7201


Pending Counts:                          Disposition

18:373-0300.F MANSLAUGHTER            Imprisonment for 42 months;
(19)                                  Supervised Release for 3 years;
                                      Assessment $100.00
                                      (19)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME        Dismissed.
DERIVED FROM RICO                     (1)
(1)

18:894.F COLLECTION OF CREDIT         Dismissed.
BY EXTORTION                          (23)
(23)


Offense Level (disposition): 4



Complaints:

     NONE


=========================


Docket as of February 14, 2003 10:29 am                Page 9

Proceedings include events between 1/30/03 and 1/30/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CARLOS GARCIA (7) , DOB:          Albert Zachary Levin
11/14/66 PRISONER #61939-004       [term  02/27/02]
     defendant                    FTS 372-0052
 [term  02/27/02]                  [COR LD NTC cja]
                                   Albert Z. Levin
                                   888 Brickell Avenue
                                   6th Floor
                                   Miami, FL 33131
                                   305-379-7101


Pending Counts:                        Disposition

18:1959-7482.F RACKETEERING -     Imprisonment for 25 months;
THREATS                           Supervised Release for 3 years;
(20)                              Assessment $100.00
                                  (20)


Offense Level (opening): 4


Terminated Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME    Dismissed.
DERIVED FROM RICO                 (1)
(1)

18:894.F COLLECTION OF CREDIT     Dismissed.
BY EXTORTION                      (23)
(23)


Offense Level (disposition): 4


Complaints:

    NONE


========================

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CHARLES PATRICK MONICO (8) ,              Susan W. Vandusen
DOB:  12/8/56   Prisoner #:               [term  01/29/02]
02406-748                                 305-540-0050
     defendant                            [COR LD NTC cja]
 [term  01/29/02]                         1899 S Bayshore Drive
                                          Miami, FL 33133

                                          Thomas Franklin Almon, Jr.
                                           [term  01/29/02]
                                          FTS 573-6251
                                          305-576-8568
                                          [COR LD NTC cja]
                                          321 NE 26th Street
                                          Miami, FL 33137


Pending Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME            Imprisonment for TIME SERVED.
DERIVED FROM RICO                         Supervised Release for 3
(1)                                       years. Assessment $100.00
                                          (1)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:373-0300.F MANSLAUGHTER                Dismissed.
(19)                                      (19)


Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,            Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner                 [term  01/29/02]
#02407-748; English                    FTS 445-0543
    defendant                          305-567-0100
 [term  01/29/02]                      Suite 440
                                       [COR LD NTC cja]
                                       782 NW 42nd Avenue
                                       Miami, FL 33126


Pending Counts:                            Disposition

18:1962-5800.F RECEIVED INCOME         Imprisonment for 21 months.
DERIVED FROM RICO                      Supervised Release for 3 years.
(1)                                    Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:373-0300.F MANSLAUGHTER             Dismissed.
(19)                                   (19)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

    Jeffrey Henry Sloman, AUSA
    FTS 356-7230
    954-356-7255
    [COR LD NTC]
    Lawrence D. LaVecchio
    FTS 356-7230
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

Proceedings include events between 1/30/03 and 1/30/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL


PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300

Proceedings include events between 1/30/03 and 1/30/03.                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                                CLOSED APPEAL

1/30/03   610        TRANSCRIPT filed as to Anthony Trentacosta, Ariel
                     Hernandez, Julius Bruce Chiusano, Adam Todd Silverman,
                     Charles Patrick Monico  of status conference held 2/5/01
                     before Judge Paul C. Huck  Pages: 1-26  re: [522-1] appeal,
                     [519-1] appeal . (ga) [Entry date 01/30/03]

                            *3rd Supplemental  Vol. 1*