UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-PCH
MAGISTRATE JUDGE TURNOFF

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARIEL HERNANDEZ,

        Defendant.
_____/

### ORDER

This Cause comes before the undersigned on <u>Defendant's Request for Immediate Transfer to FDC - Miami</u>. (D.E. 614.) The Government filed its Response on July 18, 2003. (D.E. 615.) The Court having reviewed the within Motion, and the Court being otherwise fully advised in the premises, it is therefore

ORDERED AND ADJUDGED that <u>Defendant's Request for Immediate Transfer to FDC - Miami</u> (D.E. 614), is DENIED.

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of July, 2003.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

c:    Hon. Paul C. Huck
       Counsel of record

