UNITED STATES DISTRICT COURT IN AND
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CASE # 00-6273-CR-HUCK
(02-12352-AA)

ANTHONY TRENTACOSTA,
a/k/a/ "Tony Pep",
    Defendant.
_____/

## EMERGENCY MOTION TO CONTINUE HEARING OR IN THE ALTERNATIVE TO PERMIT CO-COUNSEL TO APPEAR IN COUNSEL'S BEHALF

The Defendant, Anthony Trentacosta, through undersigned counsel, respectfully requests that this Honorable Court continue the hearing in the above styled cause and as grounds states as follows:

1.    On July 28, 2003, the Court set a hearing to clarify the record on appeal for Thursday, August 7, 2003 at 4:00 p.m. Counsel had previously advised the Court's staff of counsel's prepaid two week vacation beginning August 2, 2003 through August 16, 2003.

2.    On August 2, 2003, counsel and his wife depart on America West Airlines for Vancouver, British Colombia and return on August 16, 2003 from Salt Lake City, Utah. (See Exhibit A Itinerary). Counsel has confirmed reservation at the Pan Pacific Hotel in Vancouver. (See Exhibit B). On August 5, 2003, counsel has confirmed reservations on Air Canada flight from Vancouver to Calgary, Alberta. (See Exhibit C). In Moraine Lake Lodge counsel has a confirmed reservation. (See Exhibit D). Counsel has reserved a Hertz rent a car beginning on August 5, 2003 and will be traveling through Montana into Yellow Stone National Park to Salk Lake City, Utah. (See Exhibit E).

3.    Counsel has expended almost $2,000 in non refundable costs for his trip.

4.    Co-counsel, Jeffrey Weinkle and Fred Haddad can appear in counsel's behalf in what appears to be a "housekeeping" request by the Eleventh Circuit Court of Appeals. Further, appellate counsel for Trentacosta upon information and belief will be in attendance at the hearing. All the defendants rights will certainly be protected.

5.    The defendant was unable to reach counsel for the government prior to the filing of this Motion as they were on vacation.

WHEREFORE the Defendant respectfully request this Honorable Court to continue the hearing or permit co-counsel to appear in his behalf.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was faxed to on this 30 day of July, 2003 to the following:

Lawrence LaVechio, AUSA (954) 356-7230
Lisa Hirsch, AUSA (305) 530-7976
Fred Haddad, Esq. (954) 760-4421
Jeffrey Weinkle, Esq. (305) 545-8514
Benedict Keuhne, Esq. (305) 789-5987
Richard Rosenbaum, Esq. (954) 522-7003
Daniel Samuel, Esq. (404) 365-5041

LAW OFFICES OF STEPHEN H. ROSEN, P.A.
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
Florida Bar No. 154144
(305) 358-6789

STEPHEN H. ROSEN

# AMERICA WEST AIRLINES
4000 E. SKY HARBOR BLVD.
PHOENIX, ARIZONA 85034

Confirmation Number: VI5O33

## CUSTOMER ITINERARY AND RECEIPT

Ticketing Date: 06/19/03

| PASSENGER NAME | TICKET NUMBER | FARE | TAX* | PFC** | TOTAL |
|---|---|---|---|---|---|
| ROSEN/STEPHEN | 4012151007063 | 321.88 | 36.12 | 18.00 | $376.00 |
| ROSEN/MAGNA | 4012151007065 | 321.88 | 36.12 | 18.00 | 376.00 |

*For international travel, applicable fees may be included.
**For international travel, applicable departure and arrival taxes may be included.

TOTAL    $752.00

| DATE | FLIGHT | CLASS | DEPARTING FROM | DEPARTS | ARRIVING AT | ARRIVES | YOUR SEAT ASSIGNMENTS |
|---|---|---|---|---|---|---|---|
| 08/02/03 | HP0029 | COACH/L | MIAMI | 10:40 A | PHOENIX | 12:19 P | 09B 09C |
| 08/02/03 | HP0501 | COACH/L | PHOENIX | 01:30 P | VANCOUVER | 04:29 P | 21E 21F |
| 08/16/03 | HP0544 | COACH/Q | SALT LAKE CITY | 10:37 A | PHOENIX | 11:17 A | 08B 08C |
| 08/16/03 | HP0558 | COACH/Q | PHOENIX | 11:55 A | MIAMI | 07:30 P | 07B 07C |

**PASSENGERS WHO WISH TO CHECK BAGGAGE CURBSIDE MUST PRESENT THIS ORIGINAL DOCUMENT.**

Form of Payment: MASTERCARD XXXXXXXXXXXX3870
For security, only last 4 digits are shown.

Fare Calculation: 02AUG03MIA HP X/PHX Q4.65HP YVR147.00LR7NU /-SLC HP X/PHX Q9.30HP
MIA160.93QWR14N3USD321.88END ZPMIAPHXSLCPHX
XT12.00ZPXF18.00MIA4.5PHX4.5SLC4.5PHX4.5

Restrictions: E1 TICKETS ARE NON-REFUNDABLE

Electronic tickets are good for carriage for one year from date of issue, except as otherwise provided in this receipt, in carrier's tariffs, conditions of carriage, or related regulations.

Earn FlightFund miles with the frequent flyer program that won the prestigious Freddie Award for Best Elite Level. Elite status begins at just 25,000 miles, with benefits such as comlimentary First Class upgrades, generous mileage bonuses, and early boarding privileges. Visit flightfund.com or call 1-800-247-5691 to enroll. FlightFund members traveling within the U.S. with electronic tickets can now enjoy the convenience of Web Check-in. Please visit americawest.com for more information.

## THANK YOU FOR CHOOSING AMERICA WEST. HAVE A GREAT FLIGHT!

STEPHEN H ROSEN
1221 BRICKELL AVE STE 1020
MIAMI FL 33131

ELECTRONIC TICKETS ARE NOT TRANSFERABLE.
THIS IS A RECEIPT ONLY AND HAS NO CASH VALUE.
IF YOUR TICKET IS NON-REFUNDABLE,
A PENALTY FOR CHANGES MAY APPLY.
For reservations, call 1-800-235-9292
For flight information, call 1-888-566-8463

EXHIBIT A



June 19, 2003

Mr. Stephen Rosen
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
USA

Dear Mr. Rosen,

Thank you for choosing The Pan Pacific Vancouver. We have reserved the following accommodations for arrival on 08/02/03 and departure on 08/06/03.

Below are the details of your confirmed reservation for review:

| Guest Name: | Mr. Stephen Rosen |
| Confirmation Number: | 891048 |
| Number of nights: | |
| Room description: | Superior view room |
| Room rate: | per night |
| (Rates are | Goods & Service tax) |
| Number | |
| Expected time of arrival: | 18:00 |
| Check in: | |
| Check out: | 12:00 Noon |

We have guaranteed your accommodation for late arrival.

**Should you need to cancel your reservation, please notify us 24 hours prior to your arrival date. Cancellations received within 24 hours will be subject to a fee of one nights room and tax.**

We look forward to welcoming you to The Pan Pacific Vancouver. If we may be of any further assistance or answer any questions, please feel free to contact us:
**Toll Free: In Canada 1-800-663-1515 In U.S.A. 1-800-937-1515**

Sincerely,

ADIOTTE
The Pan Pacific Vancouver, Reservations Department

EXHIBIT  B

Subj:  **Air Canada - Electronic Ticket Itinerary/Receipt**
Date:  6/23/03 4:03:26 PM Eastern Daylight Time
From:  AC_ITIN@AIRCANADA.CA
To:  YOUCME29@AOL.COM


************ PLEASE DO NOT REPLY TO THIS E-MAIL ****************

THIS IS YOUR E-TICKET ITINERARY/RECEIPT. YOUR TICKET COUPONS
ARE ELECTRONICALLY STORED IN OUR COMPUTER SYSTEM. CONDITIONS
OF CONTRACT AND OTHER IMPORTANT NOTICES RELATING TO THE USE OF
THE TICKET ARE PROVIDED WITH THIS DOCUMENT.

RECEIPT                    BOOKING REF: LL6F7Z

ROSEN/STEPHEN MR           TICKET NUM:  014 2112 288378
DATE OF ISSUE: 23 JUN 03    IATA NUMBER: 62990292
PLACE OF ISSUE: YWGTWAC     WINNIPEG          CANADA


FARE      TAX     TAX        TOTAL PER PASSENGER
139.00CAD  6.54CA  10.19GST            155.73CAD

FARE CALCULATION:
05AUG03YVR AC YYC Q29.00R110.00CAD139.00 END ROE1.00

PAYMENT(S): CC CA546616020429XXXX

AC ONLY/NON-REF/CHGE FEE
NOT TRANSFERABLE

ROSEN/MAGNA MRS            TICKET NUM:  014 2112 288379
NOT TRANSFERABLE

ITINERARY

AIR CANADA           AC 210  G-CONFIRMED      EQUIP: 320
DEPART: VANCOUVER TUE 05AUG03 1130
ARRIVE: CALGARY TUE 05AUG03 1350
SEATS: 22D,22E
DEPARTS FROM: TERMINAL M -MAIN


BAGGAGE ALLOWANCE IS 2 PIECES PER PERSON.

              NOTICE

IF THE PASSENGER S JOURNEY INVOLVES AN ULTIMATE DESTINATION OR
STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE, THE
WARSAW CONVENTION MAY BE APPLICABLE AND THE CONVENTION GOVERNS
AND IN MOST CASES LIMITS THE LIABILITY OF CARRIERS FOR DEATH OR
PERSONAL INJURY AND IN RESPECT OF LOSS OF OR DAMAGE TO BAGGAGE.

CHECKING IN - PLEASE PRESENT THE CREDIT CARD USED TO PURCHASE          **EXHIBIT C**
THE TICKET AND PHOTO ID WHICH MATCHES THE NAME SHOWN ABOVE.

IF YOU ARE TRAVELLING WITHOUT BAGGAGE AND WISH TO OBTAIN A



**MORAINE LAKE**
*A Mountain Lodge*

Stephen Rosen

Dear Guest,

Thank you for including Moraine Lake Lodge in your Rocky Mountain adventure! We are pleased to confirm your reservation and to advise that we have processed an advance deposit on your credit card (receipt attached). Please take the time to ensure the information outlined below is accurate and make special note of our cancellation policy.

| ARRIVAL DATE | NO. OF NIGHTS | DEPARTURE DATE | ROOM TYPE | RESERVATION NO. |
|---|---|---|---|---|
| 08.05.03 | 03 | 08.08.03 | King Cabin | 185.1751 |
| **STATUS** | **NO. OF ROOMS** | **NO. OF PERSONS** | **ROOM RATE** / **DEPOSIT REC'D** | **DEPOSIT DUE DATE** |
| GTD | 01 | 02 | $689.33 | 06.23.03 |

A written notice of cancellation must be received by Moraine Lake Lodge 30 days prior to arrival. All cancellations are subject to a $75.00 administration fee. Cancellations received within 30 days of arrival will only be refunded if the rooms are resold.

If you have any questions or require special consideration prior to your arrival, please call us at any time or visit our web site at: www.morainelake.com

We look forward to your stay at Moraine Lake Lodge and thank you for allowing us the opportunity to "wow" you with our exceptional lodge, breathtaking location and outstanding guest service.

See you soon!

Sincerely,

*[signature]*

Reservations
Moraine Lake Lodge

**EXHIBIT D**

COMMITTED TO ENVIRONMENTAL STEWARDSHIP

P.O. Box 70, Lake Louise, Alberta, Canada T0L 1E0 Tel: (403) 522-3733 Fax: (403) 522-3719
World Wide Web: http://www.morainelake.com   Electronic Mail: info@morainelake.com

# ESTIMATED DRIVING DISTANCES & TIME



| From: | To: | Point-To-Point Miles | Point-To-Point Travel Time | Total Miles | Total Travel Time |
|---|---|---|---|---|---|
| AB | Yellowstone National Park, WY | 602.6 | 11:34 | 602.6 | 11:34 |
| ne National Park, WY | Grand Teton National Park, WY | 77.8 | 1:56 | 680.4 | 13:30 |
| ton National Park, WY | Salt Lake City, UT | 273.6 | 6:15 | 954.0 | 19:45 |

The information in this Triptik routing has been compiled from various sources and AAA does not accept responsibility for errors or ommissions. AAA assumes no liability for delay, loss, inconvenience, injury, or damage that may be occasioned by use of this routing.

EXHIBIT E