UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK
(02-12352-AA)



UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

vs.

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
    Defendants-Appellants.
_____/

### ORDER ON EMERGENCY MOTION TO CONTINUE HEARING OR IN THE ALTERNATIVE TO PERMIT CO-COUNSEL TO APPEAR IN COUNSEL'S BEHALF

THIS MATTER is before the Court pursuant to Defendant, Anthony Trentacosta's Emergency Motion to Continue Hearing or in the Alternative to Permit Co-Counsel to Appear in Counsel's Behalf, filed July 30, 2003. After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant, Anthony Trentacosta's Emergency Motion to Continue Hearing or in the Alternative to Permit Co-Counsel to Appear in Counsel's Behalf is **GRANTED in part**. Co-Counsel, Jeffrey Weinkle, Esq. and Fred Haddad, Esq. are permitted to appear on behalf of Stephen H. Rosen, Esq. for the hearing scheduled on August 7, 2003 at 4:00 p.m. As a result, Defendant's rights will be protected. Therefore, the Motion to Continue the Hearing is **DENIED** because of the Eleventh Circuit's instructions to the District Court to "act on this matter expeditiously".

DONE and ORDERED in Chambers at Miami, Florida this 30 day of July, 2003.

                                      PAUL C. HUCK
                                      UNITED STATES DISTRICT JUDGE

cc:  - Larry Lavecchio, AUSA (954-356-7230)
      - Lisa Hirsch, AUSA (305-530-7976)
      - Jeffrey Sloman, AUSA
      - Fred Haddad, Esq. (954-760-4421)
      - Jeffrey Weinkle, Esq. (305-545-8514)
      - Stephen Rosen, Esq. (305-371-6966)
      - Benedict Keuhne, Esq. (305-789-5987)
      - Richard Rosenbaum, Esq. (954-522-7003)
      - Daniel Samuel, Esq. (404-365-5041)