

FILED by ___ D.C.

**JUL 3 1 2003**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  00-6273-CR-HUCK
(02-12352-AA)

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

vs.

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
    Defendants-Appellants.
_____/

## NOTICE OF HEARING

    PLEASE TAKE NOTICE that a Status Conference will be held on **Monday, August 4, 2003 at 10:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida.  Counsel may appear by telephone[1].  If there are counsel appearing by phone, they are instructed to collect, through a commercial carrier, the parties appearing by telephone and to place the call to Chambers (305) 523-5520 at the above mentioned time.

    DONE in Chambers at Miami, Florida this _31_ day of July, 2003.

                                  Deputy Clerk
                                  United States District Court

cc:    Larry Lavecchio, AUSA (954-356-7230)
        Lisa Hirsch, AUSA (305-530-7976)
        Jeffrey Sloman, AUSA
        Fred Haddad, Esq. (954-760-4421)
        Jeffrey Weinkle, Esq. (305-545-8514)
        Stephen Rosen, Esq. (305-371-6966)
        Benedict Keuhne, Esq. (305-789-5987)
        Richard Rosenbaum, Esq. (954-522-7003)
        Daniel Samuel, Esq. (404-365-5041)

AUG - 4 2003

Rec'd in MIA Dkt _____



_____

[1]Any counsel who desires to appear by telephone are instructed to coordinate with each other and inform chambers as to which parties will be appearing via telephone.