

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-Cr-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY TRENTACOSTA, et al.,

       Defendants.

_____/

### **Government's Memorandum Regarding Tapes**

### **And Statement of the Evidence**

    The United States of America, by and through the undersigned Assistant United States Attorneys hereby files it memorandum of law regarding the tape recordings and its statement of the evidence pursuant to Federal Rule of Appellate Procedure 10(c). In order to assist this Court in making its finding as to which tapes were played for the jury during the trial of the above-referenced case, a list of the tapes is contained herein with corresponding record cites showing the volume and page number where the tape was played for the jury.[1]

---

[1] Record cites are from the record on appeal, but also include the date. Thus R19 is used for docket entry 535, the second trial day held on November 20, 2001.



On July 20, 2003, the Eleventh Circuit remanded this case to the district court in order for the district court to determine what tapes were played for the jury during trial. The Eleventh Circuit stated that "[t]o the extent that any of the tapes referenced by Appellee were played to the jury, such tapes should be part of the record on appeal." The court remanded for the district court to determine "what tapes were played to the jury and when during trial they were played."

The district court should make a finding that each of the tapes listed below was played to the jury at trial. In each case, the government has noted the record cite where each tape was played to the jury. The government has assembled the list using the prosecutors' notes, recollection and the trial transcripts. In making its finding, the district court may use its recollections, its notes, the testimony of witnesses as well as other materials. See United States v. Preciado-Cordobas, 981 F.2d 1206, 1210-12 (11th Cir. 1993). In Preciado-Cordobas, the Eleventh Circuit remanded the matter to the district court directing it to reconstruct part of the record, which was effected without the participation of the trial judge who had passed away. Id. at 1209-10. Relying upon notes from the court reporter and the attorneys as well as testimony, the Court of Appeals found that the "record has been sufficiently recalled to enable review" of the error alleged on appeal. Id. at 1214.

The list below shows the tapes that were played to the jury and the government requests that the court make such a finding.

1.    The following tapes and tape recorded transcript excerpts (hereinafter designated as "GX #[2], p. \_\_\_, line(s) \_\_\_\_\_ ") were played and read during the direct and re-direct examination of the below-listed witnesses along with the corresponding record citation:

**A.    Steven Horowitz**

|     |     |     |     |     |
|-----|-----|-----|-----|-----|
| (1) | GX 516A, entirety | R22 | 11/27/01: pgs. 106-114 |
| (2) | GX 544A, entirety | R22 | 11/27/01: pgs. 114-123 |
| (3) | GX 566A, entirety | R22 | 11/27/01: pgs. 124-130 |
| (4) | GX 572A, entirety | R22 | 11/27/01: pgs. 130-133 |
| (5) | GX 614A, entirety | R22 | 11/27/01: pgs. 133-143 |

**B.    Adam Silverman**

|     |     |     |     |     |
|-----|-----|-----|-----|-----|
| (1) | GX 501A, entirety | R26 | 12/06/01: pg.  55 |
| (2) | GX 625A, entirety | R26 | 12/06/01: pgs. 59 - 60 |
| (3) | GX 517A, entirety | R26 | 12/06/01: pgs. 63 - 64 |
| (4) | GX 529A, entirety | R26 | 12/06/01: pgs. 75 - 77 |
| (5) | GX 530A, entirety | R26 | 12/06/01: pgs. 77 - 81 |
| (6) | GX 548A, pgs. 2 - 4 | R26 | 12/06/01: pgs. 93 - 95 |

---

[2]    The letter following the government exhibit number, *i.e.*, GX 516**A** refers to the transcript of the tape recording which is GX 516. The only exceptions are GXs 585 and 593 where the tapes are 585B and 593B while the transcripts are 585B and 593C.

(7)   GX 568A, entirety       R26   12/06/01: pgs. 95 - 96

(8)   GX 569A, entirety       R26   12/06/01: pgs. 97 - 98

(9)   GX 570A, entirety       R26   12/06/01: pg.  99

(10)  GX 581A, entirety       R26   12/06/01: pg.  100

(11)  GX 585C, entirety       R26   12/06/01: pgs. 103 - 104

(12)  GX 589A, entirety       R26   12/06/01: pgs. 104 - 106

(13)  GX 590A, entirety       R26   12/06/01: pg.  106

(14)  GX 591A, entirety       R26   12/06/01: pgs. 107 - 108

(15)  GX 593C, entirety       R26   12/06/01: pgs. 126 - 128

(16)  GX 600A, entirety       R26   12/06/01: pgs. 129 - 131

(17)  GX 601A, entirety       R26   12/06/01: pgs. 131 - 132

(18)  GX 602A, entirety       R26   12/06/01: pg. 133

**C.    Francisco Valdes**

(1)   GX 594A, entirety       R26   12/06/01: pgs. 175 - 177

(2)   GX 595A, entirety       R26   12/06/01: pg.  177

(3)   GX 547A, entirety       R26   12/06/01: pgs. 183 - 184

(4)   GX 548A, p. 2           R27   12/07/01: pgs. 22 - 23

(5)   GX 552A, entirety       R27   12/07/01: pg.  24

**D.    Tammy Bubel**

(1)   GX 558, entirety        R25   11/30/01: pg. 168-72

    (2)   GX 548, p. 2      R25   11/30/01: pg. 174-75

    (3)   GX 518A, entirety    R26   12/06/01: pg. 6

    (4)   GX 521A, entirety    R26   12/06/01: pg. 7

    (5)   GX 561A, entirety    R26   12/06/01: pg. 9 - 10

    (6)   GX 563A, entirety    R26   12/06/01: pg. 11 - 12

    (7)   GX 565A, entirety    R26   12/06/01: pg. 13 - 14

    (8)   GX 621A, entirety    R26   12/06/01: pg. 15 - 17

**E.**   **Julius Bruce Chiusano**

    (1)   GX 562A, entirety    R22   11/27/01: pg. 226

**F.**   **David Alwais**

    (1)   GX 633, entirety    R21   11/26/01: pg. 30

    (2)   GX 143, entirety    R21   11/26/01: pg. 32 - 33

    (3)   GX 144, entirety    R21   11/26/01:pg. 33 - 34

    (4)   GX 145, entirety    R21   11/26/01:pg. 36 - 41

    (5)   GX 146, entirety    R21   11/26/01 pg. 44

**G.**   **Francis Ruggiero**

    (1)  GX 586, entirety    R20   11/21/01: pg. 105

    (2)  GX 587, entirety    R20   11/21/01: pg. 107

    (3)  GX 588, entirety    R20   11/21/01: pg. 108

    (4)  GX 604, entirety    R20   11/21/01: pg. 109

     (5)  GX 607, entirety     R20   11/21/01: pg. 110

     (6)  GX 617, entirety     R20   11/21/01: pg. 110

     (7)  GX 620, entirety     R20   11/21/01: pg. 111

     (8)  GX 622, entirety     R20   11/21/01: pg. 112

     (9)  GX 628, entirety     R20   11/21/01: pg. 113

2.    During the government's rebuttal closing argument on December 13, 2001, the government played tape recorded *excerpts* from government exhibits in evidence[3] to rebut arguments raised by defense counsel during their respective closing arguments. The following is a list of the excerpts and record entries.

**A.    Rebuttal Closing**

     (1)  GX 544A, entirety     R30   12/13/01: pg.  155

     (2)  GX 588A, entirety     R30   12/13/01: pg.  157

     (3)  GX 614A, pg. 10-11   R30   12/13/01: pg.  157

     (4)  GX 514A, entirety     R30   12/13/01: pg.  164

     (5)  GX 517A, pg. 3     R30   12/13/01: pg.  165

     (6)  GX 518A, pg. 2     R30   12/13/01: pg.  167

     (7)  GX 521A, pg. 2     R30   12/13/01: pg.  167

---

[3] The excerpts were recorded on two separate tapes (hereinafter "summary tapes") in order to access the excerpts quickly and efficiently. Assistant United States Attorney Jeffrey H. Sloman reviewed the record, the summary tapes and his notes and can testify that these were the portions played to the jury during the rebuttal closing argument.

(8)    GX 526A, entirety        R30    12/13/01: pg. 168

(9)    GX 527A, entirety        R30    12/13/01: pg. 168

(10)   GX 529A, pgs. 2-3        R30    12/13/01: pg. 171

(11)   GX 530A, pgs. 2-3        R30    12/13/01: pg. 171

(12)   GX 532A, pg. 8           R30    12/13/01: pg. 171

(13)   GX 533A, entirety        R30    12/13/01: pg. 172

(14)   GX 547A, entirety        R30    12/13/01: pg. 173

(15)   GX 548A, pgs. 2-7        R30    12/13/01: pg. 173 - 4

(16)   GX 552A, entirety        R30    12/13/01: pg. 175

(17)   GX 557A, entirety        R30    12/13/01: pg. 175

(18)   GX 558A, entirety        R30    12/13/01: pg. 176

(19)   GX 559A, pgs. 3 & 5      R30    12/13/01: pg. 176

(20)   GX 560A, pg. 4           R30    12/13/01: pg. 177

(21)   GX 567A, pg. 2           R30    12/13/01: pg. 178

(22)   GX 585A, pgs. 2-3        R30    12/13/01: pg. 179

(23)   GX 593A, pgs. 5 & 6      R30    12/13/01: pg. 179

(24)   GX 523A, pgs. 3 & 4      R30    12/13/01: pg. 179

3.    The following lists, with the corresponding record citation, where each

tape was played in its entirety to the jury:

**TAPE**                              **PLAYED/PUBLISHED**


**GX 10 -** 3/27/99
Tape recording /A. Hernandez &
Det. Ilarazza                         Transcript read (R24:52-75)


**GX 12A**
Redacted 3/28/99
Taped Statement of A. Hernandez       (R28:162-63)

**GX 13A**
Redacted 3/28/99
Transcript of taped statement of
A. Hernandez                          (R28:162)

**GX 14-** 4/1/99
Taped Statement of F. Massaro         (R24:91, 96)

**GX 15 -** 4/1/99                    (R24:91)
Transcript of taped statement of
F. Massaro

**GX143 -** 11/13/98
Recorded conversation between         (R21:32-33)
Massaro & Alwais


**GX144 -** 11/16/98                  (R21:33)
Recorded conversation between
Massaro & Alwais


**GX145 -** 12/4/98                   (R21:30, 36)
Recorded conversation between
Massaro & Alwais

**GX146** - 1/28/99                        (R21:30, 44)
Recorded conversation between
Massaro & Alwais


**GX501**                                 (R19:139, 141)
CN: 58 PN: 7512                           (R26:55)
Date: 3/19/99 Time: 12:33pm

**GX502** -                               (R24:23)
CN: 68  PN: 7512 Date: 3/19/99
Time: 2:39pm
T-III tape recorded conversation

**GX503** -                               Playing waived
CN: 69  PN: 7512 Date: 3/19/99
Time: 2:42pm                              (R24:23-24)
T-III tape recorded conversation

**GX504** -                               (R24:24)
CN: 70  PN: 7512 Date: 3/19/99
Time: 2:49pm
T-III tape recorded conversation

**GX505-**                                (R24:24)
CN: 71 PN: 7512 Date: 3/19/99
 Time: 2:49pm
T-III tape recorded conversation

**GX506-**                                (R24:24)
CN: 78 PN:7512 Date: 3/19/99
Time: 3:07pm
T-III tape recorded conversation

**GX507-**                                (R24:25)
CN: 79 PN: 7512 Date: 3/19/99
Time: 3:12pm
T-III tape recorded conversation

**GX508-**                           (R24:185-86)
CN: 80 PN:7512 Date: 3/19/99
Time: 3:13pm
T-III tape recorded conversation

**GX509-**                           (R24:186)
CN: 88 PN: 7512 Date: 3/19/99
Time: 4:28pm
T-III tape recorded conversation

**GX510-**                           (R24:187)
CN: 262 PN: 2929 Date: 3/20/99
Time: 12:31am
T-III tape recorded conversation

**GX511-**                           (R24:187)
CN: 264  PN:2929 Date: 3/20/99
Time: 12/32am
T-III tape recorded conversation

**GX512-**                           (R21:74-75)
CN: 23 PN: 3020 Date: 3/20/99        (R24:187-88)
Time: 11:00am
T-III tape recorded conversation

**GX513**                            (R24:188)
CN: 24 PN: 3020 Date: 3/20/99
Time: 11:51am
T-III tape recorded conversation

**GX514-**                           (R24:188-89)
CN: 102  PN:7512 Date: 3/20/99
Time: 3:43pm
T-III tape recorded conversation

**GX515-**                          (R24:22-23, 189)
CN: 293 PN: 2929 Date: 3/20/99
Time: 5:13pm
T-III tape recorded conversation


**GX516-**                          (R21:74-75)
CN: 109  PN: 7512 Date: 3/20/99
Time: 6:25pm
T-III tape recorded conversation


**GX517-**                          (R24:22-23, 189)
CN: 111 PN: 7512 Date: 3/20/99     (R26:63-64)
 Time: 6:34pm
T-III tape recorded conversation


**GX518-**                          (R24:189)
CN: 316 PN: 2929 Date: 3/20/99
Time: 7:01pm
T-III tape recorded conversation


**GX519-**                          (R24:190)
CN: 112  PN: 7512 Date: 3/20/99
Time: 8:52pm
T-III tape recorded conversation


**GX520 -**                         (R24:190)
CN: 113  PN: 7512 Date: 3/20/99
Time: 9:02pm
 T-III tape recorded conversation

**GX521 -**                         (R24:190)
CN: 114  PN: 7512 Date: 3/20/99
Time: 9:03pm
T-III tape recorded conversation

**GX522-**                              (R24:190-91)
CN: 115  PN: 7512 Date: 3/20/99
Time: 9:04pm
T-III tape recorded conversation


**GX523-**                              (R24:22-23, 191)
CN: 44 PN: 3020 Date: 3/20/99
Time: 10:42pm
T-III tape recorded conversation


**GX524-**                              (R25:133, 136)  Stipulated that phone was
CN: 116  PN: 7512 Date: 3/20/99                        a c t i v a t e d
                                                       (R25:133)
Time: 10:52pm
T-III tape recorded conversation


**GX525-**                              (R25:133-34, 136)
CN: 117 PN: 7512 Date: 3/20/99
Time: 10:53pm
T-III tape recorded conversation


**GX526-**                              (R25:133-34, 136)
CN: 45 PN: 3020 Date: 3/20/99
Time: 11:39pm
T-III tape recorded conversation

**GX527-**
CN: 46 PN: 3020 Date: 3/20/99           (R24:22-23, 191)
Time: 11:40pm                           (R25:136)
T-III tape recorded conversation

**GX528 -**                             (R25:133-136)
CN: 119  PN: 7512 Date: 3/21/99
 Time: 1:49am
T-III tape recorded conversation

(R25:133, 135-36)

**GX529-**
CN: 124  PN: 7512  Date: 3/21/99
Time: 12:04pm
T-III tape recorded conversation

(R25:133. 135)

**GX530-**
CN: 373  PN:2929  Date: 3/21/99
Time: 5:01pm
T-III tape recorded conversation

(R21:74-75)

**GX531-**
CN: 133 PN: 7512  Date: 3/21/99
Time: 7:48pm
T-III tape recorded conversation

(R21:46)

**GX532-**
CN: 139  PN: 7512  Date: 3/21/99
Time: 10:52pm
T-III tape recorded conversation

(R25:153)

**GX533-**
CN: 469  PN: 2929  Date: 3/22/99
Time: 12:56pm
T-III tape recorded conversation

(R25:153)

**GX534-**
CN: 474  PN: 2929  Date: 3/22/99
Time: 1:44pm
T-III tape recorded conversation

(R19:141)

**GX535-**
CN: 496  PN: 2929  Date: 3/22/99

Time: 4:02pm
T-III tape recorded conversation

(R19:141-42)

**GX536-**
CN: 532  PN: 2929  Date: 3/22/99
Time: 7:48pm
T-III tape recorded conversation

(R25:153)

**GX537-**
CN: 179  PN: 7512  Date: 3/23/99
Time: 10:51am
T-III tape recorded conversation

(R25:153-54)

**GX538-**
CN: 187  PN:7512  Date: 3/23/99
Time: 12:01pm
T-III tape recorded conversation

(R25:153-54)

**GX539-**
CN: 196  PN: 7512  Date: 3/23/99
Time: 2:31pm
T-III tape recorded conversation

(R25:153-54)

**GX540-**
CN: 626  PN: 2929  Date: 3/23/99
Time: 10:59pm
T-III tape recorded conversation

(R25:154-55, 157)

**GX541-**
CN: 630  PN: 2929  Date: 3/24/99
Time: 1:07am
T-III tape recorded conversation

**GX542-**                                    (R19:142)
CN: 218 PN: 7512 Date: 3/24/99
Time: 7:42pm
T-III tape recorded conversation


**GX543-**                                    (R25:154-55, 157)
CN: 229 PN: 7512 Date: 3/25/99
Time: 12:42pm
T-III tape recorded conversation


**GX544-**                                    (R21:74-76)
CN: 174  PN: 3020 Date: 3/25/99
Time: 1:38pm
T-III tape recorded conversation


**GX545-**                                    (R25:154-55, 157)
CN: 817  PN: 2929 Date: 3/25/99
Time: 5:40pm
T-III tape recorded conversation


**GX546-**                                    (R25:154-55, 157-58)
CN: 256 PN: 7512 Date: 3/26/99
Time: 1:27pm
T-III tape recorded conversation


**GX547-**                                    (R25:154-55, 158)
CN: 958  PN: 2929 Date: 3/27/99
Time: 12:34am
T-III tape recorded conversation


**GX548-**                                    (R25:154-55, 158)
CN: 275  PN: 7512 Date: 3/27/99
Time: 2:09am
T-III tape recorded conversation

**GX549-**                                    (R25:154-55, 158)
CN: 200 PN: 3020 Date: 3/27/99
Time: 11:42am
T-III tape recorded conversation


**GX550-**                                    (R25:154-55, 159)
CN: 201  PN: 3020 Date: 3/27/99
Time: 12:24pm
T-III tape recorded conversation


**GX551-**                                    (R25:159)
CN: 280  PN: 7512 Date: 3/27/99
Time: 3:42pm
T-III tape recorded conversation


**GX552-**                                    (R25:160)
CN: 287  PN: 7512 Date: 3/27/99
Time: 5:14pm
T-III tape recorded conversation


**GX553-**                                    (R25:160)
CN: 288  PN: 7512 Date: 3/27/99
Time: 5:50pm
T-III tape recorded conversation


**GX554-**                                    (R25:161)
CN: 291 PN: 7512 Date: 3/27/99
Time: 6:51pm
T-III tape recorded conversation


**GX555-**                                    (R25:161)
CN: 296  PN: 7512 Date: 3/27/99
Time: 7:45pm

T-III tape recorded conversation


**GX556-**                          (R25:161)
CN: 299 PN: 7512 Date: 3/27/99
Time: 7:47pm
T-III tape recorded conversation


**GX557-**                          (R25:162)
CN: 1027  PN: 2929  Date: 3/27/99
Time: 8:53pm
T-III tape recorded conversation

**GX558-**                          (R25:162-63)
CN: 1082 PN: 2929 Date: 3/28/99
Time: 11:46pm
T-III tape recorded conversation


**GX559-**                          (R27:218-19)
CN: 1086  PN: 2929 Date: 3/29/99
Time: 2:22pm
T-III tape recorded conversation


**GX560B-** Redacted Tape         (R27:218-19)
CN: 241 PN:3020 Date: 3/29/99
Time: 11:13am T-III tape recorded conversation


**GX561-**                          (R25:175)
CN: 1113  PN: 2929 Date: 3/29/99   (R26:9-10)
Time: 6:11pm
T-III tape recorded conversation


**GX562-**                          (R22:226)
CN: 1156  PN: 2929 Date: 3/30/99

Time: 12:06am
T-III tape recorded conversation

**GX563-**                     (R26:11)
CN: 322  PN: 7512 Date: 3/30/99
Time: 1:41am
T-III tape recorded conversation

**GX565-**                     (R26:13)
CN: 328  PN:7512 Date: 3/30/99
Time: 4:43pm
T-III tape recorded conversation

**GX566-**                     (R21:74, 76)
CN: 59  PN: 7513 Date: 3/31/99
Time: 1:13pm
T-III tape recorded conversation

**GX567-**                     (R27:219)
CN: 331 PN: 3020 Date: 4/1/99
Time: 9:24pm
T-III tape recorded conversation

**GX568-**                     (R26:95-96)
CN: 351  PN: 7512 Date: 4/1/99
Time: 9:32am
T-III tape recorded conversation

**GX569-**                     (R26:97-98)
CN: 352  PN: 7512 Date: 4/1/99
Time: 11:59am
T-III tape recorded conversation

**GX570-**                                    (R26:99)
CN: 353 PN: 7512 Date: 4/1/99
Time: 11:50am
T-III tape recorded conversation


**GX571-**                                    (R21:74, 76)
CN: 104  PN: 7513 Date: 4/1/99
Time: 11:57am
T-III tape recorded conversation


**GX572-**                                    (R22:130-32,177)
CN: 356 PN: 7512 Date: 4/1/99
Time: 12:44pm
T-III tape recorded conversation


**GX574-**                                    (R21:74, 76)
CN: 106 PN: 7513 Date: 4/1/99
Time: 1:41pm
T-III tape recorded conversation


**GX575-**                                    (R21:74, 77)
CN: 108 PN: 7513 Date: 4/1/99
Time: 1:55pm
T-III tape recorded conversation


**GX578-**                                    (R27:220)
CN: 120  PN: 7513 Date: 4/1/99
Time: 5:23pm
T-III tape recorded conversation


**GX579-**                                    (R27:220)
CN: 142 PN: 7513 Date: 4/2/99
Time: 4:47pm

**GX581-**                                    (R26:100)
CN: 371  PN: 7512 Date: 4/2/99
Time: 7:43pm
T-III tape recorded conversation

**GX582-**                                    (R27:220-21)
CN: 384  PN: 7512 Date: 4/3/99
Time: 5:55pm
T-III tape recorded conversation

**GX583-**                                    (R19:142-43)
CN: 520  PN: 7512 Date: 4/13/99
Time: 11:32am
T-III tape recorded conversation

**GX584-**                                    (R19:143)
CN: 2744  PN: 2929 Date: 4/20/99
Time: 11:45pm
T-III tape recorded conversation

**GX585B-**                                   (R26:103)
Redacted Tape CN: 662 PN: 7512 Date: 4/21/99
Time 3:44 pm T-III tape recorded conversation

**GX586-**                                    (R20:103, 105)
CN: 2826  PN: 2929 Date: 4/21/99
Time: 8:25pm
T-III tape recorded conversation

**GX587-**                                    (R20:103, 107)
CN: 2834  PN: 2929 Date: 4/21/99
Time: 10:19pm
T-III tape recorded conversation

**GX588-**                          (R20:103, 108)
CN: 688  PN: 7512 Date: 4/21/99    (R21:74, 77)
Time: 10:27pm
T-III tape recorded conversation

**GX589-**                          (R26:104-05)
CN: 871  PN: 3020 Date: 4/22/99
Time: 7:16am
T-III tape recorded conversation

**GX590-**                          (R26:106)
CN: 873 PN: 3020 Date: 4/22/99
Time: 7:32am
T-III tape recorded conversation

**GX591-**                          (R26:107)
CN: 875  PN: 3020 Date: 4/22/99
Time: 8:07am

**GX592-**                          (R19:144)
CN: 2887  PN: 2929 Date: 4/22/99
Time: 6:59pm
T-III tape recorded conversation

**GX593B-** Redacted Tape          (R26:126-27)

**GX594-**                          (R26:175-76)
CN: 762  PN: 7512 Date: 4/25/99
Time: 5:08pm
T-III tape recorded conversation

**GX595-**                                      (R26:175, 177)
CN: 766  PN: 7512 Date: 4/25/99
Time: 5:27pm
T-III tape recorded conversation


**GX596-**                                      (R28:152)
CN: 769  PN: 7512 Date: 4/25/99
Time: 8:49pm
 T-III tape recorded conversation


**GX597-**                                      (R28:152-53)
CN: 3306  PN: 2929 Date: 4/27/99
Time: 1:12pm
T-III tape recorded conversation


**GX599-**                                      (R28:153)
CN: 1087  PN: 3020 Date: 4/27/99
Time: 1:15pm
T-III tape recorded conversation


**GX600-**                                      (R26:129-30)
CN: 825 PN: 7512 Date: 4/27/99
Time: 1:32pm
T-III tape recorded conversation


**GX601-**                                      (R26:129, 132)
CN: 828  PN: 7512 Date: 4/27/99
Time: 2:00pm
T-III tape recorded conversation


**GX602-**                                      (R26:129, 133)

CN: 829  PN: 7512 Date: 4/27/99
Time: 2:09pm


**GX603-**                         (R19:144-45)
CN: 3394  PN: 2929 Date: 4/28/99
Time: 12:48am
T-III tape recorded conversation


**GX604-**                         (R20:103, 109)
CN: 3402  PN:2929 Date: 4/28/99
Time: 12:12pm
T-III tape recorded conversation


**GX605-**                         (R19:145)
CN: 3447 PN: 2929 Date: 4/28/99 -
Time: 8:37pm
Time 3:44 pm T-III tape recorded
conversation

**GX606-**                         (R21:74, 77)
CN: 912  PN: 7512 Date: 4/29/99
Time: 10:00pm
T-III tape recorded conversation


**GX607-**                         (R20:103, 110)
CN: 915  PN: 7512 Date: 4/30/99
Time: 11:37am
T-III tape recorded conversation


**GX608-**                         (R19:145-46)
CN: 935  PN: 7512 Date: 4/30/99
Time: 4:26pm
T-III tape recorded conversation

**GX609-**                                    (R21:74)
CN: 3621  PN: 2929 Date: 4/30/99      (R19:146)
Time: 10:13pm


**GX610-**                                    (R28:153-54)
CN: 950  PN: 7512 Date: 5/1/99
Time:12:27pm
T-III tape recorded conversation

**GX611-**                                    (R28:154)
CN: 3783  PN: 2929 Date: 5/2/99
Time: 9:50pm
T-III tape recorded conversation


**GX612-**                                    (R19:146)
CN: 3786  PN: 2929 Date: 5/2/99
Time: 9:56pm
T-III tape recorded conversation


**GX613-**                                    (R28:155)
CN: 3866  PN: 2929 Date: 5/3/99       (R29:26)
Time: 10:11pm
T-III tape recorded conversation


**GX614-**                                    (R21:74, 78)
CN: 1374  PN: 3020 Date: 5/5/99       (R19:147)
Time: 10:40am
T-III tape recorded conversation


**GX615-**                                    (R21:74, 78)
CN: 3935  PN: 2929 Date: 5/5/99
Time: 11:00am
T-III tape recorded conversation

**GX616-**                        (R19:147)
CN: 4104  PN: 2929 Date: 5/7/99
Time: 12:32am
T-III tape recorded conversation


**GX617-**                        (R20:103, 110)
CN: 1432 PN: 3020 Date: 5/7/99
Time: 6:10pm
T-III tape recorded conversation


**GX618-**                        (R19:148)
CN: 4303  PN: 2929 Date: 5/9/99
Time: 6:42pm
T-III tape recorded conversation


**GX620-**                        (R20:103, 111)
CN: 1297  PN: 7512 Date: 5/14/99
Time: 9:58pm
T-III tape recorded conversation


**GX621-**                        (R26:15-16)
CN: 1299 PN: 7512 Date: 5/14/99
Time: 10:26pm
T-III tape recorded conversation


**GX622-**                        (R20:103, 112)
CN: 4751  PN:2929 Date: 5/14/99
Time: 10:30pm
T-III tape recorded conversation


**GX623-**                        (R28:155)
CN: 1586  PN: 3020 Date: 5/15/99

Time: 10:48am
T-III tape recorded conversation

**GX625-**                          (R26:59-60)
CN: 1332  PN: 7512 Date: 5/17/99
Time: 1:04pm
T-III tape recorded conversation

**GX626-**                          (R19:148)
CN: 4968  PN: 2929 Date: 5/17/99
Time: 10:07pm
T-III tape recorded conversation

**GX627-**                          (R26:60-61)
CN: 1377  PN: 7512 Date: 5/19/99
Time: 5:31pm
T-III tape recorded conversation

**GX628-**                          (R20:113)
CN: 1411  PN: 7512 Date: 5/21/99
Time: 7:30pm
T-III tape recorded conversation

**GX629-**                          (R21:74, 78)
CN: 1424  PN: 7512 Date: 5/23/99
Time:8:25pm
T-III tape recorded conversation

**GX630-**                          (R28:155-56)
CN: 7610  PN: 2929 Date: 6/15/99
Time: 8:00pm
T-III tape recorded conversation

**GX631-**                          (R28:156)
CN: 7618  PN: 2929 Date: 6/15/99
Time: 10:13pm
T-III tape recorded conversation


**GX633-**                          (R21:30)
Consensual recorded conversation Tape
Number 6BD dated 11/12/98


**GX641 -**                         (R28:157)
CN: 161 PN: 7512 Date: 3/22/99
Time: 3:40pm
T-III tape recorded conversation


**GX642-**                          (R28:157)
CN: 522  PN: 2929 Date: 3/22/99
Time: 6:51pm
T-III tape recorded conversation

**GX643-**                          (R29:27)
CN: 185 PN: 7512 Date: 3/23/99
Time: 11:40 am
T-III tape recorded conversation


**GX644-**                          (R28:160)
CN: 401 PN: 7512 Date: 4/5/99
Time: 3:27pm
T-III tape recorded conversation

WHEREFORE the United States respectfully submits its list of the tape recordings played for the jury at trial along with the corresponding record cites.

Respectfully submitted,

Marcos Daniel Jiménez
United States Attorney

By:

Jeffrey H. Sloman
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255- ext. 3576
Facsimile (954) 356-7336

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by facsimile and U.S. mail this 2nd day of September, 2003, to: Fred Haddad, Esq., One Financial Plaza, Suite 2612, Fort Lauderdale, Florida 33394; Benedict P. Kuehne, Sale & Kuehne, P.A., 100 S.E. 2nd Street, Suite 3550, Miami, Florida 33131-2154; Stephen Rosen, Esq., 1221 Brickell Avenue, Suite 1020, Miami, Florida 33131; Richard L. Rosenbaum, 350 East Las Olas Boulevard, Suite 1700, Las Olas Centre II, Fort Lauderdale, Florida 33301; Donald F. Samuel, 3151 Maple Drive, N.E., Atlanta, Georgia 30305; and Jeffrey Weinkle, Esq., 1035 N.W. 11th Avenue, Miami, Florida 33136.

Jeffrey H. Sloman
Assistant United States Attorney