**Calendar List**  9/3/2003  Huck.OR6

   

FILED by _____ D.C.
SEP 0 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 3 Sep 2003 8:30 AM | 8:30 AM | | CALENDAR CALL - Counsel Only → To Schedule limited remand hrg for week of 9/8/03 |

00-6273-CR-HUCK

USA,
  Larry Lavecchio, AUSA
  Lisa Hirsch, AUSA (9214)
vs.
ARIEL HERNANDEZ (J)
  Jeffrey Weinkle, Esq. 305-373-4445
ANTHONY TRENTACOSTA (J)
  Stephen Rosen, Esq. 305-358-6789

Out of town counsel may appear by phone.

- Calendar Call Held
- Hearing on Limited Remand set for Monday, 9/8/03 at 1:30 pm.

Court Reporter: Patricia Sanders