UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

ANTHONY TRENTACOSTA, et al.,

DEFENDANTS.

_____/



## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of September served the foregoing, *"Defendant Trentacosta's Preliminary Memorandum Regarding The Remand Order From The Eleventh Circuit Court Of Appeals,"* upon Lawrence D. LeVecchio and Jeffrey H. Sloman, Assistant United States Attorneys, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301 by hand-delivery (On September 8, 2003) and by fax.

By: _____
DONALD F. SAMUEL