

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-Cr-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY TRENTACOSTA, et al.,

       Defendants.

_____/

### Government's Amended Statement of the Evidence

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its amended statement of the evidence to assist this Court in making its finding as to which tapes were played for the jury during the trial of the above-referenced case. As a result of a telephone conference between defense counsel and the prosecutors wherein it appeared that defense counsel principally questioned which portion of a tape was played when a particular witness was on the stand as well as during rebuttal closing, the government has made three lists; one of tapes played while a witness was on the stand, another showing the tapes played during rebuttal closing and a third showing tapes played without a witness on

the stand.[1]

## I.    Tapes Played During A Witness

The following tapes and tape recorded transcript excerpts (hereinafter designated as "GX #[2], p. ___, line(s) _____ ") were played and read during the direct and re-direct examination of the below-listed witnesses along with the corresponding record citation:

### A.    Steven Horowitz

| | | | |
|---|---|---|---|
| (1) | GX 516A, entirety | R22 | 11/27/01: pgs. 106-114 |
| (2) | GX 544A, entirety | R22 | 11/27/01: pgs. 114-123 |
| (3) | GX 566A, entirety | R22 | 11/27/01: pgs. 124-130 |
| (4) | GX 572A, entirety | R22 | 11/27/01: pgs. 130-133 |
| (5) | GX 614A, entirety | R22 | 11/27/01: pgs. 133-143 |
| (6) | GX 571A, entirety | R22 | 11/27/01: pgs. 128-30 |

### B.    Adam Silverman

| | | | |
|---|---|---|---|
| (1) | GX 501A, entirety | R26 | 12/06/01: pg. 55 |

---

[1]    Record cites indicating where a particular tape was admitted into evidence have been omitted from the third list below, although these cites were contained in the list previously submitted to the court.  The government notes that one additional tape recording has been listed under each of the following witnesses: Horowitz, Silverman and Alwais. Detective Ilarazza has been added to the list as two tapes were played while he was on the stand, although he was not questioned regarding their contents..

[2]    The letter following the government exhibit number, *i.e.*, GX 516A refers to the transcript of the tape recording which is GX 516. The only exceptions are GXs 585 and 593 where the tapes are 585B and 593B while the transcripts are 585B and 593C.

(2)   GX 625A, entirety     R26    12/06/01: pgs. 59 - 60

(3)   GX 517A, entirety     R26    12/06/01: pgs. 63 - 64

(4)   GX 529A, entirety     R26    12/06/01: pgs. 75 - 77

(5)   GX 530A, entirety     R26    12/06/01: pgs. 77 - 81

(6)   GX 548A, pgs. 2 - 4   R26    12/06/01: pgs. 93 - 95

(7)   GX 568A, entirety     R26    12/06/01: pgs. 95 - 96

(8)   GX 569A, entirety     R26    12/06/01: pgs. 97 - 98

(9)   GX 570A, entirety     R26    12/06/01: pg. 99

(10)  GX 581A, entirety     R26    12/06/01: pgs. 100-01

(11)  GX 585C, entirety     R26    12/06/01: pgs. 103 - 104

(12)  GX 589A, entirety     R26    12/06/01: pgs. 104 - 106

(13)  GX 590A, entirety     R26    12/06/01: pg. 106

(14)  GX 591A, entirety     R26    12/06/01: pgs. 107 - 108

(15)  GX 593C, entirety     R26    12/06/01: pgs. 126 - 128

(16)  GX 600A, entirety     R26    12/06/01: pgs. 129 - 131

(17)  GX 601A, entirety     R26    12/06/01: pgs. 131 - 132

(18)  GX 602A, entirety     R26    12/06/01: pg. 133

(19)  GX 627A, entirety     R26    12/06/01: pgs. 60-61

**C.   Francisco Valdes**

(1)   GX 594A, entirety     R26    12/06/01: pgs. 175 - 177

    (2)    GX 595A, entirety    R26    12/06/01: pg.  177

    (3)    GX 547A, entirety    R26    12/06/01: pgs. 183 - 184

    (4)    GX 548A, p. 2    R27    12/07/01: pgs. 22 - 23

    (5)    GX 552A, entirety    R27    12/07/01: pg.  24

**(D)    Tammy Bubel**

    (1)    GX 558A, entirety    R25    11/30/01: pg. 168-72

    (2)    GX 548A, p. 2    R25    11/30/01: pg. 174-75

    (3)    GX 518A, entirety    R26    12/06/01: pg.  6

    (4)    GX 521A, entirety    R26    12/06/01: pg.  7

    (5)    GX 561A, entirety    R26    12/06/01: pg.  9 - 10

    (6)    GX 563A, entirety    R26    12/06/01: pg.  11 - 12

    (7)    GX 565A, entirety    R26    12/06/01: pg.  13 - 14

    (8)    GX 621A, entirety    R26    12/06/01: pg.  15 - 17

**(E)    Julius Bruce Chiusano**

    (1)    GX 562A, entirety    R22    11/27/01: pg.  226

**(F)    David Alwais**

    (1)    GX 633A, entirety    R21    11/26/01: pg. 30

    (2)    GX 143A, entirety    R21    11/26/01: pg. 32 - 33

    (3)    GX 144A, entirety    R21    11/26/01:pg. 33 - 34

    (4)    GX 145A, entirety    R21    11/26/01:pg. 36 - 41

     (5)   GX 146A, entirety     R21   11/26/01: pg. 44

     (6)   GX 532A, entirety     R21   11/26/01: pg. 46

## G.    Francis Ruggiero

     (1)  GX 586A, entirety     R20  11/21/01: pg. 105

     (2)  GX 587A, entirety     R20  11/21/01: pg. 107

     (3)  GX 588A, entirety     R20  11/21/01: pg. 108

     (4)  GX 604A, entirety     R20  11/21/01: pg. 109

     (5)  GX 607A, entirety     R20  11/21/01: pg. 110

     (6)  GX 617A, entirety     R20  11/21/01: pg. 110

     (7)  GX 620A, entirety     R20  11/21/01: pg. 111

     (8)  GX 622A, entirety     R20  11/21/01: pg. 112

     (9)  GX 628A, entirety     R20  11/21/01: pg. 113

## (H)    Detective Frank Ilarraza

     (1)  GX 10A- transcript read   R24  11/29/01: pgs. 52-75

     (2) GX 14A, entirety     R24  11/29/01: pg. 96

## II.    Rebuttal Closing

During the government's rebuttal closing argument on December 13, 2001, the government played tape recorded *excerpts* from government exhibits in evidence[3] to rebut arguments raised by defense counsel during their respective closing arguments. The following is a list of the excerpts and record entries.

### A.    Rebuttal Closing

| | | | | |
|---|---|---|---|---|
| (1) | GX 544A, entirety | R30 | 12/13/01: pg. | 155 |
| (2) | GX 588A, entirety | R30 | 12/13/01: pg. | 157 |
| (3) | GX 614A, pg. 10-11 | R30 | 12/13/01: pg. | 157 |
| (4) | GX 514A, entirety | R30 | 12/13/01: pg. | 164 |
| (5) | GX 517A, pg. 3 | R30 | 12/13/01: pg. | 165 |
| (6) | GX 518A, pg. 2 | R30 | 12/13/01: pg. | 167 |
| (7) | GX 521A, pg. 2 | R30 | 12/13/01: pg. | 167 |
| (8) | GX 526A, entirety | R30 | 12/13/01: pg. | 168 |
| (9) | GX 527A, entirety | R30 | 12/13/01: pg. | 168 |
| (10) | GX 529A, pgs. 2-3 | R30 | 12/13/01: pg. | 171 |
| (11) | GX 530A, pgs. 2-3 | R30 | 12/13/01: pg. | 171 |
| (12) | GX 532A, pg. 8 | R30 | 12/13/01: pg. | 171 |

---

[3] The excerpts were recorded on two separate tapes (hereinafter "summary tapes") in order to access the excerpts quickly and efficiently. Assistant United States Attorney Jeffrey H. Sloman reviewed the record, the summary tapes and his notes and can testify that these were the portions played to the jury during the rebuttal closing argument.

(13)  GX 533A, entirety         R30    12/13/01: pg.  172

(14)  GX 547A, entirety         R30    12/13/01: pg.  173

(15)  GX 548A, pgs. 2-7         R30    12/13/01: pg.  173 - 4

(16)  GX 552A, entirety         R30    12/13/01: pg.  175

(17)  GX 557A, entirety         R30    12/13/01: pg.  175

(18)  GX 558A, entirety         R30    12/13/01: pg.  176

(19)  GX 559A, pgs. 3 & 5       R30    12/13/01: pg.  176

(20)  GX 560A, pg. 4            R30    12/13/01: pg.  177

(21)  GX 567A, pg. 2            R30    12/13/01: pg.  178

(22)  GX 585A, pgs. 2-3         R30    12/13/01: pg.  179

(23)  GX 593A, pgs. 5 & 6       R30    12/13/01: pg.  179

(24)  GX 523A, pgs. 3 & 4       R30    12/13/01: pg.  179

### III.  Tapes Played Without A Witness On The Stand

The following indicates, with the corresponding record citation, where each

tape was played to the jury without a witness, except as specifically noted:

**TAPE**                                **PLAYED/PUBLISHED**

**GX 12A**
Redacted 3/28/99
Taped Statement of A. Hernandez        (R28:162-63)

**GX501**                              (R19:141)- played without a witness
CN: 58 PN: 7512                        (R26:55)- played during Silverman
Date: 3/19/99 Time: 12:33pm

**GX502 -**                            (R24:23)
CN: 68  PN: 7512 Date: 3/19/99
Time: 2:39pm
T-III tape recorded conversation

**GX503 -**                            Playing waived
CN: 69  PN: 7512 Date: 3/19/99
Time: 2:42pm                            (R24:23-24)
T-III tape recorded conversation

**GX504 -**                            (R24:24)
CN: 70  PN: 7512 Date: 3/19/99
Time: 2:49pm
T-III tape recorded conversation

**GX505-**                             (R24:24)
CN: 71 PN: 7512 Date: 3/19/99
 Time: 2:49pm
T-III tape recorded conversation

**GX506-**                              (R24:24)
CN: 78 PN:7512 Date: 3/19/99
Time: 3:07pm
T-III tape recorded conversation

**GX507-**                              (R24:25)
CN: 79 PN: 7512 Date: 3/19/99
Time: 3:12pm
T-III tape recorded conversation

**GX508-**                              (R24:185-86)
CN: 80 PN:7512 Date: 3/19/99
Time: 3:13pm
T-III tape recorded conversation

**GX509-**                              (R24:186)
CN: 88 PN: 7512 Date: 3/19/99
Time: 4:28pm
T-III tape recorded conversation

**GX510-**                              (R24:187)
CN: 262 PN: 2929 Date: 3/20/99
Time: 12:31am
T-III tape recorded conversation

**GX511-**                              (R24:187)
CN: 264  PN:2929 Date: 3/20/99
Time: 12/32am
T-III tape recorded conversation

**GX512-**                              (R21:75)
CN: 23 PN: 3020 Date: 3/20/99          (R24:187-88)
Time: 11:00am
T-III tape recorded conversation

**GX513**                               (R24:188)
CN: 24 PN: 3020 Date: 3/20/99
Time: 11:51am
T-III tape recorded conversation

**GX514-**                                        (R24:188-89)
CN: 102  PN:7512 Date: 3/20/99
Time: 3:43pm
T-III tape recorded conversation

**GX515-**                                        (R24:189)
CN: 293 PN: 2929 Date: 3/20/99
Time: 5:13pm
T-III tape recorded conversation

**GX516-**                                        (R21:75)
CN: 109  PN: 7512 Date: 3/20/99
Time: 6:25pm
T-III tape recorded conversation

**GX517-**                                        (R24:189)- played without a witness
CN: 111 PN: 7512 Date: 3/20/99          (R26:63-64)- played during Silverman
 Time: 6:34pm
T-III tape recorded conversation

**GX518-**                                        (R24:189)
CN: 316 PN: 2929 Date: 3/20/99
Time: 7:01pm
T-III tape recorded conversation

**GX519-**                                        (R24:190)
CN: 112  PN: 7512 Date: 3/20/99
Time: 8:52pm
T-III tape recorded conversation

**GX520 -**                                       (R24:190)
CN: 113  PN: 7512 Date: 3/20/99
Time: 9:02pm
 T-III tape recorded conversation

**GX521 -**
CN: 114  PN: 7512 Date: 3/20/99
Time: 9:03pm
T-III tape recorded conversation

(R24:190)

**GX522-**
CN: 115  PN: 7512 Date: 3/20/99
Time: 9:04pm
T-III tape recorded conversation

(R24:190-91)

**GX523-**
CN: 44 PN: 3020 Date: 3/20/99
Time: 10:42pm
T-III tape recorded conversation

(R24:191)

**GX524-**
CN: 116  PN: 7512 Date: 3/20/99
Time: 10:52pm
T-III tape recorded conversation

(R25:133)  Stipulated that phone was
activated

**GX525-**
CN: 117 PN: 7512 Date: 3/20/99
Time: 10:53pm
T-III tape recorded conversation

(R25:133-34)

**GX526-**
CN: 45 PN: 3020 Date: 3/20/99
Time: 11:39pm
T-III tape recorded conversation

(R25:133-34)

**GX527-**
CN: 46  PN: 3020 Date: 3/20/99
Time: 11:40pm
T-III tape recorded conversation

(R24:191)

**GX528 -**                           (R25:134-35)
CN: 119  PN: 7512 Date: 3/21/99
 Time: 1:49am
T-III tape recorded conversation


**GX529-**                            (R25:135-36)
CN: 124  PN: 7512 Date: 3/21/99
Time: 12:04pm
T-III tape recorded conversation


**GX530-**                            (R25:135)
CN: 373  PN:2929 Date: 3/21/99
Time: 5:01pm
T-III tape recorded conversation


**GX531-**                            (R21:75)
CN: 133 PN: 7512 Date: 3/21/99
Time: 7:48pm
T-III tape recorded conversation


**GX533-**                            (R25:153)
CN: 469  PN: 2929 Date: 3/22/99
Time: 12:56pm
T-III tape recorded conversation


**GX534-**                            (R25:153)
CN: 474  PN: 2929 Date: 3/22/99
Time: 1:44pm
T-III tape recorded conversation


**GX535-**                            (R19:141)
CN: 496  PN: 2929 Date: 3/22/99
Time: 4:02pm
T-III tape recorded conversation

**GX536-**                              (R19:141-42)
CN: 532  PN: 2929 Date: 3/22/99
Time: 7:48pm
T-III tape recorded conversation

**GX537-**                              (R25:153)
CN: 179  PN: 7512 Date: 3/23/99
Time: 10:51am
T-III tape recorded conversation

**GX538-**                              (R25:153-54)
CN: 187 PN:7512 Date: 3/23/99
Time: 12:01pm
T-III tape recorded conversation

**GX539-**                              (R25:153-54)
CN: 196  PN: 7512 Date: 3/23/99
Time: 2:31pm
T-III tape recorded conversation

**GX540-**                              (R25:153-54)
CN: 626  PN: 2929 Date: 3/23/99
Time: 10:59pm
T-III tape recorded conversation

**GX541-**                              (R25:157)
CN: 630  PN: 2929 Date: 3/24/99
Time: 1:07am
T-III tape recorded conversation

**GX542-**                              (R19:142)
CN: 218 PN: 7512 Date: 3/24/99
Time: 7:42pm
T-III tape recorded conversation

**GX543-**                              (R25:157)
CN: 229 PN: 7512 Date: 3/25/99
Time: 12:42pm
T-III tape recorded conversation


**GX544-**                              (R21:74-76)
CN: 174  PN: 3020 Date: 3/25/99
Time: 1:38pm
T-III tape recorded conversation


**GX545-**                              (R25:157)
CN: 817  PN: 2929 Date: 3/25/99
Time: 5:40pm
T-III tape recorded conversation


**GX546-**                              (R25:157-58)
CN: 256  PN: 7512 Date: 3/26/99
Time: 1:27pm
T-III tape recorded conversation


**GX547-**                              (R25:158)
CN: 958  PN: 2929 Date: 3/27/99
Time: 12:34am
T-III tape recorded conversation

**GX548-**                              (R25:158)
CN: 275  PN: 7512 Date: 3/27/99
Time: 2:09am
T-III tape recorded conversation

**GX549-**                              (R25:158)
CN: 200 PN: 3020 Date: 3/27/99
Time: 11:42am
T-III tape recorded conversation

**GX550-**                                    (R25:159)
CN: 201  PN: 3020 Date: 3/27/99
Time: 12:24pm
T-III tape recorded conversation


**GX551-**                                    (R25:159)
CN: 280  PN: 7512 Date: 3/27/99
Time: 3:42pm
T-III tape recorded conversation


**GX552-**                                    (R25:160)
CN: 287  PN: 7512 Date: 3/27/99
Time: 5:14pm
T-III tape recorded conversation


**GX553-**                                    (R25:160)
CN: 288  PN: 7512 Date: 3/27/99
Time: 5:50pm
T-III tape recorded conversation


**GX554-**                                    (R25:161)
CN: 291  PN: 7512 Date: 3/27/99
Time: 6:51pm
T-III tape recorded conversation


**GX555-**                                    (R25:161)
CN: 296  PN: 7512 Date: 3/27/99
Time: 7:45pm
T-III tape recorded conversation


**GX557-**                                    (R25:162)
CN: 1027  PN: 2929  Date: 3/27/99
Time: 8:53pm
T-III tape recorded conversation

**GX558-**                                      (R25:162-63)
CN: 1082 PN: 2929 Date: 3/28/99
Time: 11:46pm
T-III tape recorded conversation


**GX559-**                                      (R27:218-19)
CN: 1086  PN: 2929 Date: 3/29/99
Time: 2:22pm
T-III tape recorded conversation


**GX560B-** Redacted Tape        (R27:218-19)
CN: 241 PN:3020 Date: 3/29/99
Time: 11:13am T-III tape recorded conversation


**GX566-**                                      (R21:76)
CN: 59  PN: 7513 Date: 3/31/99
Time: 1:13pm
T-III tape recorded conversation


**GX567-**                                      (R27:219)
CN: 331  PN: 3020 Date: 4/1/99
Time: 9:24pm
T-III tape recorded conversation


**GX571-**                                      (R21:76)- played without a witness
CN: 104  PN: 7513 Date: 4/1/99        (R22:128-30)- played during Horowitz
Time: 11:57am
T-III tape recorded conversation


**GX574-**                                      (R21:76)
CN: 106  PN: 7513 Date: 4/1/99
Time: 1:41pm
T-III tape recorded conversation

**GX575-**                              (R21:77)
CN: 108  PN: 7513 Date: 4/1/99
Time: 1:55pm
T-III tape recorded conversation

**GX578-**                              (R27:220)
CN: 120  PN: 7513 Date: 4/1/99
Time: 5:23pm
T-III tape recorded conversation

**GX579-**                              (R27:220)
CN: 142 PN: 7513 Date: 4/2/99
Time: 4:47pm

**GX582-**                              (R27:220-21)
CN: 384  PN: 7512 Date: 4/3/99
Time: 5:55pm
T-III tape recorded conversation

**GX583-**                              (R19:142-43)
CN: 520  PN: 7512 Date: 4/13/99
Time: 11:32am
T-III tape recorded conversation

**GX584-**                              (R19:143)
CN: 2744  PN: 2929 Date: 4/20/99
Time: 11:45pm
T-III tape recorded conversation

**GX588-**                              (R20:108)- played during Ruggiero
CN: 688  PN: 7512 Date: 4/21/99        (R21:77)- played without witness
Time: 10:27pm
T-III tape recorded conversation

**GX592-**                              (R19:144)
CN: 2887  PN: 2929 Date: 4/22/99
Time: 6:59pm
T-III tape recorded conversation


**GX596-**                              (R28:152)
CN: 769  PN: 7512 Date: 4/25/99
Time: 8:49pm
 T-III tape recorded conversation


**GX597-**                              (R28:152-53)
CN: 3306  PN: 2929 Date: 4/27/99
Time: 1:12pm
T-III tape recorded conversation


**GX599-**                              (R28:153)
CN: 1087  PN: 3020 Date: 4/27/99
Time: 1:15pm
T-III tape recorded conversation


**GX603-**                              (R19:144-45)
CN: 3394  PN: 2929 Date: 4/28/99
Time: 12:48am
T-III tape recorded conversation


**GX605-**                              (R19:145)
CN: 3447 PN: 2929 Date: 4/28/99 -
Time: 8:37pm
Time 3:44 pm T-III tape recorded
conversation


**GX606-**                              (R21:77)
CN: 912  PN: 7512 Date: 4/29/99
Time: 10:00pm
T-III tape recorded conversation

**GX608-**                              (R19:145-46)
CN: 935  PN: 7512 Date: 4/30/99
Time: 4:26pm
T-III tape recorded conversation


**GX609-**
CN: 3621  PN: 2929 Date: 4/30/99     (R19:146)
Time: 10:13pm


**GX610-**                             (R28:153-54)
CN: 950  PN: 7512 Date: 5/1/99
Time:12:27pm
T-III tape recorded conversation


**GX611-**                             (R28:154)
CN: 3783  PN: 2929 Date: 5/2/99
Time: 9:50pm
T-III tape recorded conversation


**GX612-**                             (R19:146-47)
CN: 3786  PN: 2929 Date: 5/2/99
Time: 9:56pm
T-III tape recorded conversation


**GX613-**                             (R28:155)
CN: 3866  PN: 2929 Date: 5/3/99       (R29:26)
Time: 10:11pm
T-III tape recorded conversation


**GX614-**                             (R21:78)
CN: 1374  PN: 3020 Date: 5/5/99       (R19:147)
Time: 10:40am
T-III tape recorded conversation

**GX615-**                              (R21:78)
CN: 3935  PN: 2929 Date: 5/5/99
Time: 11:00am
T-III tape recorded conversation

**GX616-**                              (R19:147)
CN: 4104  PN: 2929 Date: 5/7/99
Time: 12:32am
T-III tape recorded conversation

**GX618-**                              (R19:148)
CN: 4303  PN: 2929 Date: 5/9/99
Time: 6:42pm
T-III tape recorded conversation

**GX623-**                              (R28:155)
CN: 1586  PN: 3020 Date: 5/15/99
Time: 10:48am
T-III tape recorded conversation

**GX626-**                              (R19:148)
CN: 4968  PN: 2929 Date: 5/17/99
Time: 10:07pm
T-III tape recorded conversation

**GX629-**                              (R21:78)
CN: 1424  PN: 7512 Date: 5/23/99
Time:8:25pm
T-III tape recorded conversation

**GX630-**                              (R28:155-56)
CN: 7610  PN: 2929 Date: 6/15/99
Time: 8:00pm
T-III tape recorded conversation

**GX631-**                              (R28:156)
CN: 7618  PN: 2929 Date: 6/15/99
Time: 10:13pm
T-III tape recorded conversation

**GX641 –**                                (R28:157)
CN: 161 PN: 7512 Date: 3/22/99
Time: 3:40pm
T-III tape recorded conversation


**GX642–**                                 (R28:157-58)
CN: 522  PN: 2929 Date: 3/22/99
Time: 6:51pm
T-III tape recorded conversation


**GX643–**                                 (R29:27)
CN: 185 PN: 7512 Date: 3/23/99
Time: 11:40 am
T-III tape recorded conversation


**GX644–**                                 (R28:160)
CN: 401 PN: 7512 Date: 4/5/99
Time: 3:27pm
T-III tape recorded conversation

WHEREFORE the United States respectfully submits its amended lists of the tape recordings played for the jury at trial along with the corresponding record cites.

Respectfully submitted,

Marcos Daniel Jiménez
United States Attorney

By: _____
Lisa A. Hirsch
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0691186
99 N.E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9214

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by facsimile this 8th day of September, 2003, to: Fred Haddad, Esq., One Financial Plaza, Suite 2612, Fort Lauderdale, Florida 33394; Benedict P. Kuehne, Sale & Kuehne, P.A., 100 S.E. 2nd Street, Suite 3550, Miami, Florida 33131-2154; Stephen Rosen, Esq., 1221 Brickell Avenue, Suite 1020, Miami, Florida 33131; Richard L. Rosenbaum, 350 East Las Olas Boulevard, Suite 1700, Las Olas Centre II, Fort Lauderdale, Florida 33301; Donald F. Samuel, 3151 Maple Drive, N.E., Atlanta, Georgia 30305; and Jeffrey Weinkle, Esq., 1035 N.W. 11th Avenue, Miami, Florida 33136.

Lisa A. Hirsch
Assistant United States Attorney