**Calendar List** — 9/8/2003 — Huck.OR6



FILED by _____ D.C.

SEP 08 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 8 Sep 2003 1:30 PM | 2:30 PM | | Hearing on Limited Remand to determine what tapes were played to the jury |

00-6273-CR-HUCK

USA,
  Larry Lavecchio, AUSA
  Lisa Hirsch, AUSA (9214)
vs.
ARIEL HERNANDEZ (J)
  Jeffrey Weinkle, Esq. 305-373-4445
ANTHONY TRENTACOSTA (J)
  Stephen Rosen, Esq. 305-358-6789

NOTE TO MARSHALS: Defendant Hernandez to be brought over from Broward

- Hearing Held
- Atty Jeff Weinkle reappointed as co-appellate counsel for Deft. Hernandez

- Court Reporter: Patricia Sanders