| Calendar List | 9/12/2003 | Huck.OR6 |

   

FILED by _____ D.C.
SEP 1 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **12 Sep 2003** 9:00 AM | 9:30 AM | | Hearing on Limited Remand |

00-6273-CR-HUCK

USA,
  Larry Lavecchio, AUSA
  Lisa Hirsch, AUSA (9214)
vs.
ARIEL HERNANDEZ (J)
  Jeffrey Weinkle, Esq. 305-373-4445
ANTHONY TRENTACOSTA (J)
  Stephen Rosen, Esq. 305-358-6789

Charles Lee, Esq. appearing by phone. Will call in.

NOTE TO MARSHALS: Defendant Hernandez to be brought over
Deft Trentacosta NOT needed for hearing

- Hearing Held
- Stipulation reached
- Order to Follow

- Court Reporter: Patricia Sanders