


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-CR-HUCK

UNITED STATES OF AMERICA, )
)
v. )
)
ARIEL HERNANDEZ, et al., )
)
Defendants. )

## NOTICE OF FILING

The undersigned counsel for the United States of America submits this Notice of Filing of the tapes and transcripts which were admitted and played during the trial of the above-referenced case. The government files these trial exhibits following an order dated October 16, 2003, of the Eleventh Circuit Court of Appeals, granting the government's motion to supplement the record. See Exhibit A. The tapes and transcripts should be made part of the record on appeal. The list of tapes and the corresponding transcript is contained below. Along with each tape is the accompanying transcript which is denoted by the letter A, i.e., GX 501A is the transcript of the tape recording which is GX 501, with exceptions as noted below.

658
A.H

| TAPE | Transcript |
|---|---|
| **GX 10** - 3/27/99<br>Tape recording /A. Hernandez &<br>Det. Ilarazza | GX 11 |
| **GX 12A**<br>Redacted 3/28/99<br>Taped Statement of<br>A. Hernandez | GX 13A<br>Redacted 3/28/99<br>Transcript of taped statement of<br>A. Hernandez |
| **GX 14**- 4/1/99<br>Taped Statement of F. Massaro | GX 15 |
| **GX143** - 11/13/98<br>Recorded conversation between<br>Massaro & Alwais | GX 143A |
| **GX144** - 11/16/98<br>Recorded conversation between<br>Massaro & Alwais | GX 144A |
| **GX145** - 12/4/98<br>Recorded conversation between<br>Massaro & Alwais | GX 145A |
| **GX146** - 1/28/99<br>Recorded conversation between<br>Massaro & Alwais | GX 146A |
| **GX501**<br>CN: 58 PN: 7512<br>Date: 3/19/99 Time: 12:33pm | GX 501A |
| **GX502 -**<br>CN: 68 PN: 7512 Date: 3/19/99<br>Time: 2:39pm<br>T-III tape recorded conversation | GX 502A |
| **GX503 -**<br>CN: 69 PN: 7512 Date: 3/19/99<br>Time: 2:42pm<br>T-III tape recorded conversation | GX 503A |

| | |
|---|---|
| **GX504** -<br>CN: 70 PN: 7512 Date: 3/19/99<br>Time: 2:49pm<br>T-III tape recorded conversation | GX 504A |
| **GX505-**<br>CN: 71 PN: 7512 Date: 3/19/99<br>Time: 2:49pm<br>T-III tape recorded conversation | GX 505A |
| **GX506-**<br>CN: 78 PN:7512 Date: 3/19/99<br>Time: 3:07pm<br>T-III tape recorded conversation | GX 506A |
| **GX507-**<br>CN: 79 PN: 7512 Date: 3/19/99<br>Time: 3:12pm<br>T-III tape recorded conversation | GX 507A |
| **GX508-**<br>CN: 80 PN:7512 Date: 3/19/99<br>Time: 3:13pm<br>T-III tape recorded conversation | GX 508A |
| **GX509-**<br>CN: 88 PN: 7512 Date: 3/19/99<br>Time: 4:28pm<br>T-III tape recorded conversation | GX 509A |
| **GX510-**<br>CN: 262 PN: 2929 Date: 3/20/99<br>Time: 12:31am<br>T-III tape recorded conversation | GX 510A |
| **GX511-**<br>CN: 264 PN:2929 Date: 3/20/99<br>Time: 12/32am<br>T-III tape recorded conversation | GX 511A |
| **GX512-**<br>CN: 23 PN: 3020 Date: 3/20/99<br>Time: 11:00am<br>T-III tape recorded conversation | GX 512A |
| **GX513**<br>CN: 24 PN: 3020 Date: 3/20/99<br>Time: 11:51am<br>T-III tape recorded conversation | GX 513A |

| | |
|---|---|
| **GX514-**<br>CN: 102 PN:7512 Date: 3/20/99<br>Time: 3:43pm<br>T-III tape recorded conversation | GX 514A |
| **GX515-**<br>CN: 293 PN: 2929 Date: 3/20/99<br>Time: 5:13pm<br>T-III tape recorded conversation | GX 515A |
| **GX516-**<br>CN: 109 PN: 7512 Date: 3/20/99<br>Time: 6:25pm<br>T-III tape recorded conversation | GX 516A |
| **GX517-**<br>CN: 111 PN: 7512 Date: 3/20/99<br>Time: 6:34pm<br>T-III tape recorded conversation | GX 517A |
| **GX518-**<br>CN: 316 PN: 2929 Date: 3/20/99<br>Time: 7:01pm<br>T-III tape recorded conversation | GX 518A |
| **GX519-**<br>CN: 112 PN: 7512 Date: 3/20/99<br>Time: 8:52pm<br>T-III tape recorded conversation | GX 519A |
| **GX520 -**<br>CN: 113 PN: 7512 Date: 3/20/99<br>Time: 9:02pm<br>T-III tape recorded conversation | GX 520A |
| **GX521 -**<br>CN: 114 PN: 7512 Date: 3/20/99<br>Time: 9:03pm<br>T-III tape recorded conversation | GX 521A |
| **GX522-**<br>CN: 115 PN: 7512 Date: 3/20/99<br>Time: 9:04pm<br>T-III tape recorded conversation | GX 522A |

| | |
|---|---|
| **GX523-**<br>CN: 44 PN: 3020 Date: 3/20/99<br>Time: 10:42pm<br>T-III tape recorded conversation | GX 523A |
| **GX524-**<br>CN: 116 PN: 7512 Date: 3/20/99<br>Time: 10:52pm<br>T-III tape recorded conversation | GX 524A |
| **GX525-**<br>CN: 117 PN: 7512 Date: 3/20/99<br>Time: 10:53pm<br>T-III tape recorded conversation | GX 525A |
| **GX526-**<br>CN: 45 PN: 3020 Date: 3/20/99<br>Time: 11:39pm<br>T-III tape recorded conversation | GX 526A |
| **GX527-**<br>CN: 46 PN: 3020 Date: 3/20/99<br>Time: 11:40pm<br>T-III tape recorded conversation | GX 527A |
| **GX528 -**<br>CN: 119 PN: 7512 Date: 3/21/99<br>Time: 1:49am<br>T-III tape recorded conversation | GX 528A |
| **GX529-**<br>CN: 124 PN: 7512 Date: 3/21/99<br>Time: 12:04pm<br>T-III tape recorded conversation | GX 529A |
| **GX530-**<br>CN: 373 PN:2929 Date: 3/21/99<br>Time: 5:01pm<br>T-III tape recorded conversation | GX 530A |
| **GX531-**<br>CN: 133 PN: 7512 Date: 3/21/99<br>Time: 7:48pm<br>T-III tape recorded conversation | GX 531A |

| | |
|---|---|
| **GX532-**<br>CN: 139 PN: 7512 Date: 3/21/99<br>Time: 10:52pm<br>T-III tape recorded conversation | GX 532A |
| **GX533-**<br>CN: 469 PN: 2929 Date: 3/22/99<br>Time: 12:56pm<br>T-III tape recorded conversation | GX 533A |
| **GX534-**<br>CN: 474 PN: 2929 Date: 3/22/99<br>Time: 1:44pm<br>T-III tape recorded conversation | GX 534A |
| **GX535-**<br>CN: 496 PN: 2929 Date: 3/22/99<br>Time: 4:02pm<br>T-III tape recorded conversation | GX 535A |
| **GX536-**<br>CN: 532 PN: 2929 Date: 3/22/99<br>Time: 7:48pm<br>T-III tape recorded conversation | GX 536A |
| **GX537-**<br>CN: 179 PN: 7512 Date: 3/23/99<br>Time: 10:51am<br>T-III tape recorded conversation | GX 537A |
| **GX538-**<br>CN: 187 PN:7512 Date: 3/23/99<br>Time: 12:01pm<br>T-III tape recorded conversation | GX 538A |
| **GX539-**<br>CN: 196 PN: 7512 Date: 3/23/99<br>Time: 2:31pm<br>T-III tape recorded conversation | GX 539A |
| **GX540-**<br>CN: 626 PN: 2929 Date: 3/23/99<br>Time: 10:59pm<br>T-III tape recorded conversation | GX 540A |

| | |
|---|---|
| **GX541-**<br>CN: 630 PN: 2929 Date: 3/24/99<br>Time: 1:07am<br>T-III tape recorded conversation | GX 541A |
| **GX542-**<br>CN: 218 PN: 7512 Date: 3/24/99<br>Time: 7:42pm<br>T-III tape recorded conversation | GX 542A |
| **GX543-**<br>CN: 229 PN: 7512 Date: 3/25/99<br>Time: 12:42pm<br>T-III tape recorded conversation | GX 543A |
| **GX544-**<br>CN: 174 PN: 3020 Date: 3/25/99<br>Time: 1:38pm<br>T-III tape recorded conversation | GX 544A |
| **GX545-**<br>CN: 817 PN: 2929 Date: 3/25/99<br>Time: 5:40pm<br>T-III tape recorded conversation | GX 545A |
| **GX546-**<br>CN: 256 PN: 7512 Date: 3/26/99<br>Time: 1:27pm<br>T-III tape recorded conversation | GX 546A |
| **GX547-**<br>CN: 958 PN: 2929 Date: 3/27/99<br>Time: 12:34am<br>T-III tape recorded conversation | GX 547A |
| **GX548-**<br>CN: 275 PN: 7512 Date: 3/27/99<br>Time: 2:09am<br>T-III tape recorded conversation | GX 548A |
| **GX549-**<br>CN: 200 PN: 3020 Date: 3/27/99<br>Time: 11:42am<br>T-III tape recorded conversation | GX 549A |

| | |
|---|---|
| **GX550-**<br>CN: 201 PN: 3020 Date: 3/27/99<br>Time: 12:24pm<br>T-III tape recorded conversation | GX 550A |
| **GX551-**<br>CN: 280 PN: 7512 Date: 3/27/99<br>Time: 3:42pm<br>T-III tape recorded conversation | GX 551A |
| **GX552-**<br>CN: 287 PN: 7512 Date: 3/27/99<br>Time: 5:14pm<br>T-III tape recorded conversation | GX 552A |
| **GX553-**<br>CN: 288 PN: 7512 Date: 3/27/99<br>Time: 5:50pm<br>T-III tape recorded conversation | GX 553A |
| **GX554-**<br>CN: 291 PN: 7512 Date: 3/27/99<br>Time: 6:51pm<br>T-III tape recorded conversation | GX 554A |
| **GX555-**<br>CN: 296 PN: 7512 Date: 3/27/99<br>Time: 7:45pm<br>T-III tape recorded conversation | GX 555A |
| **GX557-**<br>CN: 1027 PN: 2929 Date: 3/27/99<br>Time: 8:53pm<br>T-III tape recorded conversation | GX 557A |
| **GX558-**<br>CN: 1082 PN: 2929 Date: 3/28/99<br>Time: 11:46pm<br>T-III tape recorded conversation | GX 558A |
| **GX559-**<br>CN: 1086 PN: 2929 Date: 3/29/99<br>Time: 2:22pm<br>T-III tape recorded conversation | GX 559A |

**GX560B**- Redacted Tape GX 560C
CN: 241 PN:3020 Date: 3/29/99
Time: 11:13am T-III tape recorded conversation

**GX561-** GX 561A
CN: 1113 PN: 2929 Date: 3/29/99
Time: 6:11pm
T-III tape recorded conversation

**GX562-** GX 562A
CN: 1156 PN: 2929 Date: 3/30/99
Time: 12:06am
T-III tape recorded conversation

**GX563-** GX 563A
CN: 322 PN: 7512 Date: 3/30/99
Time: 1:41am
T-III tape recorded conversation

**GX565-** GX 565A
CN: 328 PN:7512 Date: 3/30/99
Time: 4:43pm
T-III tape recorded conversation

**GX566-** GX 566A
CN: 59 PN: 7513 Date: 3/31/99
Time: 1:13pm
T-III tape recorded conversation

**GX567-** GX 567A
CN: 331 PN: 3020 Date: 4/1/99
Time: 9:24pm
T-III tape recorded conversation

**GX568-** GX 568A
CN: 351 PN: 7512 Date: 4/1/99
Time: 9:32am
T-III tape recorded conversation

**GX569-** GX 569A
CN: 352 PN: 7512 Date: 4/1/99
Time: 11:59am
T-III tape recorded conversation

| | |
|---|---|
| **GX570-**<br>CN: 353 PN: 7512 Date: 4/1/99<br>Time: 11:50am<br>T-III tape recorded conversation | GX 570A |
| **GX571-**<br>CN: 104 PN: 7513 Date: 4/1/99<br>Time: 11:57am<br>T-III tape recorded conversation | GX 571A |
| **GX572-**<br>CN: 356 PN: 7512 Date: 4/1/99<br>Time: 12:44pm<br>T-III tape recorded conversation | GX 572A |
| **GX574-**<br>CN: 106 PN: 7513 Date: 4/1/99<br>Time: 1:41pm<br>T-III tape recorded conversation | GX 574A |
| **GX575-**<br>CN: 108 PN: 7513 Date: 4/1/99<br>Time: 1:55pm<br>T-III tape recorded conversation | GX 575A |
| **GX578-**<br>CN: 120 PN: 7513 Date: 4/1/99<br>Time: 5:23pm<br>T-III tape recorded conversation | GX 578A |
| **GX579-**<br>CN: 142 PN: 7513 Date: 4/2/99<br>Time: 4:47pm | GX 579A |
| **GX581-**<br>CN: 371 PN: 7512 Date: 4/2/99<br>Time: 7:43pm<br>T-III tape recorded conversation | GX 581A |
| **GX582-**<br>CN: 384 PN: 7512 Date: 4/3/99<br>Time: 5:55pm<br>T-III tape recorded conversation | GX 582A |

**GX583-** GX 583A
CN: 520 PN: 7512 Date: 4/13/99
Time: 11:32am
T-III tape recorded conversation

**GX584-** GX 584A
CN: 2744 PN: 2929 Date: 4/20/99
Time: 11:45pm
T-III tape recorded conversation

**GX585B**- GX 585C
Redacted Tape CN: 662 PN: 7512
Date: 4/21/99
Time 3:44 pm T-III tape recorded conversation

**GX586-** GX 586A
CN: 2826 PN: 2929 Date: 4/21/99
Time: 8:25pm
T-III tape recorded conversation

**GX587-** GX 587A
CN: 2834 PN: 2929 Date: 4/21/99
Time: 10:19pm
T-III tape recorded conversation

**GX588**- GX 588A
CN: 688 PN: 7512 Date: 4/21/99
Time: 10:27pm
T-III tape recorded conversation

**GX589-** GX 589A
CN: 871 PN: 3020 Date: 4/22/99
Time: 7:16am
T-III tape recorded conversation

**GX590-** GX 590A
CN: 873 PN: 3020 Date: 4/22/99
Time: 7:32am
T-III tape recorded conversation

**GX591-** GX 591A
CN: 875 PN: 3020 Date: 4/22/99
Time: 8:07am

| | |
|---|---|
| **GX592-**<br>CN: 2887 PN: 2929 Date: 4/22/99<br>Time: 6:59pm<br>T-III tape recorded conversation | GX 592A |
| **GX593B**- Redacted Tape | GX 593C |
| **GX594-**<br>CN: 762 PN: 7512 Date: 4/25/99<br>Time: 5:08pm<br>T-III tape recorded conversation | GX 594A |
| **GX595-**<br>CN: 766 PN: 7512 Date: 4/25/99<br>Time: 5:27pm<br>T-III tape recorded conversation | GX 595A |
| **GX596-**<br>CN: 769 PN: 7512 Date: 4/25/99<br>Time: 8:49pm<br>T-III tape recorded conversation | GX 596A |
| **GX597-**<br>CN: 3306 PN: 2929 Date: 4/27/99<br>Time: 1:12pm<br>T-III tape recorded conversation | GX 597A |
| **GX599-**<br>CN: 1087 PN: 3020 Date: 4/27/99<br>Time: 1:15pm<br>T-III tape recorded conversation | GX 599A |
| **GX600-**<br>CN: 825 PN: 7512 Date: 4/27/99<br>Time: 1:32pm<br>T-III tape recorded conversation | GX 600A |
| **GX601-**<br>CN: 828 PN: 7512 Date: 4/27/99<br>Time: 2:00pm<br>T-III tape recorded conversation | GX 601A |

| | |
|---|---|
| **GX602-**<br>CN: 829 PN: 7512 Date: 4/27/99<br>Time: 2:09pm | GX 602A |
| **GX603-**<br>CN: 3394 PN: 2929 Date: 4/28/99<br>Time: 12:48am<br>T-III tape recorded conversation | GX 603A |
| **GX604-**<br>CN: 3402 PN:2929 Date: 4/28/99<br>Time: 12:12pm<br>T-III tape recorded conversation | GX 604A |
| **GX605-**<br>CN: 3447 PN: 2929 Date: 4/28/99 -<br>Time: 8:37pm<br>Time 3:44 pm T-III tape recorded conversation | GX 605A |
| **GX606-**<br>CN: 912 PN: 7512 Date: 4/29/99<br>Time: 10:00pm<br>T-III tape recorded conversation | GX 606A |
| **GX607-**<br>CN: 915 PN: 7512 Date: 4/30/99<br>Time: 11:37am<br>T-III tape recorded conversation | GX 607A |
| **GX608-**<br>CN: 935 PN: 7512 Date: 4/30/99<br>Time: 4:26pm<br>T-III tape recorded conversation | GX 608A |
| **GX609-**<br>CN: 3621 PN: 2929 Date: 4/30/99<br>Time: 10:13pm | GX 609A |
| **GX610-**<br>CN: 950 PN: 7512 Date: 5/1/99<br>Time:12:27pm<br>T-III tape recorded conversation | GX 610A |

| | |
|---|---|
| **GX611-**<br>CN: 3783 PN: 2929 Date: 5/2/99<br>Time: 9:50pm<br>T-III tape recorded conversation | GX 611A |
| **GX612-**<br>CN: 3786 PN: 2929 Date: 5/2/99<br>Time: 9:56pm<br>T-III tape recorded conversation | GX 612A |
| **GX613-**<br>CN: 3866 PN: 2929 Date: 5/3/99<br>Time: 10:11pm<br>T-III tape recorded conversation | GX 613A |
| **GX614-**<br>CN: 1374 PN: 3020 Date: 5/5/99<br>Time: 10:40am<br>T-III tape recorded conversation | GX 614A |
| **GX615-**<br>CN: 3935 PN: 2929 Date: 5/5/99<br>Time: 11:00am<br>T-III tape recorded conversation | GX 615A |
| **GX616-**<br>CN: 4104 PN: 2929 Date: 5/7/99<br>Time: 12:32am<br>T-III tape recorded conversation | GX 616A |
| **GX617-**<br>CN: 1432 PN: 3020 Date: 5/7/99<br>Time: 6:10pm<br>T-III tape recorded conversation | GX 617A |
| **GX618-**<br>CN: 4303 PN: 2929 Date: 5/9/99<br>Time: 6:42pm<br>T-III tape recorded conversation | GX 618A |
| **GX620-**<br>CN: 1297 PN: 7512 Date: 5/14/99<br>Time: 9:58pm<br>T-III tape recorded conversation | GX 620A |

| | |
|---|---|
| **GX621-**<br>CN: 1299 PN: 7512 Date: 5/14/99<br>Time: 10:26pm<br>T-III tape recorded conversation | GX 621A |
| **GX622-**<br>CN: 4751 PN:2929 Date: 5/14/99<br>Time: 10:30pm<br>T-III tape recorded conversation | GX 622A |
| **GX623-**<br>CN: 1586 PN: 3020 Date: 5/15/99<br>Time: 10:48am<br>T-III tape recorded conversation | GX 623A |
| **GX625-**<br>CN: 1332 PN: 7512 Date: 5/17/99<br>Time: 1:04pm<br>T-III tape recorded conversation | GX 625A |
| **GX626-**<br>CN: 4968 PN: 2929 Date: 5/17/99<br>Time: 10:07pm<br>T-III tape recorded conversation | GX 626A |
| **GX627-**<br>CN: 1377 PN: 7512 Date: 5/19/99<br>Time: 5:31pm<br>T-III tape recorded conversation | GX 627A |
| **GX628-**<br>CN: 1411 PN: 7512 Date: 5/21/99<br>Time: 7:30pm<br>T-III tape recorded conversation | GX 628A |
| **GX629-**<br>CN: 1424 PN: 7512 Date: 5/23/99<br>Time:8:25pm<br>T-III tape recorded conversation | GX 629A |
| **GX630-**<br>CN: 7610 PN: 2929 Date: 6/15/99<br>Time: 8:00pm<br>T-III tape recorded conversation | GX 630A |

| | |
|---|---|
| **GX631-**<br>CN: 7618 PN: 2929 Date: 6/15/99<br>Time: 10:13pm<br>T-III tape recorded conversation | GX 631A |
| **GX633-**<br>Consensual recorded conversation Tape Number 6BD dated 11/12/98 | GX 633A |
| **GX641 -**<br>CN: 161 PN: 7512 Date: 3/22/99<br>Time: 3:40pm<br>T-III tape recorded conversation | GX 641A |
| **GX642-**<br>CN: 522 PN: 2929 Date: 3/22/99<br>Time: 6:51pm<br>T-III tape recorded conversation | GX 642A |
| **GX643-**<br>CN: 185 PN: 7512 Date: 3/23/99<br>Time: 11:40 am<br>T-III tape recorded conversation | GX 643A |
| **GX644-**<br>CN: 401 PN: 7512 Date: 4/5/99<br>Time: 3:27pm<br>T-III tape recorded conversation | GX 644A |

WHEREFORE, the United States of America files this Notice of Filing along with seven boxes containing the tapes and transcripts listed above..

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

By: ______________________
LISA A. HIRSCH
Assistant U.S. Attorney
99 N.E. 4th Street
Suite 500
Miami, Florida 33132-2111
(305) 961-9214
Florida Bar #0691186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this 29th day of October, 2003 to: Richard L. Rosenbaum, Esquire, 350 E. Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301; Jeffrey Weinkle, Esquire, 1035 N.W. 11th Avenue, Miami, Florida 33136; Stephen Rosen, 1221 Brickell Avenue, Suite 1020, Miami, Florida 33131; and Donald F. Samuel, 3151 Maple Drive, N.E., Atlanta, Georgia 30305.

______________________
LISA A. HIRSCH
Assistant U.S. Attorney

# EXHIBIT A

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 16 2003
THOMAS K. KAHN
CLERK

No. 02-12352-AA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
a.k.a. Tony Pep

Defendants-Appellants.

On Appeal from the United States District Court for the Southern District of Florida

BEFORE: TJOFLAT and CARNES, Circuit Judges.

BY THE COURT:

On June 23, 2003, Appellee filed a motion to supplement the record on appeal. Upon review of that motion and Appellant Hernandez' response, this Court remanded the matter on a limited basis to the District Court for purposes of clarifying the record and determining what tapes were played to the jury and when during trial they were played.

On September 17, 2003, the District Court entered an Order adopting and ratifying the parties' stipulation regarding reconstruction of the record. In light of that Order and the parties' stipulation, Appellee's Motion to Supplement is GRANTED.