UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Appeals Section

CLARENCE MADDOX
Clerk of Court

Date:   10/30/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**4th Supplement**

IN RE:   District Court No:   00-06273-cr   - PCH

U.S.C.A. No:   02-12352-A

Style:   ACOSTA V. USA

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    0   Volume(s) of pleadings

    0   Volume(s) of Transcripts

    X   Exhibits:    7   boxes;    0   folders;

                     0   envelopes;   0   PSIs (sealed)

        ☐ other: _____

        ☑ other:   7 BOXES OF EXHIBITS CONTAINING TAPES & TRANSCRIPTS

    ☐ Other: _____

    ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____Hope Hill_____
    Deputy Clerk

Attachment                                               S/F A-15
c: court file                                            Rev. 10/94

---

☒ 301 N. Miami Avenue        ☐ 299 E. Broward Boulevard       ☐ 701 Clematis Street
   Miami, Fl 33128-7788         Ft. Lauderdale, Fl 33301         West Palm Beach, Fl 33401
   305-523-5080                 954-769-5413                     561-803-3408

659
H.H

```
                                                      STB     CLOSED
                                                      APPEAL
                      U.S. District Court
            Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL

USA v. Trentacosta, et al                          Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)          Richard Kevin Houlihan
aka                                [term  08/15/01]
Tony Pep                         FTS 442-7194
     defendant                   305-442-1522
  [term  04/30/02]               Suite 310
                                 [COR LD NTC cja]
                                 300 Aragon Avenue
                                 Gables International Center
                                 Coral Gables, FL 33134

                                 Donald F. Samuel
                                 FTS 365-5041
                                 [COR LD NTC ret]
                                 Edward T. M. Garland
                                 FTS 365-5041
                                 [COR LD NTC ret]
                                 Garland Samuel & Loeb
                                 3151 Maple Drive NE
                                 Atlanta, GA 30305
                                 404-262-2225

                                 Stephen Howard Rosen
                                   [term  04/30/02]
                                 FTS 371-6966
                                 [COR LD NTC ret]
                                 Stephen H. Rosen
                                 1221 Brickell Avenue
                                 Suite 1020
                                 Miami, FL 33131
                                 305-358-6789

Pending Counts:                  Disposition

18:1962-5800.F RECEIVED INCOME   Imprisonment for a term of 100
DERIVED FROM RICO                months, supervised release
(1)                              for a term of 3 years,
                                 Assessment of $100.00, Fine of
                                 $2,500.00, Restitution to be
                                 determined at a date within 90
                                 days
                                 (1)

Docket as of October 30, 2003 3:16 pm               Page 1
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_
Deputy Clerk
Date 10/30/03

```
Proceedings include events between 10/29/03 and 10/29/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL
```

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

==========================

Case Assigned to:  Judge Paul C. Huck

```
FREDERICK J. MASSARO (2)            Christopher Alan Grillo
     defendant                        [term  04/25/02]
  [term  04/25/02]                  [COR LD NTC cja]
                                    Christopher Grillo
                                    1 E Broward Boulevard
                                    Suite 700
                                    Fort Lauderdale, FL 33301
                                    954-524-1125

                                    Fred Haddad
                                      [term  03/08/01]
                                    FTS 760-4421
                                    954-467-6767
                                    [COR LD NTC ret]
                                    Fred Haddad
                                    1 Financial Plaza
                                    Suite 2612
                                    Fort Lauderdale, FL 33394
                                    954-467-6767

                                    Benedict Paul Kuehne
                                    FTS 789-5987
                                    [COR LD NTC ret]
                                    Sale & Kuehne
                                    NationsBank Tower
                                    100 SE 2nd Street
                                    Suite 3550
                                    Miami, FL 33131-2154
                                    305-789-5989
```

Proceedings include events between 10/29/03 and 10/29/03.                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                                        CLOSED APPEAL

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO (1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (1) |
| 18:1344A.F BANK FRAUD (2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS (20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (21) |

Proceedings include events between 10/29/03 and 10/29/03.                                  STB
0:00cr6273-ALL USA v. Trentacosta, et al                                           CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4


Complaints:

    NONE


=========================

```
Proceedings include events between 10/29/03 and 10/29/03.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL
Case Assigned to: Judge Paul C. Huck
```

| | |
|---|---|
| FRANCIS RUGGIERO (3) , DOB: 12/24/37  Prisoner #: 61919-004 Address: 7356 Gray Avenue, Miami, Florida 33141<br>aka<br>Little Frankie<br>    defendant<br> [term   01/29/02] | Samuel R. De Luca<br> [term   01/29/02]<br>FTS 653-6979<br>[COR LD NTC ret]<br>De Luca and Tate<br>3451 Kennedy Boulevard<br>Jersey City, NJ 07307<br>201-653-7200 |

Pending Counts:                          Disposition

18:1962-5800.F RECEIVED INCOME           Imprisonment for 18 months.
DERIVED FROM RICO                        Supervised Release for 3 years.
(1)                                      Assessment $100.00
                                         (1)

Offense Level (opening): 4


Terminated Counts:                       Disposition

18:892.F EXTENSIONS OF CREDIT            Dismissed.
BY EXTORTION                             (22)
(22)

18:894.F COLLECTION OF CREDIT            Dismissed.
BY EXTORTION                             (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

```
Proceedings include events between 10/29/03 and 10/29/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>    defendant<br>[term  04/25/02] | Jeffrey David Weinkle<br>  [term  04/25/02]<br>FTS 377-2324<br>305-373-4445<br>Suite 409<br>[COR LD NTC cja]<br>19 W Flagler Street<br>Miami, FL 33130<br><br>William Donald Matthewman<br>  [term  04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1, |

```
Proceedings include events between 10/29/03 and 10/29/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL
```

|  |  |
|---|---|
|  | 900.00 Fine $10,000.00        (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


========================

```
Proceedings include events between 10/29/03 and 10/29/03.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)          Donald Richard Spadaro
    defendant                        [term  01/29/02]
 [term  01/29/02]                   FTS 522-6888
                                    954-763-5504
                                    Suite 103
                                    [COR LD NTC ret]
                                    1000 S Federal Highway
                                    Fort Lauderdale, FL 33316


Pending Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for 24 months to
DERIVED FROM RICO                   run concurrently with the
(1)                                 sentence imposed by Judge Seitz
                                    under case number
                                    00-6309-CR-PAS. Supervised
                                    Release of 3 years to run
                                    concurrent with the sentence
                                    imposed under 00-6309-CR-PAS.
                                    Assessment $100.00
                                    (1)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:1344A.F BANK FRAUD               Dismissed.
(2 - 16)                            (2 - 16)

18:513B.F POSSESSION OF             Dismissed.
COUNTERFEITING INSTRUMENTS          (21)
(21)


Offense Level (disposition): 4



Complaints:

    NONE


=========================
```

```
Proceedings include events between 10/29/03 and 10/29/03.          STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:      Michael Gary Smith
7/6/67; Prisoner # 02405-748;         [term  02/20/02]
    defendant                       FTS 767-8343
 [term  02/20/02]                     [COR LD NTC cja]
                                    Michael Gary Smith
                                    110 SE 6th Street
                                    Suite 1970
                                    Fort Lauderdale, FL 33301
                                    954-761-7201


Pending Counts:                      Disposition

18:373-0300.F MANSLAUGHTER           Imprisonment for 42 months;
(19)                                 Supervised Release for 3 years;
                                     Assessment $100.00
                                     (19)


Offense Level (opening): 4


Terminated Counts:                   Disposition

18:1962-5800.F RECEIVED INCOME       Dismissed.
DERIVED FROM RICO                    (1)
(1)

18:894.F COLLECTION OF CREDIT        Dismissed.
BY EXTORTION                         (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 10/29/03 and 10/29/03.        STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| CARLOS GARCIA (7) , DOB: 11/14/66 PRISONER #61939-004<br>    defendant<br>   [term  02/27/02] | Albert Zachary Levin<br>  [term  02/27/02]<br>FTS 372-0052<br>[COR LD NTC cja]<br>Albert Z. Levin<br>888 Brickell Avenue<br>6th Floor<br>Miami, FL 33131<br>305-379-7101 |

| Pending Counts: | Disposition |
|---|---|
| 18:1959-7482.F RACKETEERING - THREATS<br>(20) | Imprisonment for 25 months; Supervised Release for 3 years; Assessment $100.00<br>(20) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Dismissed.<br>(1) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION<br>(23) | Dismissed.<br>(23) |

Offense Level (disposition): 4

Complaints:

    NONE


==========================

```
Proceedings include events between 10/29/03 and 10/29/03.         STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CHARLES PATRICK MONICO (8) ,        Susan W. Vandusen
DOB: 12/8/56  Prisoner #:             [term  01/29/02]
02406-748                           305-540-0050
    defendant                       [COR LD NTC cja]
 [term  01/29/02]                   1899 S Bayshore Drive
                                    Miami, FL 33133

                                    Thomas Franklin Almon, Jr.
                                      [term  01/29/02]
                                    FTS 573-6251
                                    305-576-8568
                                    [COR LD NTC cja]
                                    321 NE 26th Street
                                    Miami, FL 33137


Pending Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for TIME SERVED.
DERIVED FROM RICO                   Supervised Release for 3
(1)                                 years. Assessment $100.00
                                    (1)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:373-0300.F MANSLAUGHTER          Dismissed.
(19)                                (19)


Offense Level (disposition): 4



Complaints:

     NONE


    =========================
```

```
Proceedings include events between 10/29/03 and 10/29/03.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,         Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner               [term  01/29/02]
#02407-748; English                 FTS 444-1487
    defendant                       305-444-1400
 [term  01/29/02]                   Suite 500
                                    [COR LD NTC cja]
                                    2222 Ponce De Leon Blvd
                                    Coral Gables, FL 33134


Pending Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for 21 months.
DERIVED FROM RICO                   Supervised Release for 3 years.
(1)                                 Assessment $100.00
                                    (1)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:373-0300.F MANSLAUGHTER          Dismissed.
(19)                                (19)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

   Lisa Anne Hirsch
   FTS 530-7976
   305-961-9214
   [COR LD NTC]
   United States Attorney's Office
   99 NE 4th Street
   Miami, FL 33132
   305-961-9000

   Jeffrey Henry Sloman, AUSA
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
```

Docket as of October 30, 2003 3:16 pm                    Page 12

```
Proceedings include events between 10/29/03 and 10/29/03.        STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL

Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
 [COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
305-808-6500
 [COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
 [COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

```
Proceedings include events between 10/29/03 and 10/29/03.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

10/29/03   657      MOTION by Carlos Garcia for Early Termination of
                    Supervised Release (nt) [Entry date 10/30/03]

10/29/03   658      NOTICE of Filing Trial Exhibits (tapes and transcripts
                    attached) by USA as to Anthony Trentacosta, Frederick J.
                    Massaro, Ariel Hernandez (hh) [Entry date 10/30/03]
```

*4th Supplemental*          *7 Boxes*